| | |
|---|---|
| 1 | Stephen P. Berzon (SBN 46540) |
| | Scott A. Kronland (SBN 171693) |
| 2 | Jonathan Weissglass (SBN 185008) |
| | Linda Lye (SBN 215584) |
| 3 | Danielle E. Leonard (SBN 218201) |
| | ALTSHULER BERZON LLP |
| 4 | 177 Post Street, Suite 300 |
| | San Francisco, CA 94108 |
| 5 | Telephone: (415) 421-7151 |
| | Facsimile: (415) 362-8064 |
| 6 | Email: skronland@altshulerberzon.com |
| | Email: llye@altshulerberzon.com |
| 7 | Email: dleonard@altshulerberzon.com |
| 8 | *Attorneys for Plaintiffs* |
| 9 | Jonathan P. Hiatt (SBN 63533) |
| | James B. Coppess (*Pro Hac Vice* Application forthcoming) |
| 10 | Ana L. Avendaño (SBN 160676) |
| | AFL-CIO |
| 11 | 815 Sixteenth Street, N.W. |
| | Washington, D.C. 20006 |
| 12 | Telephone: (202) 637-5053 |
| | Facsimile: (202) 637-5323 |
| 13 | Email: aavendan@aflcio.org |
| 14 | *Attorneys for Plaintiff AFL-CIO* |
| 15 | (Counsel list continued on next page) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY, | ) ) ) ) ) ) ) | Case No. _____ **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, Case No. _____

(Counsel list continued from first page)

Linton Joaquin (SBN 73547)
Marielena Hincapié (SBN 188199)
Monica T. Guizar (SBN 202480)
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010
Telephone: (213) 674-2850
Facsimile: (213) 639-3911
Email: guizar@nilc.org

Lucas Guttentag (SBN 90208)
Jennifer C. Chang (SBN 233033)
Mónica M. Ramírez (SBN 234893)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (415) 395-0950
E-mail: jchang@aclu.org

Omar C. Jadwat (*Pro Hac Vice* Application forthcoming)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2620
Facsimile: (212)-549-2654
Email: ojadwat@aclu.org

Alan L. Schlosser (SBN 49957)
Julia Harumi Mass (SBN 189649)
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478
E-mail: aschlosser@aclu.org

*Attorneys for Plaintiff Central Labor Council of Alameda County*

David A. Rosenfeld (SBN 58163)
Manjari Chawla (SBN 218556)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
Email: drosenfeld@unioncounsel.net

*Attorneys for Plaintiffs San Francisco Labor Council,
San Francisco Building and Construction Trades Council,
and Central Labor Council of Alameda County*

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, Case No. _____

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  August 28, 2007  Respectfully submitted

Stephen P. Berzon
Scott A. Kronland
Jonathan Weissglass
Linda Lye
Danielle E. Leonard
ALTSHULER BERZON LLP

Jonathan P. Hiatt
James B. Coppess
Ana Avendaño
AFL-CIO

Linton Joaquin
Marielena Hincapié
Monica T. Guizar
NATIONAL IMMIGRATION LAW CENTER

Lucas Guttentag
Jennifer C. Chang
Mónica M. Ramírez
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Omar C. Jadwat
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Alan L. Schlosser
Julia Harumi Mass
ACLU FOUNDATION OF NORTHERN CALIFORNIA

David A. Rosenfeld
Manjari Chawla
WEINBERG, ROGER & ROSENFELD


by:  /s/ Scott A. Kronland
       Scott A. Kronland

Attorneys for Plaintiffs

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, Case No. _____   1