1  Stephen P. Berzon (SBN 46540)
   Scott A. Kronland (SBN 171693)
2  Jonathan Weissglass (SBN 185008)
   Linda Lye (SBN 215584)
3  Danielle E. Leonard (SBN 218201)
   ALTSHULER BERZON LLP
4  177 Post Street, Suite 300
   San Francisco, CA 94108
5  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
6  Email: skronland@altshulerberzon.com
   Email: llye@altshulerberzon.com
7  Email: dleonard@altshulerberzon.com

8  *Attorneys for Plaintiffs*

9  Jonathan P. Hiatt (SBN 63533)
   James B. Coppess (*Pro Hac Vice* Application forthcoming)
10 Ana L. Avendaño (SBN 160676)
   AFL-CIO
11 815 Sixteenth Street, N.W.
   Washington, D.C. 20006
12 Telephone: (202) 637-5053
   Facsimile: (202) 637-5323
13 Email: aavendan@aflcio.org

14 *Attorneys for Plaintiff AFL-CIO*

15 (Counsel list continued on next page)

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18 AMERICAN FEDERATION OF LABOR AND          ) Case No. _____
   CONGRESS OF INDUSTRIAL ORGANIZATIONS;     )
19 SAN FRANCISCO LABOR COUNCIL; SAN          )
   FRANCISCO BUILDING AND CONSTRUCTION       ) **[PROPOSED] TEMPORARY**
20 TRADES COUNCIL; and CENTRAL LABOR         ) **RESTRAINING ORDER AND**
   COUNCIL OF ALAMEDA COUNTY,                ) **ORDER TO SHOW CAUSE RE:**
21                                           ) **PRELIMINARY INJUNCTION**
            Plaintiffs,                      )
22                                           )
       v.                                    )
23                                           )
   MICHAEL CHERTOFF, Secretary of Homeland Security; )
24 DEPARTMENT OF HOMELAND SECURITY;          )
   JULIE MYERS, Assistant Secretary of Homeland )
25 Security; U.S. IMMIGRATION AND CUSTOMS    )
   ENFORCEMENT; MICHAEL ASTRUE, Commissioner )
26 of Social Security; and SOCIAL SECURITY   )
   ADMINISTRATION,                           )
27                                           )
            Defendants.                      )
28 _____ )

[PROPOSED] TRO AND ORDER TO SHOW CAUSE RE: PI, Case No. _____

(Counsel list continued from first page)

Linton Joaquin (SBN 73547)
Marielena Hincapi (SBN 188199)
Monica T. Guizar (SBN 202480)
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010
Telephone: (213) 674-2850
Facsimile: (213) 639-3911
Email: guizar@nilc.org

Lucas Guttentag (SBN 90208)
Jennifer C. Chang (SBN 233033)
Mónica M. Ramírez (SBN 234893)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (415) 395-0950
E-mail: jchang@aclu.org

Omar C. Jadwat (*Pro Hac Vice* Application forthcoming)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2620
Facsimile: (212)-549-2654
Email: ojadwat@aclu.org

Alan L. Schlosser (SBN 49957)
Julia Harumi Mass (SBN 189649)
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478
E-mail: aschlosser@aclu.org

*Attorneys for Plaintiff Central Labor Council of Alameda County*

David A. Rosenfeld (SBN 58163)
Manjari Chawla (SBN 218556)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
Email: drosenfeld@unioncounsel.net

*Attorneys for Plaintiffs San Francisco Labor Council,
San Francisco Building and Construction Trades Council,
and Central Labor Council of Alameda County*

[PROPOSED] TRO AND ORDER TO SHOW CAUSE RE: PI, Case No. _____

Plaintiffs' application for (i) a Temporary Restraining Order, and (ii) an Order to Show Cause why a preliminary injunction should not issue came before this Court for consideration on August ___, 2007. Upon consideration of the application, and for good cause shown,

IT IS HEREBY ORDERED as follows:

<u>Temporary Restraining Order</u>

The Court finds that Plaintiffs have demonstrated a likelihood of success on the merits of their claims that the new Department of Homeland Security rule is inconsistent with statute and beyond the statutory authority of the Department of Homeland Security and the Social Security Administration. The Court also finds that Plaintiffs have demonstrated that the balance of harms tips sharply in favor of a stay because Plaintiffs and their members would suffer irreparable harm if the rule is implemented while Defendants would suffer no real harm from a delay in the implementation of the rule pending consideration of Plaintiffs' claims.

Accordingly, IT IS HEREBY ORDERED that, pending a hearing in whether a preliminary injunction should issue, Defendants MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION, and their officers, agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them, are HEREBY ENJOINED AND RESTRAINED from giving any effect to or otherwise taking any action to implement the Final Rule adopted by the Department of Homeland Security entitled "Safe-Harbor Procedures for Employers Who Receive a No-Match Letter" that was published at 77 Fed. Reg. 45611 (Aug. 15, 2007), including by mailing or otherwise causing to be sent to employers the Social Security Administration no-match letter packets that include the Department of Homeland Security guidance letter concerning the Final Rule.

<u>Order to Show Cause</u>

Defendants are ordered to show cause before this Court why a preliminary injunction should not issue enjoining Defendants from giving effect to or otherwise taking any action to enforce or implement the Final Rule adopted by the Department of Homeland Security entitled "Safe-Harbor

1  Procedures for Employers Who Receive a No-Match Letter" that was published at 77 Fed. Reg.
2  45611 (Aug. 15, 2007).
3       The hearing on the order to show cause will be held on _____, 2007, at _____.
4  Defendants' opposition papers shall be filed and served on _____, 2007, and Plaintiffs'
5  reply papers shall be filed and served on _____, 2007.
6       SO ORDERED.

8  Dated: _____

                                                     _____
9                                                       United States District Judge

[PROPOSED] TRO AND ORDER TO SHOW CAUSE RE: PI, Case No. _____   2