1

APPENDIX

2

3

Index to Appendix

4

Exhibit A:    Department of Homeland Security, Final Rule: "Safe Harbor Procedures for
              Employers Who Receive a No Match Letter," 72 Fed. Reg. 45611 (August 15, 2007)

5

Exhibit B:    Department of Homeland Security, U.S. Immigration and Customs, Guidance Letter
              regarding Final Rule "Safe Harbor Procedures for Employers Who Receive a No
              Match Letter"

6

7

Exhibit C:    Social Security model 2007 "no-match" letter for Tax Year 2006

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28