Social Security Administration
## Retirement, Survivors and Disability Insurance
Employer Correction Request                    CODE V

Office of Central Operations
300 N. Greene Street
Baltimore, MD 21290-0300
                                    Date:
                                    EIN:

EMPLOYER'S NAME
STREET ADDRESS
CITY, STATE ZIP

Establishment Number:          MRN:          WFID:

### Why You Are Getting This Letter

Some employee names and Social Security numbers that you reported on the
Wage and Tax Statements (Forms W-2) for tax year 2006 do not agree with our
records. We need corrected information from you so that we can credit your
employees' earnings to their Social Security records. It is important because
these records can determine if someone is entitled to Social Security retirement,
disability and survivors benefits, and how much he or she can receive. If the
information you report to us is incorrect, your employee may not get benefits he
or she is due.

There are several common reasons why the information reported to us does not
agree with our records, including:

- Errors were made in spelling an employee's name or listing the Social
  Security number;

- An employee did not report a name change following a marriage or divorce;

- The name or Social Security number was incomplete or left blank on the
  Form W-2 report sent to the Social Security Administration; and

- The name or Social Security number reported is false, or the number
  was assigned to someone else.

**IMPORTANT**: This letter does not imply that you or your employee intentionally
gave the government wrong information about the employee's name or Social
Security number. Nor does it, by itself, make any statement about an employee's
immigration status.

See Next Page

Visit our website at www.socialsecurity.gov
99-9999999

You should not use this letter alone to take any adverse action against an employee, such as laying off, suspending, firing, or discriminating against that individual, just because his or her Social Security number appears on the list. Doing so could, in fact, violate State or Federal law and subject you to legal consequences. You should, however, follow the instructions contained in the attached document, "How To Correct Social Security Numbers" and the attached letter from the Department of Homeland Security. You should apply the procedures provided in these letters uniformly to all employees. You should not ignore this letter and do nothing. That could jeopardize your employee's future benefits and, as the Department of Homeland Security has advised us, expose you to liability under the immigration laws.

**For Spanish-speaking individuals: Esta carta y los documentos adjuntos proveen información sobre las acciones que usted debe de tomar para corregir algunos de los nombres y números de Seguro Social que informó en los Comprobantes de Contribuciones y Salarios (formularios W-2, "Wage and Tax Statement", en inglés) de sus empleados. Si usted necesita una traducción de esta carta, por favor llámenos al número de teléfono gratis, 1-800-772-1213, de 7 a.m. a 7 p.m. de lunes a viernes.**

**IMPORTANTE: Esta carta no implica que usted o su empleado dieron al gobierno la información incorrecta del nombre o número de Seguro Social del empleado intencionalmente. Tampoco hace, por sí misma, ninguna declaración sobre el estado inmigratorio de un empleado.**

**Usted no debe usar sólo esta carta para tomar alguna acción adversa contra el empleado, tal como suspender, despedir o discriminar contra el individuo, simplemente porque su número de Seguro Social aparece en la lista. De hecho, al hacerlo, podría violar la ley estatal o federal y estar sujeto a enfrentar consecuencias legales. No obstante, usted debe seguir las instrucciones contenidas en el documento adjunto, "Cómo corregir los números de Seguro Social" y la carta del Departamento de Seguridad Nacional adjunta. Usted debe aplicar los procedimientos enumerados en estas cartas uniformemente a todos sus empleados. Usted no debe ignorar esta carta ni dejar de tomar acción sobre ella. Eso puede comprometer el futuro de los beneficios del empleado y como el Departamento de Seguridad Nacional nos ha informado, exponerlo a usted a cargos bajo la ley de inmigración.**

### What You Should Do
It would be a great help to us if you could respond within 60 days with the information that you are able to correct so that the Social Security Administration can maintain an accurate earnings record for each employee and make sure your employees get the benefits they are due.

