
Stephen P. Berzon (SBN 46540)
Scott A. Kronland (SBN 171693)
Jonathan Weissglass (SBN 185008)
Linda Lye (SBN 215584)
Danielle E. Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: skronland@altshulerberzon.com
Email: llye@altshulerberzon.com
Email: dleonard@altshulerberzon.com

*Attorneys for Plaintiffs*

Jonathan P. Hiatt (SBN 63533)
James B. Coppess (*Pro Hac Vice* Application forthcoming)
Ana L. Avendaño (SBN 160676)
AFL-CIO
815 Sixteenth Street, N.W.
Washington, D.C. 20006
Telephone: (202) 637-5053
Facsimile: (202) 637-5323
Email: aavendan@aflcio.org

*Attorneys for Plaintiff AFL-CIO*

(Counsel list continued on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION,<br><br>Defendants. | Case No. _____<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; DECLARATION IN SUPPORT** |

REQUEST FOR JUDICIAL NOTICE AND DECLARATION IN SUPPORT, Case No. _____

(Counsel list continued from first page)

Linton Joaquin (SBN 73547)
Marielena Hincapié (SBN 188199)
Monica T. Guizar (SBN 202480)
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010
Telephone: (213) 674-2850
Facsimile: (213) 639-3911
Email: guizar@nilc.org

Lucas Guttentag (SBN 90208)
Jennifer C. Chang (SBN 233033)
Mónica M. Ramírez (SBN 234893)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (415) 395-0950
E-mail: jchang@aclu.org

Omar C. Jadwat (*Pro Hac Vice* Application forthcoming)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2620
Facsimile: (212)-549-2654
Email: ojadwat@aclu.org

Alan L. Schlosser (SBN 49957)
Julia Harumi Mass (SBN 189649)
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478
E-mail: aschlosser@aclu.org

*Attorneys for Plaintiff Central Labor Council of Alameda County*

David A. Rosenfeld (SBN 58163)
Manjari Chawla (SBN 218556)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
Email: drosenfeld@unioncounsel.net

*Attorneys for Plaintiffs San Francisco Labor Council,
San Francisco Building and Construction Trades Council,
and Central Labor Council of Alameda County*

REQUEST FOR JUDICIAL NOTICE AND DECLARATION IN SUPPORT, Case No. _____

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiffs respectfully request that the Court take judicial notice of the following documents, all of which are documents created by federal government agencies and "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned," and are attached as Exhibits hereto:

Exhibit A: Department of Homeland Security, Proposed Rule: "Safe Harbor Procedures for Employers Who Receive a No Match Letter," 71 Fed. Reg. 34281 (June 14, 2006)

Exhibit B: Department of Homeland Security, Final Rule: "Safe Harbor Procedures for Employers Who Receive a No Match Letter," 72 Fed. Reg. 45611 (August 15, 2007)

Exhibit C: Department of Homeland Security, U.S. Immigration and Customs, Guidance Letter regarding Final Rule "Safe Harbor Procedures for Employers Who Receive a No Match Letter"

Exhibit D: Social Security model 2006 "no-match" letter for Tax Year 2005

Exhibit E: Social Security model 2007 "no-match" letter for Tax Year 2006

Exhibit F: August 9, 2004 letter from DHS to Congressman John N. Hostettler regarding employer responsibilities under 8 U.S.C. §1324s and SSA no-match letters

Exhibit G: April 12, 1999 letter from INS General Counsel Paul W. Virtue regarding employer responsibilities under 8 U.S.C. §1324s and SSA no-match letters

Exhibit H: November 19, 1998 letter from INS General Counsel Paul W. Virtue to Congressman Robert F. Smith regarding employer responsibilities under 8 U.S.C. §1324s and SSA no-match letters

Exhibit I: December 23, 1997 letter from INS General Counsel David A. Martin regarding employer responsibilities under 8 U.S.C. §1324s and SSA no-match letters

Exhibit J: Letter from INS Acting General Counsel Paul W. Virtue regarding employer responsibilities under 8 U.S.C. §1324s and SSA no-match letters, dated redacted

