1  Stephen P. Berzon (SBN 46540)
   Scott A. Kronland (SBN 171693)
2  Jonathan Weissglass (SBN 185008)
   Linda Lye (SBN 215584)
3  Danielle E. Leonard (SBN 218201)
   ALTSHULER BERZON LLP
4  177 Post Street, Suite 300
   San Francisco, CA 94108
5  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
6  Email: skronland@altshulerberzon.com
   Email: llye@altshulerberzon.com
7  Email: dleonard@altshulerberzon.com

8  *Attorneys for Plaintiffs*

9  Jonathan P. Hiatt (SBN 63533)
   James B. Coppess (*Pro Hac Vice* Application forthcoming)
10 Ana L. Avendaño (SBN 160676)
   AFL-CIO
11 815 Sixteenth Street, N.W.
   Washington, D.C. 20006
12 Telephone: (202) 637-5053
   Facsimile: (202) 637-5323
13 Email: aavendan@aflcio.org

14 *Attorneys for Plaintiff AFL-CIO*

15 (Counsel list continued on next page)

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18 AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; 19 SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION 20 TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY, 21                                   Plaintiffs, 22            v. 23 MICHAEL CHERTOFF, Secretary of Homeland Security; 24 DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland 25 Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner 26 of Social Security; and SOCIAL SECURITY ADMINISTRATION, 27                                   Defendants. 28 | Case No. _____ **DECLARATION OF NOTICE BY SCOTT A. KRONLAND** |

DECLARATION OF NOTICE BY SCOTT A. KRONLAND, Case No. _____

1  (Counsel list continued from first page)

2  Linton Joaquin (SBN 73547)
   Marielena Hincapié (SBN 188199)
3  Monica T. Guizar (SBN 202480)
   NATIONAL IMMIGRATION LAW CENTER
4  3435 Wilshire Blvd., Suite 2850
   Los Angeles, CA 90010
5  Telephone: (213) 674-2850
   Facsimile: (213) 639-3911
6  Email: guizar@nilc.org

7  Lucas Guttentag (SBN 90208)
   Jennifer C. Chang (SBN 233033)
8  Mónica M. Ramírez (SBN 234893)
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
9  Immigrants' Rights Project
   39 Drumm Street
10 San Francisco, CA 94111
   Telephone: (415) 343-0770
11 Facsimile: (415) 395-0950
   E-mail: jchang@aclu.org
12
   Omar C. Jadwat (*Pro Hac Vice* Application forthcoming)
13 AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   Immigrants' Rights Project
14 125 Broad Street, 18th Floor
   New York, NY 10004
15 Telephone: (212) 549-2620
   Facsimile: (212)-549-2654
16 Email: ojadwat@aclu.org

17 Alan L. Schlosser (SBN 49957)
   Julia Harumi Mass (SBN 189649)
18 ACLU FOUNDATION OF NORTHERN CALIFORNIA
   39 Drumm Street
19 San Francisco, CA 94111
   Telephone: (415) 621-2493
20 Facsimile: (415) 255-1478
   E-mail: aschlosser@aclu.org
21
   *Attorneys for Plaintiff Central Labor Council of Alameda County*
22
   David A. Rosenfeld (SBN 58163)
23 Manjari Chawla (SBN 218556)
   WEINBERG, ROGER & ROSENFELD
24 A Professional Corporation
   1001 Marina Village Parkway, Suite 200
25 Alameda, California 94501-1091
   Telephone: (510) 337-1001
26 Facsimile: (510) 337-1023
   Email: drosenfeld@unioncounsel.net
27
   *Attorneys for Plaintiffs San Francisco Labor Council,*
28 *San Francisco Building and Construction Trades Council,*
   *and Central Labor Council of Alameda County*

DECLARATION OF NOTICE BY SCOTT A. KRONLAND, Case No. _____

1  I, Scott A. Kronland, declare as follows:

2      1.    I am a member of the bar of this Court, a partner at Altshuler Berzon LLP, and an
3  attorney for Plaintiffs in the above-captioned action.

4      2.    On August 28, 2007, I spoke with Joann M. Swanson, Chief of the Civil Division
5  of the United States Attorney's Office for the Northern District of California, by telephone. I
6  informed her that on August 29, 2007 Plaintiffs would be filing in the United States District Court
7  for the Northern District of California a Complaint against Michael Chertoff, Secretary of
8  Homeland Security, the Department of Homeland Security ("DHS"), and the Social Security
9  Administration ("SSA") challenging the Final Rule issued by DHS on August 15, 2007 entitled
10 "Safe Harbor Procedures For Employers Who Receive a No-Match Letter," 77 Fed. Reg. 45611, and
11 the DHS and SSA plan to implement that rule by sending guidance letters along with SSA no-match
12 letters to employers. I also informed her that we would be seeking at the same time a Temporary
13 Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue.

14     3.    I informed Ms. Swanson that we would have all papers hand delivered to her office
15 immediately after they were filed. I also informed her that we would contact her office as soon as
16 the Court set a time for a hearing on the Temporary Restraining Order.

17     I declare under penalty of perjury that the foregoing is true and correct. Executed on August
18 28, 2007, in San Francisco, California

                                                                             _____
                                                                             Scott A. Kronland