1  Stephen P. Berzon (SBN 46540)
   Scott A. Kronland (SBN 171693)
2  Jonathan Weissglass (SBN 185008)
   Linda Lye (SBN 215584)
3  Danielle E. Leonard (SBN 218201)
   ALTSHULER BERZON LLP
4  177 Post Street, Suite 300
   San Francisco, CA 94108
5  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
6  Email: skronland@altshulerberzon.com
   Email: llye@altshulerberzon.com
7  Email: dleonard@altshulerberzon.com

8  *Attorneys for Plaintiffs*

9  Jonathan P. Hiatt (SBN 63533)
   James B. Coppess (*Pro Hac Vice* Application forthcoming)
10 Ana L. Avendaño (SBN 160676)
   AFL-CIO
11 815 Sixteenth Street, N.W.
   Washington, D.C. 20006
12 Telephone: (202) 637-5053
   Facsimile: (202) 637-5323
13 Email: aavendan@aflcio.org

14 *Attorneys for Plaintiff AFL-CIO*

15 (Counsel list continued on next page)

16                     UNITED STATES DISTRICT COURT

17                     NORTHERN DISTRICT OF CALIFORNIA

18 AMERICAN FEDERATION OF LABOR AND        ) Case No. _____
   CONGRESS OF INDUSTRIAL ORGANIZATIONS;   )
19 SAN FRANCISCO LABOR COUNCIL; SAN        )
   FRANCISCO BUILDING AND CONSTRUCTION     ) **DECLARATION OF LAURA**
20 TRADES COUNCIL; and CENTRAL LABOR       ) **FOOTE REIFF IN SUPPORT OF**
   COUNCIL OF ALAMEDA COUNTY,              ) **TEMPORARY RESTRAINING**
21                                         ) **ORDER AND PRELIMINARY**
                Plaintiffs,                ) **INJUNCTION**
22                                         )
        v.                                 )
23                                         )
   MICHAEL CHERTOFF, Secretary of Homeland Security; )
24 DEPARTMENT OF HOMELAND SECURITY;        )
   JULIE MYERS, Assistant Secretary of Homeland )
25 Security; U.S. IMMIGRATION AND CUSTOMS  )
   ENFORCEMENT; MICHAEL ASTRUE, Commissioner )
26 of Social Security; and SOCIAL SECURITY )
   ADMINISTRATION,                         )
27                                         )
                Defendants.                )
28 _____)

DECLARATION OF LAURA FOOTE REIFF, Case No. _____

(Counsel list continued from first page)

Linton Joaquin (SBN 73547)
Marielena Hincapié (SBN 188199)
Monica T. Guizar (SBN 202480)
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010
Telephone: (213) 674-2850
Facsimile: (213) 639-3911
Email: guizar@nilc.org

Lucas Guttentag (SBN 90208)
Jennifer C. Chang (SBN 233033)
Mónica M. Ramírez (SBN 234893)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (415) 395-0950
E-mail: jchang@aclu.org

Omar C. Jadwat (*Pro Hac Vice* Application forthcoming)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2620
Facsimile: (212)-549-2654
Email: ojadwat@aclu.org

Alan L. Schlosser (SBN 49957)
Julia Harumi Mass (SBN 189649)
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478
E-mail: aschlosser@aclu.org

*Attorneys for Plaintiff Central Labor Council of Alameda County*

David A. Rosenfeld (SBN 58163)
Manjari Chawla (SBN 218556)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
Email: drosenfeld@unioncounsel.net

*Attorneys for Plaintiffs San Francisco Labor Council, San Francisco Building and Construction Trades Council, and Central Labor Council of Alameda County*

DECLARATION OF LAURA FOOTE REIFF, Case No. _____

I, Laura Foote Reiff, declare as follows:

1. I am Co-Chair of the Essential Worker Immigration Coalition ("EWIC").

2. More than forty business organizations belong to EWIC, including the U.S. Chamber of Commerce, the American Hotel & Lodging Association, the National Restaurant Association, and the National Retail Federation. EWIC supports comprehensive immigration reform and the creation of an immigration system that functions efficiently for employers, workers, and government agencies.

3. Attached as Exhibit A to this Declaration is a true and correct copy of a letter that EWIC delivered on August 27, 2007 to the Secretary of Homeland Security Michael Chertof and Commissioner of Social Security Michael Astrue on behalf of EWIC and forty-one employer associations. The letter requests that DHS and SSA grant at least an 180-day delay in the implementation of the DHS Final Rule "Safe Harbor Procedures For Employers Who Receive a No-Match Letter," 77 Fed. Reg. 45611 (August 15, 2007), and the mailing of any Homeland Security guidance with the Social Security Administration's no-match letters because of EWIC's concerns that this would lead to the termination of lawfully employed workers, unlawful discrimination, and cause major disruptions in the workforce.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 28, 2007 at Washington, DC.

_____
Laura Foote Reiff