# EWIC 
Essential Worker Immigration Coalition

August 27, 2007

Michael Chertoff
Secretary
U.S. Department of Homeland Security
Washington, D.C. 20528

Michael J. Astrue
Commissioner of Social Security
Social Security Administration
Baltimore, MD 21235-0001

Dear Secretary Chertoff and Commissioner Astrue,

The business community, as represented by EWIC and the undersigned, understands and supports the enforcement of immigration laws, however we are particularly concerned about the "Social Security No Match Letter" regulation, which directs employers to take certain steps when they receive notice from the Social Security Administration ("SSA") that an employee's name and social security number do not match, and to potentially terminate them if the discrepancy cannot be resolved within a short time-frame. Many lawful U.S. Citizens and those legally allowed to work in our country will be caught up in Social Security no-match letters due to the poor quality of the SSA database. Employers will be overwhelmed with paper work as the government seeks to make employers responsible for the decades old administrative problems. This is not a positive way to enlist the business community in working to fix the problems that the government created. The regulation also jeopardizes vital U.S. industries and the U.S. economy as a whole by needlessly creating uncertainties, disruptions, and dislocations throughout broad swaths of the workforce. Moreover, the regulation would foster anti-Latino and anti-immigrant discrimination and would rely upon a database—Social Security—that is not an effective tool in worksite immigration enforcement.

We understand that the SSA plans to send out the first letters with DHS guidance beginning as early as September 4, 2007. As every day passes, there is growing confusion as to how to comply with the rule and the practical impact of its implementation. The administrative time it will take and the costs involved in educating employers and workers as to how this regulation should be implemented and enforced far exceed what we believe SSA and DHS have projected. DHS has said that it will prepare responses to frequently asked questions. However, given the sheer number of unresolved questions/issues, it is clear that these answers will not be available before the September 14, 2007 implementation date. It is also clear that no compelling reason exists to implement the rule on September 14, 2007. We therefore ask that DHS and SSA stay

the implementation of the rule for a minimum of 180 days and that SSA hold off on including letters with DHS guidance for like period.

We are enclosing a list of numerous critical questions/issues that have arisen in the short time since the publication of the rule on August 15, 2007. We will forward additional questions on a rolling basis as they come in to us. We ask for your immediate response to this request for a delayed implementation.

Sincerely,

American Hotel & Lodging Association
American Immigration Lawyers Association
American Meat Institute
American Nursery and Landscapers Association
American Subcontractors Association, Inc.
Associated Builders & Contractors, Inc.
Associated General Contractors of America
Associated Landscape Contractors of Colorado
California Association of Nurseries and Garden Centers
California Landscape Contractors Association
Colorado Employers for Immigration Reform
Essential Worker Immigration Coalition
FEWA
Florida Nursery, Growers & Landscape Association
Idaho Nursery & Landscape Association
Indiana Chamber of Commerce
Indiana Nursery and Landscape Association
International Franchise Association
Mason Contractors Association of America
Massachusetts Nursery and Landscape Association, Inc.
National Chicken Council
National Club Association
National Council of Chain Restaurants
National Restaurant Association
National Retail Federation
National Roofing Contractors Association
OFA-an Association of Floriculture Professionals
Outdoor Amusement Business Association, Inc.
Plumbing-Heating-Cooling Contractors - National Association
Professional Landcare Network
Retail Industry Leaders Association
Small Business & Entrepreneurship Council
Society of American Florists
Texans For Sensible Immigration Policy
Texas Nursery & Landscape Association
Texas Poultry and Affiliates
The South Carolina Nursery & Landscape Association
Tree Care Industry Association
United Fresh Produce Association
US Chamber of Commerce
US Hispanic Chamber of Commerce
Women Entrepreneurs Inc.