Stephen P. Berzon (SBN 46540)
Scott A. Kronland (SBN 171693)
Jonathan Weissglass (SBN 185008)
Linda Lye (SBN 215584)
Danielle E. Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: skronland@altshulerberzon.com
Email: llye@altshulerberzon.com
Email: dleonard@altshulerberzon.com

*Attorneys for Plaintiffs*

Jonathan P. Hiatt (SBN 63533)
James B. Coppess (*Pro Hac Vice* Application forthcoming)
Ana L. Avendaño (SBN 160676)
AFL-CIO
815 Sixteenth Street, N.W.
Washington, D.C. 20006
Telephone: (202) 637-5053
Facsimile: (202) 637-5323
Email: aavendan@aflcio.org

*Attorneys for Plaintiff AFL-CIO*

(Counsel list continued on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION,<br><br>Defendants. | Case No. _____<br><br>**DECLARATION OF ANA AVENDAÑO IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

DECLARATION OF ANA AVENDAÑO , Case No. _____

1  (Counsel list continued from first page)

2  Linton Joaquin (SBN 73547)
   Marielena Hincapié (SBN 188199)
3  Monica T. Guizar (SBN 202480)
   NATIONAL IMMIGRATION LAW CENTER
4  3435 Wilshire Blvd., Suite 2850
   Los Angeles, CA 90010
5  Telephone: (213) 674-2850
   Facsimile: (213) 639-3911
6  Email: guizar@nilc.org

7  Lucas Guttentag (SBN 90208)
   Jennifer C. Chang (SBN 233033)
8  Mónica M. Ramírez (SBN 234893)
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
9  Immigrants' Rights Project
   39 Drumm Street
10 San Francisco, CA 94111
   Telephone: (415) 343-0770
11 Facsimile: (415) 395-0950
   E-mail: jchang@aclu.org
12
   Omar C. Jadwat (*Pro Hac Vice* Application forthcoming)
13 AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   Immigrants' Rights Project
14 125 Broad Street, 18th Floor
   New York, NY 10004
15 Telephone: (212) 549-2620
   Facsimile: (212)-549-2654
16 Email: ojadwat@aclu.org

17 Alan L. Schlosser (SBN 49957)
   Julia Harumi Mass (SBN 189649)
18 ACLU FOUNDATION OF NORTHERN CALIFORNIA
   39 Drumm Street
19 San Francisco, CA 94111
   Telephone: (415) 621-2493
20 Facsimile: (415) 255-1478
   E-mail: aschlosser@aclu.org
21
   *Attorneys for Plaintiff Central Labor Council of Alameda County*
22
   David A. Rosenfeld (SBN 58163)
23 Manjari Chawla (SBN 218556)
   WEINBERG, ROGER & ROSENFELD
24 A Professional Corporation
   1001 Marina Village Parkway, Suite 200
25 Alameda, California 94501-1091
   Telephone: (510) 337-1001
26 Facsimile: (510) 337-1023
   Email: drosenfeld@unioncounsel.net
27
   *Attorneys for Plaintiffs San Francisco Labor Council,*
28 *San Francisco Building and Construction Trades Council,*
   *and Central Labor Council of Alameda County*

DECLARATION OF ANA AVENDAÑO , Case No. _____

I, Ana Avendaño, declare as follows:

1.  I am Associate General Counsel and Director of the Immigrant Worker Program for the American Federation of Labor-Congress of Industrial Organizations ("AFL-CIO"). This declaration is based on my personal knowledge and if called upon to testify, I could and would competently testify thereto.

2.  On June 14, 2006, the Department of Homeland Security ("DHS") gave notice of a proposed rule that would address the responsibilities of employers that receive "no-match letters" from the Social Security Administration ("SSA"). Because the proposed rule would have a significant, adverse impact on members of AFL-CIO affiliated unions, the AFL-CIO submitted comments objecting to the rule. After the comment period closed on August 14, 2006, the proposed rule lay dormant for a year. Shortly after Congress left for recess without enacting immigration reform legislation urged by DHS, the agency issued a final rule on August 15, 2007 ("DHS Final Rule"), published at 72 Fed. Reg. 45611. The DHS Final Rule would become legally effective on September 14, 2007.

3.  At a press conference in mid-August 2007, Michael Chertoff, Secretary of the Department of Homeland Security explained, in response to a question about when the DHS Final Rule was going to be implemented, that *after* the Final Rule went into effect on September 14, 2007, SSA would begin to send out more no-match letters. *See* Remarks by Homeland Security Secretary Michael Chertoff, available at http://www.dhs.gov/xnews/releases/pr_1186781502047.shtm ("Question: Mr. Secretary, when are these measures going to be actually implemented? I know this is a final rule, but is there a time – is there a timeline, a waiting period? Secretary Chertoff: The no-match regulation will be

1

effective in 30 days, and then what will happen is the Social Security Administration will begin to send the letters out.").

4.  As Associate General Counsel and Director of the Immigrant Worker Program of the AFL-CIO, I frequently have contact with high level officials at the Social Security Administration. David A. Rust, Acting Deputy Commissioner for Disability and Income Security Programs, confirmed that commencing on September 4, 2007, 10 days *before* the DHS Final Rule goes into effect, SSA intends to start sending out revised "no-match" letters that enclose a letter from DHS regarding its new rule, and that between September 4, 2007 and November 9, 2007, SSA expects to mail these no-match letters to approximately 140,000 employers around the country.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of August 2007 at Washington, District of Columbia.

_____
Ana Avendaño