1  Stephen P. Berzon (SBN 46540)
   Scott A. Kronland (SBN 171693)
2  Jonathan Weissglass (SBN 185008)
   Linda Lye (SBN 215584)
3  Danielle E. Leonard (SBN 218201)
   ALTSHULER BERZON LLP
4  177 Post Street, Suite 300
   San Francisco, CA 94108
5  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
6  Email: skronland@altshulerberzon.com
   Email: llye@altshulerberzon.com
7  Email: dleonard@altshulerberzon.com

8  *Attorneys for Plaintiffs*

9  Jonathan P. Hiatt (SBN 63533)
   James B. Coppess (*Pro Hac Vice* Application forthcoming)
10 Ana L. Avendaño (SBN 160676)
   AFL-CIO
11 815 Sixteenth Street, N.W.
   Washington, D.C. 20006
12 Telephone: (202) 637-5053
   Facsimile: (202) 637-5323
13 Email: aavendan@aflcio.org

14 *Attorneys for Plaintiff AFL-CIO*

15 (Counsel list continued on next page)

16             UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18 AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; 19 SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION 20 TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY, 21<br>      Plaintiffs, 22<br>    v. 23<br>MICHAEL CHERTOFF, Secretary of Homeland Security; 24 DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland 25 Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner 26 of Social Security; and SOCIAL SECURITY ADMINISTRATION, 27<br>      Defendants. 28 | Case No. _____<br><br>**PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS** |

(Counsel list continued from first page)

Linton Joaquin (SBN 73547)
Marielena Hincapi (SBN 188199)
Monica T. Guizar (SBN 202480)
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010
Telephone: (213) 674-2850
Facsimile: (213) 639-3911
Email: guizar@nilc.org

Lucas Guttentag (SBN 90208)
Jennifer C. Chang (SBN 233033)
Mónica M. Ramírez (SBN 234893)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (415) 395-0950
E-mail: jchang@aclu.org

Omar C. Jadwat (*Pro Hac Vice* Application forthcoming)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2620
Facsimile: (212)-549-2654
Email: ojadwat@aclu.org

Alan L. Schlosser (SBN 49957)
Julia Harumi Mass (SBN 189649)
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478
E-mail: aschlosser@aclu.org

*Attorneys for Plaintiff Central Labor Council of Alameda County*

David A. Rosenfeld (SBN 58163)
Manjari Chawla (SBN 218556)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
Email: drosenfeld@unioncounsel.net

*Attorneys for Plaintiffs San Francisco Labor Council,
San Francisco Building and Construction Trades Council,
and Central Labor Council of Alameda County*

PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS, Case No. _____

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS**

Pursuant to Local Rule 7-11, Plaintiffs seek an order authorizing them to file a Memorandum In Support of Motion for Temporary Restraining Order and Preliminary Injunction that exceeds the 25 page limit set forth in Local Rule 7-2(b). Because this Motion for Administrative Relief is filed concurrently with Plaintiffs' *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue, Plaintiffs were not able to obtain a stipulation pursuant to Local Rule 7-12. *See* Lye Decl. ISO Application To Exceed Page Limits at ¶2.

Local Rule 7-2(b) provides that briefs in support of motions shall not exceed 25 pages, but this limitation may be enlarged at the Court's discretion. *See* Local Rule 7-11. Plaintiffs respectfully request that they be excused from Local 7-2(b)'s page limitation. This action challenges a new Department of Homeland Security ("DHS") regulation as contrary to the governing statute and the plan to implement that regulation as in excess of the statutory authority of DHS and the Social Security Administration ("SSA"). Plaintiffs request a Temporary Restraining Order enjoining DHS and SSA from seeking to implement the regulation and a hearing on their application for a preliminary injunction before the rule would go into effect on September 14, 2007. The challenged DHS regulation would affect hundreds of thousands of employers and millions of employees throughout the country.

The reasons why the defendants' actions are unlawful turn on a discussion of both the immigration laws and the tax laws, why Congress did not intend the SSA's Earnings Suspense File to be used for immigration-enforcement purposes, and why the new DHS regulation is premised on an interpretation of the word "knowing" that is not what Congress meant by the term in the immigration laws. Explaining why a temporary restraining order and a preliminary injunction are necessary also requires a discussion of the Social Security program and the issuance of so-called "no-match" letters.

Plaintiffs counsel have sought to prepare the motion papers as quickly as possible while providing the Court with the necessary background and arguments to fully consider the motion. Plaintiffs' counsel believe a brief in excess of 25-pages is necessary in this matter, and  Plaintiffs

PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS, Case No. _____   1

1 | respectfully request that the Court grant their motion to exceed the 25-page limit.

3 | Dated: August 28, 2007            Respectfully submitted

Stephen P. Berzon
Scott A. Kronland
Jonathan Weissglass
Linda Lye
Danielle E. Leonard
ALTSHULER BERZON LLP

Jonathan P. Hiatt
James B. Coppess
Ana Avendaño
AFL-CIO

Linton Joaquin
Marielena Hincapi
Monica T. Guizar
NATIONAL IMMIGRATION LAW CENTER

Lucas Guttentag
Jennifer C. Chang
Mónica M. Ramírez
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Omar C. Jadwat
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Alan L. Schlosser
Julia Harumi Mass
ACLU FOUNDATION OF NORTHERN CALIFORNIA

David A. Rosenfeld
Manjari Chawla
WEINBERG, ROGER & ROSENFELD


by:   /s/Scott A. Kronland
          Scott A. Kronland

Attorneys for Plaintiffs

PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS, Case No. _____     2