1  Stephen P. Berzon (SBN 46540)
   Scott A. Kronland (SBN 171693)
2  Jonathan Weissglass (SBN 185008)
   Linda Lye (SBN 215584)
3  Danielle E. Leonard (SBN 218201)
   ALTSHULER BERZON LLP
4  177 Post Street, Suite 300
   San Francisco, CA 94108
5  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
6  Email: skronland@altshulerberzon.com
   Email: llye@altshulerberzon.com
7  Email: dleonard@altshulerberzon.com

8  *Attorneys for Plaintiffs*

9  Jonathan P. Hiatt (SBN 63533)
   James B. Coppess (*Pro Hac Vice* Application forthcoming)
10 Ana L. Avendaño (SBN 160676)
   AFL-CIO
11 815 Sixteenth Street, N.W.
   Washington, D.C. 20006
12 Telephone: (202) 637-5053
   Facsimile: (202) 637-5323
13 Email: aavendan@aflcio.org

14 *Attorneys for Plaintiff AFL-CIO*

15 (Counsel list continued on next page)

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18 AMERICAN FEDERATION OF LABOR AND        ) Case No. _____
   CONGRESS OF INDUSTRIAL ORGANIZATIONS;   )
19 SAN FRANCISCO LABOR COUNCIL; SAN        )
   FRANCISCO BUILDING AND CONSTRUCTION     ) **DECLARATION OF LINDA LYE**
20 TRADES COUNCIL; and CENTRAL LABOR       ) **IN SUPPORT OF PLAINTIFFS'**
   COUNCIL OF ALAMEDA COUNTY,              ) **MOTION TO EXCEED PAGE**
21                                         ) **LIMITATIONS**
                Plaintiffs,                )
22                                         )
         v.                                )
23                                         )
   MICHAEL CHERTOFF, Secretary of Homeland Security; )
24 DEPARTMENT OF HOMELAND SECURITY;        )
   JULIE MYERS, Assistant Secretary of Homeland )
25 Security; U.S. IMMIGRATION AND CUSTOMS  )
   ENFORCEMENT; MICHAEL ASTRUE, Commissioner )
26 of Social Security; and SOCIAL SECURITY )
   ADMINISTRATION,                         )
27                                         )
                Defendants.                )
28 _____)

DECL. OF LYE ISO PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS, Case No. _____

(Counsel list continued from first page)

Linton Joaquin (SBN 73547)
Marielena Hincapié (SBN 188199)
Monica T. Guizar (SBN 202480)
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010
Telephone: (213) 674-2850
Facsimile: (213) 639-3911
Email: guizar@nilc.org

Lucas Guttentag (SBN 90208)
Jennifer C. Chang (SBN 233033)
Mónica M. Ramírez (SBN 234893)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (415) 395-0950
E-mail: jchang@aclu.org

Omar C. Jadwat (*Pro Hac Vice* Application forthcoming)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2620
Facsimile: (212)-549-2654
Email: ojadwat@aclu.org

Alan L. Schlosser (SBN 49957)
Julia Harumi Mass (SBN 189649)
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478
E-mail: aschlosser@aclu.org

*Attorneys for Plaintiff Central Labor Council of Alameda County*

David A. Rosenfeld (SBN 58163)
Manjari Chawla (SBN 218556)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
Email: drosenfeld@unioncounsel.net

*Attorneys for Plaintiffs San Francisco Labor Council, San Francisco Building and Construction Trades Council, and Central Labor Council of Alameda County*

DECL. OF LYE ISO PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS, Case No. _____

I, Linda Lye, declare as follows:

1. I am a member of the bar of this Court and counsel for Plaintiffs in this action.

2. Plaintiffs are filing an *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue. Plaintiffs Memorandum In Support of Motion for Temporary Restraining Order and Preliminary Injunction exceeds the 25-page limit contained in Local Rule 7-2(b). Because Plaintiffs' Memorandum was prepared on an emergency basis and before the Complaint was filed in this case or the Summons issued, it was not possible for Plaintiffs to obtain a stipulation from Defendants pursuant to Local Rule 7-12.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 28, 2007 at San Francisco, California.

_____
Linda Lye

DECL. OF LYE ISO PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS, Case No. _____          1