1  PETER D. KEISLER
   Assistant Attorney General
2
   SANDRA SCHRAIBMAN
3  DANIEL E. BENSING (D.C. Bar No. 334268)
   Attorneys, U.S. Department of Justice
4  Civil Division, Federal Programs Branch
   20 Massachusetts Ave., N.W., Room 6114
5  Washington, D.C. 20001
   Telephone: (202) 305-0693
6  Facsimile: (202) 616-8460

7  SCOTT N. SCHOOLS (S.C. BN 9990)
   United States Attorney
8  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
9  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
10
       450 Golden Gate Avenue, 9th Floor
11     San Francisco, California 94102
       Telephone:     (415) 436-6909
12     Facsimile:     (415) 436-6748
       Email: jonathan.lee@usdoj.gov
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, et al.,<br><br>Defendants. | No. C 07-4472 CRB<br><br>**UNOPPOSED MOTION FOR PERMISSION TO APPEAR AT HEARING TELEPHONICALLY, PER STIPULATION OF THE PARTIES; PROPOSED ORDER**<br><br>Date:  August 31, 2007<br>Time:  3:00 p.m.<br>Place: Courtroom 7, 19th Floor<br>       450 Golden Gate Avenue<br>       San Francisco, CA<br>Judge: Hon. Maxine M. Chesney |

MOTION FOR TELEPHONIC APPEARANCE; PROPOSED ORDER
C 07-4472 CRB                                  -1-

1  TO THE PARTIES, THEIR ATTORNEYS OF RECORD, AND THE COURT:

2  PLEASE TAKE NOTICE that pursuant to Civil Local Rule 7-11, Defendants Michael
3  Chertoff, Secretary of Homeland Security, et al., hereby move the Court for an order permitting
4  Defendants' counsel Daniel E. Bensing, United States Department of Justice, Civil Division,
5  Federal Programs Branch, to appear at today's hearing on plaintiff's motion for temporary
6  restraining order by telephone.

7  Mr. Bensing is the lead counsel handling the government's defense and Plaintiffs have
8  stipulated to Mr. Bensing's appearance at today's hearing by telephone.

9  This request is made on the basis of the parties' stipulation and on the following additional
10 grounds:

11 Plaintiffs filed this action, including the motion for temporary restraining order, on August
12 29, 2007.  The action was assigned to the Hon. Charles R. Breyer, who previously posted a
13 notice of unavailability for the period August 30-September 28, 2007.  Plaintiffs contacted Judge
14 Breyer's chambers in an attempt to have Judge Breyer address the motion for temporary
15 restraining order before the period of unavailability began, without success.

16 On August 30, 2007, at approximately 4:00 p.m.  Judge Breyer's chambers contacted Mr.
17 Bensing to request that any opposition brief be filed by 10:00 a.m. Pacific time on August 31,
18 2007.

19 There was no hearing time set on plaintiffs' motion for temporary restraining order as of the
20 close of business on August 30, 2007.

21 On August 31, 2007, at approximately 10:00 a.m., the Hon. Maxine M. Chesney's chambers
22 contacted Mr. Bensing and informed him that a hearing time of 3:00 p.m. had been set by the
23 Court for plaintiffs' motion for temporary restraining order.  Under these circumstances, it is an
24 impossibility for Mr. Bensing to appear in person at the hearing.

MOTION FOR TELEPHONIC APPEARANCE; PROPOSED ORDER
C 07-4472 CRB                                  -2-

Therefore, in addition to the parties' stipulation, there is GOOD CAUSE for the Court to permit Mr. Bensing's appearance by telephone. This motion should be granted.

Respectfully Submitted,

DATED: August 31, 2007

SCOTT N. SCHOOLS
United States Attorney

 /s/
JONATHAN U. LEE
Assistant United States Attorney
Attorneys for Federal Defendants

**PROPOSED ORDER**

The motion is granted.

DATED: _____

THE HON. MAXINE M. CHESNEY

United States District Court Judge