**CIVIL MINUTES**

**JUDGE MAXINE M. CHESNEY**

Date:   August 31, 2007

**C-07-4472 CRB**

**AMERICAN FEDERATION OF LABOR & CONGRESS OF INDUSTRIAL ORGANIZATIONS   v. MICHAEL CHERTOFF**

| Attorneys: | Scott Kronland, Stephen Berzon | Daniel Bensing (telephone) |
|---|---|---|
| | Danielle Leonard, Luca Guttentag | Jonathan Lee |
| Deputy Clerk: **Barbara Espinoza** | | Reporter: **Lydia Zinn** |

**PROCEEDINGS:**                                                                                                   **RULING:**

1.  TRO                                                                                                               Submitted

2. _____

3. _____

**ORDERED AFTER HEARING:**

Motion for Preliminary Injunction filed by 9/11/2007, opposition filed by 9/18/2007; reply filed by 9/25/2007, the Court puts briefing schedule in place over the objection of the government.

(X) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court  X

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO  October 01, 2007 @ 2:30 p.m. for  Motion for Preliminary Injunction

Discovery Cut-Off _____   Expert Discovery Cut-Off _____
Plntf to Name Experts by _____   Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____  Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: _____