Stephen P. Berzon (SBN 46540)
Scott A. Kronland (SBN 171693)
Jonathan Weissglass (SBN 185008)
Linda Lye (SBN 215584)
Danielle E. Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: skronland@altshulerberzon.com
Email: llye@altshulerberzon.com
Email: dleonard@altshulerberzon.com

*Attorneys for Plaintiffs*

Jonathan P. Hiatt (SBN 63533)
James B. Coppess (*Pro Hac Vice* Application forthcoming)
Ana L. Avendaño (SBN 160676)
AFL-CIO
815 Sixteenth Street, N.W.
Washington, D.C. 20006
Telephone: (202) 637-5053
Facsimile: (202) 637-5323
Email: aavendan@aflcio.org

*Attorneys for Plaintiff AFL-CIO*

(Counsel list continued on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION,<br><br>Defendants. | Case No. _____<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

[PROPOSED] TRO AND ORDER TO SHOW CAUSE RE: PI, Case No. _____

1 | (Counsel list continued from first page)

2 | Linton Joaquin (SBN 73547)
Marielena Hincapié (SBN 188199)
3 | Monica T. Guizar (SBN 202480)
NATIONAL IMMIGRATION LAW CENTER
4 | 3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010
5 | Telephone: (213) 674-2850
Facsimile: (213) 639-3911
6 | Email: guizar@nilc.org

7 | Lucas Guttentag (SBN 90208)
Jennifer C. Chang (SBN 233033)
8 | Mónica M. Ramírez (SBN 234893)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
9 | Immigrants' Rights Project
39 Drumm Street
10 | San Francisco, CA 94111
Telephone: (415) 343-0770
11 | Facsimile: (415) 395-0950
E-mail: jchang@aclu.org
12 |
Omar C. Jadwat (*Pro Hac Vice* Application forthcoming)
13 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
14 | 125 Broad Street, 18th Floor
New York, NY 10004
15 | Telephone: (212) 549-2620
Facsimile: (212)-549-2654
16 | Email: ojadwat@aclu.org

17 | Alan L. Schlosser (SBN 49957)
Julia Harumi Mass (SBN 189649)
18 | ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
19 | San Francisco, CA 94111
Telephone: (415) 621-2493
20 | Facsimile: (415) 255-1478
E-mail: aschlosser@aclu.org
21 |
*Attorneys for Plaintiff Central Labor Council of Alameda County*
22 |
David A. Rosenfeld (SBN 58163)
23 | Manjari Chawla (SBN 218556)
WEINBERG, ROGER & ROSENFELD
24 | A Professional Corporation
1001 Marina Village Parkway, Suite 200
25 | Alameda, California 94501-1091
Telephone: (510) 337-1001
26 | Facsimile: (510) 337-1023
Email: drosenfeld@unioncounsel.net
27 |
*Attorneys for Plaintiffs San Francisco Labor Council,*
28 | *San Francisco Building and Construction Trades Council,*
*and Central Labor Council of Alameda County*

[PROPOSED] TRO AND ORDER TO SHOW CAUSE RE: PI, Case No. _____

1    Plaintiffs' application for (i) a Temporary Restraining Order, and (ii) an Order to Show
2    Cause why a preliminary injunction should not issue came before this Court for consideration on
3    August 31, 2007. Upon consideration of the application, and for good cause shown,
4    IT IS HEREBY ORDERED as follows:

5                            Temporary Restraining Order
6    The Court finds that Plaintiffs have ~~demonstrated a likelihood of success on the merits of~~ raised serious questions as to whether
7    ~~their claims that~~ the new Department of Homeland Security rule is inconsistent with statute and
8    beyond the statutory authority of the Department of Homeland Security and the Social Security
9    Administration. The Court also finds that Plaintiffs have demonstrated that the balance of harms
10   tips sharply in favor of a stay ~~because~~ based on Plaintiffs, showing that they and their members would suffer irreparable harm if
11   the rule is implemented while Defendants would suffer ~~no real~~ significantly less harm from a delay in the
12   implementation of the rule pending consideration of Plaintiffs' claims.
13       Accordingly, IT IS HEREBY ORDERED that, pending a hearing in whether a preliminary
14   injunction should issue, Defendants MICHAEL CHERTOFF, Secretary of Homeland Security;
15   DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland
16   Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE,
17   Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION, and their
18   officers, agents, servants, employees, and attorneys, and upon those persons in active concert or
19   participation with them, are HEREBY ENJOINED AND RESTRAINED from giving any effect to
20   or otherwise taking any action to implement the Final Rule adopted by the Department of Homeland
21   Security entitled "Safe-Harbor Procedures for Employers Who Receive a No-Match Letter" that was
22   published at 77 Fed. Reg. 45611 (Aug. 15, 2007), including by mailing or otherwise causing to be
23   sent to employers the Social Security Administration no-match letter packets that include the
24   Department of Homeland Security guidance letter concerning the Final Rule.

25                            Order to Show Cause
26       Defendants are ordered to show cause before this Court why a preliminary injunction should
27   not issue enjoining Defendants from giving effect to or otherwise taking any action to enforce or
28   implement the Final Rule adopted by the Department of Homeland Security entitled "Safe-Harbor

Procedures for Employers Who Receive a No-Match Letter" that was published at 77 Fed. Reg. 45611 (Aug. 15, 2007).

The hearing on the order to show cause will be held on October 1, 2007, at 2:30 p.m. Plaintiff's motion for preliminary injunction shall be filed and served by September 11, 2007. Defendants' opposition papers shall be filed and served on September 18, 2007, and Plaintiffs' reply papers shall be filed and served on September 25, 2007.

SO ORDERED.

Dated: 8/31/07

*/s/ Charles M. Breyer*
United States District Judge

[PROPOSED] TRO AND ORDER TO SHOW CAUSE RE: PI, Case No. _____   2