Type name, address, phone number of applicant here
Jonathan P. Hiatt, Esq.                    Telephone: (202) 637-5053
AFL-CIO
815 Sixteenth St. N.W.
Washington, D.C. 20006;

Clerk's Use Only
Initial for fee pd.:

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF LABOR
AND CONGRESS OF INDUSTRIAL
ORGANIZATIONS; et al.,                      CASE NO.  C07-4472 CRB

         Plaintiff(s),

       v.                                   APPLICATION FOR
                                            ADMISSION OF ATTORNEY
MICHAEL CHERTOFF, Secretary of              *PRO HAC VICE*
Homeland Security; et al.,

             Defendant(s).

Pursuant to Civil L.R. 11-3, Jonathan P. Hiatt                            , an active member in

good standing of the bar of  the District of Columbia                         , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing  Plaintiffs                               in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest

court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution

programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-

counsel in the above-entitled action.  The name, address and telephone number of

that attorney is:

Stephen P. Berzon, Esq., Altshuler Berzon LLP, 177 Post Street, Suite 300,
San Francisco, CA  94108; Telephone: (415) 421-7151

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  8/30/07

_____
Jonathan P. Hiatt