```
 1  Stephen P. Berzon (SBN 46540)
    Scott A. Kronland (SBN 171693)
 2  Jonathan Weissglass (SBN 185008)
    Linda Lye (SBN 215584)
 3  Danielle E. Leonard (SBN 218201)
    ALTSHULER BERZON LLP
 4  177 Post Street, Suite 300
    San Francisco, CA 94108
 5  Telephone: (415) 421-7151
    Facsimile: (415) 362-8064
 6  Email: skronland@altshulerberzon.com
    Email: llye@altshulerberzon.com
 7  Email: dleonard@altshulerberzon.com

 8  Attorneys for Plaintiffs

 9  Jonathan P. Hiatt (SBN 63533) (Pro Hac Vice Application forthcoming)
    James B. Coppess
10  Ana L. Avendaño (SBN 160676)
    AFL-CIO
11  815 Sixteenth Street, N.W.
    Washington, D.C. 20006
12  Telephone: (202) 637-5053
    Facsimile: (202) 637-5323
13  Email: aavendan@aflcio.org

14  Attorneys for Plaintiff AFL-CIO

15  (Counsel list continued on next page)
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendants. | Case No. C07-4472 CRB<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE, Case No. C07-4472 CRB

1  (Counsel list continued from first page)

2  Linton Joaquin (SBN 73547)
   Marielena Hincapié (SBN 188199)
3  Monica T. Guizar (SBN 202480)
   NATIONAL IMMIGRATION LAW CENTER
4  3435 Wilshire Blvd., Suite 2850
   Los Angeles, CA 90010
5  Telephone: (213) 674-2850
   Facsimile: (213) 639-3911
6  Email: guizar@nilc.org

7  Lucas Guttentag (SBN 90208)
   Jennifer C. Chang (SBN 233033)
8  Mónica M. Ramírez (SBN 234893)
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
9  Immigrants' Rights Project
   39 Drumm Street
10 San Francisco, CA 94111
   Telephone: (415) 343-0770
11 Facsimile: (415) 395-0950
   E-mail: jchang@aclu.org
12
   Omar C. Jadwat (*Pro Hac Vice* Application forthcoming)
13 AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   Immigrants' Rights Project
14 125 Broad Street, 18th Floor
   New York, NY 10004
15 Telephone: (212) 549-2620
   Facsimile: (212)-549-2654
16 Email: ojadwat@aclu.org

17 Alan L. Schlosser (SBN 49957)
   Julia Harumi Mass (SBN 189649)
18 ACLU FOUNDATION OF NORTHERN CALIFORNIA
   39 Drumm Street
19 San Francisco, CA 94111
   Telephone: (415) 621-2493
20 Facsimile: (415) 255-1478
   E-mail: aschlosser@aclu.org
21
   *Attorneys for Plaintiff Central Labor Council of Alameda County*
22
   David A. Rosenfeld (SBN 58163)
23 Manjari Chawla (SBN 218556)
   WEINBERG, ROGER & ROSENFELD
24 A Professional Corporation
   1001 Marina Village Parkway, Suite 200
25 Alameda, California 94501-1091
   Telephone: (510) 337-1001
26 Facsimile: (510) 337-1023
   Email: drosenfeld@unioncounsel.net
27
   *Attorneys for Plaintiffs San Francisco Labor Council,*
28 *San Francisco Building and Construction Trades Council,*
   *and Central Labor Council of Alameda County*

PROOF OF SERVICE, Case No. C07-4472 CRB

# PROOF OF SERVICE

**CASE:** *AFL-CIO v. Chertoff,*
**CASE NO:** U.S. District Court, N.D. Cal., Case No. C-07-4472 (CRB)

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On September 4, 2007, I served the following document(s):

**Application for Admission of Attorney *Pro Hac Vice*; [Proposed] Order Granting Application for Admission of Attorney *Pro Hac Vice* (for Jonathan P. Hiatt)**

on the parties, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

<u>By First Class Mail</u>: I placed the envelope, sealed and with first-class postage fully prepaid, for collection and mailing following our ordinary business practices. I am readily familiar with the practice of Altshuler Berzon LLP for the collection and processing of correspondence for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Mail Postal Service in San Francisco, California, for collection and mailing to the office of the addressee on the date shown herein.

| ADDRESSEE | PARTY |
| --- | --- |
| PETER D. KEISLER<br>Assistant Attorney General<br>THOMAS DUPREE<br>Deputy Assistant Attorney General<br>SANDRA SCHRAIBMAN<br>DANIEL E. BENSING<br>Attorneys, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 6114<br>Washington, D.C. 20001<br>Telephone: (202) 305-0693<br>Facsimile: (202) 616-8460<br>Daniel.Bensing@USDOJ.gov | Defendants |
| SCOTT N. SCHOOLS<br>United States Attorney<br>JOANN M. SWANSON<br>Chief, Civil Division<br>JONATHAN U. LEE<br>Assistant United States Attorney<br>450 Golden Gate Avenue, 9th Floor<br>San Francisco, California 94102<br>Telephone: (415) 436-6909<br>Facsimile: (415) 436-6748<br>Email: jonathan.lee@usdoj.gov | Defendants |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this September 4, 2007, at San Francisco, California.

_____
Jean Perley