PETER D. KEISLER
Assistant Attorney General
THOMAS DUPREE
Deputy Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
JOANN M. SWANSON
Chief, Civil Division
JONATHAN LEE
Assistant U. S. Attorney
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C.  20001
Telephone:  (202) 305-0693
Facsimile:  (202) 616-8460

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of Homeland Security, et al., <br><br> Defendants. | Case No. 07-4472 CRB <br><br> **DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF THE ORDER SETTING A BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Local Rule 7-9(a), defendants move the Court for leave to file the attached Motion to Modify Briefing Schedule on Plaintiffs' Motion for Preliminary Injunction.  The basis for this motion is set forth in the attached Motion to Modify Briefing Schedule on Plaintiffs' Motion for Preliminary Injunction, and in the attachments thereto.

A Proposed Order is Attached.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | DATED: September 5, 2007 | Respectfully submitted, |
| 7 | | |
| 8 | | PETER D. KEISLER<br>Assistant Attorney General |
| 9 | | THOMAS DUPREE<br>Deputy Assistant Attorney General |
| 10 | | |
| 11 | | SCOTT N. SCHOOLS |
| 12 | | United States Attorney |
| 13 | | JOANN M. SWANSON<br>Chief, Civil Division |
| 14 | | JONATHAN LEE |
| 15 | | Assistant U. S. Attorney<br>Assistant Chief, Civil Division |
| 16 | | 450 Golden Gate Ave., 9th Floor |
| 17 | | San Francisco, Cal. 94102<br>Telephone: 415-436-6909 |
| 18 | | Facsimile: 415-436-6748<br>E-mail: Jonathan.Lee@ USDOJ.gov |
| 19 | | |
| 20 | | _____/s/_____ |
| 21 | | SANDRA SCHRAIBMAN |
| 22 | | DANIEL E. BENSING (D.C. Bar No. 334268)<br>Attorneys, U.S. Department of Justice |
| 23 | | Civil Division, Federal Programs Branch |
| 24 | | 20 Massachusetts Ave., N.W., Room 6114<br>Washington, D.C.  20001 |
| 25 | | Telephone:  (202) 305-0693<br>Facsimile:  (202) 616-8460 |
| 26 | | |
| 27 | | |
| 28 | | |

<u>Certificate of Service</u>

I hereby certify that on this 5TH day of September, 2007, I caused to be served by mail and e-mail a copy of Defendants' Motion for Leave to File a Motion for Reconsideration of the Order Setting a Briefing Schedule on Plaintiffs' Motion for Preliminary Injunction upon the following counsel:

    Scott A. Kronland
    Altshuler Berzon LLP
    177 Post St.
    San Francisco, California 94108

    skronland@altshulerberzpn.com

    Counsel for Plaintiffs


                                                     /s/
                               _____
                                         Daniel Bensing

1  PETER D. KEISLER
   Assistant Attorney General
2  THOMAS DUPREE
   Deputy Assistant Attorney General
3  SCOTT N. SCHOOLS
4  United States Attorney
   JOANN M. SWANSON
5  Chief, Civil Division
6  JONATHAN LEE
   Assistant U. S. Attorney
7  SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
   DANIEL E. BENSING (D.C. Bar No. 334268)
8  Attorneys, U.S. Department of Justice
   Civil Division, Federal Programs Branch
9  20 Massachusetts Ave., N.W., Room 6114
10 Washington, D.C.  20001
   Telephone:  (202) 305-0693
11 Facsimile:  (202) 616-8460

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 AMERICAN FEDERATION OF LABOR AND     )
     CONGRESS OF INDUSTRIAL             )  Case No. 07-4472 CRB
17   ORGANIZATIONS, et al.,             )
                                        )
18              Plaintiffs,             )
                                        )
19                                      )
           v.                           )  **[PROPOSED] ORDER**
20                                      )
   MICHAEL CHERTOFF, Secretary of Homeland )
21   Security, et al.,                  )
                                        )
22              Defendants.             )
23 _____)

24

25     Good cause having been shown, the Court grants defendants leave to file the Motion to

26 Modify Briefing Schedule on Plaintiffs' Motion for Preliminary Injunction, attached to defendants'

27 Motion.  The Clerk's Office shall cause that Motion to be filed on the docket of the Court.

28

1  SO ORDERED
2
3
4
5  Date: _____        _____
6                               UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28