This calendar was last modified: 09/05/2007 08:37:47 AM

US District Court, Northern District of California

Judge Charles R. Breyer

Courtroom 8, 19th Floor

Barbara Espinoza

Scheduling Information

### Wednesday 09/05/2007

08:00 AM   Unavailable

-----------

02:15 PM   CR-04-0357-01 United States of America v Chong Su Long (c)
Status Conference
Korean Interpreter:
stip cont

-----------

02:15 PM   CR-05-395- United States of America v Myung Jin Chang,
Status Conference
Korean Interpreter:
stip cont

-----------

### Thursday 09/06/2007

08:00 AM   Unavailable

-----------

### Friday 09/07/2007

08:00 AM   Unavailable

-----------

### Monday 09/10/2007

08:00 AM   Unavailable

-----------

### Tuesday 09/11/2007

08:00 AM   Unavailable

-----------

### Wednesday 09/12/2007

08:00 AM   Unavailable

-----------


DEFENDANT'S EXHIBIT B 07-4472

02:15 PM CR-06-0737 United States of America v Isaac Maldonado
Judgment and Sentence

-----------

### Thursday 09/13/2007

08:00 AM   Unavailable

-----------

### Friday 09/14/2007

08:00 AM   Unavailable

-----------

### Monday 09/17/2007

08:00 AM   Unavailable

-----------

### Tuesday 09/18/2007

08:00 AM   Unavailable

-----------

### Wednesday 09/19/2007

02:15 PM (r)CR-06-101-2 United States of America v Hyon Chu Yim
Status Conference
Korean Interpreter: Ted Kim

-----------

02:15 PM (r)CR-05-395-1 United States of America v Young Joon Yang
Status Conference
Korean Interpreter: Ted Kim

-----------

02:15 PM (r)CR-06-0101 United States of America v Yon Suk Pang
Judgment and Sentencing
Korean Interpreter:

-----------

Court Schedule:

Case Management Conferences: Friday 8:30 a.m.
Civil Law and Motions: Friday 10:00 a.m.
Criminal Law and Motions: Wednesday 2:15 p.m.
Trials: Monday thru Thursday 8:30 a.m. to 1:30 p.m.

CERTIFICATE OF UNAVAILABILITY

This is to certify that The Honorable CHARLES R. BREYER will be unavailable on:

Thursday, August 30, 2007 thru Wednesday, September 19, 2007;
Monday, September 24, 2007 thru Friday, September 28, 2007;
Monday, October 15, 2007 thru Thursday, October 18, 2007;
Monday, November 5, 2007 thru Friday, November 9, 2007.

All Counsel are hereby given notice that they may, if urgency requires, request a hearing on any case assigned to Judge Charles R. Breyer, before the General Duty Judge pursuant to Civil Local Rule 7-1(c).

Barbara Espinoza,
Courtroom Deputy

Dated: September 4, 2007