UNITED STATES DISTRICT COURT

Northern District of California

AMERICAN FEDERATION OF LABOR
AND CONGRESS OF INDUSTRIAL
ORGANIZATIONS; et al.,

           Plaintiff(s),

v.

MICHAEL CHERTOFF, Secretary of
Homeland Security; et al.,

           Defendant(s).
_____/

CASE NO. C07-4472 CRB

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jonathan P. Hiatt , an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

AFL-CIO,
815 Sixteenth St. N.W.,
Washington, D.C. 20006; Telephone: (202) 637-3949

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District    Judge