1  Stephen P. Berzon (SBN 46540)
   Scott A. Kronland (SBN 171693)
2  Jonathan Weissglass (SBN 185008)
   Linda Lye (SBN 215584)
3  Danielle E. Leonard (SBN 218201)
   ALTSHULER BERZON LLP
4  177 Post Street, Suite 300
   San Francisco, CA 94108
5  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
6  Email: skronland@altshulerberzon.com
   Email: llye@altshulerberzon.com
7  Email: dleonard@altshulerberzon.com

8  *Attorneys for Plaintiffs*

9  Jonathan P. Hiatt (SBN 63533) (*Pro Hac Vice* Application pending)
   James B. Coppess
10 Ana L. Avendaño (SBN 160676)
   AFL-CIO
11 815 Sixteenth Street, N.W.
   Washington, D.C. 20006
12 Telephone: (202) 637-5053
   Facsimile: (202) 637-5323
13 Email: aavendan@aflcio.org

14 *Attorneys for Plaintiff AFL-CIO*

15 (Counsel list continued on next page)

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18 AMERICAN FEDERATION OF LABOR AND            ) Case No. C07-4472 CRB
   CONGRESS OF INDUSTRIAL ORGANIZATIONS;       )
19 SAN FRANCISCO LABOR COUNCIL; SAN            )
   FRANCISCO BUILDING AND CONSTRUCTION         ) **DECLARATION OF SCOTT A.**
20 TRADES COUNCIL; and CENTRAL LABOR COUNCIL)    **KRONLAND IN OPPOSITION**
   OF ALAMEDA COUNTY,                          ) **TO MOTION FOR**
21                                             ) **RECONSIDERATION OF THE**
              Plaintiffs,                      ) **ORDER SETTING A BRIEFING**
22                                             ) **SCHEDULE ON PLAINTIFFS'**
        v.                                     ) **MOTION FOR A PRELIMINARY**
23                                             ) **INJUNCTION**
   MICHAEL CHERTOFF, Secretary of Homeland Security; )
24 DEPARTMENT OF HOMELAND SECURITY;            )
   JULIE MYERS, Assistant Secretary of Homeland)
25 Security; U.S. IMMIGRATION AND CUSTOMS      )
   ENFORCEMENT; MICHAEL ASTRUE, Commissioner   )
26 of Social Security; and SOCIAL SECURITY     )
   ADMINISTRATION,                             )
27                                             )
              Defendants.                      )
28 _____)

DECLARATION OF SCOTT A. KRONLAND, Case No. C07-4472 CRB

1  (Counsel list continued from first page)

2  Linton Joaquin (SBN 73547)
   Marielena Hincapié (SBN 188199)
3  Monica T. Guizar (SBN 202480)
   NATIONAL IMMIGRATION LAW CENTER
4  3435 Wilshire Blvd., Suite 2850
   Los Angeles, CA 90010
5  Telephone: (213) 674-2850
   Facsimile: (213) 639-3911
6  Email: guizar@nilc.org

7  Lucas Guttentag (SBN 90208)
   Jennifer C. Chang (SBN 233033)
8  Mónica M. Ramírez (SBN 234893)
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
9  Immigrants' Rights Project
   39 Drumm Street
10 San Francisco, CA 94111
   Telephone: (415) 343-0770
11 Facsimile: (415) 395-0950
   E-mail: jchang@aclu.org
12
   Omar C. Jadwat (*Pro Hac Vice* Application forthcoming)
13 AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   Immigrants' Rights Project
14 125 Broad Street, 18th Floor
   New York, NY 10004
15 Telephone: (212) 549-2620
   Facsimile: (212)-549-2654
16 Email: ojadwat@aclu.org

17 Alan L. Schlosser (SBN 49957)
   Julia Harumi Mass (SBN 189649)
18 ACLU FOUNDATION OF NORTHERN CALIFORNIA
   39 Drumm Street
19 San Francisco, CA 94111
   Telephone: (415) 621-2493
20 Facsimile: (415) 255-1478
   E-mail: aschlosser@aclu.org
21
   *Attorneys for Plaintiff Central Labor Council of Alameda County*
22
   David A. Rosenfeld (SBN 58163)
23 Manjari Chawla (SBN 218556)
   WEINBERG, ROGER & ROSENFELD
24 A Professional Corporation
   1001 Marina Village Parkway, Suite 200
25 Alameda, California 94501-1091
   Telephone: (510) 337-1001
26 Facsimile: (510) 337-1023
   Email: drosenfeld@unioncounsel.net
27
   *Attorneys for Plaintiffs San Francisco Labor Council,*
28 *San Francisco Building and Construction Trades Council,*
   *and Central Labor Council of Alameda County*

DECLARATION OF SCOTT A. KRONLAND, Case No. C07-4472 CRB

**DECLARATION OF SCOTT A. KRONLAND IN OPPOSITION TO MOTION FOR RECONSIDERATION OF THE ORDER SETTING A BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Scott A. Kronland declares:

1. I am a member of the bar of this Court and one of the attorneys for plaintiffs in this case.

2. I exchanged messages yesterday and today with the attorney for the government defendants, Daniel Bensing, about the availability of the administrative record for the DHS Final Rule. Mr. Bensing informed me that DHS has not yet compiled the administrative record, or an index to the record, and does not know yet when they will be available. I am concerned that if the Court compresses the briefing schedule there will not be sufficient time for plaintiffs to review the administrative record before reply papers are due and for the Court to review the administrative record before the preliminary injunction hearing.

3. I also was recently contacted by Robert P. Charrow, an attorney at Greenberg Traurig LLP who represents some major business groups. Mr. Charrow said his clients intend to seek leave to intervene as plaintiffs in this case and join in the request for a preliminary injunction against the Final Rule and that Mr. Charrow had contacted the government to determine whether there will be any opposition to an intervention motion. (Plaintiffs would not oppose the motion.) The need to weigh the arguments of business groups at the preliminary injunction hearing would be another reason the existing schedule should not be compressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 6, 2007, in San Francisco, California

                                                        /s/ Scott A. Kronland
                                                        Scott A. Kronland