Stephen P. Berzon (SBN 46540)
Scott A. Kronland (SBN 171693)
Jonathan Weissglass (SBN 185008)
Linda Lye (SBN 215584)
Danielle E. Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: skronland@altshulerberzon.com
Email: llye@altshulerberzon.com
Email: dleonard@altshulerberzon.com

*Attorneys for Plaintiffs*

Jonathan P. Hiatt (SBN 63533) (*Pro Hac Vice* Application pending)
James B. Coppess
Ana L. Avendaño (SBN 160676)
AFL-CIO
815 Sixteenth Street, N.W.
Washington, D.C. 20006
Telephone: (202) 637-5053
Facsimile: (202) 637-5323
Email: aavendan@aflcio.org

*Attorneys for Plaintiff AFL-CIO*

(Counsel list continued on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION, <br><br> Defendants. | Case No. C07-4472 CRB <br><br> **DECLARATION OF LUCAS GUTTENTAG IN OPPOSITION TO MOTION FOR RECONSIDERATION OF THE ORDER SETTING A BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

DECLARATION OF LUCAS GUTTENTAG, Case No. C07-4472 CRB

(Counsel list continued from first page)

Linton Joaquin (SBN 73547)
Marielena Hincapié (SBN 188199)
Monica T. Guizar (SBN 202480)
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010
Telephone: (213) 674-2850
Facsimile: (213) 639-3911
Email: guizar@nilc.org

Lucas Guttentag (SBN 90208)
Jennifer C. Chang (SBN 233033)
Mónica M. Ramírez (SBN 234893)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (415) 395-0950
E-mail: jchang@aclu.org

Omar C. Jadwat (*Pro Hac Vice* Application forthcoming)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2620
Facsimile: (212)-549-2654
Email: ojadwat@aclu.org

Alan L. Schlosser (SBN 49957)
Julia Harumi Mass (SBN 189649)
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478
E-mail: aschlosser@aclu.org

*Attorneys for Plaintiff Central Labor Council of Alameda County*

David A. Rosenfeld (SBN 58163)
Manjari Chawla (SBN 218556)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
Email: drosenfeld@unioncounsel.net

*Attorneys for Plaintiffs San Francisco Labor Council,
San Francisco Building and Construction Trades Council,
and Central Labor Council of Alameda County*

DECLARATION OF LUCAS GUTTENTAG, Case No. C07-4472 CRB

I, Lucas Guttentag, declare as follows:

1.   I am a member of the bar of this Court, lead counsel for the American Civil Liberties Union (ACLU) and one of the principal lawyers in the above-captioned case.

2.   I appeared at the TRO hearing before Judge Chesney on August 31, 2007, and consulted with co-counsel regarding the scheduling of the briefing and hearing for the Preliminary Injunction.

3.   I am not available on the hearing dates proposed by the government for the Preliminary Injunction due to pre-existing travel obligations. I will be in Vancouver on a family vacation on Wednesday, September 19 and am traveling from Vancouver directly to Jackson, Mississippi on Thursday, September 20 to serve as a keynote speaker on Friday, September 21 at the Annual Black Brown Unity Conference at the United Auto Workers (UAW) Justice Center in Canton, Mississippi.

4. I am returning to California from Mississippi on Saturday, September 22 and am available for the hearing scheduled on October 1.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on September 6, 2007.

_____
Lucas Guttentag

DECLARATION OF LUCAS GUTTENTAG Case No. 07-4472 CRB            1