**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   AMERICAN FEDERATION OF LABOR                No. C 07-04472 CRB
     AND CONGRESS OF INDUSTRIAL
12   ORGANIZATIONS, et al.,                      **ORDER**
13              Plaintiffs,
14      v.
15   MICHAEL CHERTOFF, et al.,
16              Defendants.
                                              /
17
18        The Court having reviewed Defendants' motion to modify the briefing schedule on
19   the hearing for the motion for a preliminary injunction, as well as the supporting declaration
20   from the Acting Deputy Commissioner for Disability and Income Security Programs,
21   Defendant's motion is hereby DENIED.
22        **IT IS SO ORDERED.**
23
24
25   Dated:    September 6, 2007              _____/s/_____
                                             MAXINE M. CHESNEY
                                             UNITED STATES DISTRICT JUDGE
26
27
28

G:\CRBALL\2007\4472\order 1.wpd