Robert P. Charrow (CA SBN 44962)
Laura M. Klaus (DC SBN 294272) (*Pro Hac to be Filed*)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Ste. 500
Washington, D.C. 20006
Telephone: (202) 533-2396
Facsimile: (202) 261-0164
Email: charrowr@gtlaw.com
Email: klausl@gtlaw.com

William J. Goines (SBN 61290)
Karen Rosenthal (SBN 209419)
Cindy Hamilton (SBN 217951)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com
          rosenthalk@gtlaw.com

Attorneys for Plaintiff-Intervenors

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, et al.,<br><br>Defendants. | Case No.  C07-04472 CRB<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16 AND FRCP 7.1** |

1

SV 346217566v1

1.    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Chamber of Commerce of the United States of America

San Francisco Chamber of Commerce

Golden Gate Restaurant Association

National Roofing Contractors Association

American Nursery & Landscape Association

International Franchise Association

United Fresh Produce Association

Greenberg Traurig LLP

Robert Phillip Charrow

Laura M. Klaus

Laura Reiff

William J. Goines

Karen Rosenthal

Cindy Hamilton

National Chamber Litigation Center, Inc.

Robin S. Conrad

Shane Brennan

//

//

//

CERTIFICATION OF INTERESTED ENTITIES

SV 346217566v1

2.    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that there is  no parent corporation or publicly held corporation that owns 10% or more of any of Plaintiff-Intervenors' stock.

Dated:  September 7, 2007                    GREENBERG TRAURIG, LLP


By:  /s/ Karen Rosenthal
      Robert P. Charrow
      William J. Goines
      Karen Rosenthal
      Cindy Hamilton

Attorneys for Plaintiff-Intervenors

3

SV 346217566v1