1

2    Robert P. Charrow (CA SBN 44962)
     Laura M. Klaus (DC SBN 294272) (*Pro Hac to be Filed*)
3    GREENBERG TRAURIG, LLP
     800 Connecticut Avenue, N.W., Ste. 500
     Washington, D.C. 20006
4    Telephone:  (202) 533-2396
     Facsimile:  (202) 261-0164
5    Email: charrowr@gtlaw.com
     Email:  klausl@gtlaw.com
6
     William J. Goines (SBN 61290)
7    Karen Rosenthal (SBN 209419)
     Cindy Hamilton (SBN 217951)
8    GREENBERG TRAURIG, LLP
     1900 University Avenue, Fifth Floor
9    East Palo Alto, CA  94303
     Telephone:  (650) 328-8500
10   Facsimile:  (650) 328-8508
     Email:  goinesw@gtlaw.com
11           rosenthalk@gtlaw.com

12   Attorneys for Plaintiff-Intervenors

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15   AMERICAN FEDERATION OF LABOR AND          Case No.   C07-04472 CRB
     CONGRESS OF INDUSTRIAL
16   ORGANIZATION; SAN FRANCISCO LABOR
     COUNCIL; SAN FRANCISCO BUILDING AND
17   CONSTRUCTION TRADES COUNCIL; and          **PROPOSED PLAINTIFF
     CENTRAL LABOR COUNCIL OF ALAMEDA          INTERVENOR'S NOTICE OF MOTION
18   COUNTY,                                   AND MOTION FOR ORDER
                                               SHORTENING TIME FOR HEARING
19                  Plaintiffs;                ON PROPOSED PLAINTIFF
                                               INTERVENORS MOTION TO
20   v.                                        INTERVENE; MEMORANDUM OF
                                               POINTS AND AUTHORITIES; AND
21   MICHAEL CHERTOFF, Secretary of Homeland   DECLARATION OF CINDY HAMILTON**
     Security; DEPARTMENT OF HOMELAND
22   SECURITY; JULIE MYERS, Assistant Secretary   Date:       September 14, 2007
     of Homeland Security; U.S. IMMIGRATION       Time:       10:00 am
23   AND CUSTOMS ENFORCEMENT; MICHAEL            Dept.:      Courtroom 10
     ASTRUE, Commissioner of Social Security; and  Judge:      The Honorable Judge Breyer
24   SOCIAL SECURITY ADMINISTRATION,

25                  Defendants.

26

27

28

1

### NOTICE OF MOTION

2      **PLEASE TAKE NOTICE THAT**, pursuant to Civil L.R. 6-1(b) and Civil L.R. 6-3,

3   Proposed Plaintiff Intervenors San Francisco Chamber of Commerce, Chamber of Commerce of the

4   United States of America, Golden Gate Restaurant Association, National Roofing Contractors

5   Association, American Nursery & Landscape Association, International Franchise Association, and

6   the United Fresh Produce Association  (collectively, "Proposed Plaintiff Intervenors") hereby move

7   this Court for entry of an order shortening the time for a hearing on Proposed Plaintiffs' Motion To

8   Intervene ("Motion to Intervene").  Pursuant to Civil L.R. 6-3(c), a party who opposes a motion to

9   shorten time must file its opposition, if any, no later than the third court day after receiving this

10   motion.

11      **PLEASE TAKE FURTHER NOTICE THAT** the hearing on the Motion to Intervene has

12   not yet been scheduled.  Defendants request that the hearing be set for September 14, 2007, at a time

13   convenient to the Court, or another date and time as soon as practical for the Court.

14   //

15   //

16   //

17

18

19

20

21

22

23

24

25

26

27

28

SV 346217568v2

1    **PLEASE TAKE FURTHER NOTICE THAT** this motion will be based on this Notice of

2    Motion and Motion, the accompanying Memorandum of Points and Authorities, the concurrently-

3    filed Declaration of Cindy Hamilton and exhibits thereto, all papers and pleadings on file in this

4    action, and any argument this Court may hold.

