1  Robert P. Charrow (CA SBN 44962)
   Laura M. Klaus (DC SBN 294272) (*Pro Hac to be Filed*)
2  GREENBERG TRAURIG, LLP
   800 Connecticut Avenue, N.W., Ste. 500
3  Washington, D.C. 20006
   Telephone: (202) 533-2396
4  Facsimile: (202) 261-0164
   Email: charrowr@gtlaw.com
5  Email: klausl@gtlaw.com

6  William J. Goines (SBN 61290)
   Karen Rosenthal (SBN 209419)
7  Cindy Hamilton (SBN 217951)
   GREENBERG TRAURIG, LLP
8  1900 University Avenue, Fifth Floor
   East Palo Alto, CA 94303
9  Telephone: (650) 328-8500
   Facsimile: (650) 328-8508
10 Email: goinesw@gtlaw.com
          hamiltonc@gtlaw.com
11        rosenthalk@gtlaw.com

12 Attorneys for Plaintiff-Intervenors

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17 AMERICAN FEDERATION OF LABOR AND          Case No.  C07-04472 CRB
   CONGRESS OF INDUSTRIAL
18 ORGANIZATIONS; SAN FRANCISCO LABOR
   COUNCIL; SAN FRANCISCO BUILDING AND
19 CONSTRUCTION TRADES COUNCIL; and          **[PROPOSED] ORDER GRANTING**
   CENTRAL LABOR COUNCIL OF ALAMEDA          **MOTION FOR ORDER SHORTENING**
20 COUNTY,                                   **TIME TO HEAR MOTION FOR LEAVE**
                                             **TO INTERVENE**
21           Plaintiffs,

22     v.

23 MICHAEL CHERTOFF, Secretary of Homeland
   Security; DEPARTMENT OF HOMELAND
24 SECURITY; JULIE MYERS, Assistant Secretary
   of Homeland Security; U.S. IMMIGRATION
25 AND CUSTOMS ENFORCEMENT; MICHAEL
   ASTRUE, Commissioner of Social Security; and
26 SOCIAL SECURITY ADMINISTRATION,

27           Defendants.

28

                                                             ORDER SHORTENING TIME
                                                                    C07-04472 CRB
*SV 346217678v1*

1  The Motion of the San Francisco Chamber of Commerce, Chamber of Commerce of the United States of America, Golden Gate Restaurant Association, National Roofing Contractors Association, American Nursery & Landscape Association, International Franchise Association, and United Fresh Produce Association (hereinafter, "Proposed Plaintiff-Intervenors") for order shortening time to hear Proposed Plaintiff-Intervenors' unopposed motion for leave to intervene ("Motion") having come before the Court, and good cause appearing therefor,

Proposed Plaintiff-Intervenors' Motion is hereby GRANTED.  The hearing on the Motion is set for 10:00 a.m. on September 14, 2007 in Courtroom 8, 19th Floor.

IT IS FURTHER ORDERED that any opposition papers shall be filed and served on Plaintiff-Intervenors' counsel on or before 5:00 p.m. on September 12, 2007.

IT IS SO ORDERED.

Dated: _____, 2007

_____
JUDGE OF THE UNITED STATES DISTRICT COURT