Robert P. Charrow (CA SBN 44962)
Laura M. Klaus (DC SBN 294272) (*Pro Hac to be Filed*)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Ste. 500
Washington, D.C. 20006
Telephone: (202) 533-2396
Facsimile: (202) 261-0164
Email: charrowr@gtlaw.com
Email: klausl@gtlaw.com

William J. Goines (SBN 61290)
Karen Rosenthal (SBN 209419)
Cindy Hamilton (SBN 217951)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com
   rosenthalk@gtlaw.com

Attorneys for Plaintiff-Intervenors

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATION; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY,<br><br>Plaintiffs;<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION,<br><br>Defendants. | Case No. C07-04472 CRB<br><br>**DECLARATION OF ROBERT P. CHARROW IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE AS PLAINTIFFS IN ACTION** |

## DECLARATION OF ROBERT P. CHARROW

I, Robert P. Charrow, declare as follows:

---

NOTICE OF MOTION AND MOTION SHORTENING TIME RE HEARING ON MOTION TO COMPEL DEPOSITION

SV 346217799v1 9/10/2007

1.	I am attorney duly licensed to practice law in the State of California and before this Court and a shareholder in the law firm of Greenberg Traurig, counsel for Proposed Plaintiff-Intervenors San Francisco Chamber of Commerce, Chamber of Commerce of the United States of America, Golden Gate Restaurant Association, National Roofing Contractors Association, American Nursery & Landscape Association, International Franchise Association, and the United Fresh Produce Association (collectively, "Proposed Plaintiff-Intervenors"). I make this declaration in support of the accompanying Motion for Leave to Intervene and have personal knowledge of the facts herein and could competently testify thereto if called as a witness.

2.	On Thursday, September 6, 2007, I spoke to counsel for Defendants, Daniel Bensing of the United States Department of Justice. Mr. Bensing advised me that he does not oppose Proposed Plaintiff Intervenors' Motion for Leave to Intervene, though he is not conceding jurisdiction or the merits.

3.	On Thursday, September 6, 2007, I spoke to lead counsel for Plaintiffs, Scott A. Kronland. Mr. Kronland advised me that he does not oppose Proposed Plaintiff Intervenors' Motion for Leave to Intervene. Attached as Exhibit A is a true and correct copy of an email Mr. Kronland sent to my associate, Cindy Hamilton, on September 10, 2007, confirming in writing that he does not oppose Proposed Plaintiff Intervenors' Motion for Leave to Intervene.

4.	Due to the September 11, 2007, due date for preliminary injunction motions established by Judge Chesney on August 31, 2007, I called counsel for Defendants to determine whether Defendants would oppose Plaintiff-Intervenors' request for an expedited ruling on their unopposed motion for leave to intervene. On Sunday evening, Mr. Bensing advised me that he does not oppose an expedited ruling on the motion for leave to intervene. Attached as Exhibit B is a true and correct copy of an email Mr. Bensing sent to me on September 9, 2007.

5.	On September 7, 2007, I emailed counsel for Plaintiffs to determine whether Plaintiffs would oppose Plaintiff-Intervenors request for an expedited ruling on their unopposed motion for leave to intervene. That same day, Mr. Kronland advised me that he does not oppose an expedited ruling on the motion for leave to intervene. Attached as Exhibit C is a true and correct copy of the email Mr. Kronland sent to me on September 7, 2007.

1  6. Given that the request for an expedited ruling and the motion for leave to intervene is
2  unopposed by counsel for both Plaintiffs and Defendants, I therefore respectfully request that the Court
3  sign the Order granting Proposed Plaintiff-Intervenors' Motion for Leave to Intervene on an expedited
4  basis so that Proposed Plaintiff -ntervenors may file a motion for preliminary injunction on September
5  11, 2007.
6  I declare under penalty of perjury that the foregoing is true and correct.
7  Executed this 10th day of September 2007 in Washington D.C.

Dated: September 10, 2007.

GREENBERG TRAURIG, LLP

By: _____
Robert P. Charrow

Attorney for Proposed Plaintiff Intervenors

1
2                              ATTESTATION CLAUSE
3      I, Karen Rosenthal, am the ECF User whose ID and password are being used to file this
4 **DECLARATION OF ROBERT P. CHARROW IN SUPPORT OF MOTION FOR LEAVE TO**
5 **INTERVENE**
6      In compliance with General Order 45, X.B., I hereby attest that Cindy Hamilton has
7 concurred in this filing.
8
9 Date: September 10, 2007                    GREENBERG TAURIG LLP
10
11
                                              By: /s/ Karen Rosenthal
12                                               Karen Rosenthal
13
14 //
   //
15 //
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

Ana L. Avendano  
AFL-CIO  
aavendan@aflcio.org

James B. Coppess  
AFL-CIO  
jcoppell@aflcio.org

Linda Lye  
Altshuler Berzon LLP  
llye@altshulerberzon.com

Stephen P. Berzon  
Altshuler Berzon LLP  
sberzon@altshulerberzon.com

Alan Lawrence Schlosser  
ACLU Foundation of Northern California  
aschlosser@aclunc.org

Julia Harumi Mass, Esq.  
American Civil Liberties Union of Northern California  
jmass@aclunc.org

Lucas Guttentag  
ACLU Immigrants' Rights Project  
lguttentag@aclu.org

Monica Teresa Guizar  
National Immigration Law Center  
guizar@nilc.org

Omar C. Jadwat  
ACLU Immigrants Rights Project  
ojadwat@aclu.org

Jonathan Unruh Lee  
U.S. Attorneys Office  
jonathan.lee@usdoj.gov

Danielle Evelyn Leonard  
Altshuler Berzon LLP  
dleonard@altshulerberzon.com

Jonathan David Weissglass  
Altshuler Berzon, LLP  
jweissglass@altshulerberzon.com

Scott Alan Kronland  
Altshuler Berzon LLP  
skronland@altshulerberzon.com

David Albert Rosenfeld  
Manjari Chawla  
Weinberg Roger & rosenfeld  
courtnotices@unioncounsel.net

Jennifer C. Chang  
ACLU Immigrants' Rights Project  
jchang@aclu.org

Linton Joaquin  
National Immigration law Center  
joaquin@nilc.org

Marielena Hincapie  
National Immigration Law Center  
hincapie@nilc.org

Monica Maria Ramirez  
ACLU Immigrants RightsProject  
mramirez@aclu.org

Daniel Bensing  
U.S. Dept. of Justice  
Daniel.Bensing@USDOJ.gov

By: /s/ Karen Rosenthal  
Karen Rosenthal