**EXHIBIT A**

**Hamilton, Cindy (Assoc-SV-LT)**

**From:** Scott A Kronland [skronland@altshulerberzon.com]
**Sent:** Monday, September 10, 2007 10:21 AM
**To:** Hamilton, Cindy (Assoc-SV-LT)
**Subject:** AFL-CIO v. Chertoff, Case No. 07-4472

As I told Mr. Charrow orally last week, plaintiffs do not oppose the motion to intervene filed by the San Francisco Chamber of Commerce, et al.

Scott A. Kronland
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone: 415.421.7151
Facsimile: 415.362.8064

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

1

**EXHIBIT B**

**Hamilton, Cindy (Assoc-SV-LT)**

| | |
|---|---|
| From: | Charrow, Robert P. (Shld-DC-HC) |
| Sent: | Monday, September 10, 2007 7:30 AM |
| To: | Hamilton, Cindy (Assoc-SV-LT); Goines, William (Shld-SV-LT); Klaus, Laura (Shld-DC-LT); Charrow, Robert P. (Shld-DC-HC) |
| Subject: | Fw: Motion to Shorten Time |

---

Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

----- Original Message -----
From: Bensing, Daniel (CIV) <Daniel.Bensing@usdoj.gov>
To: Charrow, Robert P. (Shld-DC-HC)
Sent: Sun Sep 09 14:36:47 2007
Subject: RE: Motion to Shorten Time

No objection--if a bit late

---

From: charrowr@gtlaw.com [mailto:charrowr@gtlaw.com]
Sent: Friday, September 07, 2007 5:23 PM
To: Bensing, Daniel (CIV)
Cc: hamiltonc@gtlaw.com; charrowr@gtlaw.com
Subject: Motion to Shorten Time

I assume you do not oppose our motion to shorten time for our Unopposed Mtn to Intervene? Please advise.

Robert P. Charrow
Greenberg Traurig LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
(202) 533-2396 (telephone)
(202) 261-0164 (facsimile)
CharrowR@GTlaw.com

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com <mailto:postmaster@gtlaw.com> .

1

**EXHIBIT C**

# Hamilton, Cindy (Assoc-SV-LT)

**From:** Scott A Kronland [skronland@altshulerberzon.com]
**Sent:** Friday, September 07, 2007 2:25 PM
**To:** Charrow, Robert P. (Shld-DC-HC)
**Cc:** Hamilton, Cindy (Assoc-SV-LT)
**Subject:** Re: Mtn to Shorten Time

No opposition.

-----Original Message-----
From: charrowr@gtlaw.com <charrowr@gtlaw.com>
To: Scott A Kronland
CC: hamiltonc@gtlaw.com <hamiltonc@gtlaw.com>; charrowr@gtlaw.com <charrowr@gtlaw.com>
Sent: Fri Sep 07 14:23:31 2007
Subject: Mtn to Shorten Time

I assume you do not oppose our motion to shorten time for our Unopposed Mtn to Intervene? Please advise.


Robert P. Charrow
Greenberg Traurig LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
(202) 533-2396 (telephone)
(202) 261-0164 (facsimile)
CharrowR@GTlaw.com

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.


The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com <mailto:postmaster@gtlaw.com> .