Robert P. Charrow (CA SBN 44962)
Laura M. Klaus (DC SBN 294272) (*Pro Hac to be Filed*)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Ste. 500
Washington, D.C. 20006
Telephone: (202) 533-2396
Facsimile: (202) 261-0164
Email: charrowr@gtlaw.com
Email: klausl@gtlaw.com

William J. Goines (SBN 61290)
Karen Rosenthal (SBN 209419)
Cindy Hamilton (SBN 217951)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA  94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com
         hamiltonc@gtlaw.com
         rosenthalk@gtlaw.com

Attorneys for Plaintiff-Intervenors

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION,<br><br>Defendants. | Case No.  C07-04472 CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR LEAVE TO INTERVENE** |

1    The Motion of the San Francisco Chamber of Commerce, Chamber of Commerce of the
2 United States of America, Golden Gate Restaurant Association, National Roofing Contractors
3 Association, American Nursery & Landscape Association, International Franchise Association, and
4 United Fresh Produce Association (hereinafter, "Proposed Plaintiff-Intervenors") for order shortening
5 time to hear Proposed Plaintiff-Intervenors' unopposed motion for leave to intervene ("Motion")
6 having come before the Court, and good cause appearing therefor,

7    Proposed Plaintiff-Intervenors' Motion is hereby GRANTED.  The hearing on the Motion is
8 set for 10:00 a.m. on September 14, 2007 in Courtroom ~~8~~ 10, 19th Floor.

9    IT IS FURTHER ORDERED that any opposition papers shall be filed and served on Plaintiff-
10 Intervenors' counsel on or before 5:00 p.m. on September 12, 2007.

11    IT IS SO ORDERED.

12 Dated:  __9/10_____, 2007

                                          _____
                                          JUDGE OF THE UNITED STATES DISTRICT
                                          COURT

- 2 -                                                    ORDER SHORTENING TIME
                                                        C07-04472 CRB

*SV 346217678v1*