1  Stephen P. Berzon (SBN 46540)
   Scott A. Kronland (SBN 171693)
2  Jonathan Weissglass (SBN 185008)
   Linda Lye (SBN 215584)
3  Danielle E. Leonard (SBN 218201)
   ALTSHULER BERZON LLP
4  177 Post Street, Suite 300
   San Francisco, CA 94108
5  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
6  Email: skronland@altshulerberzon.com
   Email: llye@altshulerberzon.com
7  Email: dleonard@altshulerberzon.com

8  *Attorneys for Plaintiffs*

9  Jonathan P. Hiatt (SBN 63533) (*Pro Hac Vice* Application pending)
   James B. Coppess
10 Ana L. Avendaño (SBN 160676)
   AFL-CIO
11 815 Sixteenth Street, N.W.
   Washington, D.C. 20006
12 Telephone: (202) 637-5053
   Facsimile: (202) 637-5323
13 Email: aavendan@aflcio.org

14 *Attorneys for Plaintiff AFL-CIO*

15 (Counsel list continued on next page)

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18 AMERICAN FEDERATION OF LABOR AND          ) Case No. C07-4472 CRB
   CONGRESS OF INDUSTRIAL ORGANIZATIONS;     )
19 SAN FRANCISCO LABOR COUNCIL; SAN          )
   FRANCISCO BUILDING AND CONSTRUCTION       ) **PLAINTIFFS' STATEMENT OF**
20 TRADES COUNCIL; and CENTRAL LABOR         ) **NON-OPPOSITION TO MOTION**
   COUNCIL OF ALAMEDA COUNTY,                ) **FOR LEAVE TO INTERVENE**
21                                           ) **FILED BY SAN FRANCISCO**
             Plaintiffs,                     ) **CHAMBER OF COMMERCE, *et***
22                                           ) ***al.***
          v.                                 )
23                                           )
   MICHAEL CHERTOFF, Secretary of Homeland Security; )
24 DEPARTMENT OF HOMELAND SECURITY;          ) Date:   September 14, 2007
   JULIE MYERS, Assistant Secretary of Homeland ) Time:   10:00 a.m.
25 Security; U.S. IMMIGRATION AND CUSTOMS     ) Place:  Courtroom 10, 19th Floor
   ENFORCEMENT; MICHAEL ASTRUE, Commissioner ) Hon. Susan Illston
26 of Social Security; and SOCIAL SECURITY   )
   ADMINISTRATION,                           )
27                                           )
             Defendants.                     )
28 _____  )

PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO MOTION FOR LEAVE TO INTERVENE
FILED BY SAN FRANCISCO CHAMBER OF COMMERCE, *et al.*, Case No. C07-4472 CRB

1    (Counsel list continued from first page)

2    Linton Joaquin (SBN 73547)
     Marielena Hincapié (SBN 188199)
3    Monica T. Guizar (SBN 202480)
     NATIONAL IMMIGRATION LAW CENTER
4    3435 Wilshire Blvd., Suite 2850
     Los Angeles, CA 90010
5    Telephone: (213) 674-2850
     Facsimile: (213) 639-3911
6    Email: guizar@nilc.org

7    Lucas Guttentag (SBN 90208)
     Jennifer C. Chang (SBN 233033)
8    Mónica M. Ramírez (SBN 234893)
     AMERICAN CIVIL LIBERTIES UNION FOUNDATION
9    Immigrants' Rights Project
     39 Drumm Street
10   San Francisco, CA 94111
     Telephone: (415) 343-0770
11   Facsimile: (415) 395-0950
     E-mail: jchang@aclu.org
12
     Omar C. Jadwat (*Pro Hac Vice* Application forthcoming)
13   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
     Immigrants' Rights Project
14   125 Broad Street, 18th Floor
     New York, NY 10004
15   Telephone: (212) 549-2620
     Facsimile: (212)-549-2654
16   Email: ojadwat@aclu.org

17   Alan L. Schlosser (SBN 49957)
     Julia Harumi Mass (SBN 189649)
18   ACLU FOUNDATION OF NORTHERN CALIFORNIA
     39 Drumm Street
19   San Francisco, CA 94111
     Telephone: (415) 621-2493
20   Facsimile: (415) 255-1478
     E-mail: aschlosser@aclu.org
21
     *Attorneys for Plaintiff Central Labor Council of Alameda County*
22
     David A. Rosenfeld (SBN 58163)
23   Manjari Chawla (SBN 218556)
     WEINBERG, ROGER & ROSENFELD
24   A Professional Corporation
     1001 Marina Village Parkway, Suite 200
25   Alameda, California 94501-1091
     Telephone: (510) 337-1001
26   Facsimile: (510) 337-1023
     Email: drosenfeld@unioncounsel.net
27
     *Attorneys for Plaintiffs San Francisco Labor Council,*
28   *San Francisco Building and Construction Trades Council,*
     *and Central Labor Council of Alameda County*

1    **PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO MOTION FOR LEAVE TO INTERVENE FILED BY SAN FRANCISCO CHAMBER OF COMMERCE, *et al.***

2

3    Plaintiffs do not oppose the Motion for Leave to Intervene filed by the San Francisco

4    Chamber of Commerce, *et al.*

5    Dated:  September 10, 2007            Respectfully submitted

6                          Stephen P. Berzon
                           Scott A. Kronland
7                          Jonathan Weissglass
                           Linda Lye
8                          Danielle E. Leonard
                           ALTSHULER BERZON LLP
9
                           Jonathan P. Hiatt
10                         James B. Coppess
                           Ana Avendaño
11                         AFL-CIO

12                         Linton Joaquin
                           Marielena Hincapié
13                         Monica T. Guizar
                           NATIONAL IMMIGRATION LAW CENTER
14
                           Lucas Guttentag
15                         Jennifer C. Chang
                           Mónica M. Ramírez
16                         AMERICAN CIVIL LIBERTIES UNION FOUNDATION

17                         Omar C. Jadwat
                           AMERICAN CIVIL LIBERTIES UNION FOUNDATION
18
                           Alan L. Schlosser
19                         Julia Harumi Mass
                           ACLU FOUNDATION OF NORTHERN CALIFORNIA
20
                           David A. Rosenfeld
21                         Manjari Chawla
                           WEINBERG, ROGER & ROSENFELD
22

23

24                         by:   /s/Scott A. Kronland
                                      Scott A. Kronland
25
                           Attorneys for Plaintiffs
26

27

28