```
 1  PETER D. KEISLER
    Assistant Attorney General
 2  THOMAS DUPREE
    Deputy Assistant Attorney General
 3  SCOTT N. SCHOOLS
 4  United States Attorney
    JOANN M. SWANSON
 5  Chief, Civil Division
    JONATHAN LEE
 6  Assistant U. S. Attorney
 7  SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
    DANIEL E. BENSING (D.C. Bar No. 334268)
 8  Attorneys, U.S. Department of Justice
    Civil Division, Federal Programs Branch
 9  20 Massachusetts Ave., N.W., Room 6114
10  Washington, D.C. 20001
    Telephone: (202) 305-0693
11  Facsimile: (202) 616-8460
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of Homeland Security, et al., <br><br> Defendants. | Case No. 07-4472 CRB <br><br> **DEFENDANTS' STATEMENT OF NON-OPPOSITION TO MOTION TO INTERVENE BY SAN FRANCISCO CHAMBER OF COMMERCE,** *et al.* <br><br> Date: September 14, 2007 <br> Time: 10:00 a.m. <br> Place: Courtroom 10, 19th Floor <br> Hon. Susan Illston |

Defendants do not oppose the Motion for Leave to Intervene filed by the San Francisco Chamber of Commerce, *et al*.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | DATED: September 11, 2007 | Respectfully submitted, |
| 4 | | |
| 5 | | PETER D. KEISLER |
| 6 | | Assistant Attorney General |
| | | THOMAS DUPREE |
| 7 | | Deputy Assistant Attorney General |

DATED: September 11, 2007    Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
THOMAS DUPREE
Deputy Assistant Attorney General


SCOTT N. SCHOOLS
United States Attorney

JOANN M. SWANSON
Chief, Civil Division
JONATHAN LEE
Assistant U. S. Attorney
Assistant Chief, Civil Division
450 Golden Gate Ave., 9th Floor
San Francisco, Cal. 94102
Telephone: 415-436-6909
Facsimile: 415-436-6748
E-mail: Jonathan.Lee@ USDOJ.gov


_____/s/_____

SANDRA SCHRAIBMAN
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C.  20001
Telephone:  (202) 305-0693
Facsimile:  (202) 616-8460
E-mail: Daniel.Bensing@USDOJ.gov

- 2 -

<u>Certificate of Service</u>

    I hereby certify that on this 11TH day of September, 2007, I caused to be served by mail and e-mail a copy of Defendants' Statement of non-Opposition to Motion to Intervene filed by San Francisco Chamber of Commerce, et al., upon the following counsel:

Scott A. Kronland
Altshuler Berzon LLP
177 Post St.
San Francisco, California 94108

skronland@altshulerberzon.com

Counsel for Plaintiffs


Robert Charrow
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W. Ste. 500
Washington D.C. 20006

charrowr@gtlaw.com


Counsel for San Francisco Chamber of Commerce, et al.


/s/
_____
Daniel Bensing