

Clerk's Use Only

Initial for fee pd.:

Omar C. Jadwat
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
125 Broad St., 18th Fl.
New York, NY 10004; (212) 549-2620

FILED

07 SEP 11 AM 11: 53

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF LABOR
AND CONGRESS OF INDUSTRIAL
ORGANIZATIONS, et al.

        Plaintiff(s),

        v.

MICHAEL CHERTOFF, Secretary of
Homeland Security, et al.

        Defendant(s).    /

**CASE NO.** 3:07-cv-04472-CRB

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Omar C. Jadwat , an active member in good standing of the bar of the U.S. District Court, S.D.N.Y. , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Central Labor Council of Alameda in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Jennifer C. Chang, ACLU Immigrants' Rights Project, 39 Drumm St., San Francisco CA 94111, (415) 343-0774

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 30, 2007