UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION,<br><br>Defendants. | Case No.   C07-04472 CRB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO INTERVENE** |

Pending before the Court is the Motion of the San Francisco Chamber of Commerce, Chamber of Commerce of the United States of America, Golden Gate Restaurant Association, National Roofing Contractors Association, American Nursery & Landscape Association, International Franchise Association, and United Fresh Produce Association (hereinafter, "Proposed Plaintiff-Intervenors") for leave to intervene in the above-entitled action.

In light of Plaintiffs' Statement of Non-Opposition to Motion for Leave to Intervene and Defendants' Statement of Non-Opposition to Motion to Intervene, it is hereby ordered that the Motion for Leave to Intervene of Proposed Plaintiff-Intervenors is GRANTED and Plaintiff-Intervenors are authorized to file their Complaint in Intervention in the form set forth in Exhibit A to the Motion.

1    The hearing set for 10:00am on September 14, 2007, is VACATED.

3    Dated: September 11, 2007

_____
SUSAN Y. ILLSTON
UNITED STATES DISTRICT JUDGE

- 2 -    ORDER GRANTING MOTION FOR LEAVE TO INTERVENE
C07-04472 CRB

SV 346217651v1