Robert P. Charrow (CA SBN 44962)
Laura M. Klaus (DC SBN 294272) (*Pro Hac to be Filed*)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Ste. 500
Washington, D.C. 20006
Telephone: (202) 533-2396
Facsimile: (202) 261-0164
Email: charrowr@gtlaw.com
Email: klausl@gtlaw.com

William J. Goines (SBN 61290)
Karen Rosenthal (SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com
       rosenthalk@gtlaw.com

Attorneys for Plaintiff-Intervenors

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATION; et al., ,<br><br>Plaintiffs;<br><br>and<br><br>SAN FRANCISCO CHAMBER OF COMMERCE, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, GOLDEN GATE RESTAURANT ASSOCIATION, NATIONAL ROOFING CONTRACTORS ASSOCIATION, AMERICAN NURSERY & LANDSCAPE ASSOCIATION, INTERNATIONAL FRANCHISE ASSOCIATION, and UNITED FRESH PRODUCE ASSOCIATION,<br><br>Plaintiff-Intervenors<br><br>v.<br><br>MICHAEL CHERTOFF, *et al*,<br><br>Defendants. | Case No. 3:07-04472 CRB<br><br>**NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date: October 1, 2007<br>Time: 2:30 p.m.<br>Place: Courtroom 8, 19th Floor |

NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION- 1 -
CASE NO. 3:07-CV-04472-CRB

SV 346218356v1

Plaintiff-Intervenors San Francisco Chamber of Commerce, Chamber of Commerce of the United States of America, Golden Gate Restaurant Association, National Roofing Contractors Association, American Nursery & Landscape Association, International Franchise Association, and United Fresh Produce Association, by their undersigned counsel and pursuant to Rule 65 of the Federal Rules of Civil Procedure, hereby seek entry of a preliminary injunction to stay the effectiveness of the "Safe-Harbor Procedures for Employers Who Receive a No-Match Letter," 72 Fed. Reg. 45611 (Aug. 15, 2007) ("DHS Final Rule"), issued by the Department of Homeland Security ("DHS").because the Secretary of DHS failed to comply with the Regulatory Flexibility Act, 5 U.S.C. §§ 601 *et seq.* and in issuing the Final Rule, violated the Administrative Procedure Act, 5 U.S.C. § 701, *et seq.* because the DHS Final Rule is not authorized by statute and tehre is no evidence in the record to support the DHS Final Rule's key factual premise.

Plaintiff-Intervenors' Motion is based on the Complaint-in-Intervention filed with this Court on September 7, 2007, and the Memorandum of Points and Authorities, declarations and exhibits attached to this Notice of Motion and Motion for Preliminary Injunction.

Please take notice that this Motion shall be heard on October 1, 2007, at 2:30 p.m., in Courtroom 8, 19th Floor, before the Honorable Charles R. Breyer.

Dated: September 11, 2007.            Respectfully submitted,

/s/ Robert P. Charrow
Robert P. Charrow (CA SBN 44962)
Laura Klaus (DC SBN 294272) (*Pro Hac to be Filed*)
Laura Reiff (DC SBN 424579) (*Pro Hac to be Filed*)
GREENBERG TAURIG, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 533-2396
Facsimile: (202) 261-0164
Email: charrowr@gtlaw.com
Email: klausl@gtlaw.com
Email: reiffl@gtlaw.com

William J. Goines (CA SBN 061290)
Karen Rosenthal (CA SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Ave., 5th Fl.
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com
Email: rosenthalk@gtlaw.com

Robin S. Conrad (DC SBN 342774) (*Pro Hac to be Filed*)
Shane Brennan (DC SBN 456402) (*Pro Hac to be Filed*)
National Chamber
    Litigation Center, Inc.
1615 H Street, N.W.
Washington, D.C. 20062
Telephone: (202) 463-5337
Facsimile: (202) 463-5346
Email: RConrad@uschamber.com

Counsel for Plaintiff-Intervenors

## ATTESTATION CLAUSE

I, Karen Rosenthal, am the ECF User whose ID and password are being used to file this **NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION.**

In compliance with General Order 45, X.B., I hereby attest that Robert P. Charrow has concurred in this filing.

Date: September 11, 2007              GREENBERG TRAURIG LLP


                                      By: /s/ Karen Rosenthal
                                      Karen Rosenthal

//
//
//

SV 346218356v1

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

Ana L. Avendano
AFL-CIO
aavendan@aflcio.org

James B. Coppess
AFL-CIO
jcoppell@aflcio.org

Linda Lye
Altshuler Berzon LLP
llye@altshulerberzon.com

Stephen P. Berzon
Altshuler Berzon LLP
sberzon@altshulerberzon.com

Alan Lawrence Schlosser
ACLU Foundation of Northern California
aschlosser@aclunc.org

Julia Harumi Mass, Esq.
American Civil Liberties Union of Northern California
jmass@aclunc.org

Lucas Guttentag
ACLU Immigrants' Rights Project
lguttentag@aclu.org

Monica Teresa Guizar
National Immigration Law Center
guizar@nilc.org

Omar C. Jadwat
ACLU Immigrants Rights Project
ojadwat@aclu.org

Jonathan Unruh Lee
U.S. Attorneys Office
jonathan.lee@usdoj.gov

Danielle Evelyn Leonard
Altshuler Berzon LLP
dleonard@altshulerberzon.com

Jonathan David Weissglass
Altshuler Berzon, LLP
jweissglass@altshulerberzon.com

Scott Alan Kronland
Altshuler Berzon LLP
skronland@altshulerberzon.com

David Albert Rosenfeld
Manjari Chawla
Weinberg Roger & rosenfeld
courtnotices@unioncounsel.net

Jennifer C. Chang
ACLU Immigrants' Rights Project
jchang@aclu.org

Linton Joaquin
National Immigration law Center
joaquin@nilc.org

Marielena Hincapie
National Immigration Law Center
hincapie@nilc.org

Monica Maria Ramirez
ACLU Immigrants RightsProject
mramirez@aclu.org

Daniel Bensing
U.S. Dept. of Justice
Daniel.Bensing@USDOJ.gov

By: /s/ Cindy Hamilton
Cindy Hamilton