Robert P. Charrow (CA SBN 44962)
Laura M. Klaus (DC SBN 294272) (*Pro Hac to be filed*)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
Telephone:  (202) 533-2396
Facsimile:  (202) 261-0164
Email: charrowr@gtlaw.com; klausl@gtlaw.com

William J. Goines (CA SBN 061290)

Karen Rosenthal (CA SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Ave., 5th Fl.
East Palo Alto, CA  94303
Telephone:  (650) 328-8500
Facsimile:  (650) 328-8508
Email:   goinesw@gtlaw.com; rosenthalk@gtlaw.com

Counsel for Plaintiff-Intervenors

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*,<br><br>                Plaintiffs,<br><br>                and<br><br>SAN FRANCISCO CHAMBER OF COMMERCE, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, GOLDEN GATE RESTAURANT ASSOCIATION, NATIONAL ROOFING CONTRACTORS ASSOCIATION, AMERICAN NURSERY & LANDSCAPE ASSOCIATION, INTERNATIONAL FRANCHISE ASSOCIATION, and UNITED FRESH PRODUCE ASSOCIATION,<br><br>                Plaintiff-Intervenors<br><br>        v.<br><br>MICHAEL CHERTOFF, *et al.*,<br><br>                Defendants | CASE NO. C07-04472 CRB<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF-INTERVENORS' MOTION FOR A PRELIMINARY INJUNCTION |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Motion of the San Francisco Chamber of Commerce, *et al.*, (collectively "Plaintiff-Inventors") for a preliminary injunction, having come before the Court on October 1, 2007, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff-Intervenors' Motion for Preliminary Injunction is GRANTED, and the Defendants and each of them are prohibited from implementing or otherwise enforcing the Final Rule set forth at 72 Fed. Reg. 45611 (August 15, 2007) until further order of this Court.

IT IS SO ORDERED.

Dated: _____, 2007          _____

JUDGE OF THE UNITED STATES
DISTRICT COURT

[PROPOSED] ORDER GRANTING
PLAINTIFF-INTERVENORS' MOTION FOR PRELIMINARY INJUNCTION
3:07-cv-04472-CRB

SV 346218359v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

Ana L. Avendano
AFL-CIO
aavendan@aflcio.org

Danielle Evelyn Leonard
Altshuler Berzon LLP
dleonard@altshulerberzon.com

James B. Coppess
AFL-CIO
jcoppell@aflcio.org

Jonathan David Weissglass
Altshuler Berzon, LLP
jweissglass@altshulerberzon.com

Linda Lye
Altshuler Berzon LLP
llye@altshulerberzon.com

Scott Alan Kronland
Altshuler Berzon LLP
skronland@altshulerberzon.com

Stephen P. Berzon
Altshuler Berzon LLP
sberzon@altshulerberzon.com

David Albert Rosenfeld
Manjari Chawla
Weinberg Roger & rosenfeld
courtnotices@unioncounsel.net

Alan Lawrence Schlosser
ACLU Foundation of Northern California
aschlosser@aclunc.org

Jennifer C. Chang
ACLU Immigrants' Rights Project
jchang@aclu.org

Julia Harumi Mass, Esq.
American Civil Liberties Union of Northern California
jmass@aclunc.org

Linton Joaquin
National Immigration law Center
joaquin@nilc.org

Lucas Guttentag
ACLU Immigrants' Rights Project
lguttentag@aclu.org

Marielena Hincapie
National Immigration Law Center
hincapie@nilc.org

Monica Teresa Guizar
National Immigration Law Center
guizar@nilc.org

Monica Maria Ramirez
ACLU Immigrants RightsProject
mramirez@aclu.org

Omar C. Jadwat
ACLU Immigrants Rights Project
ojadwat@aclu.org

Daniel Bensing
U.S. Dept. of Justice
Daniel.Bensing@USDOJ.gov

Jonathan Unruh Lee
U.S. Attorneys Office
jonathan.lee@usdoj.gov

By: /s/ Cindy Hamilton
Cindy Hamilton

[PROPOSED] ORDER GRANTING
PLAINTIFF-INTERVENORS' MOTION FOR PRELIMINARY INJUNCTION
3:07-cv-04472-CRB

SV 346218359v1