Robert P. Charrow (CA SBN 44962)
Laura M. Klaus (DC SBN 294272) (*Pro Hac to be filed*)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 533-2396
Facsimile: (202) 261-0164
Email: charrowr@gtlaw.com; klausl@gtlaw.com

William J. Goines (CA SBN 061290)
Karen Rosenthal (CA SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Ave., 5th Fl.
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com; rosenthalk@gtlaw.com

Counsel for Plaintiff-Intervenors

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*,

               Plaintiffs,

               and

SAN FRANCISCO CHAMBER OF COMMERCE, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, GOLDEN GATE RESTAURANT ASSOCIATION, NATIONAL ROOFING CONTRACTORS ASSOCIATION, AMERICAN NURSERY & LANDSCAPE ASSOCIATION, INTERNATIONAL FRANCHISE ASSOCIATION, and UNITED FRESH PRODUCE ASSOCIATION,

               Plaintiff-Intervenors

               v.

MICHAEL CHERTOFF, *et al.*,

               Defendants

Case No. C07-04472 CRB

MOTION TO EXCEED PAGE LIMIT

GREENBERG TRAURIG LLP

- 1 -

Plaintiff-Inventors hereby move this Court for an Order enlarging this Court's page limit and permitting them to file a Memorandum of Points and Authorities in Support of their Application for Preliminary Injunction not to exceed 25 pages, not including the table of contents, table of authorities, and exhibits.

The Defendants, through the United States Department of Justice, stipulate that the Plaintiff-Intervenors may file a Memorandum of Points and Authorities in Support of their Application for Preliminary Injunction not exceed 25 pages, as noted above, and the Plaintiff-Intervenors correspondingly stipulate that the Government may file a Memorandum in Response to both the Plaintiffs' and Plaintiff-Intervenors' Motions for Preliminary Injunction equal in length to the combined lengths of Plaintiffs' and Plaintiff-Intervenors' Memoranda.

Dated: September 11, 2007          Respectfully submitted,

/s/ Robert P. Charrow
Robert P. Charrow (CA SBN 44962)
Laura Klaus (DC SBN 294272) (*Pro Hac to be Filed*)
Laura Reiff (DC SBN 424579) (*Pro Hac to be Filed*)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 533-2396
Facsimile: (202) 261-0164
Email: charrowr@gtlaw.com
Email: klausl@gtlaw.com
Email: reiffl@gtlaw.com

William J. Goines (CA SBN 061290)
Karen Rosenthal (CA SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Ave., 5th Fl.
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com
Email: rosenthalk@gtlaw.com

MOTION TO EXCEED PAGE LIMIT
3:07-cv-04472-CRB

GREENBERG TRAURIG LLP

1

Robin S. Conrad (DC SBN 342774) (*Pro Hac to be Filed*)
Shane Brennan (DC SBN 456402) (*Pro Hac to be Filed*)

2

National Chamber
   Litigation Center, Inc.

3

1615 H Street, N.W.
Washington, D.C. 20062

4

Telephone: (202) 463-5337
Facsimile: (202) 463-5346

5

Email: RConrad@uschamber.com
Email: SBrennan@uschamber.com

6

7

Counsel for Plaintiff-Intervenors

8

9

10

Concurred:

11

12

  /s/ Dan Bensing/ RPC (with permission)

13

Daniel Bensing
Attorney for the Defendants

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO EXCEED PAGE LIMIT
3:07-cv-04472-CRB

GREENBERG TRAURIG LLP

SV 346218360v1

GREENBERG TRAURIG LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>ATTESTATION CLAUSE</u>

I, Karen Rosenthal, am the ECF User whose ID and password are being used to file this **MOTION TO EXCEED PAGE LIMIT.**

In compliance with General Order 45, X.B., I hereby attest that Robert P. Charrow and Dan Bensing have concurred in this filing.


Date:  September 11, 2007                        GREENBERG TRAURIG LLP


By: /s/ Karen Rosenthal

Karen Rosenthal

//

//

//

SV 346218360v1

CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

Ana L. Avendano
AFL-CIO
aavendan@aflcio.org

Danielle Evelyn Leonard
Altshuler Berzon LLP
dleonard@altshulerberzon.com

James B. Coppess
AFL-CIO
jcoppell@aflcio.org

Jonathan David Weissglass
Altshuler Berzon, LLP
jweissglass@altshulerberzon.com

Linda Lye
Altshuler Berzon LLP
llye@altshulerberzon.com

Scott Alan Kronland
Altshuler Berzon LLP
skronland@altshulerberzon.com

Stephen P. Berzon
Altshuler Berzon LLP
sberzon@altshulerberzon.com

David Albert Rosenfeld
Manjari Chawla
Weinberg Roger & rosenfeld
courtnotices@unioncounsel.net

Alan Lawrence Schlosser
ACLU Foundation of Northern California
aschlosser@aclunc.org

Jennifer C. Chang
ACLU Immigrants' Rights Project
jchang@aclu.org

Julia Harumi Mass, Esq.
American Civil Liberties Union of Northern California
jmass@aclunc.org

Linton Joaquin
National Immigration law Center
joaquin@nilc.org

Lucas Guttentag
ACLU Immigrants' Rights Project
lguttentag@aclu.org

Marielena Hincapie
National Immigration Law Center
hincapie@nilc.org

Monica Teresa Guizar
National Immigration Law Center
guizar@nilc.org

Monica Maria Ramirez
ACLU Immigrants RightsProject
mramirez@aclu.org

Omar C. Jadwat
ACLU Immigrants Rights Project
ojadwat@aclu.org

Daniel Bensing
U.S. Dept. of Justice
Daniel.Bensing@USDOJ.gov

Jonathan Unruh Lee
U.S. Attorneys Office
jonathan.lee@usdoj.gov

By: /s/ Cindy Hamilton
Cindy Hamilton