Robert P. Charrow (CA SBN 44962)
Laura M. Klaus (DC SBN 294272) (*Pro Hac to be filed*)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 533-2396
Facsimile: (202) 261-0164
Email: charrowr@gtlaw.com; klausl@gtlaw.com

William J. Goines (CA SBN 061290)
Karen Rosenthal (CA SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Ave., 5th Fl.
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com; rosenthalk@gtlaw.com

Counsel for Plaintiff-Intervenors

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　and<br><br>SAN FRANCISCO CHAMBER OF COMMERCE, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, GOLDEN GATE RESTAURANT ASSOCIATION, NATIONAL ROOFING CONTRACTORS ASSOCIATION, AMERICAN NURSERY & LANDSCAPE ASSOCIATION, INTERNATIONAL FRANCHISE ASSOCIATION, and UNITED FRESH PRODUCE ASSOCIATION,<br><br>　　　　Plaintiff-Intervenors<br><br>　　v.<br><br>MICHAEL CHERTOFF, *et al.*,<br><br>　　　　Defendants | Case No.. C07-04472 CRB<br><br>[PROPOSED] ORDER GRANTING MOTION TO EXCEED PAGE LIMIT |

The motion of the San Francisco Chamber of Commerce, *et al.*, (collectively "Plaintiff-Inventors") for an order permitting the Plaintiff-Intervenors to exceed the page limitations for their Memorandum of Points and Authorities in Support of their Application for Preliminary Injunction having come before the Court, and good cause appearing therefor,

Plaintiff-Intervenors' Motion is hereby GRANTED. The Memorandum of Points and Authorities in Support of their Application for Preliminary Injunction shall not exceed 25 pages, excluding the table of contents, table of authorities and exhibits.

IT IS SO ORDERED.

Dated: _____, 2007        _____

JUDGE OF THE UNITED STATES
DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

Ana L. Avendano
AFL-CIO
aavendan@aflcio.org

James B. Coppess
AFL-CIO
jcoppell@aflcio.org

Linda Lye
Altshuler Berzon LLP
llye@altshulerberzon.com

Stephen P. Berzon
Altshuler Berzon LLP
sberzon@altshulerberzon.com

Alan Lawrence Schlosser
ACLU Foundation of Northern California
aschlosser@aclunc.org

Julia Harumi Mass, Esq.
American Civil Liberties Union of Northern California
jmass@aclunc.org

Lucas Guttentag
ACLU Immigrants' Rights Project
lguttentag@aclu.org

Monica Teresa Guizar
National Immigration Law Center
guizar@nilc.org

Omar C. Jadwat
ACLU Immigrants Rights Project
ojadwat@aclu.org

Jonathan Unruh Lee
U.S. Attorneys Office
jonathan.lee@usdoj.gov

Danielle Evelyn Leonard
Altshuler Berzon LLP
dleonard@altshulerberzon.com

Jonathan David Weissglass
Altshuler Berzon, LLP
jweissglass@altshulerberzon.com

Scott Alan Kronland
Altshuler Berzon LLP
skronland@altshulerberzon.com

David Albert Rosenfeld
Manjari Chawla
Weinberg Roger & rosenfeld
courtnotices@unioncounsel.net

Jennifer C. Chang
ACLU Immigrants' Rights Project
jchang@aclu.org

Linton Joaquin
National Immigration law Center
joaquin@nilc.org

Marielena Hincapie
National Immigration Law Center
hincapie@nilc.org

Monica Maria Ramirez
ACLU Immigrants RightsProject
mramirez@aclu.org

Daniel Bensing
U.S. Dept. of Justice
Daniel.Bensing@USDOJ.gov

By: /s/ Cindy Hamilton

Cindy Hamilton