1  Stephen P. Berzon (SBN 46540)
   Scott A. Kronland (SBN 171693)
2  Jonathan Weissglass (SBN 185008)
   Linda Lye (SBN 215584)
3  Danielle E. Leonard (SBN 218201)
   ALTSHULER BERZON LLP
4  177 Post Street, Suite 300
   San Francisco, CA 94108
5  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
6  Email: skronland@altshulerberzon.com
   Email: llye@altshulerberzon.com
7  Email: dleonard@altshulerberzon.com

8  *Attorneys for Plaintiffs*

9  Jonathan P. Hiatt (SBN 63533) (*Pro Hac Vice* Application pending)
   James B. Coppess
10 Ana L. Avendaño (SBN 160676)
   AFL-CIO
11 815 Sixteenth Street, N.W.
   Washington, D.C. 20006
12 Telephone: (202) 637-5053
   Facsimile: (202) 637-5323
13 Email: aavendan@aflcio.org

14 *Attorneys for Plaintiff AFL-CIO*

15 (Counsel list continued on next page)

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18 | AMERICAN FEDERATION OF LABOR AND | ) Case No. C07-4472 CRB
   | CONGRESS OF INDUSTRIAL ORGANIZATIONS; | )
19 | SAN FRANCISCO LABOR COUNCIL; SAN | )
   | FRANCISCO BUILDING AND CONSTRUCTION | ) **DECLARATIONS IN SUPPORT**
20 | TRADES COUNCIL; and CENTRAL LABOR | ) **OF PLAINTIFFS' MOTION FOR**
   | COUNCIL OF ALAMEDA COUNTY, | ) **PRELIMINARY INJUNCTION**
21 |  | )
   |             Plaintiffs, | )
22 |  | )
   |     v. | ) Date: October 1, 2007
23 |  | ) Time: 2:30 p.m.
   | MICHAEL CHERTOFF, Secretary of Homeland Security; | ) Place: Courtroom 8, 19th Floor
24 | DEPARTMENT OF HOMELAND SECURITY; | )        Hon. Charles R. Breyer
   | JULIE MYERS, Assistant Secretary of Homeland | )
25 | Security; U.S. IMMIGRATION AND CUSTOMS | )
   | ENFORCEMENT; MICHAEL ASTRUE, Commissioner | )
26 | of Social Security; and SOCIAL SECURITY | )
   | ADMINISTRATION, | )
27 |  | )
   |             Defendants. | )
28 | _____ | )

DECLARATIONS IN SUPPORT OF PRELIMINARY INJUNCTION, Case No. C07-4472 CRB

(Counsel list continued from first page)

Linton Joaquin (SBN 73547)
Marielena Hincapié (SBN 188199)
Monica T. Guizar (SBN 202480)
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010
Telephone: (213) 674-2850
Facsimile: (213) 639-3911
Email: guizar@nilc.org

Lucas Guttentag (SBN 90208)
Jennifer C. Chang (SBN 233033)
Mónica M. Ramírez (SBN 234893)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (415) 395-0950
E-mail: jchang@aclu.org

Omar C. Jadwat (*Pro Hac Vice* Application pending)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2620
Facsimile: (212)-549-2654
Email: ojadwat@aclu.org

Alan L. Schlosser (SBN 49957)
Julia Harumi Mass (SBN 189649)
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478
E-mail: aschlosser@aclu.org

*Attorneys for Plaintiff Central Labor Council of Alameda County*

David A. Rosenfeld (SBN 58163)
Manjari Chawla (SBN 218556)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
Email: drosenfeld@unioncounsel.net

*Attorneys for Plaintiffs San Francisco Labor Council,
San Francisco Building and Construction Trades Council,
and Central Labor Council of Alameda County*

DECLARATIONS IN SUPPORT OF PRELIMINARY INJUNCTION, Case No. C07-4472 CRB

**DECLARATIONS IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

<u>Index</u>

| Declaration | Exhibit |
|---|---|
| Declaration of Kenneth S. Apfel in Support of Temporary Restraining Order and Preliminary Injunction (Docket Entry #12) | A |
| Declaration of Ana Avendaño in Support of Temporary Restraining Order and Preliminary Injunction (Docket Entry #13) | B |
| Declaration of Linda Chavez-Thompson in Support of Temporary Restraining Order and Preliminary Injunction (Docket Entry #11) | C |
| Declaration of Sharon Cornu in Support of Preliminary Injunction | D |
| Declaration of Tyler Moran in Support of Temporary Restraining Order and Preliminary Injunction (Docket Entry #9) | E |
| Declaration of Tim Paulson in Support of Preliminary Injunction | F |
| Declaration of Michael Reich in Support of Preliminary Injunction | G |
| Declaration of Laura Foote Reiff in Support of Temporary Restraining Order and Preliminary Injunction (Docket Entry #10) | H |
| Declaration of Nik Theodore in Support of Temporary Restraining Order and Preliminary Injunction (Docket Entry #14) | I |
| Declaration of Michael Theriault in Support of Preliminary Injunction | J |