1  Stephen P. Berzon (SBN 46540)
   Scott A. Kronland (SBN 171693)
2  Jonathan Weissglass (SBN 185008)
   Linda Lye (SBN 215584)
3  Danielle E. Leonard (SBN 218201)
   ALTSHULER BERZON LLP
4  177 Post Street, Suite 300
   San Francisco, CA 94108
5  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
6  Email: skronland@altshulerberzon.com
   Email: llye@altshulerberzon.com
7  Email: dleonard@altshulerberzon.com

8  *Attorneys for Plaintiffs*

9  Jonathan P. Hiatt (SBN 63533)
   James B. Coppess (*Pro Hac Vice* Application forthcoming)
10 Ana L. Avendaño (SBN 160676)
   AFL-CIO
11 815 Sixteenth Street, N.W.
   Washington, D.C. 20006
12 Telephone: (202) 637-5053
   Facsimile: (202) 637-5323
13 Email: aavendan@aflcio.org

14 *Attorneys for Plaintiff AFL-CIO*

15 (Counsel list continued on next page)

16             UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18 AMERICAN FEDERATION OF LABOR AND          ) Case No. _____
   CONGRESS OF INDUSTRIAL ORGANIZATIONS;     )
19 SAN FRANCISCO LABOR COUNCIL; SAN          )
   FRANCISCO BUILDING AND CONSTRUCTION       ) **DECLARATION OF LINDA**
20 TRADES COUNCIL; and CENTRAL LABOR         ) **CHAVEZ-THOMPSON IN**
   COUNCIL OF ALAMEDA COUNTY,                ) **SUPPORT OF TEMPORARY**
21                                           ) **RESTRAINING ORDER AND**
              Plaintiffs,                    ) **PRELIMINARY INJUNCTION**
22                                           )
           v.                                )
23                                           )
                                             )
24 MICHAEL CHERTOFF, Secretary of Homeland Security; )
   DEPARTMENT OF HOMELAND SECURITY;          )
25 JULIE MYERS, Assistant Secretary of Homeland )
   Security; U.S. IMMIGRATION AND CUSTOMS    )
26 ENFORCEMENT; MICHAEL ASTRUE, Commissioner )
   of Social Security; and SOCIAL SECURITY   )
27 ADMINISTRATION,                           )
                                             )
28            Defendants.                    )
   _____)

DECLARATION OF LINDA CHAVEZ-THOMPSON, Case No. _____

(Counsel list continued from first page)

Linton Joaquin (SBN 73547)
Marielena Hincapié (SBN 188199)
Monica T. Guizar (SBN 202480)
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010
Telephone: (213) 674-2850
Facsimile: (213) 639-3911
Email: guizar@nilc.org

Lucas Guttentag (SBN 90208)
Jennifer C. Chang (SBN 233033)
Mónica M. Ramírez (SBN 234893)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (415) 395-0950
E-mail: jchang@aclu.org

Omar C. Jadwat (*Pro Hac Vice* Application forthcoming)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2620
Facsimile: (212)-549-2654
Email: ojadwat@aclu.org

Alan L. Schlosser (SBN 49957)
Julia Harumi Mass (SBN 189649)
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478
E-mail: aschlosser@aclu.org

*Attorneys for Plaintiff Central Labor Council of Alameda County*

David A. Rosenfeld (SBN 58163)
Manjari Chawla (SBN 218556)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
Email: drosenfeld@unioncounsel.net

*Attorneys for Plaintiffs San Francisco Labor Council, San Francisco Building and Construction Trades Council, and Central Labor Council of Alameda County*

DECLARATION OF LINDA CHAVEZ-THOMPSON, Case No. _____

I, Linda Chavez-Thompson, declare as follows:

1. I am Executive Vice-President of the American Federation of Labor-Congress of Industrial Organizations ("AFL-CIO"). This declaration is based on my personal knowledge and if called upon to testify, I could and would competently testify thereto.

2. As Executive Vice-President of the AFL-CIO, I am familiar with the organization's purpose and membership. As Executive Vice-President, I also receive reports from our member unions about key workplace issues that affect their members. The AFL-CIO is a federation of 55 labor unions which have a collective membership of approximately 10 million working men and women in the United States. The AFL-CIO's affiliates have a collective membership of approximately 1.2 million workers in California.

3. The AFL-CIO is committed "to improving the lives of working families, bringing fairness and dignity to the workplace and securing social equity in the Nation." Preamble, AFL-CIO Constitution. The AFL-CIO's objects and principles include "aid[ing] workers in securing improved wages, hours and working conditions." Art. II, Sec. 1, AFL-CIO Constitution. Fighting workplace discrimination is a critical means of bringing fairness and dignity to the workplace and improving working conditions for the members of our affiliated unions.

4. The Social Security Administration ("SSA") sends out "no-match" letters to employers whose earnings report information for employees do not match the name and social security contained in SSA records. Members of our affiliated unions who are U.S. citizens or non-citizens with work authorization have been the subject of no-match letters sent out by the SSA in the past. Workers who are the subject of no-match letters have been adversely impacted by those letters, in some cases facing termination even though the worker is authorized to work

1

in the United States. The impact of SSA no-match letters falls especially hard on foreign-born workers whom employers may wrongly assume are unauthorized to work.

5. Existing data indicates that approximately 4% of all wage reports submitted by employers do not match SSA records. Given these numbers, hundreds of thousands of members of our affiliated unions are likely to be the subject of mismatched SSA records. Many workers would not be able to take time off with pay to travel to an SSA office to attempt to resolve a no-match issue by a deadline set by their employer.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of August 2007 at Washington, District of Columbia.

_____
Linda Chavez-Thompson

2