I, Sharon Cornu, declare as follows:

1. I am Executive Secretary-Treasurer of the Central Labor Council of Alameda County ("Alameda County CLC"). This declaration is based on my personal knowledge and if called upon to testify, I could and would competently testify thereto.

2. The Alameda County CLC is a chartered affiliate of the AFL-CIO and a local labor federation whose affiliates are 130 labor unions that collectively represent more than 76,000 diverse workers working in Alameda County in private industry and public institutions. These workers together speak nearly 100 languages and hail from scores of countries. The Alameda County CLC serves as an advocate for workers and represents the interests of its affiliated unions and their members and of working families generally.

3. Several of our affiliated unions consist of a majority of Latino and Asian immigrant members. In many other affiliated unions, Latino and Asian immigrants constitute a substantial portion of the membership. Due to different naming conventions, particularly in Latino and Asian communities, we have seen confusions and misidentifications of members in our internal records.

4. The Social Security Administration ("SSA") sends out "no-match" letters to employers whose earnings report information for employees do not match the name and social security number contained in SSA records. In the past, workers represented by the Alameda County CLC's affiliates have been the subjects of no-match letters issued by the SSA and given these historic patterns, will also be the subjects of no-match letters issued by the SSA in the future.

5. Fear of employers' potential abuse of no-match letters directly impacts the ability of the Alameda County CLC to assist its affiliates with their goals of organizing and advocating for members and workers in Alameda County. When employees are afraid that their employers will fire them, they are less likely to stand up for their rights or publicly support a union organizing campaign. The Alameda County CLC expends financial as well as personnel resources in addressing concerns of members arising from no-match letters, including educating affiliates on the no-match process. In addition, some affiliated unions devote resources to

DECLARATION OF SHARON CORNU, Case No. C-07-4472 CRB

1

1  addressing no-match letters, including assisting members in resolving no-match letters. If the
2  new DHS rule goes into effect, the Alameda County CLC and our affiliates will have to expend
3  additional resources to combat its effects. The new DHS rule has already generated much
4  discussion, and confusion, among our affiliated unions about the rights of their members. The
5  Alameda County CLC and our affiliated unions will therefore have to engage in a "know your
6  rights" campaign to educate both members and employers, if the regulation goes into effect. Our
7  affiliated unions will also have to devote resources to assisting members who are the subject of
8  any no-match letters sent out after the new DHS rule goes into effect – helping them resolve
9  records discrepancies with SSA and, if they are terminated by their employer under the new DHS
10 rule, challenging the termination. The Alameda County CLC and its affiliates could instead use
11 all of these resources to organize and represent members and workers in Alameda County. As a
12 result, the new DHS rule creates hurdles for both the Alameda County CLC and its affiliates in
13 furthering their missions.
14     I declare under penalty of perjury under the laws of the United States that the foregoing is
15 true and correct.
16     Executed this 11th day of September, 2007 at Silver Spring, MD.

Sharon Cornu

2