1    I, Tim Paulson, declare as follows:

2    1.    I am Executive Director of the San Francisco Labor Council ("SF Labor

3    Council").  This declaration is based on my personal knowledge and if called upon to testify, I

4    could and would competently testify thereto.

5    2.    The SF Labor Council is a labor federation comprised of about 150 affiliated

6    member unions that collectively represent more than 150,000 men and women working the City

7    and County of San Francisco.  The mission of the SF Labor Council is to improve the lives of

8    workers, their families, and others by bringing economic and social justice to the workplace and

9    community.  The SF Labor Council represents the interests of its affiliates and their members.

10    3.    Several of our affiliated unions consist of a majority of Latino and Asian

11    immigrant members.  In many other affiliated unions, Latino and Asian immigrants constitute a

12    substantial portion of the membership.  Due to different naming conventions, particularly in

13    Latino and Asian communities, we have seen confusions and misidentifications of members in

14    our internal records.

15    4.    The Social Security Administration ("SSA") sends out "no-match" letters to

16    employers whose earnings report information for employees do not match the name and social

17    security number contained in SSA records.  In the past, workers represented by the SF Labor

18    Council's affiliates have been the subjects of no-match letters issued by the SSA and given these

19    historic patterns, will also be the subjects of no-match letters issued by the SSA in the future.

20    5.    Fear of employers' potential abuse of no-match letters directly impacts the ability

21    of the SF Labor Council to assist its affiliates with their goals of organizing and advocating for

22    members and workers in the City and County of San Francisco.  When employees are afraid that

23    their employers will fire them, they are less likely to stand up for their rights or publicly support

24    a union organizing campaign.  SF Labor Council expends financial as well as personnel

25    resources in addressing concerns of members arising from no-match letters, including educating

26    affiliates on the no-match process.  In addition, some affiliated unions devote resources to

27    addressing no-match letters, including assisting members in resolving no-match letters.  If the

28    new DHS rule goes into effect, the SF Labor Council and our affiliates will have to expend

09-11-2007   09:43am   From-Weinberg, Roger & Rosenfeld        3371023           T-140   P.003/003   F-509
09-10-2007   11:55am   From-Weinberg, Roger & Rosenfeld

1   additional resources to combat its effects.  The new DHS rule has already generated much

2   discussion, and confusion, among our affiliated unions about the rights of their members.  The

3   SF Labor Council and our affiliated unions will therefore have to engage in a "know your rights"

4   campaign to educate both members and employers, if the regulation goes into effect.  Our

5   affiliated unions will also have to devote resources to assisting members who are the subject of

6   any no-match letters sent out after the new DHS rule goes into effect – helping them resolve

7   records discrepancies with SSA and, if they are terminated by their employer under the new DHS

8   rule, challenging the termination.  SF Labor Council and its affiliates could instead use all of

9   these resources to organize and represent members and workers in the City and County of San

10  Francisco.  As a result, the new DHS rule creates hurdles for both the SF Labor Council and its

11  affiliates in furthering their missions.

12         I declare under penalty of perjury under the laws of the United States that the foregoing is

13  true and correct.

14         Executed this 10th day of September, 2007 at ___SILVER SPRINGS, MARYLAND___

15

16                                                    _____
                                                          Tim Paulson

17

18

19

20

21

22

23

24

25

26

27

28

2