# DECLARATION OF MICHAEL REICH

I, Michael Reich, declare as follows:

1. I am a Professor of Economics and Director of the Institute for Research on Labor and Employment (formerly the Institute for Industrial Relations) at the University of California, Berkeley.

2. I have been a Professor of Economics at UC Berkeley since 1989. I received my PhD in economics from Harvard University and my undergraduate degree in mathematics from Swarthmore College. I specialize in industrial relations and labor economics. In the past 35 years, I have authored several books and reports as well as dozens of scholarly articles and papers on labor relations in the United States. I am trained in and have significant experience performing statistical analysis.

3. A true and correct copy of my curriculum vitae is attached as Exhibit A.

4. I have been asked to provide an estimate of the number of workers who are members of organizations affiliated with the American Federation of Labor and Congress of Industrial Organizations ("AFL-CIO") and who will be affected by the upcoming mailing of "no-match" letters by the Social Security Administration ("SSA"). My conclusion is that, of the approximately 8 million employees who will be affected by the upcoming SSA no-match letters, about 600,000 would be AFL-CIO union members based on the proportion of AFL-CIO members in the workforce potentially subject to no-match letters. Using the standard deviations of each of the component numbers for this calculation, and using normal statistical assumptions, I calculate that there is only a one in a thousand chance that the true number is less than 500,000, and less than a one in a million chance that the true number is less than 400,000. My calculations are summarized in Exhibit B.

5. Even if there were a basis for making the extreme assumption that AFL-CIO members are only one-fifth as likely as non-members to be the subject of no-match letters, there would still be a very substantial number of AFL-CIO members (about 120,000) who would receive no-match letters in the upcoming SSA mailing.

DECLARATION OF MICHAEL REICH, Case No. C-07-4472 CRB

1

1
2        I declare under penalty of perjury under the laws of the United States that the
3  foregoing is true and correct.
4        Executed this 10th day of September, 2007 at Berkeley, California.

*[Signature: Michael Reich]*

Michael Reich

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF MICHAEL REICH, Case No. C-07-4472 CRB

# EXHIBIT A

September 2007

# CURRICULUM VITAE

# Michael Reich

| | |
|---|---|
| Department of Economics | Institute for Research on Labor and Employment |
| University of California | University of California |
| Berkeley, CA 94720-3880 | Berkeley, CA 94720-5555 |
| mreich@econ.berkeley.edu | tel. 510-643-7079 |

**Title**     Professor of Economics, University of California at Berkeley (since 1989)
                Director, Institute for Research on Labor and Employment, UC Berkeley 2004 - .

**Education**     Ph.D., Economics, Harvard University
                        B.A. (with honors), Mathematics, Swarthmore College

**Administrative Appointments**

Director, Institute for Research on Labor and Employment (formerly IIR), UC Berkeley 2004 - .
Co-Chair, Miguel Contreras Program in Labor Studies, UC Office of the President, 2006- .
Chair, Center on Wage and Employment Dynamics, IRLE, UC Berkeley, 2007- .
Steering Committee, Labor and Employment Research Fund, UC Office of the President, 2005- .
Chair, Inter-IIR Committee, Labor and Employment Fund, UC Office of the President, 2004- .
Research Director, Institute for Labor and Employment, UC 2000 - 2004. (Responsible for $1.4 million competitive grant program for faculty at all nine UC campuses.)
Acting Director, Institute for Industrial Relations, UC Berkeley, Spring 2001.
Associate Director, Institute of Industrial Relations, UC Berkeley, 1992-95 and 2000-03.
Director, Center on Pay and Inequality, Institute of Industrial Relations, UC Berkeley, 1996-99.
Labor Center Advisory Board and Executive Committee, Institute of Industrial Relations, 1996 - .
Research Director, National Center for the Workplace, 1993-97. ($1.2 million DoL grant to consortium of five universities, headquartered at UC Berkeley.)
Editor, *Industrial Relations*, 1986 - 1994.
Undergraduate Chair, Department of Economics, UC Berkeley, 1985-87.

