I, Michael Theriault, declare as follows:

1. I am Secretary-Treasurer of the San Francisco Building and Construction Trades Council ("SF Building Trades"). This declaration is based on my personal knowledge and if called upon to testify, I could and would competently testify thereto.

2. As Secretary-Treasurer of the SF Building Trades, I am familiar with the organization's purpose and work to advance the organization's mission every day. I maintain close contact with the organization's affiliated unions. The SF Building Trades is a chartered affiliate of the AFL-CIO and consists of 28 affiliated unions who together represent approximately 10,000 workers who work in the construction industry in the City and County of San Francisco.

3. The SF Building Trades represents the interests of its affiliates and their members. Our general mission is to coordinate and support the efforts of our affiliated unions in organizing, representing members, promoting the unionized industry and championing safe and healthy working practices. We are also strongly committed to combating all forms of workplace discrimination. The SF Building Trades defends its affiliated unions' members and their work through legal action and political advocacy.

4. The SF Building Trades is a diverse labor federation. Several of our affiliated unions consist of a majority of Latino and Asian immigrant members. In many other affiliated unions, Latino and Asian immigrants constitute a substantial portion of the membership.

5. The Social Security Administration ("SSA") sends out "no-match" letters to employers whose earnings report information for employees do not match the name and Social Security number ("SSN") contained in SSA records. Existing data indicates that approximately 4 percent of all Form W-2 wage reports submitted by employers to SSA do not match SSA records. In the past, a number of workers who are members of our affiliated unions have been the subjects of no-match letters each year. Given historic trends, a number of workers who are members of our affiliated unions will very likely be the subjects of no-match letter each year in the future.

DECLARATION OF MICHAEL THERIAULT, Case No. C-07-4472 CRB

1

6. Fear that employers will potentially harass, intimidate or fire employees because of "no-match" letters directly impacts and interferes with the ability of the SF Building Trades' affiliated unions to carry out their missions of organizing and advocating for members and workers in the construction industry in the City and County of San Francisco. Now that the new Department of Homeland Security regulation seeks to attach immigration significance to no-match letters, employers are even more likely to harass, intimidate, or fire employees, thus making it even more difficult for our affiliated unions to carry out their missions.

7. Because the new DHS regulation now attaches immigration significance to no-match letters, our affiliated unions will likely engage in efforts to educate members about the impact of the new rule, should it go into effect. In addition, if the rule goes into effect, members who are the subject of no-match letters will have to resolve SSA discrepancies, or face termination. Our affiliated unions will therefore expend efforts assisting members in resolving no-match situations. These are resources that affiliated unions will have to expend counteracting the confusion caused by the DHS regulation, and mitigating the impacts of the regulation on members. These are resources that will have to be diverted from other critical activities that further the missions of our affiliated unions to organize and represent members and workers in the construction industry.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of September, 2007 at San Francisco, California.

Michael Theriault

2