1    Stephen P. Berzon (SBN 46540)
     Scott A. Kronland (SBN 171693)
2    Jonathan Weissglass (SBN 185008)
     Linda Lye (SBN 215584)
3    Danielle E. Leonard (SBN 218201)
     ALTSHULER BERZON LLP
4    177 Post Street, Suite 300
     San Francisco, CA 94108
5    Telephone: (415) 421-7151
     Facsimile: (415) 362-8064
6    Email: skronland@altshulerberzon.com
     Email: llye@altshulerberzon.com
7    Email: dleonard@altshulerberzon.com

8    *Attorneys for Plaintiffs*

9    Jonathan P. Hiatt (SBN 63533) (*Pro Hac Vice* Application pending)
     James B. Coppess
10   Ana L. Avendaño (SBN 160676)
     AFL-CIO
11   815 Sixteenth Street, N.W.
     Washington, D.C. 20006
12   Telephone: (202) 637-5053
     Facsimile: (202) 637-5323
13   Email: aavendan@aflcio.org

14   *Attorneys for Plaintiff AFL-CIO*

15   (Counsel list continued on next page)

16              UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18   AMERICAN FEDERATION OF LABOR AND          )   Case No. C07-4472 CRB
     CONGRESS OF INDUSTRIAL ORGANIZATIONS;     )
19   SAN FRANCISCO LABOR COUNCIL; SAN          )
     FRANCISCO BUILDING AND CONSTRUCTION       )   **[PROPOSED] ORDER**
20   TRADES COUNCIL; and CENTRAL LABOR COUNCIL )   **GRANTING PLAINTIFFS'**
     OF ALAMEDA COUNTY,                        )   **MOTION FOR A PRELIMINARY**
21                                             )   **INJUNCTION**
                     Plaintiffs,               )
22                                             )
             v.                                )
23                                             )   Date:   October 1, 2007
                                               )   Time:   2:30 p.m.
     MICHAEL CHERTOFF, Secretary of Homeland Security; )   Place:  Courtroom 8, 19th Floor
24   DEPARTMENT OF HOMELAND SECURITY;          )
     JULIE MYERS, Assistant Secretary of Homeland )
25   Security; U.S. IMMIGRATION AND CUSTOMS    )
     ENFORCEMENT; MICHAEL ASTRUE, Commissioner )
26   of Social Security; and SOCIAL SECURITY   )
     ADMINISTRATION,                           )
27                                             )
                     Defendants.               )
28   _____ )

1  (Counsel list continued from first page)

2  Linton Joaquin (SBN 73547)
   Marielena Hincapié (SBN 188199)
3  Monica T. Guizar (SBN 202480)
   NATIONAL IMMIGRATION LAW CENTER
4  3435 Wilshire Blvd., Suite 2850
   Los Angeles, CA 90010
5  Telephone: (213) 674-2850
   Facsimile: (213) 639-3911
6  Email: guizar@nilc.org

7  Lucas Guttentag (SBN 90208)
   Jennifer C. Chang (SBN 233033)
8  Mónica M. Ramírez (SBN 234893)
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
9  Immigrants' Rights Project
   39 Drumm Street
10 San Francisco, CA 94111
   Telephone: (415) 343-0770
11 Facsimile: (415) 395-0950
   E-mail: jchang@aclu.org
12
   Omar C. Jadwat (*Pro Hac Vice* Application pending)
13 AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   Immigrants' Rights Project
14 125 Broad Street, 18th Floor
   New York, NY 10004
15 Telephone: (212) 549-2620
   Facsimile: (212)-549-2654
16 Email: ojadwat@aclu.org

17 Alan L. Schlosser (SBN 49957)
   Julia Harumi Mass (SBN 189649)
18 ACLU FOUNDATION OF NORTHERN CALIFORNIA
   39 Drumm Street
19 San Francisco, CA 94111
   Telephone: (415) 621-2493
20 Facsimile: (415) 255-1478
   E-mail: aschlosser@aclu.org
21
   *Attorneys for Plaintiff Central Labor Council of Alameda County*
22
   David A. Rosenfeld (SBN 58163)
23 Manjari Chawla (SBN 218556)
   WEINBERG, ROGER & ROSENFELD
24 A Professional Corporation
   1001 Marina Village Parkway, Suite 200
25 Alameda, California 94501-1091
   Telephone: (510) 337-1001
26 Facsimile: (510) 337-1023
   Email: drosenfeld@unioncounsel.net
27
   *Attorneys for Plaintiffs San Francisco Labor Council,*
28 *San Francisco Building and Construction Trades Council,*
   *and Central Labor Council of Alameda County*

1    **[PROPOSED] ORDER GRANTING MOTION FOR A PRELIMINARY INJUNCTION**

2          Plaintiffs' Motion for a Preliminary Injunction came before this Court for consideration on

3    October 1, 2007.  Upon consideration of the motion, and for good cause shown, IT IS HEREBY

4    ORDERED that the motion is GRANTED.

5          The Court finds that Plaintiffs have demonstrated a likelihood of success on the merits of

6    their claims.  The Court also finds that Plaintiffs have demonstrated that the balance of  hardships

7    tips sharply in favor of maintaining the status quo pending a decision on the merits.

8          Accordingly, IT IS HEREBY ORDERED that Defendants MICHAEL CHERTOFF,

9    Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS,

10    Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS

11    ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL

12    SECURITY ADMINISTRATION, and their officers, agents, servants, employees, and attorneys,

13    and those persons in active concert or participation with them, are HEREBY ENJOINED AND

14    RESTRAINED from giving any effect to or otherwise taking any action to implement or enforce the

15    Final Rule adopted by the Department of Homeland Security entitled "Safe-Harbor Procedures for

16    Employers Who Receive a No-Match Letter," 77 Fed. Reg. 45611 (Aug. 15, 2007), including by

17    mailing or otherwise causing to be sent to employers Social Security Administration no-match letter

18    packets that include or reference the Department of Homeland Security guidance letter concerning

19    the Final Rule.

20          SO ORDERED.

21

22

    Dated: _____

23

                                  _____

24                                        UNITED STATES DISTRICT JUDGE

25

26

27

28