Stephen P. Berzon (SBN 46540)
Scott A. Kronland (SBN 171693)
Jonathan Weissglass (SBN 185008)
Linda Lye (SBN 215584)
Danielle E. Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: skronland@altshulerberzon.com
Email: llye@altshulerberzon.com
Email: dleonard@altshulerberzon.com

*Attorneys for Plaintiffs*

Jonathan P. Hiatt (SBN 63533) (*Pro Hac Vice* Application pending)
James B. Coppess
Ana L. Avendaño (SBN 160676)
AFL-CIO
815 Sixteenth Street, N.W.
Washington, D.C. 20006
Telephone: (202) 637-5053
Facsimile: (202) 637-5323
Email: aavendan@aflcio.org

*Attorneys for Plaintiff AFL-CIO*

(Counsel list continued on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY, <br><br>Plaintiffs, <br><br>v. <br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION, <br><br>Defendants. | Case No. C07-4472 CRB <br><br>**PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS** |

(Counsel list continued from first page)

Linton Joaquin (SBN 73547)
Marielena Hincapié (SBN 188199)
Monica T. Guizar (SBN 202480)
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010
Telephone: (213) 674-2850
Facsimile: (213) 639-3911
Email: guizar@nilc.org

Lucas Guttentag (SBN 90208)
Jennifer C. Chang (SBN 233033)
Mónica M. Ramírez (SBN 234893)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (415) 395-0950
E-mail: jchang@aclu.org

Omar C. Jadwat (*Pro Hac Vice* Application pending)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2620
Facsimile: (212)-549-2654
Email: ojadwat@aclu.org

Alan L. Schlosser (SBN 49957)
Julia Harumi Mass (SBN 189649)
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478
E-mail: aschlosser@aclu.org

*Attorneys for Plaintiff Central Labor Council of Alameda County*

David A. Rosenfeld (SBN 58163)
Manjari Chawla (SBN 218556)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
Email: drosenfeld@unioncounsel.net

*Attorneys for Plaintiffs San Francisco Labor Council,
San Francisco Building and Construction Trades Council,
and Central Labor Council of Alameda County*

PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS, Case No. C07-4472 CRB

## PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS

Pursuant to Local Rule 7-11, Plaintiffs seek an order permitting them to file the accompanying Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction even though it exceeds the 25-page limit set forth in Local Rule 7-2(b). Plaintiffs attempted to obtain a stipulation from Defendants, but Defendants declined to stipulate that Plaintiffs could file a memorandum in excess of 25 pages. Kronland Decl. at ¶4. The accompanying Memorandum is approximately 35 pages (exclusive of summary of argument, index, tables, etc.). Plaintiffs have no objection to the Defendants filing an oversized memorandum in response.

Local Rule 7-2(b) provides that briefs in support of motions shall not exceed 25 pages, and Judge Charles Breyer's Standing Order provides that briefs shall not exceed 15 pages, but these limitations may be enlarged at the Court's discretion. *See* Local Rule 7-11. Plaintiffs respectfully request that they be excused from Local 7-2(b)'s and the Standing Order's page limitation.

This action challenges a new Department of Homeland Security ("DHS") regulation as contrary to the governing statute and arbitrary and capricious, and the plan to implement that regulation as in excess of the statutory authority of DHS and the Social Security Administration ("SSA"). Plaintiffs request a preliminary injunction invalidating the regulation and enjoining the DHS and SSA plan to implement the regulation. The challenged DHS regulation would affect hundreds of thousands of employers and millions of employees throughout the country.

The reasons why the Defendants' actions are unlawful turn on a discussion of both the immigration laws and the tax laws, why Congress did not intend the SSA's Earnings Suspense File to be used for immigration-enforcement purposes, why the new DHS regulation is premised on an interpretation of the word "knowing" that is not what Congress meant by the term in the immigration laws, and the agency's arbitrary and capricious decision-making. Explaining why a preliminary injunction is necessary also requires a discussion of the Social Security program and the issuance of so-called "no-match" letters, as well as why the balance of equities strongly favors maintaining the status quo.

Plaintiffs counsel believe that a memorandum in excess of 25 pages is necessary to provide sufficient background regarding the no-match process and the DHS Final Rule being challenged and to adequately address all the legal issues that will be before the Court at the hearing on October 1, 2007. Accordingly, Plaintiffs respectfully request that the Court grant their motion to exceed the page limit.

Dated:  September 11, 2007         Respectfully submitted

Stephen P. Berzon
Scott A. Kronland
Jonathan Weissglass
Linda Lye
Danielle E. Leonard
ALTSHULER BERZON LLP

Jonathan P. Hiatt
James B. Coppess
Ana Avendaño
AFL-CIO

Linton Joaquin
Marielena Hincapié
Monica T. Guizar
NATIONAL IMMIGRATION LAW CENTER

Lucas Guttentag
Jennifer C. Chang
Mónica M. Ramírez
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Omar C. Jadwat
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Alan L. Schlosser
Julia Harumi Mass
ACLU FOUNDATION OF NORTHERN CALIFORNIA

David A. Rosenfeld
Manjari Chawla
WEINBERG, ROGER & ROSENFELD


by:  /s/ Scott A. Kronland
         Scott A. Kronland

Attorneys for Plaintiffs

PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS, Case No. C07-4472 CRB          2