| | |
|---|---|
| 1 | Stephen P. Berzon (SBN 46540) |
| | Scott A. Kronland (SBN 171693) |
| 2 | Jonathan Weissglass (SBN 185008) |
| | Linda Lye (SBN 215584) |
| 3 | Danielle E. Leonard (SBN 218201) |
| | ALTSHULER BERZON LLP |
| 4 | 177 Post Street, Suite 300 |
| | San Francisco, CA 94108 |
| 5 | Telephone: (415) 421-7151 |
| | Facsimile: (415) 362-8064 |
| 6 | Email: skronland@altshulerberzon.com |
| | Email: llye@altshulerberzon.com |
| 7 | Email: dleonard@altshulerberzon.com |
| 8 | *Attorneys for Plaintiffs* |
| 9 | Jonathan P. Hiatt (SBN 63533) (*Pro Hac Vice* Application pending) |
| | James B. Coppess |
| 10 | Ana L. Avendaño (SBN 160676) |
| | AFL-CIO |
| 11 | 815 Sixteenth Street, N.W. |
| | Washington, D.C. 20006 |
| 12 | Telephone: (202) 637-5053 |
| | Facsimile: (202) 637-5323 |
| 13 | Email: aavendan@aflcio.org |
| 14 | *Attorneys for Plaintiff AFL-CIO* |
| 15 | (Counsel list continued on next page) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY, | ) ) ) ) ) ) ) | Case No. C07-4472 CRB **DECLARATION OF SCOTT KRONLAND IN SUPPORT OF PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS FOR MEMORANDUM IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION** |
| Plaintiffs, | ) | |
| v. | ) ) | |
| MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

DECL. OF KRONLAND ISO PS' MOTION TO EXCEED PAGE LIMITATIONS, Case No. C07-4472 CRB

1   (Counsel list continued from first page)

2   Linton Joaquin (SBN 73547)
    Marielena Hincapié (SBN 188199)
3   Monica T. Guizar (SBN 202480)
    NATIONAL IMMIGRATION LAW CENTER
4   3435 Wilshire Blvd., Suite 2850
    Los Angeles, CA 90010
5   Telephone: (213) 674-2850
    Facsimile: (213) 639-3911
6   Email: guizar@nilc.org

7   Lucas Guttentag (SBN 90208)
    Jennifer C. Chang (SBN 233033)
8   Mónica M. Ramírez (SBN 234893)
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION
9   Immigrants' Rights Project
    39 Drumm Street
10  San Francisco, CA 94111
    Telephone: (415) 343-0770
11  Facsimile: (415) 395-0950
    E-mail: jchang@aclu.org
12
    Omar C. Jadwat (*Pro Hac Vice* Application pending)
13  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
    Immigrants' Rights Project
14  125 Broad Street, 18th Floor
    New York, NY 10004
15  Telephone: (212) 549-2620
    Facsimile: (212)-549-2654
16  Email: ojadwat@aclu.org

17  Alan L. Schlosser (SBN 49957)
    Julia Harumi Mass (SBN 189649)
18  ACLU FOUNDATION OF NORTHERN CALIFORNIA
    39 Drumm Street
19  San Francisco, CA 94111
    Telephone: (415) 621-2493
20  Facsimile: (415) 255-1478
    E-mail: aschlosser@aclu.org
21
    *Attorneys for Plaintiff Central Labor Council of Alameda County*
22
    David A. Rosenfeld (SBN 58163)
23  Manjari Chawla (SBN 218556)
    WEINBERG, ROGER & ROSENFELD
24  A Professional Corporation
    1001 Marina Village Parkway, Suite 200
25  Alameda, California 94501-1091
    Telephone: (510) 337-1001
26  Facsimile: (510) 337-1023
    Email: drosenfeld@unioncounsel.net
27
    *Attorneys for Plaintiffs San Francisco Labor Council,*
28  *San Francisco Building and Construction Trades Council,*
    *and Central Labor Council of Alameda County*

DECL. OF KRONLAND ISO PS' MOTION TO EXCEED PAGE LIMITATIONS, Case No. C07-4472 CRB

Scott A. Kronland declares as follows:

1. I am a member of the bar of this Court and counsel for Plaintiffs in this action.

2. Pursuant to the briefing schedule set by the Court in the Temporary Restraining Order issued on August 31, 2007, Plaintiffs are filing a motion for a preliminary injunction. The memorandum of points and authorities in support of Plaintiffs' motion for a preliminary injunction exceeds the 25-page limit contained in Local Rule 7-2(b) and the 15-page limit contained in the Court's Standing Order. The memorandum is approximately 35 pages, excluding the index, tables and summary of argument.

3. Plaintiffs believe that a memorandum of this length is necessary to provide this Court with the full background to the case and to adequately address all of the legal issues that will be before this Court at the preliminary injunction hearing on October 1, 2007.

4. This action challenges a Department of Homeland Security ("DHS") Final Rule as contrary to the governing statute and arbitrary and capricious, and the plan to implement that regulation as in excess of the statutory authority of DHS and the Social Security Administration ("SSA"). Plaintiffs request a preliminary injunction to prevent the Final Rule from becoming effective and to enjoin the DHS/SSA plan to implement the Final Rule. The challenged DHS rule would affect hundreds of thousands of employers and millions of employees throughout the country. The reasons why the Defendants' actions are unlawful turn on a discussion of both the immigration laws and the tax laws, why Congress did not intend the SSA's Earnings Suspense File to be used for immigration-enforcement purposes, why the new DHS regulation is premised on an interpretation of the word "knowing" that is not what Congress meant by the term in the immigration laws, and the agency's arbitrary and capricious decision-making. Explaining why a preliminary injunction is necessary also requires a discussion of the Social Security program and the issuance of so-called "no-match" letters and why the balance of equities strongly favors maintaining the status quo.

5. Plaintiffs attempted to obtain a stipulation from Defendants to allow the filing of the oversize memorandum of points and authorities but were unable to do so. On September 11, 2007, I spoke with Daniel Bensing, attorney for government defendants about such a stipulation. Mr. Bensing stated that he was not authorized to agree that Plaintiffs could have more than 25 pages for

1  their memorandum.

2        I declare under penalty of perjury that the foregoing is true and correct.  Executed on

3  September 11, 2007 at San Francisco, California.

4                                                       /s/ Scott A. Kronland

                                                        Scott A. Kronland

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28