1    Matthew Ross (SBN 084703)
     Philip Monrad (SBN 151073)
2    LEONARD, CARDER, LLP
     1330 Broadway, Suite 1430
3    Oakland, CA 94612
     Telephone:      (510) 272-0169
4    Facsimile:      (510) 272-0174
     Email:          MRoss@leonardcarder.com; PMonrad@leonardcarder.com
5
     Robert M. Weinberg   (*pro hac vice* application forthcoming)
6    Leon Dayan           (*pro hac vice* application forthcoming)
     Jennifer L. Hunter    (*pro hac vice* application forthcoming)
7    BREDHOFF & KAISER, PLLC
     805 Fifteenth Street, NW, Tenth Floor
8    Washington, D.C. 20008
     Telephone:      (202) 842-2600
9    Facsimile:      (202) 842-1888
     Email:          LDayan@bredhoff.com; JHunter@bredhoff.com
10
     *Attorneys for Plaintiff-Intervenors UFCW et al.*
11
                        UNITED STATES DISTRICT COURT
12
                        NORTHERN DISTRICT OF CALIFORNIA
13
     AMERICAN FEDERATION OF LABOR          )
14   AND CONGRESS OF INDUSTRIAL            )   Case No.: 07-04472(CRB)
     ORGANIZATIONS; SAN FRANCISCO          )
     LABOR COUNCIL; SAN FRANCISCO          )
15   BUILDING AND CONSTRUCTION             )
     TRADES COUNCIL; and CENTRAL           )
16   LABOR COUNCIL OF ALAMEDA              )   **CERTIFICATION OF INTERESTED**
     COUNTY,                               )   **ENTITIES OR PERSONS**
17                                         )
          Plaintiffs,                      )
18                                         )
          v.                               )
                                           )
19   MICHAEL CHERTOFF, Secretary of        )
     Homeland Security; DEPARTMENT OF      )
20   HOMELAND SECURITY; JULIE MYERS,       )
     Assistant Secretary of Homeland Security;  )
     U.S. IMMIGRATION AND CUSTOMS          )
21   ENFORCEMENT; MICHAEL ASTRUE,          )
     Commissioner of Social Security; and  )
22   SOCIAL SECURITY ADMINISTRATION,       )
                                           )
          Defendants.
23

24   CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, Case No. 07-04472(CRB)          1

1    Pursuant to Civil L. R. 3-16, the undersigned certifies that as of this date, the undersigned

2  certifies that as of this date, other than the named parties and proposed intervenors United Food

3  and Commercial Workers ("UFCW"), UFCW Local 5, UNITE HERE, and UNITE HERE Local

4  2, there is no such interest to report.

5                                        Respectfully submitted,

6                                        _____/s/_____
                                        Matthew Ross (SBN 084703)
7                                        Philip Monrad (SBN 151073)
                                        LEONARD, CARDER, LLP
8                                        1330 Broadway, Suite 1430
                                        Oakland, CA 94612
9                                        Telephone:    (510) 272-0169
                                        Facsimile:    (510) 272-0174
10                                       Email:        MRoss@leonardcarder.com;
                                                       PMonrad@leonardcarder.com
11
                                        Robert M. Weinberg
12                                       Leon Dayan
                                        Jennifer L. Hunter
13                                       BREDHOFF & KAISER, PLLC
                                        805 Fifteenth Street, NW, Tenth Floor
14                                       Washington, D.C. 20008
                                        Telephone:    (202) 842-2600
15                                       Facsimile:    (202) 842-1888
                                        Email:        LDayan@bredhoff.com;
16                                                     JHunter@bredhoff.com

17                                       *Attorneys for Plaintiff-Intervenors UFCW et al.*

18  Dated: September 12, 2007

19

20

21

22

23

24  CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, Case No. 07-04472(CRB)        2

1

**CERTIFICATE OF SERVICE**

2

3
    I hereby certify that on September 12, 2007, I electronically filed the foregoing

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** with the Clerk of the
4
Court using the CM/ECF system which will send notification of such filing to the e-mail
5
addresses denoted below:

6
Ana L. Avendano                             Danielle Evelyn Leonard
AFL-CIO                                     Altshuler Berzon LLP
7
aavendan@aflcio.org                         dleonard@altshulerberzon.com

8
James B. Coppess                            Jonathan David Weissglass
AFL-CIO                                     Altshuler Berzon LLP
9
jcoppell@aflcio.org                         jweissglass@altshulerberzon.com

10
Linda Lye                                   Scott Alan Kronland
Altshuler Berzon LLP                        Altshuler Berzon LLP
11
llye@altshulerberzon.com                    skronland@altshulerberzon.com

12
Stephen P. Berzon                           David Albert Rosenfeld
Altshuler Berzon LLP                        Manjari Chawla
13
sberzon@altshulerberzon.com                 Weinberg Roger & Rosenfeld
                                            courtnotices@unioncounsel.net
14

Alan Lawrence Schlosser                     Jennifer C. Chang
15
ACLU Foundation of Northern California      ACLU Immigrants' Rights Project
aschlosser@aclunc.org                       jchang@aclu.org
16

Julia Harumi Mass, Esq.                     Linton Joaquin
17
American Civil Liberties Union of           National Immigration Law Center
Northern California                         Joaquin@nilc.org
18
jmass@aclunc.org

19
Lucas Guttentag                             Marielena Hincapie
ACLU Immigrants' Rights Project             National Immigration Law Center
20
lguttentag@aclu.org                         mhincapie@nilc.org

21
Monica Teresa Guizar                        Monica Maria Ramirez
National Immigration Law Center             ACLU Immigrants' Rights Project
22
guizar@nilc.org                             mramirez@aclu.org

23

24
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, Case No. 07-04472(CRB)          3

| | |
|---|---|
| Omar C. Jadwat | Daniel Benzing |
| ACLU Immigrants' Rights Project | U.S. Dept. of Justice |
| ojadwat@aclu.org | Daniel.Bensing@USDOJ.gov |
| | |
| Jonathan Unruh Lee | Robert P. Charrow |
| U.S. Attorneys Office | Greenberg Traurig LLP |
| Jonathan.lee@usdoj.gov | charrowr@gtlaw.com |
| | |
| Laura M. Klaus | William J. Goines |
| Greenberg Traurig, LLP | Greenberg Traurig, LLP |
| klausl@gtlaw.com | goinesw@gtlaw.com |
| | |
| Karen Rosenthal | Cindy Hamilton |
| Greenberg Traurig, LLP | Greenberg Traurig, LLP |
| rosenthalk@gtlaw.com | hamiltonc@gtlaw.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on September 12, 2007.

/s/ Kris Paschall
Kris Paschall
Legal Secretary

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, Case No. 07-04472(CRB)    4