Matthew D. Ross (SBN 084703)
Philip Monrad (SBN 151073)
LEONARD, CARDER, LLP
1330 Broadway, Suite 1430
Oakland, CA 94612
Telephone:   (510) 272-0169
Facsimile:   (510) 272-0174
Email:       MRoss@leonardcarder.com

Robert M. Weinberg   (*pro hac vice* application pending)
Leon Dayan           (*pro hac vice* application pending)
Jennifer L. Hunter   (*pro hac vice* application pending)
BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW, Tenth Floor
Washington, D.C. 20008
Telephone:   (202) 842-2600
Facsimile:   (202) 842-1888
Email:       LDayan@bredhoff.com
             JHunter@bredhoff.com

*Attorneys for Plaintiff-Intervenors*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendants. | Case No.: 07-04472(CRB)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO INTERVENE** |

1

2    The motion of United Food and Commercial Workers ("UFCW"), UFCW Local 5,

3 UNITE HERE, and UNITE HERE Local 2 for leave to intervene in the above-entitled action

4 having come before the Court on September 14, 2007, and for good cause shown,

5    IT IS HEREBY ORDERED that the Unopposed Motion for Leave to Intervene of

6 Proposed Plaintiff-Intervenors is GRANTED and Plaintiff-Intervenors are authorized to file their

7 Complaint in Intervention setting forth the allegations stated in Exhibit 1 to their motion.

8

9 Dated: _____, 2007          _____
                                        THE HONORABLE CHARLES R. BREYER,
10                                      UNITED STATES DISTRICT COURT JUDGE
                                        FOR THE NORTHERN DISTRICT OF
11                                      CALIFORNIA

12

13

14

15

16

17

18

19

20

21

22

23

24

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2007, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO INTERVENE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

| | |
|---|---|
| Ana L. Avendano<br>AFL-CIO<br>aavendan@aflcio.org | Danielle Evelyn Leonard<br>Altshuler Berzon LLP<br>dleonard@altshulerberzon.com |
| James B. Coppess<br>AFL-CIO<br>jcoppell@aflcio.org | Jonathan David Weissglass<br>Altshuler Berzon LLP<br>jweissglass@altshulerberzon.com |
| Linda Lye<br>Altshuler Berzon LLP<br>llye@altshulerberzon.com | Scott Alan Kronland<br>Altshuler Berzon LLP<br>skronland@altshulerberzon.com |
| Stephen P. Berzon<br>Altshuler Berzon LLP<br>sberzon@altshulerberzon.com | David Albert Rosenfeld<br>Manjari Chawla<br>Weinberg Roger & Rosenfeld<br>courtnotices@unioncounsel.net |
| Alan Lawrence Schlosser<br>ACLU Foundation of Northern California<br>aschlosser@aclunc.org | Jennifer C. Chang<br>ACLU Immigrants' Rights Project<br>jchang@aclu.org |
| Julia Harumi Mass, Esq.<br>American Civil Liberties Union of Northern California<br>jmass@aclunc.org | Linton Joaquin<br>National Immigration Law Center<br>Joaquin@nilc.org |
| Lucas Guttentag<br>ACLU Immigrants' Rights Project<br>lguttentag@aclu.org | Marielena Hincapie<br>National Immigration Law Center<br>mhincapie@nilc.org |
| Monica Teresa Guizar<br>National Immigration Law Center<br>guizar@nilc.org | Monica Maria Ramirez<br>ACLU Immigrants' Rights Project<br>mramirez@aclu.org |

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO INTERVENE, Case No. 07-04472(CRB)   3

1  | Omar C. Jadwat | Daniel Benzing
   | ACLU Immigrants' Rights Project | U.S. Dept. of Justice
2  | ojadwat@aclu.org | Daniel.Bensing@USDOJ.gov

3  | Jonathan Unruh Lee | Robert P. Charrow
   | U.S. Attorneys Office | Greenberg Traurig LLP
4  | Jonathan.lee@usdoj.gov | charrowr@gtlaw.com

5  | Laura M. Klaus | William J. Goines
   | Greenberg Traurig, LLP | Greenberg Traurig, LLP
6  | klausl@gtlaw.com | goinesw@gtlaw.com

7  | Karen Rosenthal | Cindy Hamilton
   | Greenberg Traurig, LLP | Greenberg Traurig, LLP
8  | rosenthalk@gtlaw.com | hamiltonc@gtlaw.com

9

   I declare under penalty of perjury under the laws of the State of California that the
10 foregoing is true and correct.

11     Executed at Oakland, California, on September 12, 2007.

12

13
                                                /s/ Kris Paschall
14                                              Kris Paschall
                                                Legal Secretary
15

16

17

18

19

20

21

22

23

24
[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO INTERVENE, Case No. 07-04472(CRB)    4