Matthew Ross (SBN 084703)
Philip Monrad (SBN 151073)
LEONARD, CARDER, LLP
1330 Broadway, Suite 1430
Oakland, CA 94612
Telephone:    (510) 272-0169
Facsimile:    (510) 272-0174
Email:    MRoss@leonardcarder.com; PMonrad@leonardcarder.com

Robert M. Weinberg    (*pro hac vice* application forthcoming)
Leon Dayan    (*pro hac vice* application forthcoming)
Jennifer L. Hunter    (*pro hac vice* application forthcoming)
BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW, Tenth Floor
Washington, D.C. 20008
Telephone:    (202) 842-2600
Facsimile:    (202) 842-1888
Email:    LDayan@bredhoff.com; JHunter@bredhoff.com

*Attorneys for Plaintiff-Intervenors UFCW et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendants. | Case No.: 07-04472(CRB)<br><br>**PROPOSED PLAINTIFF-INTERVENORS' STIPULATION REQUESTING ORDER SHORTENING TIME FOR HEARING ON UNOPPOSED MOTION FOR LEAVE TO INTERVENE**<br><br>Date:   September 14, 2007<br>Time:   10:00 a.m.<br>Judge: Hon. Charles R. Breyer<br>Dept.:   Courtroom 8, 19th Floor<br>          450 Golden Gate Ave.<br>          San Francisco, CA  94102 |

PROPOSED PLAINTIFF-INTERVENORS' STIPULATION REQUESTING ORDER SHORTENING TIME, CASE NO. 07-04472(CRB)

United Food and Commercial Workers ("UFCW"), UFCW Local 5, UNITE HERE, and UNITE HERE Local 2 (collectively, "Proposed Plaintiff-Intervenors") hereby file this Stipulation pursuant to Civil Local Rules 6.1(b) and 6-2 requesting an order shortening the time for a hearing on Proposed Plaintiff-Intervenors' Unopposed Motion for Leave to Intervene ("Motion to Intervene"). This motion is supported by the following points and authorities:

## BACKGROUND

Proposed Plaintiff-Intervenors file this Stipulation, pursuant to Civil Local Rules 6-1(b) and 6-2, requesting an order shortening the time for a hearing on their Motion to Intervene. Proposed Plaintiff-Intervenors' Motion to Intervene is unopposed. The Court's authority to shorten time or otherwise modify requested time changes is set forth in Civil L.R. 6-2(b).

The Complaint in this action was filed on August 29, 2007 by the American Federation of Labor & Congress of Industrial Organizations (AFL-CIO), other AFL-CIO-related entities, and civil rights organizations. The complaint seeks invalidation of a Final Rule adopted by the Department of Homeland Security on August 15, 2007, 72 Fed. Reg. 45611 (Aug. 15, 2007) ("DHS Final Rule" or "Rule"), which requires employers to treat the receipt of a "no-match" letter from the Social Security Administration (SSA) as if it established a high probability that the employees listed in such letters were unauthorized aliens. Plaintiffs' challenge to the Rule is based principally on the arguments that it is inconsistent with the Immigration Reform and Control Act of 1986, and that it is arbitrary and capricious as being based on factual assumptions by the agency that are not supported by evidence in the administrative record.

On August 29, 2007, Plaintiffs filed a Motion for Temporary Restraining Order, which came for hearing before Judge Chesney on August 31, 2007. Judge Chesney entered a temporary restraining order prohibiting the Defendants from implementing the Rule and establishing a briefing schedule for motions for preliminary injunction. Under that briefing

PROPOSED PLAINTIFF-INTERVENORS' STIPULATION REQUESTING ORDER SHORTENING TIME, CASE NO. 07-04472(CRB)                                                                                                                                    2

schedule, the Plaintiffs' brief in support of their motion for a preliminary injunction is due on September 11, 2007; Defendants' opposition brief is due on September 18, 2007; Plaintiffs' reply is due on September 25, 2007; and the motion will be heard on October 1, 2007.

A separate group of organizations—the San Francisco Chamber of Commerce, the Chamber of Commerce of the United States of America, the Golden Gate Restaurant Association, the National Roofing Contractors Association, the American Nursery & Landscape Association, the International Franchise Association, and the United Fresh Produce Association ("the Chamber of Commerce Proposed Intervenors")—have moved to intervene in the instant matter. The Court granted the Chamber of Commerce Intervenors' motion to shorten time on September 10, 2007, setting the hearing on their Motion to Intervene for September 14, 2007.

**ARGUMENT**

Proposed Plaintiff-Intervenors seek to intervene in the action to challenge the DHS Final Rule. Proposed Plaintiff-Intervenors also seek to participate in the Preliminary Injunction hearing set for October 1, 2007. With the September 11, 2007 deadline to file a preliminary injunction motion and supporting paperwork having already passed, and the hearing on the Motion for Preliminary Injunction set to occur before the Motion to Intervene would normally be decided, Proposed Plaintiff-Intervenors request that this Court shorten the time to hear Proposed Plaintiff Intervenors' Motion to Intervene to Friday, September 14, 2007. This is the first available civil hearing date on the Court's calendar. Proposed Plaintiff-Intervenors' Motion to Intervene and Proposed Complaint in intervention are being filed concurrently with this motion.

If Proposed Plaintiff-Intervenors' Stipulation Requesting Order to Shorten Time is not granted and they are not permitted to intervene in this action on an expedited basis, they will be prejudiced because they will be unable to participate in the Motion for Preliminary Injunction, and thus unable to seek to enjoin the DHS Final Rule in that proceeding.

