1  Matthew Ross (SBN 084703)
   Philip Monrad (SBN 151073)
2  LEONARD, CARDER, LLP
   1330 Broadway, Suite 1430
3  Oakland, CA 94612
   Telephone:    (510) 272-0169
4  Facsimile:    (510) 272-0174
   Email:        MRoss@leonardcarder.com; PMonrad@leonardcarder.com
5
   Robert M. Weinberg   (*pro hac vice* application forthcoming)
6  Leon Dayan           (*pro hac vice* application forthcoming)
   Jennifer L. Hunter   (*pro hac vice* application forthcoming)
7  BREDHOFF & KAISER, PLLC
   805 Fifteenth Street, NW, Tenth Floor
8  Washington, D.C. 20008
   Telephone:    (202) 842-2600
9  Facsimile:    (202) 842-1888
   Email:        LDayan@bredhoff.com; JHunter@bredhoff.com
10
   *Attorneys for Plaintiff-Intervenors UFCW et al.*
11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION,<br><br>Defendants. | Case No.: 07-04472(CRB)<br><br>**DECLARATION OF LEON DAYAN IN SUPPORT OF PROPOSED PLAINTIFF-INTERVENORS' STIPULATION REQUESTING ORDER SHORTENING TIME** |

DECLARATION OF LEON DAYAN IN SUPPORT OF STIPULATION TO SHORTEN TIME, CASE NO. 07-04472(CRB)

I, Leon Dayan, declare as follows:

1. I am an attorney at law duly licensed to practice in Washington, D.C., and by the State of California (inactive status since 1995), and my motion for admission *pro hac vice* in this Court is forthcoming. I am a Member with the law firm of Bredhoff & Kaiser P.L.L.C., one of the attorneys for Proposed Plaintiff-Intervenors United Food and Commercial Workers ("UFCW"), UFCW Local 5, UNITE HERE, and UNITE HERE Local 2 (collectively, "Proposed Plaintiff-Intervenors").

2. Unless otherwise expressly stated, I have personal knowledge of the matters stated herein and could competently testify thereto in a court of law.

3. This declaration is made pursuant to Civil L.R. 6-2(a) and in support of Proposed Plaintiff-Intervenors' Stipulation Requesting Order Shortening Time For Hearing On Unopposed Motion for Leave to Intervene ("Stipulation").

4. I received an email from Daniel Bensing of the Department of Justice, attorney for Defendants, on September 11, 2007, stating that Defendants do not oppose the Stipulation. My colleague Jennifer L. Hunter spoke with Scott Kronland, attorney for the Plaintiffs, on the telephone on September 11, 2007, and Mr. Kronland stated that Plaintiffs do not oppose the Stipulation.

**Reasons for Requesting Shortened Time**

5. Proposed Plaintiff-Intervenors request an expedited hearing on their Unopposed Motion for Leave to Intervene ("Motion to Intervene") because Proposed Plaintiff-Intervenors seek to participate in the Preliminary Injunction hearing set for October 1, 2007. With the September 11, 2007 deadline to file a preliminary injunction motion and supporting paperwork

DECLARATION OF LEON DAYAN IN SUPPORT OF STIPULATION TO SHORTEN TIME, CASE NO. 07-04472(CRB)
2

having already passed, Proposed Plaintiff-Intervenors request that this Court shorten time to hear the Motion to Intervene to Friday, September 14, 2007.

**Substantial Harm Will Occur If the Court Does Not Shorten Time**

6. If the Motion to Intervene is not heard on an expedited basis, Proposed Plaintiff-Intervenors will not be permitted to participate in the Preliminary Injunction hearing scheduled for October 1, 2007, and Proposed Plaintiff-Intervenors would therefore miss their opportunity to challenge the Final Rule issued by the Secretary of Homeland Security in that proceeding.

**Nature of the Underlying Dispute Addressed in the Motion to Intervene**

7. Proposed Plaintiff-Intervenors seek to intervene in the action as plaintiffs to challenge the Final Rule issued by the Secretary of Homeland Security on August 15, 2007.

**Disclosure of Any Previous Time Modifications**

8. The Court has granted one previous time modification in this action; on September 10, 2007, the Court entered an Order Granting Motion for Order Shortening Time to Hear Motion for Leave to Intervene for a separate set of Proposed Plaintiff-Intervenors. The instant Stipulation seeks the same time modification as the Court granted to the other Proposed Plaintiff-Intervenors.

**Effect of the Requested Time Modification on the Case Schedule**

9. Advancing the hearing date on the Motion to Intervene will not adversely affect the progression of this case, as the Motion to Intervene is unopposed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of September, 2007 in Washington, District of Columbia.

Leon Dayan

DECLARATION OF LEON DAYAN IN SUPPORT OF STIPULATION TO SHORTEN TIME, CASE NO. 07-04472(CRB)

3