1  Matthew Ross (SBN 084703)
   Philip Monrad (SBN 151073)
2  LEONARD, CARDER, LLP
   1330 Broadway, Suite 1430
3  Oakland, CA 94612
   Telephone:   (510) 272-0169
4  Facsimile:   (510) 272-0174
   Email:       MRoss@leonardcarder.com; PMonrad@leonardcarder.com
5

6  Robert M. Weinberg   (*pro hac vice* application forthcoming)
   Leon Dayan           (*pro hac vice* application forthcoming)
7  Jennifer L. Hunter   (*pro hac vice* application forthcoming)
   BREDHOFF & KAISER, PLLC
8  805 Fifteenth Street, NW, Tenth Floor
   Washington, D.C. 20008
9  Telephone:   (202) 842-2600
   Facsimile:   (202) 842-1888
10 Email:       LDayan@bredhoff.com; JHunter@bredhoff.com

11 *Attorneys for Plaintiff-Intervenors*

12                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
13

14 AMERICAN FEDERATION OF LABOR          )
   AND CONGRESS OF INDUSTRIAL            )  Case No.: 07-04472(CRB)
   ORGANIZATIONS; SAN FRANCISCO          )
15 LABOR COUNCIL; SAN FRANCISCO          )
   BUILDING AND CONSTRUCTION             )
16 TRADES COUNCIL; and CENTRAL           )
   LABOR COUNCIL OF ALAMEDA              )
   COUNTY,                               )
17                                       )
          Plaintiffs,                    )
18                                       )  **[PROPOSED] ORDER GRANTING**
       v.                                )  **STIPULATION REQUESTING ORDER**
19                                       )  **SHORTENING TIME FOR HEARING ON**
   MICHAEL CHERTOFF, Secretary of        )  **UNOPPOSED MOTION FOR LEAVE TO**
20 Homeland Security; DEPARTMENT OF      )  **INTERVENE**
   HOMELAND SECURITY; JULIE MYERS,       )
21 Assistant Secretary of Homeland Security; )
   U.S. IMMIGRATION AND CUSTOMS          )
   ENFORCEMENT; MICHAEL ASTRUE,          )
22 Commissioner of Social Security; and  )
   SOCIAL SECURITY ADMINISTRATION,       )
23                                       )
          Defendants.                    )
24 _____)

25

[PROPOSED] ORDER SHORTENING TIME, CASE NO. 07-04472(CRB)

1  The stipulation of United Food and Commercial Workers International Union (UFCW), UFCW Local 5, UNITE HERE, and UNITE HERE Local 2 ("Proposed Plaintiff-Intervenors") for order shortening time to hear Proposed Plaintiff-Intervenors' Unopposed Motion for Leave to Intervene ("Motion") having come before the Court, and for good cause shown,

IT IS HEREBY ORDERED that the Stipulation Requesting Order Shortening Time for Hearing on Unopposed Motion for Leave to Intervene is GRANTED.  The hearing on the Unopposed Motion for Leave to Intervene is set for 10:00 a.m. on September 14, 2007 in Courtroom 8, 19th Floor.

IT IS FURTHER ORDERED that any opposition papers shall be filed and served on Plaintiff-Intervenors' counsel on or before 5:00 p.m. on September 12, 2007.

Dated:  _____, 2007          _____
                                        UNITED STATES DISTRICT COURT JUDGE
                                        FOR THE NORTHERN DISTRICT OF
                                        CALIFORNIA

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2007, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING STIPULATION REQUESTING ORDER SHORTENING TIME FOR HEARING ON UNOPPOSED MOTION FOR LEAVE TO INTERVENE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

| | |
|---|---|
| Ana L. Avendano<br>AFL-CIO<br>aavendan@aflcio.org | Danielle Evelyn Leonard<br>Altshuler Berzon LLP<br>dleonard@altshulerberzon.com |
| James B. Coppess<br>AFL-CIO<br>jcoppell@aflcio.org | Jonathan David Weissglass<br>Altshuler Berzon LLP<br>jweissglass@altshulerberzon.com |
| Linda Lye<br>Altshuler Berzon LLP<br>llye@altshulerberzon.com | Scott Alan Kronland<br>Altshuler Berzon LLP<br>skronland@altshulerberzon.com |
| Stephen P. Berzon<br>Altshuler Berzon LLP<br>sberzon@altshulerberzon.com | David Albert Rosenfeld<br>Manjari Chawla<br>Weinberg Roger & Rosenfeld<br>courtnotices@unioncounsel.net |
| Alan Lawrence Schlosser<br>ACLU Foundation of Northern California<br>aschlosser@aclunc.org | Jennifer C. Chang<br>ACLU Immigrants' Rights Project<br>jchang@aclu.org |
| Julia Harumi Mass, Esq.<br>American Civil Liberties Union of<br>Northern California<br>jmass@aclunc.org | Linton Joaquin<br>National Immigration Law Center<br>Joaquin@nilc.org |
| Lucas Guttentag<br>ACLU Immigrants' Rights Project<br>lguttentag@aclu.org | Marielena Hincapie<br>National Immigration Law Center<br>mhincapie@nilc.org |

| | |
|---|---|
| Monica Teresa Guizar<br>National Immigration Law Center<br>guizar@nilc.org | Monica Maria Ramirez<br>ACLU Immigrants' Rights Project<br>mramirez@aclu.org |
| Omar C. Jadwat<br>ACLU Immigrants' Rights Project<br>ojadwat@aclu.org | Daniel Benzing<br>U.S. Dept. of Justice<br>Daniel.Bensing@USDOJ.gov |
| Jonathan Unruh Lee<br>U.S. Attorneys Office<br>Jonathan.lee@usdoj.gov | Robert P. Charrow<br>Greenberg Traurig LLP<br>charrowr@gtlaw.com |
| Laura M. Klaus<br>Greenberg Traurig, LLP<br>klausl@gtlaw.com | William J. Goines<br>Greenberg Traurig, LLP<br>goinesw@gtlaw.com |
| Karen Rosenthal<br>Greenberg Traurig, LLP<br>rosenthalk@gtlaw.com | Cindy Hamilton<br>Greenberg Traurig, LLP<br>hamiltonc@gtlaw.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on September 12, 2007.

/s/ Kris Paschall
Kris Paschall
Legal Secretary

[PROPOSED] ORDER SHORTENING TIME, CASE NO. 07-04472(CRB)                        4