Robert P. Charrow (CA SBN 44962)
Laura M. Klaus (DC SBN 294272) (*Pro Hac to be filed*)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 533-2396
Facsimile: (202) 261-0164
Email: charrowr@gtlaw.com; klausl@gtlaw.com

William J. Goines (CA SBN 061290)
Karen Rosenthal (CA SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Ave., 5th Fl.
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com; rosenthalk@gtlaw.com

Counsel for Plaintiff-Intervenors

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*,

    Plaintiffs,

and

SAN FRANCISCO CHAMBER OF COMMERCE, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, GOLDEN GATE RESTAURANT ASSOCIATION, NATIONAL ROOFING CONTRACTORS ASSOCIATION, AMERICAN NURSERY & LANDSCAPE ASSOCIATION, INTERNATIONAL FRANCHISE ASSOCIATION, and UNITED FRESH PRODUCE ASSOCIATION,

    Plaintiff-Intervenors

v.

MICHAEL CHERTOFF, *et al.*,

    Defendants

Case No.. C07-04472 CRB

[PROPOSED] ORDER GRANTING MOTION TO EXCEED PAGE LIMIT

The motion of the San Francisco Chamber of Commerce, *et al.*, (collectively "Plaintiff-Inventors") for an order permitting the Plaintiff-Intervenors to exceed the page limitations for their Memorandum of Points and Authorities in Support of their Application for Preliminary Injunction having come before the Court, and good cause appearing therefor,

Plaintiff-Intervenors' Motion is hereby GRANTED. The Memorandum of Points and Authorities in Support of their Application for Preliminary Injunction shall not exceed 25 pages, excluding the table of contents, table of authorities and exhibits.

IT IS SO ORDERED.

Dated: __September 13____, 2007



JUDGE OF
DISTRICT

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA