UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendants. | Case No.: 07-04472(CRB)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO INTERVENE** |

Pending before the court is the motion of United Food and Commercial Workers ("UFCW"), UFCW Local 5, UNITE HERE, and UNITE HERE Local 2 ("Proposed Plaintiff-Intervenors") for leave to intervene in the above-entitled action.

Counsel for the Proposed Plaintiff-Intervenors have represented that the motion to intervene is unopposed by either defendants or plaintiffs. Accordingly, it is hereby ordered that the Unopposed Motion for Leave to Intervene of Proposed Plaintiff-Intervenors is GRANTED and Plaintiff-Intervenors are authorized to file their Complaint in Intervention setting forth the allegations stated in Exhibit 1 to their motion.

ORDER GRANTING MOTION FOR LEAVE TO INTERVENE, Case No. 07-04472(CRB)　　　　1

1     The application of United Food and Commercial Workers International Union (UFCW),

2 UFCW Local 5, UNITE HERE, and UNITE HERE Local 2 Requesting Order Shortening Time

3 for Hearing on Unopposed Motion for Leave to Intervene is DENIED as moot.

5 Dated: September 13, 2007      _____
                                                                SUSAN Y. ILLSTON
6                                                     UNITED STATES DISTRICT JUDGE