FILED
07 SEP 13 PM 3:41

1  Robert P. Charrow (CA SBN 44962)
2  Laura M. Klaus (DC SBN 294272) (*Pro Hac to be filed*)
   GREENBERG TRAURIG, LLP
3  800 Connecticut Avenue, N.W., Suite 500
   Washington, D.C. 20006
4  Telephone: (202) 533-2396
   Facsimile: (202) 261-0164
5  Email: charrowr@gtlaw.com; klausl@gtlaw.com

6  William J. Goines (CA SBN 061290)
   Karen Rosenthal (CA SBN 209419)
7  GREENBERG TRAURIG, LLP
   1900 University Ave., 5th Fl.
8  East Palo Alto, CA 94303
   Telephone: (650) 328-8500
9  Facsimile: (650) 328-8508
   Email: goinesw@gtlaw.com; rosenthalk@gtlaw.com

10 Counsel for Plaintiff-Intervenors

11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13

14 AMERICAN FEDERATION OF LABOR          Case No. C07-04472 CRB
   AND CONGRESS OF INDUSTRIAL
15 ORGANIZATIONS,
   *et al.*,                             APPLICATION FOR ADMISSION OF
16                                       LAURA FOOTE REIFF AS ATTORNEY
            Plaintiffs,                  *PRO HAC VICE*
17
            and
18
   SAN FRANCISCO CHAMBER OF COMMERCE,
19 CHAMBER OF COMMERCE OF THE UNITED
   STATES OF AMERICA, GOLDEN GATE
20 RESTAURANT ASSOCIATION, NATIONAL
   ROOFING CONTRACTORS ASSOCIATION,
21 AMERICAN NURSERY & LANDSCAPE
   ASSOCIATION, INTERNATIONAL FRANCHISE
22 ASSOCIATION, and UNITED FRESH PRODUCE
   ASSOCIATION,
23
            Plaintiff-Intervenors
24
         v.
25
   MICHAEL CHERTOFF, *et al.*,
26
            Defendants
27
28

1  Pursuant to Civil L.R. 11-3, Laura Foote Reiff, an active member in good standing of the bar
2  of the District of Columbia hereby applies for admission to practice in the Northern District of
3  California on a *pro hac vice* basis, representing Plaintiff-Intervenors San Francisco Chamber of
4  Commerce, Chamber of Commerce of the United States of America, Golden Gate Restaurant
5  Association, National Roofing Contractors Association, American Nursery & Landscape
6  Association, International Franchise Association, and United Fresh Produce Association in the
7  above-entitled action.

8  In support of this application, I certify on oath that:

9  1. I am an active member in good standing of a United States Court or of the highest court
10     of another State or the District of Columbia, as indicated above;

11  2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule
12     11-4, to comply with General Order No. 45, Electronic Case Filing, and to become
13     familiar with the Local Rules and the alternative Dispute Resolution programs of this
14     Court; and,

15  3. An attorney who is a member of the bar of this Court in good standing and who maintains
16     an office within the state of California has been designated as co-counsel in the above-
17     entitled action. The name, address and telephone number of that attorney is: William J.
18     Goines, Greenberg Traurig, LLP, 1900 University Ave., Fifth Floor, East Palo Alto, CA
19     94303; (650) 328-8500.

20  I declare under penalty of perjury that the foregoing is true and correct.

22  Dated: Sept 12, 2007                    [signature]
                                             Laura Foote Reiff

- 2 - APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
C07-04472 CRB

SV 346218803v1 9/12/2007