FILED
07 SEP 13 PM 3:41
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Robert P. Charrow (CA SBN 44962)
2  Laura M. Klaus (DC SBN 294272) (*Pro Hac to be filed*)
   GREENBERG TRAURIG, LLP
3  800 Connecticut Avenue, N.W., Suite 500
   Washington, D.C. 20006
4  Telephone: (202) 533-2396
   Facsimile: (202) 261-0164
5  Email: charrowr@gtlaw.com; klausl@gtlaw.com

6  William J. Goines (CA SBN 061290)
   Karen Rosenthal (CA SBN 209419)
7  GREENBERG TRAURIG, LLP
   1900 University Ave., 5th Fl.
8  East Palo Alto, CA 94303
   Telephone: (650) 328-8500
9  Facsimile: (650) 328-8508
   Email: goinesw@gtlaw.com; rosenthalk@gtlaw.com

10 Counsel for Plaintiff-Intervenors

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*,<br><br>Plaintiffs,<br><br>and<br><br>SAN FRANCISCO CHAMBER OF COMMERCE, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, GOLDEN GATE RESTAURANT ASSOCIATION, NATIONAL ROOFING CONTRACTORS ASSOCIATION, AMERICAN NURSERY & LANDSCAPE ASSOCIATION, INTERNATIONAL FRANCHISE ASSOCIATION, and UNITED FRESH PRODUCE ASSOCIATION,<br><br>Plaintiff-Intervenors<br><br>v.<br><br>MICHAEL CHERTOFF, *et al.*,<br><br>Defendants | Case No. C07-04472 CRB<br><br>APPLICATION FOR ADMISSION OF LAURA KLAUS AS ATTORNEY *PRO HAC VICE* |

- 1 - APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
C07-04472 CRB

SV 346218802v1 9/12/2007

Pursuant to Civil L.R. 11-3, Laura Klaus, an active member in good standing of the bar of the District of Columbia hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff-Intervenors San Francisco Chamber of Commerce, Chamber of Commerce of the United States of America, Golden Gate Restaurant Association, National Roofing Contractors Association, American Nursery & Landscape Association, International Franchise Association, and United Fresh Produce Association in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the state of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: William J. Goines, Greenberg Traurig, LLP, 1900 University Ave., Fifth Floor, East Palo Alto, CA 94303; (650) 328-8500.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 12, 2007

_____
Laura Klaus

- 2 - APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
C07-04472 CRB

SV 346218802v1 9/12/2007