1  Matthew Ross (SBN 084703)
   Philip Monrad (SBN 151073)
2  LEONARD, CARDER, LLP
   1330 Broadway, Suite 1430
3  Oakland, CA 94612
   Telephone:    (510) 272-0169
4  Facsimile:    (510) 272-0174
   Email:        MRoss@leonardcarder.com; PMonrad@leonardcarder.com
5
   Robert M. Weinberg   (*pro hac vice* application forthcoming)
6  Leon Dayan          (*pro hac vice* application forthcoming)
   Jennifer L. Hunter    (*pro hac vice* application forthcoming)
7  BREDHOFF & KAISER, PLLC
   805 Fifteenth Street, NW, Tenth Floor
8  Washington, D.C. 20008
   Telephone:    (202) 842-2600
9  Facsimile:    (202) 842-1888
   Email:        LDayan@bredhoff.com; JHunter@bredhoff.com
10
   *Attorneys for Plaintiff-Intervenors UFCW et al.*
11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
   AMERICAN FEDERATION OF LABOR              )
14 AND CONGRESS OF INDUSTRIAL               )   Case No.: 07-04472(CRB)
   ORGANIZATIONS; SAN FRANCISCO             )
15 LABOR COUNCIL; SAN FRANCISCO             )
   BUILDING AND CONSTRUCTION                )
   TRADES COUNCIL; and CENTRAL              )
16 LABOR COUNCIL OF ALAMEDA                 )   **[PROPOSED] ORDER GRANTING**
   COUNTY,                                  )   **MOTION FOR A PRELIMINARY**
17                                          )   **INJUNCTION OF PLAINTIFF-**
                Plaintiffs,                 )   **INTERVENORS UFCW ET AL.**
18                                          )
        v.                                  )
19                                          )
   MICHAEL CHERTOFF, Secretary of           )
   Homeland Security; DEPARTMENT OF         )
20 HOMELAND SECURITY; JULIE MYERS,          )
   Assistant Secretary of Homeland Security;)
   U.S. IMMIGRATION AND CUSTOMS             )
21 ENFORCEMENT; MICHAEL ASTRUE,             )
   Commissioner of Social Security; and     )
22 SOCIAL SECURITY ADMINISTRATION,          )
                                            )
23              Defendants.                 )
                                            )
   _____  )
24 [[Proposed] Order granting Union Intervenors' Motion for Preliminary Injunction, Case No. 3:07-cv-04472(CRB)

1  SAN FRANCISCO CHAMBER OF                )
   COMMERCE,                                )
2  CHAMBER OF COMMERCE OF THE               )
   UNITED STATES OF AMERICA , GOLDEN        )
3  GATE RESTAURANT ASSOCIATION,             )
   NATIONAL ROOFING CONTRACTORS             )
   ASSOCIATION, AMERICAN NURSERY &          )
4  LANDSCAPE ASSOCIATION,                   )
   INTERNATIONAL FRANCHISE                  )
5  ASSOCIATION, and UNITED FRESH            )
   PRODUCE ASSOCIATION,                     )
6                                           )
            Plaintiff-Intervenors,          )
                                            )
7          v.                               )
                                            )
8  MICHAEL CHERTOFF, Secretary of           )
   Homeland Security; DEPARTMENT OF         )
   HOMELAND SECURITY;                       )
9  JULIE MYERS, Assistant Secretary of      )
   Homeland Security; U.S. IMMIGRATION      )
10 AND CUSTOMS ENFORCEMENT;                 )
   MICHAEL ASTRUE, Commissioner of Social   )
11 Security; and SOCIAL SECURITY            )
   ADMINISTRATION,                          )
12                                          )
            Defendants.                     )
13 _____  )
                                            )
14 UNITED FOOD AND COMMERCIAL               )
   WORKERS INTERNATIONAL UNION;             )
   UNITED FOOD AND COMMERCIAL               )
15 WORKERS LOCAL 5; UNITE HERE; and         )
   UNITE HERE LOCAL 2,                      )
16                                          )
            Plaintiff-Intervenors,          )
17                                          )
           v.                               )
                                            )
18 MICHAEL CHERTOFF, Secretary of           )
   Homeland Security; DEPARTMENT OF         )
19 HOMELAND SECURITY; JULIE MYERS,          )
   Assistant Secretary of Homeland Security;)
20 U.S. IMMIGRATION AND CUSTOMS             )
   ENFORCEMENT; MICHAEL ASTRUE,             )
   Commissioner of Social Security; and     )
21 SOCIAL SECURITY ADMINISTRATION,          )
                                            )
22          Defendants.                     )
   _____

23

24 [[Proposed] Order granting Union Intervenors' Motion for Preliminary Injunction, Case No. 3:07-cv-04472(CRB)

1       The Motion for Preliminary Injunction by United Food and Commercial Workers

2  International Union, United Food and Commercial Workers Local 5, UNITE HERE, and UNITE

3  HERE Local 2 (collectively, "Union Intervenors") came before this Court for consideration on

4  October 1, 2007.  Upon consideration of the motion, and for good cause shown, IT IS HEREBY

5  ORDERED that the motion is GRANTED.

6       The Court finds that the Union Intervenors have demonstrated a likelihood of success on

7  the merits of their claims. The Court also finds that the Union Intervenors have demonstrated that

8  the balance of hardships tips sharply in favor of maintaining the status quo pending a decision on

9  the merits.

