Matthew Ross (SBN 084703)
Philip Monrad (SBN 151073)
LEONARD, CARDER, LLP
1330 Broadway, Suite 1430
Oakland, CA 94612
Telephone:    (510) 272-0169
Facsimile:    (510) 272-0174
Email:    MRoss@leonardcarder.com; PMonrad@leonardcarder.com

Robert M. Weinberg   (*pro hac vice* application forthcoming)
Leon Dayan           (*pro hac vice* application forthcoming)
Jennifer L. Hunter   (*pro hac vice* application forthcoming)
BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW, Tenth Floor
Washington, D.C. 20008
Telephone:    (202) 842-2600
Facsimile:    (202) 842-1888
Email:    LDayan@bredhoff.com; JHunter@bredhoff.com

*Attorneys for Plaintiff-Intervenors UFCW et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION,<br><br>Defendants. | Case No.: 07-04472(CRB)<br><br>**AMENDED MOTION FOR PRELIMINARY INJUNCTION BY UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION; UNITED FOOD AND COMMERCIAL WORKERS LOCAL 5; UNITE HERE; and UNITE HERE LOCAL 2**<br><br>Date:   October 1, 2007<br>Time:   2:30 pm.<br>Place:  Courtroom 8, 19th Floor |

Amended Motion for Preliminary Injunction by Union Intervenors, Case No. 3:07-cv-04472(CRB)

| | | |
|---|---|---|
| 1 | SAN FRANCISCO CHAMBER OF COMMERCE, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, GOLDEN GATE RESTAURANT ASSOCIATION, NATIONAL ROOFING CONTRACTORS ASSOCIATION, AMERICAN NURSERY & LANDSCAPE ASSOCIATION, INTERNATIONAL FRANCHISE ASSOCIATION, and UNITED FRESH PRODUCE ASSOCIATION, | ) ) ) ) ) ) ) ) ) ) |
| 6 | Plaintiff-Intervenors, | ) ) |
| 7 | v. | ) ) |
| 8 | MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) ) ) ) ) ) ) ) |
| 12 | Defendants. | ) ) |
| 13 | ——————————————— | ) |
| 14 | UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION; UNITED FOOD AND COMMERCIAL WORKERS LOCAL 5; UNITE HERE; and UNITE HERE LOCAL 2, | ) ) ) ) ) |
| 16 | Plaintiff-Intervenors, | ) ) |
| 17 | v. | ) ) |
| 18 | MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) ) ) ) ) ) |
| 22 | Defendants. | ) |
| 23 | ——————————————— | |

24  Amended Motion for Preliminary Injunction by Union Intervenors, Case No. 3:07-cv-04472(CRB)

Plaintiff-Intervenors United Food and Commercial Workers International Union, United Food and Commercial Workers Local 5, UNITE HERE, and UNITE HERE Local 2 (hereinafter the "Union Intervenors") move for a preliminary injunction to preclude implementation of the Final Rule captioned "Safe Harbor Procedures for Employers That Receive a No Match Letter," 72 Fed. Reg. 45611 (Aug. 15, 2007) ("DHS Final Rule" or "Rule").  In so doing, the Union Intervenors join in the motion of Plaintiffs AFL-CIO et al. ("Plaintiffs") for a preliminary injunction (d/e 51).

The Union Intervenors adopt the arguments set forth in Plaintiffs' memorandum of points and authorities filed September 11, 2007, and would only stress that, under either the *Skidmore v. Swift & Co.*, 323 U.S. 134 (1944) framework (see Opposition to Plaintiffs' Motion for Temporary Restraining Order, d/e 18 at p.16) or the *Chevron U.S.A., Inc. v. Natural Resources Defense Council, Inc*., 467 U.S. 837 (1984) framework for reviewing defendant DHS' interpretation of the Immigration Reform and Control Act of 1986, the interpretation must be rejected, because it is contrary to the plain meaning of the word "knowing" in 8 U.S.C. § 1324a(a).  As the AFL-CIO explains in its memorandum (d/e 51), "knowing" is a term of art chosen deliberately by Congress to reflect its specialized meaning, and hence a term that an agency cannot redefine through rulemaking or otherwise.

