UNITED STATES DISTRICT COURT

Northern District of California

AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al.

Plaintiff(s),

v.

MICHAEL CHERTOFF, Secretary of Homeland Security, et al.

Defendant(s).

CASE NO. 3:07-cv-04472-CRB

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Omar C. Jadwat , an active member in good standing of the bar of the U.S. District Court, S.D.N.Y. whose business address and telephone number (particular court to which applicant is admitted) is

125 Broad Street, 18th Fl., New York NY 10004
(212) 549-2620

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff Central Labor Council of Alameda Cty.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Sept. 14, 2007

_____
United States District Judge