AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE   9/17/2007 |
| NAME OF SERVER *(PRINT)*   Anita Bennett | TITLE   Registered Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

    450 Golden Gate Avenue, 9th Floor, San Francisco, CA 94120

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:


☑ Other (specify):

    Elsie Sato, US Attorney, authorized to accept on behalf of Michael Astrue, Commissioner of Social Security, served at 10:55 AM

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL   $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    <u>9/17/2007</u>                            
                    Date                  *Signature of Server*

          75 Columbia Square, San Francisco, CA 94103
          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.