| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Robert M. Weinberg
BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW, Tenth Floor
Washington, DC 20005
(202) 842-2600



FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF LABOR
AND CONGRESS OF INDUSTRIAL
ORGANIZATIONS, et al.,

    Plaintiff(s),

    v.

MICHAEL CHERTOFF, Secretary of
Homeland Security, et al.,

    Defendant(s).

CASE NO. 07-04472(CRB)

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

    Pursuant to Civil L.R. 11-3, Robert M. Weinberg, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff-Intervenors UFCW et al. in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Matthew Ross, LEONARD, CARDER, LLP, 1330 Broadway, Suite 1430, Oakland, CA 94612, Telephone: (510) 272-0169

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2007