1  Stephen P. Berzon (SBN 46540)
   Scott A. Kronland (SBN 171693)
2  Jonathan Weissglass (SBN 185008)
   Linda Lye (SBN 215584)
3  Danielle E. Leonard (SBN 218201)
   ALTSHULER BERZON LLP
4  177 Post Street, Suite 300
   San Francisco, CA 94108
5  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
6  Email: skronland@altshulerberzon.com
   Email: llye@altshulerberzon.com
7  Email: dleonard@altshulerberzon.com

8  *Attorneys for Plaintiffs*

9  Jonathan P. Hiatt (SBN 63533) (Admitted *Pro Hac Vice*)
   James B. Coppess
10 Ana L. Avendaño (SBN 160676)
   AFL-CIO
11 815 Sixteenth Street, N.W.
   Washington, D.C. 20006
12 Telephone: (202) 637-5053
   Facsimile: (202) 637-5323
13 Email: aavendan@aflcio.org

14 *Attorneys for Plaintiff AFL-CIO*

15 (Counsel list continued on next page)

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18 | AMERICAN FEDERATION OF LABOR AND | ) Case No. C07-4472 CRB
   | CONGRESS OF INDUSTRIAL ORGANIZATIONS; | )
19 | SAN FRANCISCO LABOR COUNCIL; SAN | )
   | FRANCISCO BUILDING AND CONSTRUCTION | ) **PROOF OF SERVICE OF**
20 | TRADES COUNCIL; and CENTRAL LABOR | ) **SUMMONS, COMPLAINT, AND**
   | COUNCIL OF ALAMEDA COUNTY, | ) **INITIAL CASE DOCUMENTS**
21 |   | )
   | Plaintiffs, | )
22 |   | )
   | v. | )
23 |   | )
   | MICHAEL CHERTOFF, Secretary of Homeland Security; | )
24 | DEPARTMENT OF HOMELAND SECURITY; | )
   | JULIE MYERS, Assistant Secretary of Homeland | )
25 | Security; U.S. IMMIGRATION AND CUSTOMS | )
   | ENFORCEMENT; MICHAEL ASTRUE, Commissioner | )
26 | of Social Security; and SOCIAL SECURITY | )
   | ADMINISTRATION, | )
27 |   | )
   | Defendants. | )
28 |   | )

PROOF OF SERVICE, Case No. C07-4472 CRB

(Counsel list continued from first page)

Linton Joaquin (SBN 73547)
Marielena Hincapié (SBN 188199)
Monica T. Guizar (SBN 202480)
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010
Telephone: (213) 674-2850
Facsimile: (213) 639-3911
Email: guizar@nilc.org

Lucas Guttentag (SBN 90208)
Jennifer C. Chang (SBN 233033)
Mónica M. Ramírez (SBN 234893)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (415) 395-0950
E-mail: jchang@aclu.org

Omar C. Jadwat (Admitted *Pro Hac Vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2620
Facsimile: (212)-549-2654
Email: ojadwat@aclu.org

Alan L. Schlosser (SBN 49957)
Julia Harumi Mass (SBN 189649)
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478
E-mail: aschlosser@aclu.org

*Attorneys for Plaintiff Central Labor Council of Alameda County*

David A. Rosenfeld (SBN 58163)
Manjari Chawla (SBN 218556)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
Email: drosenfeld@unioncounsel.net

*Attorneys for Plaintiffs San Francisco Labor Council,
San Francisco Building and Construction Trades Council,
and Central Labor Council of Alameda County*

PROOF OF SERVICE, Case No. C07-4472 CRB

STEPHEN P. BERZON, (SBN46540)
ALTSHULER BERZON LLP
177 POST STREET, SUITE 300
SAN FRANCISCO, CA 94108
Telephone: 415.421.7151
Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; et al.,
Plaintiff

v.

MICHAEL CHERTOFF, Secretary of Homeland Security; et al.,
Defendant

| Invoice No. | PROOF OF SERVICE | Case No. | C-07-04472-CRB |
|---|---|---|---|

1. I served copies of the:

    a. SEE ATTACHMENT A

    b. by serving: ___ Defendant   _X_ Other (name and title or relationship to person served):
    Elise Sato, on Behalf of Joann M. Swanson, Chief of the Civil Division, U.S. Attorney's Office

    c. _X_ by delivery        ___ at home        _X_ at business

    (1) date: August 28, 2007

    (2) time: 2:35 P.M.

