PETER D. KEISLER
Assistant Attorney General
THOMAS H. DUPREE JR.
Deputy Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C.  20001
Telephone:  (202) 305-0693
Facsimile:  (202) 616-8460
Email: Daniel.Bensing@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br>　　　　Plaintiffs, <br><br>SAN FRANCISCO CHAMBER OF COMMERCE, et al., <br><br>　　　　Plaintiffs-Intervenors, <br><br>　　　　and <br><br>UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al., <br><br>　　　　Plaintiffs-Intervenors <br><br>　　　　v. <br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, et al., <br><br>　　　　Defendants. | Case No. 07-4472 CRB <br><br>**DEFENDANTS' MOTION TO EXCEED PAGE LIMITATIONS** |

DEFS' MOT. TO EXCEED PAGE LIMITATIONS, Case No. 07-4472 CRB

Pursuant to Local Rule 7-11, Defendants seek an order authorizing them to file an Opposition to Plaintiffs' Motions for Preliminary Injunction that exceeds the 25 page limit set forth in Local Rule 7-4(b). For the reasons set forth in the Daniel Bensing Declaration, Defendants were not able to obtain a stipulation pursuant to Local Rule 7-12. *See* Bensing Decl. in Support of Application to Exceed Page Limits.

Local Rule 7-4(b) provides that opposition briefs or memoranda may not exceed 25 pages, but this restriction may be modified at the Court's discretion. *See* Local Rule 7-11. Defendants respectfully request that they be excused from Local Rule 7-4(b)'s page restriction because they must respond to 59 pages of arguments contained in plaintiffs' two motions for preliminary injunction. Furthermore, defendants' Opposition memorandum raises new defenses challenging plaintiffs' claims which are not addressed in plaintiffs' motions. Finally, the issues in this case are significant and require full briefing in order to adequately present defendants' position.

For these reasons, Defendants' counsel believes a brief exceeding the 25 page limit is necessary. Defendants respectfully request that the Court grant their motion to exceed the page limitations and permitting them to file an Opposition Memorandum of up to 55 pages.

DATED: September 18, 2007                    Respectfully submitted,

                                                  PETER D. KEISLER
                                                  Assistant Attorney General
                                                  THOMAS H. DUPREE JR.
                                                  Deputy Assistant Attorney General

                                                  SCOTT N. SCHOOLS
                                                  United States Attorney

|  |  |
|---|---|
| | /s/ |
| | SANDRA SCHRAIBMAN |
| | DANIEL E. BENSING (D.C. Bar No. 334268) |
| | Attorneys, U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave., N.W., Room 6114 |
| | Washington, D.C. 20001 |
| | Telephone: (202) 305-0693 |
| | Facsimile: (202) 616-8460 |
| | E-mail: Daniel.Bensing@USDOJ.gov |

## Certificate of Service

I hereby certify that on this 18th day of September, 2007, I caused to be served by mail and e-mail a copy of Defendants' Motion to Exceed Page Limitations and the Declaration of Daniel Bensing in Support of Defendants' Motion to Exceed Page Limitations upon the following counsel:

Scott A. Kronland
Altshuler Berzon LLP
177 Post St.
San Francisco, California 94108

skronland@altshulerberzon.com

Counsel for AFL-CIO, et al.


Robert Charrow
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W. Ste. 500
Washington D.C. 20006

charrowr@gtlaw.com

Counsel for San Francisco Chamber of Commerce, et al.


Leon Dayan
Bredhoff & Kaiser
805 Fifteenth St., N.W. Tenth Floor
Washington, D.C. 20008

LDayan@Bredhoff.com

Counsel for UNITE HERE, et al.


/s/
_____
Daniel Bensing