PETER D. KEISLER
Assistant Attorney General
THOMAS DUPREE
Deputy Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C. 20001
Telephone: (202) 305-0693
Facsimile: (202) 616-8460
Email: Daniel.Bensing@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br> Plaintiffs, <br><br> SAN FRANCISCO CHAMBER OF COMMERCE, et al., <br><br> Plaintiffs-Intervenors, <br><br> and <br><br> UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al., <br><br> Plaintiffs-Intervenors <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of Homeland Security, et al., <br><br> Defendants. | Case No. 07-4472 CRB <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCEED PAGE LIMITATIONS** |

ORDER GRANTING DEFS' MOT. TO EXCEED PAGE LIMITATIONS, Case No. 07-4472 CRB

1
2      The Court having reviewed Defendants' motion to exceed page limitations, and good
3  cause appearing therefor, IT IS HEREBY ORDERED that Defendants are granted leave to file a
4
5  55 page memorandum in opposition to Plaintiffs' motions for preliminary injunction.
6  DATED: _____           _____
                                            UNITED STATES DISTRICT JUDGE
7
8
...
28

ORDER GRANTING DEFS' MOT. TO EXCEED PAGE LIMITATIONS, Case No. 07-4472 CRB     2