PETER D. KEISLER
Assistant Attorney General
THOMAS H. DUPREE JR.
Deputy Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C.  20001
Telephone:  (202) 305-0693
Facsimile:  (202) 616-8460
Email: Daniel.Bensing@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br>  Plaintiffs, <br><br> SAN FRANCISCO CHAMBER OF COMMERCE, et al., <br><br>  Plaintiffs-Intervenors, <br><br> and <br><br> UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al., <br><br>  Plaintiffs-Intervenors <br><br>  v. <br><br> MICHAEL CHERTOFF, Secretary of Homeland Security, et al., <br><br>  Defendants. | Case No. 07-4472 CRB <br><br> **DECLARATION OF DANIEL BENSING IN SUPPORT OF DEFENDANTS' MOTION TO EXCEED PAGE LIMITATIONS** |

BENSING DECL. IN SUPP. OF DEFS' MOT. TO EXCEED PAGE LIMITATIONS, Case No. 07-4472 CRB

I, Daniel Bensing, declare as follows:

I am a member of the Bar of the District of Columbia and counsel for defendants in this action.

In its Opposition to the Motions for Preliminary Injunction filed by plaintiffs AFL-CIO, et al. and plaintiff-intervenors San Francisco Chamber of Commerce, et al., defendants have to respond to a total of 59 pages of arguments contained in those two briefs. Defendants' Opposition raises new defenses challenging plaintiffs' claims, i.e. standing and ripeness, that are not addressed in plaintiffs' motions. Because of the importance of this litigation and the issues presented, full briefing is necessary to adequately present defendants' position. Consequently, defendants request that the Court permit defendants to file an Opposition Memorandum of up to 55 pages in length.

Today, I spoke with counsel for plaintiffs, (AFL-CIO, et al.) Scott Kronland, who informed me that plaintiffs would not consent to defendant filing a brief of up to 60 pages.

Today, I also spoke to counsel for plaintiff-intervenors, (San Francisco Chamber of Commerce, et al.) Laura Klaus, who informed me that plaintiff-intervenors did not object to defendants' motion to file an Opposition Memorandum of up to 60 pages.

Today, I also spoke to counsel for plaintiff-intervenors, (United Food and Commercial Workers, et al.) Leon Dayan, who informed me that plaintiff-intervenors did not object to defendants' motion to file an Opposition Memorandum of up to 60 pages.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 18, 2007

          /s/
_____
Daniel Bensing

BENSING DECL. IN SUPP. OF DEFS' MOT. TO EXCEED PAGE LIMITATIONS, Case No. 07-4472 CRB     2