1  Linda Claxton (SBN 125729)
   linda.claxton@ogletreedeakins.com
2  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
3  633 West Fifth Street, 53rd Floor
   Los Angeles, California 90071
4  Telephone:   (213) 239-9800
   Facsimile:   (213) 239-9045
5
   Attorneys for Amicus Curiae
6  THE NATIONAL FEDERATION OF
   INDEPENDENT BUSINESS LEGAL FOUNDATION
7

8  Karen R. Harned
   Elizabeth Gaudio
9  NFIB Legal Foundation
   1201 F Street, N.W.
10 Suite 200
   Washington D.C., 20004
11 Telephone:   (202) 406-4443
   Facsimile:   (202) 479-9059
12

13 Of Counsel

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; AND CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND | Case No. 07-04472(CRB)<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE AMICUS BRIEF** |

CASE NO. 07-04472(CRB)
[PROPOSED] ORDER GRANTING LEAVE TO INTERVENE

5207084_1

| | |
|---|---|
| 1  CUSTOMS ENFORCEMENT; MICHAEL<br>2  ASTRUE, Commissioner of Social<br>   Security; and SOCIAL SECURITY<br>3  ADMINISTRATION,<br>4              Defendants.<br>5 | |
| 6  SAN FRANCISCO CHAMBER OF<br>7  COMMERCE, CHAMBER OF<br>   COMMERCE OF THE UNITED STATES<br>8  OF AMERICA, GOLDEN GATE<br>9  RESTAURANT ASSOCIATION,<br>   NATIONAL ROOFING CONTRACTORS<br>10 ASSOCIATION, AMERICAN NURSERY<br>   & LANDSCAPE ASSOCIATION,<br>11 INTERNATIONAL FRANCHISE<br>12 ASSOCIATION, and UNITED FRESH<br>   PRODUCE ASSOCIATION<br>13<br>14              Plaintiff-Intervenors,<br>15       v.<br>16 MICHAEL CHERTOFF, Secretary of<br>   Homeland Security; DEPARTMENT OF<br>17 HOMELAND SECURITY; JULIE<br>18 MYERS, Assistant Secretary of Homeland<br>   Security; U.S. IMMIGRATION AND<br>19 CUSTOMS ENFORCEMENT; MICHAEL<br>   ASTRUE, Commissioner of Social<br>20 Security; and SOCIAL SECURITY<br>21 ADMINISTRATION,<br>22              Defendants.<br>23 | |

CASE NO. 07-04472(CRB)

[PROPOSED] ORDER GRANTING LEAVE TO INTERVENE

1  GOOD CAUSE APPEARING THEREFOR, The *Ex Parte* request of the National
2  Federation of Independent Business Legal Foundation for leave to file an amicus brief in
3  the above-entitled action is hereby GRANTED.

DATED: _____    By: _____
  Judge of the United States District Court