```
 1  Robert P. Charrow (CA SBN 44962)
    Laura M. Klaus (DC SBN 294272) (Pro Hac to be filed)
 2  GREENBERG TRAURIG, LLP
    800 Connecticut Avenue, N.W., Suite 500
 3  Washington, D.C. 20006
    Telephone:  (202) 533-2396
 4  Facsimile:  (202) 261-0164
    Email: charrowr@gtlaw.com; klausl@gtlaw.com
 5

 6  William J. Goines (CA SBN 061290)
    Karen Rosenthal (CA SBN 209419)
 7  GREENBERG TRAURIG, LLP
    1900 University Ave., 5th Fl.
 8  East Palo Alto, CA  94303
    Telephone:  (650) 328-8500
 9  Facsimile:  (650) 328-8508
    Email:   goinesw@gtlaw.com; rosenthalk@gtlaw.com
10
    Counsel for Plaintiff-Intervenors
11
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*, | Case No. C07-04472 CRB |
| Plaintiffs, | |
| and | |
| SAN FRANCISCO CHAMBER OF COMMERCE, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, GOLDEN GATE RESTAURANT ASSOCIATION, NATIONAL ROOFING CONTRACTORS ASSOCIATION, AMERICAN NURSERY & LANDSCAPE ASSOCIATION, INTERNATIONAL FRANCHISE ASSOCIATION, and UNITED FRESH PRODUCE ASSOCIATION, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY LAURA FOOTE REIFF *PRO HAC VICE* |
| Plaintiff-Intervenors | |
| v. | |
| MICHAEL CHERTOFF, *et al.*, | |
| Defendants | |

Laura Foote Reiff, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is Greenberg Traurig, LLP, 1750 Tysons Boulevard 12th Fl., McLean, VA 22102 ; Telephone: 703-749-1300, having applied in the above-entitled action for admission to practice in the Northern District of California, on a *pro hac vice* basis, representing Defendants San Francisco Chamber of Commerce, Chamber of Commerce of the United States of America, Golden Gate Restaurant Association, National Roofing Contractors Association, American Nursery & Landscape Association, International Franchise Association, and United Fresh Produce Association,

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearing *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____

_____
Judge, United States District Court

[PROPOSED] ORDER GRANTING
REIFF'S APPLICATION FOR ADMISSION PRO HAC VICE
C07-04472 CRB