Robert P. Charrow (CA SBN 44962)
Laura M. Klaus (DC SBN 294272) (*Pro Hac Pending*)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
Telephone:  (202) 533-2396
Facsimile:  (202) 261-0164
Email: charrowr@gtlaw.com; klausl@gtlaw.com


William J. Goines (CA SBN 061290)
Karen Rosenthal (CA SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Ave., 5th Fl.
East Palo Alto, CA  94303
Telephone:  (650) 328-8500
Facsimile:  (650) 328-8508
Email:   goinesw@gtlaw.com; rosenthalk@gtlaw.com

Counsel for Plaintiff-Intervenors

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*, | Case No. C07-04472 CRB |
| Plaintiffs, | |
| and | |
| SAN FRANCISCO CHAMBER OF COMMERCE, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, GOLDEN GATE RESTAURANT ASSOCIATION, NATIONAL ROOFING CONTRACTORS ASSOCIATION, AMERICAN NURSERY & LANDSCAPE ASSOCIATION, INTERNATIONAL FRANCHISE ASSOCIATION, and UNITED FRESH PRODUCE ASSOCIATION, | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY SHANE BRENNAN *PRO HAC VICE*** |
| Plaintiff-Intervenors | |
| v. | |
| MICHAEL CHERTOFF, *et al.*, | |
| Defendants | |

SV 346219097v1

1    Shane Brennan, an active member in good standing of the bars of the District of Columbia,

2  whose business address and telephone number is National Chamber Litigation Center, Inc., 1615 H

3  Street, N.W., Washington, D.C. 20062; Telephone: (202) 463-5337, having applied in the above-

4  entitled action for admission to practice in the Northern District of California, on a *pro hac vice*

5  basis, representing Defendants San Francisco Chamber of Commerce, Chamber of Commerce of the

6  United States of America, Golden Gate Restaurant Association, National Roofing Contractors

7  Association, American Nursery & Landscape Association, International Franchise Association, and

8  United Fresh Produce Association,

9    IT IS HEREBY ORDERED that the application is granted, subject to the terms and

10  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearing *pro hac vice*.

11  Service of papers upon and communication with co-counsel designated in the application will

12  constitute notice to the party.  All future filings in this action are subject to the requirements

13  contained in General Order No. 45, *Electronic Case Filing*.

14

15  Dated:_____                    _____
                                            Judge, United States District Court

16

17

18

19

20

21

22

23

24

25

26

27

28

*SV 346219097v1*