Matthew Ross (SBN 084703)
Philip Monrad (SBN 151073)
Leonard, Carder, LLP
1330 Broadway, Suite 1430
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Email: MRoss@leonardcarder.com; PMonrad@leonardcarder.com

Robert M. Weinberg
Leon Dayan
Jennifer L. Hunter
BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW, Tenth Floor
Washington, D.C. 20008
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
Email: LDayan@bredhoff.com; JHunter@bredhoff.com

Attorneys for Plaintiff-Intervenors

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al.,

Plaintiffs,

SAN FRANCISCO CHAMBER OF COMMERCE, et al.,

Plaintiffs-Intervenors,

and

UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al.,

Plaintiffs-Intervenors,

v.

MICHAEL CHERTOFF, Secretary of Homeland Security, et al.,

Defendants.

Case No. C07 04472 CRB

**RETURN OF EXECUTED SUMMONS AND PROOF OF SERVICE OF SUMMONS AND OF COMPLAINT IN INTERVENTION (DOCKET #70)**

Attached herewith is the executed Summons issued for Plaintiff Intervenor UFCW et al., Complaint in Intervention (Docket #70) served as indicated on the attached Proof of Service.

September 19, 2007

/s/Philip C. Monrad

Philip C. Monrad

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY,

V.

MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION,

INTERVENOR COMPLAINT #70

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-04472 CRB

TO: (Name and address of defendant)

SEE ATTACHED

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Philip Monrad, Esq.
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612

an answer to the complaint which is herewith served upon you, within ~~60~~ 90 (for SSA) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE SEP [illegible] 2007

(BY) DEPUTY CLERK
MARIA LOO

DEFENDANTS
FOR SUMMONS IN
AFL-CIO, et al. v. MICHAEL CHERTOFF, et al., C07-04472 CRB

Social Security Administration
c/o General Counsel
Room 617 Altmeyer Building
6401 Security Boulevard
Baltimore, MD 21235

Michael Astrue
Commissioner of Social Security
c/o General Counsel
Room 617 Altmeyer Building
6401 Security Boulevard
Baltimore, MD 21235

Department of Homeland Security
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

U.S. Immigration and Customs Enforcement
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

Michael Chertoff
Secretary of Homeland Security
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

Julie Myers
Assistant Secretary of Homeland Security
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 9/19/2007 |
|---|---|
| Name of SERVER Kris Paschall | TITLE Legal Secretary, Leonard Carder, LLP |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other *(specify)*: Certified Mail, Return Receipt; See attached Proof of Service

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 19, 2007
*Date*

*Signature of Server*

LEONARD CARDER, LLP
1330 Broadway, Ste. 1450, Oakland, CA 94612
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**PROOF OF SERVICE**

I am employed in Alameda County, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, California 94612. On September 19, 2007, I served the following document(s):

1. **SUMMONS IN A CIVIL CASE; INTERVENOR COMPLAINT (DOCKET #70)**
2. **COMPLAINT IN INTERVENTION OF UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, UNITED FOOD AND COMMERCIAL WORKERS LOCAL 5, UNITE HERE, and UNITE HERE LOCAL 2 (DOCKET #70)**

on the parties, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

| | |
|---|---|
| Civil Process Clerk<br>U.S. Attorney's Office<br>450 Golden Gate Ave,<br>11th Floor<br>San Francisco, CA 94102 | U.S. Attorney |
| Office of the Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0002 | U.S. Attorney |
| Social Security Administration<br>c/o General Counsel<br>Room 617 Altmeyer Building<br>6401 Security Boulevard<br>Baltimore, MD 21235 | Defendant |
| Michael Astrue<br>Commissioner of Social Security<br>c/o General Counsel<br>Room 617 Altmeyer Building<br>6401 Security Boulevard<br>Baltimore, MD 21235 | Defendant |
| Department of Homeland Security<br>c/o Office of the General Counsel<br>U.S. Department of Homeland Security<br>Washington, D.C. 20528 | Defendant |

U.S. Immigration and Customs Enforcement
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528 — Defendant

Michael Chertoff
Secretary of Homeland Security
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528 — Defendant

Julie Myers
Assistant Secretary of Homeland Security
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528 — Defendant

__X__ **CERTIFIED MAIL, RETURN RECEIPT REQUESTED:** I caused such envelope to be deposited in the U.S. mail at Oakland, California, addressed to the addressee(s) designated above and sent to each individual via first class mail and with Certified Mail labels and Return Receipt attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on September 19, 2007.

/s/ Kris Paschall
Kris Paschall