PETER D. KEISLER
Assistant Attorney General
THOMAS DUPREE
Deputy Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C. 20001
Telephone: (202) 305-0693
Facsimile: (202) 616-8460
Email: Daniel.Bensing@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., | ) Case No. 07-4472 CRB ) ) |
| Plaintiffs, | ) **[PROPOSED] ORDER** ) **DENYING PLAINTIFFS'** ) **MOTIONS FOR PRELIMINARY** |
| SAN FRANCISCO CHAMBER OF COMMERCE, et al., | ) **INUNCTION** ) ) |
| Plaintiffs-Interveners, | ) ) |
| and | ) ) |
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al., | ) ) ) |
| Plaintiffs-Interveners | ) ) |
| v. | ) ) |
| MICHAEL CHERTOFF, Secretary of Homeland Security, et al., | ) ) ) |
| Defendants. | ) ) |

1

2    UPON CONSIDERATION OF the Motion for a Preliminary Injunction filed by plaintiffs

3    AFL-CIO, et al., the Motion for Preliminary Injunction filed by plaintiffs-intervenors the San

4

5    Francisco Chamber of Commerce, et al., and the Motion for Preliminary Injunction filed  by

6    plaintiffs-intervenors United Food and Commercial Workers International Union, et al., as well

7    as Defendants Oppositions thereto, and plaintiffs' Reply Memoranda and the whole record

8    herein, it is

9    HEREBY ORDERED that plaintiffs' and plaintiffs-intervenors' Motions for Preliminary

10   Injunction are DENIED.

11

12

13

14   DATED: _____                    _____

15                                                      UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28