1  PETER D. KEISLER
   Assistant Attorney General
2  THOMAS DUPREE
   Deputy Assistant Attorney General
3  SCOTT N. SCHOOLS
4  United States Attorney
   SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
5  DANIEL E. BENSING (D.C. Bar No. 334268)
6  Attorneys, U.S. Department of Justice
   Civil Division, Federal Programs Branch
7  20 Massachusetts Ave., N.W., Room 6114
   Washington, D.C. 20001
8  Telephone: (202) 305-0693
   Facsimile: (202) 616-8460
9  Email: Daniel.Bensing@usdoj.gov

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12

13

14  AMERICAN FEDERATION OF LABOR AND    )
       CONGRESS OF INDUSTRIAL           )  Case No. 07-4472 CRB
15     ORGANIZATIONS, et al.,           )
                                        )       [PROPOSED] ORDER
16              Plaintiffs,             )       GRANTING DEFENDANTS'
                                        )       MOTION TO EXCEED PAGE
17  SAN FRANCISCO CHAMBER               )       LIMITATIONS
       OF COMMERCE, et al.,             )
18                                      )
                                        )
19          Plaintiffs-Intervenors,     )
                                        )
20                 and                  )
                                        )
21                                      )
    UNITED FOOD AND COMMERCIAL          )
22     WORKERS INTERNATIONAL UNION, et al., )
                                        )
23          Plaintiffs-Intervenors      )
                                        )
24          v.                          )
                                        )
25                                      )
    MICHAEL CHERTOFF, Secretary of Homeland )
26     Security, et al.,                )
                                        )
27              Defendants.             )
28  _____)

ORDER GRANTING DEFS' MOT. TO EXCEED PAGE LIMITATIONS, Case No. 07-4472 CRB

1
2  The Court having reviewed Defendants' motion to exceed page limitations, and good
3  cause appearing therefor, IT IS HEREBY ORDERED that Defendants are granted leave to file a
4
5  55 page memorandum in opposition to Plaintiffs' motions for preliminary injunction.
6  DATED:  September 19, 2007                                          _____
                                                                       UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Charles R. Breyer, United States District Court, Northern District of California