Visit our website at www.socialsecurity.gov
99-9999999

We have attached some materials to help you:

- A list of the Social Security numbers that do not match our records. (If the list shows you have "MORE" Social Security numbers to correct than listed, please call us at 1-800-772-6270 for assistance.)
- Instructions on "How To Correct Social Security Numbers."
- Tips on "Annual Wage Report Filing" for the future.

**If You Have Any Questions**

If you have any questions, about this letter, please call us toll-free at 1-800-772-6270 between 7 a.m. and 7 p.m., Eastern Time, Monday through Friday. We can answer most questions over the phone. You can also write us at the address shown on the first page of this letter. If you call, please have this letter with you. It will help us answer your questions. Also, general program information is available from our website at www.socialsecurity.gov/employer. If you have questions about the Department of Homeland Security letter, you should call 800-421-7105.

Carolyn L. Simmons
Associate Commissioner for
Central Operations

Enclosure

Visit our website at www.socialsecurity.gov
99-9999999

## SOCIAL SECURITY NUMBERS THAT DO NOT MATCH OUR RECORDS

| | | | |
|---|---|---|---|
| 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 | 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 | 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 | 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 |
| 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 | 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 | 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 | 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 |
| 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 | 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 | 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 | 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 |
| 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 | 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 | 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 | 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 |
| 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 | 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 | 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 | 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 |
| 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 | 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 | 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 | 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 |
| 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 | 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 | 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 | 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 |
| 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 | 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 | 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 | 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 |
| 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 | 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 | 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 | 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 |
| 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 | 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 | 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 | 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 |
| 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 | 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 | 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 | 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 |
| 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 | 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 | 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 | 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 |

# How To Correct Social Security Numbers (SSNs)

Complete Forms W-2c (Corrected Wage and Tax Statement) for each of the Social
Security numbers (SSNs) listed that you are able to correct. You only need to
prepare Forms W-2c for the names or SSNs for which you have corrected
information. If an employee does not provide corrected information or no longer
works for you and you are unable to contact him/her, document your records
with the information you relied on in completing the Form W-2 or the efforts you
made to contact your former employee. Retain this information in your files; do
not send it to the Social Security Administration (SSA.) You should provide all
corrections as soon as possible.

You also need to file a Form W-3c (Transmittal of Corrected Wage and Tax
Statements) whenever you file Forms W-2c.

Please follow the guidelines below when preparing Forms W-2c.

- Refer to the Internal Revenue Service (IRS) filing requirements in its
  publication, "Instructions for Forms W-2c and W-3c," at the IRS website
  http://www.irs.gov or call 1-800-829-3676 to request a copy.

- Compare your employment records to the Forms W-2 you reported for the
  SSNs included on the attached list.

- If your employment records and Forms W-2 do not match, prepare Forms
  W-2c with the corrected information from your employment records. (Do
  not send copies of proofs of identity or other documents in addition to, or in
  place of, the Forms W-2c.)

- If your employment records and Forms W-2 match, ask your employee to
  check his/her Social Security card and to inform you of any name or SSN
  difference between your records and his/her card. If your employment
  records are incorrect, correct your records.

- If your records match the information on the employee's Social Security
  card, have the employee contact any Social Security office to resolve the
  issue. Tell the employee that once he/she has visited the Social Security
  office he/she should inform you of any changes and you should correct
  your records accordingly.

- SSA may also send the employee a notice regarding this issue. You should
  discuss with the employee any changes you make to your employment
  records.

- If you file your Form W-2c corrections electronically, call SSA at
  1-800-772-6270 to request a copy of the "Magnetic Media Reporting and
  Electronic Filing of W-2c Information (MMREF-2)" or you can
  download the MMREF-2 at SSA's website, www.socialsecurity/employer.

Visit our website at www.socialsecurity.gov
99-999999

- You may also file your Form W-2c corrections using W-2c Online. W-2c Online is one of several Business Services Online (BSO) Internet services for businesses and employers who exchange information with the Social Security Administration.