Exhibit K: April 1, 2004 letter from DOJ, Office of Special Counsel for Immigration-Related Unfair Employment Practices to AFL-CIO, regarding SSA no-match letters and national origin discrimination by employers

Exhibit L: <u>GAO Doc. No. T-GGD-90-31</u>: United States Governmental Accounting Office("GAO"), Testimony of Charles A. Bowsher, Comptroller General of the United States, before the United States Senate Committee on the Judiciary, entitled *"Immigration Reform: Employer Sanctions and the Question of Discrimination"* (March 30, 1990)

Exhibit M: <u>GAO Report No. 04-712</u>: Report to the Chairman, Subcommittee on Immigration, Border Security and Claims, of the United States House of Representatives, Committee on the Judiciary, entitled, *"Tax Administration: IRS Needs to Consider Options for Revising Regulations to Increase the Accuracy of Social Security Numbers on Wage Statements"* (August 2004)

| | | |
|---|---|---|
| 1 | Exhibit N: | GAO Report No. 05-813: Report to Congressional Requesters, entitled *"Immigration Enforcement: Weaknesses Hinder Employment Verification and Worksite Enforcement Efforts"* (August 2005) |
| 2 | Exhibit O: | GAO Report No. 06-458T: Testimony of Barbara Bovbjerg, Director of Education, Workforce, and Income Security Issues, before the House of Representatives Subcommittees on Social Security and on Oversight of the Committee on Ways and Means, entitled *"Social Security Numbers: Coordinated Approach to SSN Data Could Reduce Unauthorized Work"* (February 16, 2006) |
| 3 | Exhibit P: | GAO Report No. 06-895T: Testimony of Richard M. Stana, Director of Homeland Security and Justice, Before the Subcommittee on Immigration, Border Security and Citizenship, of the United States Senate Committee on the Judiciary, entitled *"Immigration Enforcement: Weaknesses Hinder Employment Verification and Worksite Enforcement Efforts"* (June 19, 2006) |
| 4 | Exhibit Q: | GAO Report No. 06-814R: Briefing for Congressional Staff, *"Immigration Enforcement: Benefits and Limitations to Using Earnings Data to Identify Unauthorized Work,"* and cover letter to House of Representatives Ways and Means Committee, (July 11, 2006) |
| 5 | Exhibit R: | Department of the Treasury, Internal Revenue Service, Publication No. 1586, "Reasonable Cause Regulations and Requirements for Missing and Incorrect Name/TINs" |

Dated: August 28, 2007

Respectfully submitted

Stephen P. Berzon
Scott A. Kronland
Jonathan Weissglass
Linda Lye
Danielle E. Leonard
ALTSHULER BERZON LLP

Jonathan P. Hiatt
James B. Coppess
Ana Avendaño
AFL-CIO

Linton Joaquin
Marielena Hincapié
Monica T. Guizar
NATIONAL IMMIGRATION LAW CENTER

Lucas Guttentag
Jennifer C. Chang
Mónica M. Ramírez
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Omar C. Jadwat
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

REQUEST FOR JUDICIAL NOTICE AND DECLARATION IN SUPPORT, Case No. _____    2

Alan L. Schlosser
Julia Harumi Mass
ACLU FOUNDATION OF NORTHERN CALIFORNIA

David A. Rosenfeld
Manjari Chawla
WEINBERG, ROGER & ROSENFELD

by: _____
    Scott A. Kronland

Attorneys for Plaintiffs

**DECLARATION OF DANIELLE LEONARD IN SUPPORT OF JUDICIAL NOTICE**

I, Danielle Leonard, declare as follows:

1. I am a member of the bar of this Court and an attorney for Plaintiffs in the above-captioned action.

2. True and correct copies of each of the documents from federal government agencies that are listed in the attached Request for Judicial Notice are attached hereto as Exhibits A - R.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 28, 2007, in San Francisco, California

_Danielle Leonard_

REQUEST FOR JUDICIAL NOTICE AND DECLARATION IN SUPPORT, Case No. _____   4