5    Dated:  September 7, 2007                         GREENBERG TRAURIG, LLP

6

7                                                      By: /s/ Cindy Hamilton
                                                           Robert P. Charrow
8                                                          William J. Goines
                                                           Karen Rosenthal
9                                                          Cindy Hamilton

10                                                     Of Counsel:

11                                                     Robin S. Conrad (DC SBN 342774)
                                                       Shane Brennan (DC SBN 456402)
12                                                     National Chamber
                                                           Litigation Center, Inc.
13                                                     1615 H Street, N.W.
                                                       Washington, D.C. 20062
14                                                     Telephone: (202) 463-5337
                                                       Facsimile: (202) 463-5346
15                                                     Email: RConrad@uschamber.com

16                                                     Attorneys for Plaintiff-Intervenors

17

18

19

20

21

22

23

24

25

26

27

28

SV 346217568v2

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

2

**I.     INTRODUCTION AND FACTUAL BACKGROUND**

3
4
5
6

Proposed Plaintiff Intervenors move, pursuant to Civil L.R. 6-3, for an order shortening the time for a hearing on the Motion to Intervene.  Proposed Plaintiff Intervenors' Motion to Intervene is unopposed.  The Court's authority to shorten time or otherwise modify requested time changes is set forth in Civil L.R. 6-3(d).

7
8
9
10
11
12
13
14
15
16
17

On August 29, 2007, Plaintiffs American Federation of Labor and Congress of Industrial Organizations, San Francisco Labor Council, San Francisco Building and Construction Trades Council, and the Central Labor Council of Alameda County (collectively, "Plaintiffs") filed a Complaint for Declaratory and Injunctive Relief against Defendants Michael Chertoff, Secretary of Homeland Security; Department of Homeland Security; Julie Myers, Assistant Secretary of Homeland Security; U.S. Immigration and Customs Enforcement; Michael Astrue, Commissioner of Social Security, and the Social Security Administration (collectively, "Defendants").  Plaintiffs' lawsuit relates to the Final Rule issued by Homeland Security on August 15, 2007 requiring businesses to resolve non-matching social security numbers within 30 days upon notification from the Social Security Administration, following which employees are given 93 days to resolve the issue or risk termination.

18
19
20
21
22
23
24

On August 29, 2007, Plaintiffs also filed a Motion for a Motion for Temporary Restraining Order, which came for hearing before Judge Chesney on August 31, 2007.  Judge Chesney entered a temporary restraining order prohibiting the Defendants from implementing the Final Rule and establishing a briefing schedule for motions for preliminary injunction.  Under that briefing schedule, motions for preliminary injunction and supporting documents are due on September 11, 2007, Defendants' response is due on September 18, 2007, a reply is due on September 25, 2006, and the motion will be heard on October 1, 2007, at 2:30 pm.

25

**II.    ARGUMENT**

26
27
28

The Proposed Plaintiff-Intervenors seek to intervene in the action as plaintiffs to challenge the Final Rule issued by the Secretary of Homeland Security.  Specifically, Proposed Plaintiff-Intervenors seek to participate in the Preliminary Injunction hearing set for October 1, 2007.  With

---

*SV 346217568v2*

1   the September 11, 2007 deadline to file a preliminary injunction motion and supporting paperwork

2   only two business days from the filing date of this motion, Proposed Plaintiff-Intervenors request that

3   this Court shorten time to hear Proposed Plaintiff Intervenors' Motion to Intervene to Friday,

4   September 14, 2007.  This is the first available hearing date on the Court's calendar.  Proposed

5   Plaintiff-Intervenors Motion to Intervene and Proposed Complaint in intervention are filed

6   concurrently with this motion.

7           Proposed Plaintiff-Intervenors seek to participate in the Preliminary Injunction hearing;

8   Proposed Plaintiff-Intervenors' Motion for Preliminary Injunction has been prepared and will be

9   ready to file in time for the Court's September 11, 2007 briefing schedule. An expedited hearing of

10  Proposed Plaintiff-Intervenors' motion to intervene therefore will not affect the schedule for this

11  case.