**Awards and Fellowships**

Phi Beta Kappa and Sigma Xi (honorary science award), 1966.
Woodrow Wilson Honorary Fellow, 1966-67.
National Science Foundation Graduate Fellow, 1966-71.
Ford Foundation Doctoral Fellow, 1970-71.
*Racial Inequality: a Political-Economic Analysis*, selected for "Ten Most Distinguished Books in
        Industrial Relations 1982-83," Industrial Relations Section, Princeton University.
Ranked no. 33 among top 50 young economists in the U.S. in 1989 [Marshall Medoff, "The
        Ranking of Economists," *Journal of Economic Education*, vol. 20, no. 4, Fall 1989].
*Work and Pay in the United States and Japan,* selected for "Noteworthy Books in Industrial
        Relations and Labor Economics, 1997-98," Industrial Relations Section, Princeton
        University.
David Gordon Memorial Lecturer, August 2006.

**Books and Monographs**

*Low-Income Labor Markets and Urban Manpower Programs: A Critical Assessment*, with P. Feldman, D. Gordon, P. Doeringer, *Research and Development Findings No. 12*, U.S. Department of Labor, 1972.

*The Capitalist System*, with R. Edwards and T. Weisskopf, Prentice-Hall, first edition, 1972; second edition, 1978; third edition, 1986.

*Labor Market Segmentation and Labor Market Information Systems*, with R. Edwards and D. Gordon, Research report for the U.S. Department of Labor 1973.

*Labor Market Segmentation*, with R. Edwards and D. Gordon, eds. D.C. Heath, 1975 (simultaneous paperback edition).

*Racial Inequality: A Political-Economic Analysis*, Princeton University Press, 1981 (simultaneous paperback edition).

S*egmented Work, Divided Workers: The Historical Transformation of Labor in the United States*, with D. Gordon and R. Edwards, Cambridge University Press, 1982 (simultaneous paperback edition). Also published in Spanish by Ministerio de Trabajo y Seguridad Social, Madrid, 1986; and in Japanese by Toyo Keizai Sinposha, Tokyo, 1992.

*Innovative Labor-Management Practices: The Role of Security, Employee Involvement, and Training*, with C. Brown and D. Stern. Research monograph for the U.S. Department of Labor, Bureau of Labor-Management Relations and Cooperative Programs, 1991.

*Social Structures of Accumulation: The Political Economy of Growth and Crisis*, with D. Kotz and T. McDonough, eds. Cambridge University Press, 1994 (simultaneous paperback edition).

*Work and Pay in the United States and Japan,* with C. Brown, Y. Nakata and L. Ulman. Oxford University Press, 1997.

*Living Wage Policies and Economic Performance in San Francisco* (with P. Hall and K. Jacobs). Research Monograph, Center for Labor Research and Education, 2004.

*The Impacts of Living Wage Policies*, ed. with D. Fairris *Industrial Relations*, special issue, January 2005.

*Labor Market Segmentation and Economic Mobility*, two volumes, ed. Edward Elgar, forthcoming 2008.

*Understanding Contemporary Capitalism: Social Structure of Accumulation Theory for the Twenty-First Century*, with D. Kotz and T. McDonough, eds. Second-round review, Cambridge University Press.

**Recent Scholarly Articles and Papers (last ten years only)**

"Labor Relations and Labor Law in the United States: Combining Growth and Equity." In *Strengthening Macroeconomic Institutions and Regulation*, James K. Galbraith, ed., United Nations Development Program and State Planning Commission, PR China, 1997.

"What is a High Performance Pension Fund? Criteria, Survey Results and Benchmarks," Briefing Paper, with T. Ghilarducci, High Performance Pension Project, UC Berkeley, September 1997.

"Micro-Macro Linkages in High Performance Employment Systems," with C. Brown, *Organization Studies*, vol. 18, no. 5, 1998.

"Are U.S. Corporations Top-Heavy? Managerial Ratios in Advanced Capitalist Countries." R*eview of Radical Political Economics*, vol. 30, no. 3, Summer 1998.

"Training and Pensions: Substitutes or Complements?" with T. Ghilarducci, Working Paper no. 68, Institute of Industrial Relations, UC Berkeley, March 1998.

"Living Wages and the San Francisco Economy: the Benefits and the Costs" with P. Hall and F. Hsu. Center on Pay and Inequality, UC Berkeley. June 1999. 44 pages. UCB IIR website.

"Living Wages at the Port and Airport of San Francisco: Benefits and Costs," with P. Hall. Center on Pay and Inequality, October 1999. 49 pages. Posted on UCB IIR website.

"Living Wages at the Port of Oakland," with C. Zabin and P. Hall, Center on Pay and Inequality, December 1999. 58 pages. Posted on UCB IIR website.

"Living Wage Strategies in the Bay Area: Analysis, Affordability and Alternatives," Presented at Allied Social Science Association meetings, Boston, January 2000.