PROPOSED PLAINTIFF-INTERVENORS' STIPULATION REQUESTING ORDER SHORTENING TIME,
CASE NO. 07-04472(CRB)                                                                                                                  3

1  Proposed Plaintiff-Intervenors are not requesting any change in the briefing schedule for the Motion for Preliminary Injunction. The existing parties to this case have consented to this Stipulation. Proposed Plaintiff-Intervenors have not requested any previous time modifications in this case. The Court has granted one other time modification in this action; on September 10, 2007, the Court entered an Order Granting Motion for Order Shortening Time to Hear Motion for Leave to Intervene for the Chamber of Commerce Proposed Intervenors. The instant Stipulation seeks the same time modification as the Court granted to the Chamber of Commerce Proposed Intervenors.

## CONCLUSION

Proposed Plaintiff-Intervenors respectfully request that the Court shorten time to hear Proposed Plaintiff-Intervenors' Motion to Intervene to Friday, September 14, 2007.

Respectfully submitted,

 /s/
Matthew Ross (SBN 084703)
Philip Monrad (SBN 151073)
LEONARD, CARDER, LLP
1330 Broadway, Suite 1430
Oakland, CA 94612
Telephone:  (510) 272-0169
Facsimile:  (510) 272-0174
Email:  MRoss@leonardcarder.com;
  PMonrad@leonardcarder.com

Robert M. Weinberg
Leon Dayan
Jennifer L. Hunter
BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW, Tenth Floor

PROPOSED PLAINTIFF-INTERVENORS' STIPULATION REQUESTING ORDER SHORTENING TIME,
CASE NO. 07-04472(CRB)                                                                                                                4

```
Washington, D.C. 20008
Telephone:    (202) 842-2600
Facsimile:    (202) 842-1888
Email:        LDayan@bredhoff.com;
              JHunter@bredhoff.com
```

*Attorneys for Plaintiff-Intervenors UFCW et al.*

Filed with the consent of:

```
Scott Alan Kronland
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone:    (415) 421-7151
Facsimile:    (415) 362-8064
Email:        skronland@altshulerberzon.com
```

*Attorney for Plaintiff American Federation of Labor and Congress of Industrial Organizations*

```
Daniel Bensing
U.S. DEPT. OF JUSTICE
20 Massachusetts Ave., N.W.
Rm 6114
Washington, DC 20530
Telephone:    (202) 305-0693
Facsimile:    (202) 616-8460
Email:        Daniel.Bensing@USDOJ.gov
```

*Attorney for Defendants*

Dated: September 12, 2007

PROPOSED PLAINTIFF-INTERVENORS' STIPULATION REQUESTING ORDER SHORTENING TIME, CASE NO. 07-04472(CRB)                                                                                           5

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2007, I electronically filed the foregoing **PROPOSED PLAINTIFF-INTERVENORS' STIPULATION REQUESTING ORDER SHORTENING TIME FOR HEARING ON UNOPPOSED MOTION FOR LEAVE TO INTERVENE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

| | |
|---|---|
| Ana L. Avendano<br>AFL-CIO<br>aavendan@aflcio.org | Danielle Evelyn Leonard<br>Altshuler Berzon LLP<br>dleonard@altshulerberzon.com |
| James B. Coppess<br>AFL-CIO<br>jcoppell@aflcio.org | Jonathan David Weissglass<br>Altshuler Berzon LLP<br>jweissglass@altshulerberzon.com |
| Linda Lye<br>Altshuler Berzon LLP<br>llye@altshulerberzon.com | Scott Alan Kronland<br>Altshuler Berzon LLP<br>skronland@altshulerberzon.com |
| Stephen P. Berzon<br>Altshuler Berzon LLP<br>sberzon@altshulerberzon.com | David Albert Rosenfeld<br>Manjari Chawla<br>Weinberg Roger & Rosenfeld<br>courtnotices@unioncounsel.net |
| Alan Lawrence Schlosser<br>ACLU Foundation of Northern California<br>aschlosser@aclunc.org | Jennifer C. Chang<br>ACLU Immigrants' Rights Project<br>jchang@aclu.org |
| Julia Harumi Mass, Esq.<br>American Civil Liberties Union of<br>Northern California<br>jmass@aclunc.org | Linton Joaquin<br>National Immigration Law Center<br>Joaquin@nilc.org |
| Lucas Guttentag<br>ACLU Immigrants' Rights Project<br>lguttentag@aclu.org | Marielena Hincapie<br>National Immigration Law Center<br>mhincapie@nilc.org |

PROPOSED PLAINTIFF-INTERVENORS' STIPULATION REQUESTING ORDER SHORTENING TIME,
CASE NO. 07-04472(CRB)                                                                                                   6

| | |
|---|---|
| Monica Teresa Guizar<br>National Immigration Law Center<br>guizar@nilc.org | Monica Maria Ramirez<br>ACLU Immigrants' Rights Project<br>mramirez@aclu.org |
| Omar C. Jadwat<br>ACLU Immigrants' Rights Project<br>ojadwat@aclu.org | Daniel Benzing<br>U.S. Dept. of Justice<br>Daniel.Bensing@USDOJ.gov |
| Jonathan Unruh Lee<br>U.S. Attorneys Office<br>Jonathan.lee@usdoj.gov | Robert P. Charrow<br>Greenberg Traurig LLP<br>charrowr@gtlaw.com |
| Laura M. Klaus<br>Greenberg Traurig, LLP<br>klausl@gtlaw.com | William J. Goines<br>Greenberg Traurig, LLP<br>goinesw@gtlaw.com |
| Karen Rosenthal<br>Greenberg Traurig, LLP<br>rosenthalk@gtlaw.com | Cindy Hamilton<br>Greenberg Traurig, LLP<br>hamiltonc@gtlaw.com |

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed at Oakland, California, on September 12, 2007.


                            /s/ Kris Paschall
                            Kris Paschall
                            Legal Secretary