10       Accordingly, IT IS HEREBY ORDERED that Defendants MICHAEL CHERTOFF,

11  Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE

12  MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS

13  ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL

14  SECURITY ADMINISTRATION, and their officers, agents, servants, employees, and attorneys,

15  and those persons in active concert or participation with them, are HEREBY ENJOINED AND

16  RESTRAINED from giving any effect to or otherwise taking any action to implement or enforce

17  the Final Rule adopted by the Department of Homeland Security entitled "Safe-Harbor

18  Procedures for Employers Who Receive a No-Match Letter," 77 Fed. Reg. 45611 (Aug. 15,

19  2007), including by mailing or otherwise causing to be sent to employers Social Security

20  Administration no-match letter packets that include or reference the Department of Homeland

21  Security guidance letter concerning the Final Rule.

22       SO ORDERED.

23  Dated: _____          _____

                                           UNITED STATES DISTRICT JUDGE

24  [Proposed] Order granting Union Intervenors' Motion for Preliminary Injunction, Case No. 3:07-cv-04772(CRB)

1

## <u>CERTIFICATE OF SERVICE</u>

2

3
I hereby certify that on September 14, 2007, I electronically filed the foregoing

**[PROPOSED] ORDER GRANTING MOTION FOR A PRELIMINARY**
4
**INJUNCTION OF PLAINTIFF-INTERVENORS UFCW ET AL.**

5
with the Clerk of the Court using the CM/ECF system which will send notification of

6
such filing to the e-mail addresses denoted below:

7
Ana L. Avendano
AFL-CIO
aavendan@aflcio.org

Danielle Evelyn Leonard
Altshuler Berzon LLP
dleonard@altshulerberzon.com

8

9
James B. Coppess
AFL-CIO
jcoppell@aflcio.org

Jonathan David Weissglass
Altshuler Berzon LLP
jweissglass@altshulerberzon.com

10

11
Linda Lye
Altshuler Berzon LLP
llye@altshulerberzon.com

Scott Alan Kronland
Altshuler Berzon LLP
skronland@altshulerberzon.com

12

13
Stephen P. Berzon
Altshuler Berzon LLP
sberzon@altshulerberzon.com

David Albert Rosenfeld
Manjari Chawla
Weinberg Roger & Rosenfeld
courtnotices@unioncounsel.net

14

15
Alan Lawrence Schlosser
ACLU Foundation of Northern California
aschlosser@aclunc.org

Jennifer C. Chang
ACLU Immigrants' Rights Project
jchang@aclu.org

16

17
Julia Harumi Mass, Esq.
American Civil Liberties Union of
Northern California
jmass@aclunc.org

Linton Joaquin
National Immigration Law Center
Joaquin@nilc.org

18

19

20
Lucas Guttentag
ACLU Immigrants' Rights Project
lguttentag@aclu.org

Marielena Hincapie
National Immigration Law Center
mhincapie@nilc.org

21

22

23

24
[Proposed] Order granting Union Intervenors' Motion for Preliminary Injunction, Case No. 3:07-cv-04772(CRB)

1   Monica Teresa Guizar                          Monica Maria Ramirez
    National Immigration Law Center               ACLU Immigrants' Rights Project
2   guizar@nilc.org                               mramirez@aclu.org

3   Omar C. Jadwat                                Daniel Benzing
    ACLU Immigrants' Rights Project               U.S. Dept. of Justice
4   ojadwat@aclu.org                              Daniel.Bensing@USDOJ.gov

5   Jonathan Unruh Lee                            Robert P. Charrow
    U.S. Attorneys Office                         Greenberg Traurig LLP
6   Jonathan.lee@usdoj.gov                        charrowr@gtlaw.com

7   Laura M. Klaus                                William J. Goines
    Greenberg Traurig, LLP                        Greenberg Traurig, LLP
8   klausl@gtlaw.com                              goinesw@gtlaw.com

9   Karen Rosenthal                               Cindy Hamilton
    Greenberg Traurig, LLP                        Greenberg Traurig, LLP
10  rosenthalk@gtlaw.com                          hamiltonc@gtlaw.com

11

12          I declare under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct.

13          Executed at Oakland, California, on September 14, 2007.

14

15
                                        /s/ Kris Paschall
16                                      Kris Paschall
                                        Legal Secretary
17

18

19

20

21

22

23

24  [Proposed] Order granting Union Intervenors' Motion for Preliminary Injunction, Case No. 3:07-cv-04772(CRB)