Respectfully submitted,

_____/s/_____
Matthew Ross (SBN 084703)
Philip Monrad (SBN 151073)
LEONARD, CARDER, LLP
1330 Broadway, Suite 1430
Oakland, CA 94612
Telephone:     (510) 272-0169

1  Facsimile: (510) 272-0174
   Email: MRoss@leonardcarder.com;
2                  PMonrad@leonardcarder.com

3  Robert M. Weinberg
   Leon Dayan
4  Jennifer L. Hunter
   BREDHOFF & KAISER, PLLC
5  805 Fifteenth Street, NW, Tenth Floor
   Washington, D.C. 20008
6  Telephone: (202) 842-2600
   Facsimile: (202) 842-1888
7  Email: LDayan@bredhoff.com;
                JHunter@bredhoff.com

*Attorneys for Plaintiff-Intervenors UFCW et al.*

Dated: September 14, 2007

# CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2007, I electronically filed the foregoing

**AMENDED MOTION FOR PRELIMINARY INJUNCTION BY UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION; UNITED FOOD AND COMMERCIAL WORKERS LOCAL 5; UNITE HERE; and UNITE HERE LOCAL 2**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

Ana L. Avendano
AFL-CIO
aavendan@aflcio.org

Danielle Evelyn Leonard
Altshuler Berzon LLP
dleonard@altshulerberzon.com

James B. Coppess
AFL-CIO
jcoppell@aflcio.org

Jonathan David Weissglass
Altshuler Berzon LLP
jweissglass@altshulerberzon.com

Linda Lye
Altshuler Berzon LLP
llye@altshulerberzon.com

Scott Alan Kronland
Altshuler Berzon LLP
skronland@altshulerberzon.com

Stephen P. Berzon
Altshuler Berzon LLP
sberzon@altshulerberzon.com

David Albert Rosenfeld
Manjari Chawla
Weinberg Roger & Rosenfeld
courtnotices@unioncounsel.net

Alan Lawrence Schlosser
ACLU Foundation of Northern California
aschlosser@aclunc.org

Jennifer C. Chang
ACLU Immigrants' Rights Project
jchang@aclu.org

Julia Harumi Mass, Esq.
American Civil Liberties Union of Northern California
jmass@aclunc.org

Linton Joaquin
National Immigration Law Center
Joaquin@nilc.org

Lucas Guttentag
ACLU Immigrants' Rights Project
lguttentag@aclu.org

Marielena Hincapie
National Immigration Law Center
mhincapie@nilc.org

| | |
|---|---|
| 1. Monica Teresa Guizar<br>National Immigration Law Center<br>guizar@nilc.org | Monica Maria Ramirez<br>ACLU Immigrants' Rights Project<br>mramirez@aclu.org |
| 3. Omar C. Jadwat<br>ACLU Immigrants' Rights Project<br>ojadwat@aclu.org | Daniel Benzing<br>U.S. Dept. of Justice<br>Daniel.Bensing@USDOJ.gov |
| 5. Jonathan Unruh Lee<br>U.S. Attorneys Office<br>Jonathan.lee@usdoj.gov | Robert P. Charrow<br>Greenberg Traurig LLP<br>charrowr@gtlaw.com |
| 7. Laura M. Klaus<br>Greenberg Traurig, LLP<br>klausl@gtlaw.com | William J. Goines<br>Greenberg Traurig, LLP<br>goinesw@gtlaw.com |
| 9. Karen Rosenthal<br>Greenberg Traurig, LLP<br>rosenthalk@gtlaw.com | Cindy Hamilton<br>Greenberg Traurig, LLP<br>hamiltonc@gtlaw.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on September 14, 2007.

/s/ Kris Paschall
Kris Paschall
Legal Secretary

Amended Motion for Preliminary Injunction by Union Intervenors , Case No. 3:07-cv-04772(CRB)    6