    (3) address: 450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94102

    (4) Manner of service: PERSONAL SERVICE

2. At the time of service, I was at least 18 years of age and not a party to this action.

3. Witness Fees: Not demanded or paid

4. Person serving: JAMES KLINE

    a. Fee for service:

    b. Registered California Process Server Registration No. 631

    c. County: SAN FRANCISCO

    d. Expires:

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: September 10, 2007                                     _____
                                                                                        JAMES KLINE

TOSHI'S LEGAL CONNECTION 3701 Sacramento Street, #269, San Francisco, CA 94118 (415) 722-8715

ATTACHMENT A

COMPLAINT FOR DECLARATORY AND INJUCTIVE RELIEF;
SUMMONS;
CIVIL COVER SHEET;
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;
EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE;
MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION;
(PROPOSED) TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION;
DECLARATION OF NOTICE BY SCOTT A. KRONLAND;
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; DECLARATION IN SUPPORT;
DECLARATION OF NIK THEODORE IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION;
DECLARATION OF ANA AVENDANO IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION;
DECLARATION OF KENNETH S. APFEL IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION;
DECLARATION OF LINDA CHAVEZ-THOMPSON IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION;
DECLARATION OF LAURA FOOTE RELIEF IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION;
DECLARATION OF TYLER MORAN IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION;
PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS;
(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATIONS;
DECLARATION OF LINDA LYE IN SUPPORT OF PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS;
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
ORDER SETTING CASE MANAGEMENT CONFERENCE;
STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;
CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;
STANDINGS ORDERS

# PROOF OF SERVICE

**CASE:** *AFL-CIO v. Chertoff,*

**CASE NO:** U.S. District Court, N.D. Cal., Case No. C-07-4472 (CRB)

      I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On August 30, 2007, I served the following document(s):

**Please see attached list**

on the parties, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

<u>Certified Mail, Return Receipt Requested.</u>: I placed the envelope, sealed and with first-class postage fully prepaid, and with Certified Mail labels and Return Receipt attached, for collection and mailing following our ordinary business practices. I am readily familiar with the practice of Altshuler Berzon LLP for the collection and processing of correspondence for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Mail Postal Service in San Francisco, California, for collection and mailing to the office of the addressee on the date shown herein.

| ADDRESSEE | PARTY |
|---|---|
| Office of the Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Attorney General |
| Social Security Administration<br>c/o General Counsel<br>Social Security Administration<br>Room 617 Altmeyer Building<br>6401 Security Boulevard<br>Baltimore, MD 21235 | Defendant |
| Michael Astrue<br>Commissioner of Social Security<br>c/o General Counsel<br>Social Security Administration<br>Room 617 Altmeyer Building<br>6401 Security Boulevard<br>Baltimore, MD 21235 | Defendant |
| Department of Homeland Security<br>c/o Office of the General Counsel<br>U.S. Department of Homeland Security<br>Washington, D.C. 20528 | Defendant |
| U.S. Immigration and Customs Enforcement<br>c/o Office of the General Counsel<br>U.S. Department of Homeland Security<br>Washington, D.C. 20528 | Defendant |

PROOF OF SERVICE, Case No. C07-4472 CRB     1

|   |   |   |
|---|---|---|
| 1 | Michael Chertoff<br>Secretary of Homeland Security | Defendant |
| 2 | c/o Office of the General Counsel<br>U.S. Department of Homeland Security | |
| 3 | Washington, D.C. 20528 | |
| 4 | Julie Myers<br>Assistant Secretary of Homeland Security | Defendant |
| 5 | c/o Office of the General Counsel<br>U.S. Department of Homeland Security | |
| 6 | Washington, D.C. 20528 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this August 30, 2007, at San Francisco, California.

_____
Jean Perley

PROOF OF SERVICE, Case No. C07-4472 CRB                                                            2

**Documents Served 8/30/07:**

1. Summons
2. Complaint for Declaratory and Injunctive Relief
3. Certification of Interested Entities or Persons
4. Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue
5. Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction
6. [Proposed] Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction
7. Declaration of Notice by Scott A. Kronland
8. Request for Judicial Notice in Support of Motion for Temporary Restraining Order and Preliminary Injunction; Declaration in Support
9. Declaration of Nik Theodore in Support of Temporary Restraining Order and Preliminary Injunction
10. Declaration of Ana Avendaño in Support of Temporary Restraining Order and Preliminary Injunction
11. Declaration of Kenneth S. Apfel in Support of Temporary Restraining Order and Preliminary Injunction
12. Declaration of Linda Chavez-thompson in Support of Temporary Restraining Order and Preliminary Injunction
13. Declaration of Laura Foote Reiff in Support of Temporary Restraining Order and Preliminary Injunction
14. Declaration of Tyler Moran in Support of Temporary Restraining Order and Preliminary Injunction
15. Plaintiffs' Motion to Exceed Page Limitations
16. [Proposed] Order Granting Plaintiffs' Motion to Exceed Page Limitations
17. Declaration of Linda Lye in Support of Plaintiffs' Motion to Exceed Page Limitations
18. Order Setting Initial Case Management Conference and ADR Deadlines (with 3 attached Standing Orders)
19. Welcome to the U.S. District Court, San Francisco
20. ECF Registration Information Handout
21. Notice of Availability of Magistrate Judge to Exercise Jurisdiction
22. Public Notice: Magistrate Judge