To begin using BSO, you must complete a one-time registration process. To register, go to www.socialsecurity.gov/bso/bsowelcome.htm.

- We suggest using AccuW2C to identify possible MMREF-2 formatting errors. You can download AccuW2C from the Internet at:

  www.socialsecurity.gov/employer/accuwage

- If you file paper Forms W-2, you can get them from the Internal Revenue Service. Paper Forms W-2c should be sent to one of the following addresses:

  If you use the **U.S. Postal Service**, send the forms to:
  Social Security Administration
  Data Operations Center
  Attention: W-2c Process
  P.O. Box 3333
  Wilkes-Barre, Pennsylvania 18767-3333

  If you use a **carrier other than the U.S. Postal Service**, send the forms to:
  Social Security Administration
  Data Operations Center
  Attn: W-2c Process
  1150 E. Mountain Drive
  Wilkes-Barre, PA  18702-7997

Visit our website at www.socialsecurity.gov
99-9999999

# Tips on Annual Wage Report Filing

### Why Accurate Names and SSNs are Important

Accurate names and SSNs are important to you and your employees for several reasons. We use the name and SSN to maintain a record of personal earnings for each of your employees. Generally, we are not able to give an employee credit for his or her earnings unless the name and SSN reported on the Form W-2 agree with our records. It is most important that these records are correct since we later use them to decide if the individual can receive Social Security benefit payments and the amount of any payments due.

### Filing Tips To Ensure Accuracy

Before you file your next annual wage report, please make sure your employment records and the Forms W-2 you report have your employees' correct names and SSNs. Use the tips below to ensure accuracy.

- We encourage you to use SSA's Employee Verification Service (EVS) prior to submitting Forms W-2 to SSA for processing. EVS is a free, convenient and secure method for employers to verify that employee names and SSNs match SSA's records. EVS is not to be used to screen job applicants. A negative EVS response makes no statement about your employee's immigration status. Visit our website at www.socialsecurity.gov/employer and select SSN Verification or call toll-free 1-800-772-6270 for further details.

- Ask your employees to check their latest Forms W-2 against their Social Security cards and to inform you of any name or SSN differences on the two. If the Form W-2 is incorrect, correct your records and prepare a Form W-2c. If the card is incorrect, advise the employee to request a corrected card from the nearest Social Security office.

- Remind your employees near the end of each year to report to Social Security name changes due to marriage, divorce, or other reasons.

- Ask each new employee to check his or her Social Security card and inform you of the name and SSN exactly as shown on the card. (While the employee must furnish the SSN to you, the employee is not required to show the Social Security card. But, seeing the card will help ensure that all records are correct.)

- Direct those who do not have SSNs or cards to contact their nearest Social Security office.

- Ensure that the SSNs you report are valid. A valid SSN must have a total of nine digits. The first three digits are referred to

as the area, the next two as the group, and the last four as the serial. No SSNs with a 000 area number, or an area number in the 800 or 900 series, have been issued. Also, no SSNs with a 00 group or 0000 serial number have been issued.

- If you file electronically, be sure that all of your employees' names are correctly entered in the appropriate fields of the Code RW "Employee Wage Record."

  For more information see SSA Publication "Magnetic Media
  Reporting and Electronic Filing (MMREF-1)."

- If you file on paper, be sure to enter your employees' names on the Forms W-2 as follows: first name, middle initial, and last name exactly as shown on their Social Security cards.  See IRS Publication 393, "Federal Employment Tax Forms."

For IRS forms or publications, call 1-800-TAX-FORM (829-3676), or visit IRS' website at http://www.irs.gov.

For SSA forms or publications, call SSA's Employer 800 Number, 1-800-772-6270, or visit SSA's website at www.socialsecurity.gov/employer.

Visit our website at www.socialsecurity.gov
99-9999