12          If Proposed Plaintiff-Intervenors are not permitted to intervene in this action on an expedited

13  basis, they will be greatly prejudiced if prevented from participating in the Motion for Preliminary

14  Injunction, in which Proposed Plaintiff-Intervenors seek to challenge the Final Rule issued by the

15  Secretary of Homeland Security.

16          Proposed Plaintiff-Intervenors do not seek to change the preliminary injunction briefing

17  schedule. This motion is Proposed Plaintiff-Intervenors' first appearance in this case; therefore no

18  previous time modifications have been requested.

19  //

20  //

21  //

22

23

24

25

26

27

28

1

**III.    CONCLUSION**

2      Proposed Plaintiff-Intervenors respectfully request that the Court shorten time to hear

3  Proposed Plaintiff-Intervenors' Motion to Intervene to Friday, September 14, 2007.

4

Dated:  September 7, 2007                      GREENBERG TRAURIG, LLP

5

6

By: /s/ Cindy Hamilton

7          Robert P. Charrow
           William J. Goines

8          Karen Rosenthal
           Cindy Hamilton

9

10      Of Counsel:

11      Robin S. Conrad (DC SBN 342774)
        Shane Brennan (DC SBN 456402)

12      National Chamber
          Litigation Center, Inc.

13      1615 H Street, N.W.
        Washington, D.C. 20062

14      Telephone: (202) 463-5337
        Facsimile: (202) 463-5346

15      Email: RConrad@uschamber.com

16      Attorneys for Plaintiff-Intervenors

17

18

19

20

21

22

23

24

25

26

27

28

SV 346217568v2

## DECLARATION OF CINDY HAMILTON

I, Cindy Hamilton, declare as follows:

1.      I am an attorney at law duly licensed to practice in all of the courts of the State of California, and am an Associate with the law firm, Greenberg Traurig, LLP, one of the attorneys of record for Proposed Plaintiff-Intervenors San Francisco Chamber of Commerce, Chamber of Commerce of the United States of America, Golden Gate Restaurant Association, National Roofing Contractors Association, American Nursery & Landscape Association, International Franchise Association, and the United Fresh Produce Association.

2.      Unless expressly otherwise stated, I have personal knowledge of the matters stated herein and could competently testify thereto in a court of law.

3.      This declaration is made pursuant to Civil L.R. 6-3(a) and in support of Proposed Plaintiff-Intervenors' Motion for Order Shortening Time For Hearing On Proposed Plaintiff-Intervenors' Motion to Intervene.

### Reasons for Requesting Shortened Time

4.      Proposed Plaintiff-Intervenors request an expedited hearing on the Motion to Intervene because Proposed Plaintiff-Intervenors seek to participate in the Preliminary Injunction hearing set for October 1, 2007.  With the September 11, 2007 deadline to file a preliminary injunction motion and supporting paperwork only two business days from the filing date of this motion, Proposed Plaintiff-Intervenors request that this Court shorten time to hear Proposed Plaintiff Intervenors' Motion to Intervene to Friday, September 14, 2007.

### Efforts Made to Stipulate to Shortening Time

5.      I was cc'ed on an email sent at approximately 2:20 pm on September 7, 2007 by Proposed Plaintiff Intervenors counsel Robert Charrow to lead attorney for Plaintiffs Scott Alan Kronland inquiring whether our motion to shorten time would be opposed.  Mr. Kronland confirmed via email on which I was cc'ed that he did not oppose the request to shorten time.  I was also cc'ed on an email sent at approximately 2:20 pm on September 7, 2007 by Robert Charrow to counsel for Defendants Daniel Bensing of the Department of Justice inquiring whether our motion to shorten time would be opposed. As of the time of this filing, I did not receive a response confirming that Mr.

1    Bensing did not oppose the request to shorten time.

2    **Substantial Harm Will Occur If the Court Does Not Shorten Time**

3    6.    If the Motion to Intervene is not heard on an expedited basis, Proposed Plaintiff-

4    Intervenors will not be permitted to participate in the Preliminary Injunction hearing scheduled for

5    October 1, 2007, and Proposed Plaintiff-Intervenors would therefore miss their opportunity to

6    challenge the Final Rule issued by the Secretary of Homeland Security.