"Assessing the Impact of Codes of Conduct and Monitoring Systems on the Apparel industry in the Pacific Rim," with K. Quan and C. Zabin, IIR, UC Berkeley, March 2000.

"The Impact of the 1996-98 California Minimum Wage Increases," with P. Hall. Presented at Industrial Welfare Commission hearings, Sacramento, CA. August 2000.

"A Raise for the Bottom or a Race to the Bottom? Economic Development and Low Wage Labor in California," with P. Hall. Presented at IIR faculty research seminar, October 2000.

"Living Wage Ordinances in California: Impacts on Businesses, Employees, Unions and Local Governments, Proposal to the Institute for Labor and Employment, UC, November 2000.

"A Small Raise for the Bottom," with P. Hall. In J. Lincoln and P. Ong, eds. *The State of California Labor, 2001*, IIR Press, pp. 123-48.

"Complementarity of Pensions and Training Under Multiemployer Plans**,"** With T. Ghilarducci, *Journal of Labor Research*, vol. 22, no. 3, Summer 2001: 615-634.

"Timing is Everything: Do Minimum Wage Increases Derail Economic Growth?" with P. Hall, IIR, UC Berkeley, June 2001. Revised June 2004.

"Living Wages and Airport Security: Preliminary Report," with P. Hall and K. Jacobs. Occasional Paper no. 3, Institute for Labor and Employment, University of California, September 2001. Posted on ILE website.

"Living Wage Ordinances in California." In *The State of California Labor*, vol. 3, University of California Press, 2003.

"Living Wage Policies at San Francisco Airport: Impacts on Workers and Businesses." With P. Hall and K. Jacobs. *Working Paper no. 98,* Institute of Industrial Relations, 2003. Revised version published in *Industrial Relations*, vol. 44, no. 1, January 2005.

"Raising Low Pay in a High Income City: the Economics of a San Francisco Minimum Wage." With A. Laitinen. *Working Paper no. 99*, Institute of Industrial Relations, 2003.

"Employer-Based Healthcare Reform: Preliminary Results." With A. Dube 2003. UCB IIR website.

"The Economic Impacts of Living Wage Policies at San Francisco Airport. Presented at the American Economic Association meetings, San Diego, January 4, 2004.

"A Portrait of California Workplaces and Workplace Practices: Findings from the 2003 California Establishment Survey," With S. Frank, June 2004.

"Good Jobs versus Bad Jobs? Complementarities among Compensation, Turnover, Training and Producitivty." With A. Dube. June 2004.

"Compensation Practices, Turnover, Training and Productivity among California Businesses." With A. Dube and K. Jacobs, June 2004.

"Business Costs of Low Wages," with C. Zabin, A. Dube and K. Jacobs, *Research Brief*, National Economic Development and Law Center, June 2004.

"The Impacts of Living Wage Policies." With D. Fairris, *Industrial Relations*, vol. 44, no. 1, January 2005.

"Wage and Employment Effects of the $8.50 San Francisco Municipal Minimum Wage." With A. Dube. *Proceedings of the 57th Annual Meeting,* Labor and Employment Research Association (formerly IRRA) 2005.

"The Economic Effects of Citywide Wage Standards: Evidence from the 2004 San Francisco Minimum Wage Increase." With A. Dube and S. Naidu. Presented at the Departmental Seminar, UC Berkeley Department of Economics, March 9, 2005.

"Minimum Wages and the California Economy." With A. Dube and G. Vickery. *IIR Policy Brief*, September 2005. *www.iir.berkeley.edu/research/minimumwage.*

"The Economics of Citywide Minimum Wages: The San Francisco Model." With A.Dube and G. Vickery, *IIR Policy Brief*, January 2006. *www.iir.berkeley.edu/research/minimumwage.*

4

"Do Businesses Flee Citywide Minimum Wages? With A. Dube, E. Kaplan and F. Su. *IIR Policy Brief*, September 2006. *www.iir.berkeley.edu/research/minimumwage*.

"Changes in Capitalism since the Reagan Era: the New Social Structure of Accumulation." David Gordon Memorial Lecture, August 2006. Presented also at the First International Conference on Social Structures of Accumulation, National University of Ireland, Galway, Ireland, November 2, 2006.