7    **Nature of the Underlying Dispute Addressed in the Motion to Intervene**

8    7.    The Proposed Plaintiff-Intervenors seek to intervene in the action as plaintiffs to

9    challenge the Final Rule issued by the Secretary of Homeland Security.

10    **Disclosure of Any Previous Time Modifications**

11    8.    There have been no previous time modifications in this action, either by stipulation or

12    court order.

13    **Effect of the Requested Time Modification on the Case Schedule**

14    9.    Advancing the hearing date on the Motion to Intervene will not adversely affect the

15    progression of this case, as the Motion to Intervene is unopposed.

16    I declare under penalty of perjury under the laws of the United States of America that the

17    foregoing is true and correct.

18    Executed this 7th day of September, 2007 in East Palo Alto, California.

19

20       /s/ Cindy Hamilton
   Cindy Hamilton

21

22

23

24

25

26

27

28

ATTESTATION CLAUSE

I, Karen Rosenthal, am the ECF User whose ID and password are being used to file this **PROPOSED PLAINTIFF INTERVENOR'S NOTICE OF MOTION AND MOTION FOR ORDER SHORTENING TIME FOR HEARING ON PROPOSED PLAINTIFF INTERVENORS MOTION TO INTERVENE; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF CINDY HAMILTON.**

In compliance with General Order 45, X.B., I hereby attest that Cindy Hamilton has concurred in this filing.

Date:  September 7, 2007                     GREENBERG TRAURIG LLP


                                             By:  /s/ Karen Rosenthal
                                                  Karen Rosenthal

//

//

//

SV 346217568v2

1

<u>CERTIFICATE OF SERVICE</u>

2

3

        I hereby certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

4

5

6
| | |
|---|---|
| Ana L. Avendano | Danielle Evelyn Leonard |
| AFL-CIO | Altshuler Berzon LLP |
| aavendan@aflcio.org | dleonard@altshulerberzon.com |

7

8
| | |
|---|---|
| James B. Coppess | Jonathan David Weissglass |
| AFL-CIO | Altshuler Berzon, LLP |
| jcoppell@aflcio.org | jweissglass@altshulerberzon.com |

9

10
| | |
|---|---|
| Linda Lye | Scott Alan Kronland |
| Altshuler Berzon LLP | Altshuler Berzon LLP |
| llye@altshulerberzon.com | skronland@altshulerberzon.com |

11

12

13
| | |
|---|---|
| Stephen P. Berzon | David Albert Rosenfeld |
| Altshuler Berzon LLP | Manjari Chawla |
| sberzon@altshulerberzon.com | Weinberg Roger & rosenfeld |
| | courtnotices@unioncounsel.net |

14

15

16
| | |
|---|---|
| Alan Lawrence Schlosser | Jennifer C. Chang |
| ACLU Foundation of Northern California | ACLU Immigrants' Rights Project |
| aschlosser@aclunc.org | jchang@aclu.org |

17

18
| | |
|---|---|
| Julia Harumi Mass, Esq. | Linton Joaquin |
| American Civil Liberties Union of | National Immigration law Center |
| Northern California | joaquin@nilc.org |
| jmass@aclunc.org | |

19

20
| | |
|---|---|
| Lucas Guttentag | Marielena Hincapie |
| ACLU Immigrants' Rights Project | National Immigration Law Center |
| lguttentag@aclu.org | hincapie@nilc.org |

21

22
| | |
|---|---|
| Monica Teresa Guizar | Monica Maria Ramirez |
| National Immigration Law Center | ACLU Immigrants RightsProject |
| guizar@nilc.org | mramirez@aclu.org |

23

24
| | |
|---|---|
| Omar C. jadwat | Daniel Benzing |
| ACLu Immigrants Rights Project | U.S. Dept. of Justice |
| ojadwat@aclu.org | Daniel.Bensing@USDOJ.gov |

25

26
| |
|---|
| Jonathan Unruh Lee |
| U.S. Attorneys Office |
| jonathan.lee@usdoj.gov |

27

28

---

*SV 346217568v2*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: /s/  Karen Rosenthal_____
        Karen Rosenthal

---

SV 346217568v2