"Recent Contestation over the Minimum Wage: Politics and Economics." Presented at the First International Conference on Social Structures of Accumulation, National University of Ireland, Galway, Ireland, November 4, 2006. Presented in revised versions at the David Gordon Memorial Conference, New School University, New York, April 13, 2007 and at the 28th Annual Meeting of the International Working Party on Labor Market Segmentation, Aix-en-Provence, France, July 5, 2007.

"The Economic Effects of Citywide Minimum Wages." With A. Dube and S. Naidu. *Industrial and Labor Relations Review*, vol. 60, no. 4, July 2007.

"Foreword to Health Care Proposals in California: Impacts on Businesses. IRLE, July 2007.

"Minimum Wage Effects Across State Borders: Estimates Using Contiguous Counties." With A. Dube and W. Lester. June 2007. Presented to the Labor Lunch, UC Berkeley, Department of Economics and at the Paris School of Economics. Revised version under review at the *Quarterly Journal of Economics* and posted as IRLE Working Paper 157-07.

# EXHIBIT B

September 10, 2007

Michael Reich

## Basis for the Calculations

This calculation requires the estimation of two numbers a) the number of employed AFL-CIO members; and b) the number of workers in the labor force in businesses that have ten or more employees (and therefore potentially subject to being affected by a no-match letter). It also requires assumptions on the size of the measurement error in each of those estimates.

*A.      AFL-CIO union members employed in 2007*

The source for union membership data comes from dues paid per capita by affiliated unions to the AFL-CIO by its affiliates. The AFL-CIO reports that its affiliates include approximately 10 million members in the U.S. This number must be adjusted to include only those who are currently employed.

The AFL-CIO figure includes approximately 8.5 million members of individual unions and approximately 1.5 million members of its community affiliate, Working America. The 8.5 million members in individual unions may include a small number of retirees or those temporarily not working. Assuming conservatively that this amount is three percent, then the 8.5 million membership figure for the individual unions is adjusted to 8.24 million employed members. This figure is still subject to some measurement error. I assume conservatively that the standard deviation of the estimate is .25 million, implying that the chances are two in three that the true number lies between 7.99 million and 8.49 million.

Among the Working America members, the percentage that is not currently employed is likely to be much higher, since employment is not a condition of joining. However, the exact number is not known. For a conservative estimate, I assume that the percentage is one-half, or .75 million employed members. I also assume conservatively that the standard deviation of this estimate is .25 million, implying that the chances are two in three that the true number lies between .5 million and 1.0 million.

Therefore, a conservative estimate of the number of AFL-CIO members who are currently employed would be **8.99 million**. This estimate is larger than the 8.5 million figure that scholars such as Ruth Milkman of UCLA report as the AFL-CIO membership at the end of 2005. At that time Working America was much smaller.

To sum up to this point, given the various measurement issues, I estimate that currently employed AFL-CIO members number **8.99 million**, with a two in three probability that the true number is within plus or minus .5 million. Given the known data about union members and company size, it is very safe to assume that virtually all of these members worked for employers with at least ten employees.

B.      *Number of workers in the workforce potentially subject to no-match letters*

According to the most recent U.S. Bureau of Labor Statistics (BLS) data, private sector employment of wage and salaried workers averaged 114.0 million from April to June 2007. Of these workers, 83.5 percent worked for employers who had ten employees or more (also based upon the most recent BLS data, in the BED releases). Consequently, among the private sector employers with any eligibility of receiving no-match letters, employment numbered 83.5 percent of 114.0 million, or 95.2 million workers.

Using the same BLS source, public sector employees in 2007, all of whom work in workplaces of ten employees or more, numbered 21.3 million.

The total for the private and public sector is therefore 95.2 plus 21.3, or **116.5 million.** This estimate is subject to a BLS standard statistical measurement error of about .5 million, or less than 0.5 percent.

C.      The proportion of AFL-CIO members in the workforce potentially subject to no-match letters is A (8.99 million) divided by B (116.5 million), or **7.7 percent**.

D.      The number of workers that would be affected by the no-match letters is estimated by SSA at 8 million. SSA has no information on the distribution of these letters by union status or worker authorization status. It is therefore impossible to determine whether union members are more likely or less likely to be affected than nonunion workers. I therefore assume that they are equally likely to be affected. Since 8 million workers will be affected by the no-match letters, it then follows that 7.7 percent of them, or **616,000**, will be AFL-CIO members.

E.      Using the standard deviations of each of the component numbers described above and using normal statistical assumptions, I calculate that there is only a one in a thousand chance that the true number will be less than 500,000, and less than a one in a million chance that the true number is less than 400,000.