Linda Claxton (SBN 125729)
linda.claxton@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:   (213) 239-9800
Facsimile:   (213) 239-9045

Attorneys for Amicus Curiae
THE NATIONAL FEDERATION OF
INDEPENDENT BUSINESS LEGAL FOUNDATION

Karen R. Harned
Elizabeth Gaudio
NFIB Legal Foundation
1201 F Street, N.W.
Suite 200
Washington D.C., 20004
Telephone:   (202) 406-4443
Facsimile:   (202) 479-9059

Of Counsel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; AND CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND | Case No. 07-04472(CRB)<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE AMICUS BRIEF** |

CASE NO. 07-04472(CRB)
[PROPOSED] ORDER GRANTING LEAVE TO INTERVENE

5207084_1

| | |
|---|---|
| CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION,<br><br>            Defendants. | |
| SAN FRANCISCO CHAMBER OF COMMERCE, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, GOLDEN GATE RESTAURANT ASSOCIATION, NATIONAL ROOFING CONTRACTORS ASSOCIATION, AMERICAN NURSERY & LANDSCAPE ASSOCIATION, INTERNATIONAL FRANCHISE ASSOCIATION, and UNITED FRESH PRODUCE ASSOCIATION<br><br>            Plaintiff-Intervenors,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION,<br><br>            Defendants. | |

CASE NO. 07-04472(CRB)

[PROPOSED] ORDER GRANTING LEAVE TO INTERVENE

GOOD CAUSE APPEARING THEREFOR, The *Ex Parte* request of the National Federation of Independent Business Legal Foundation for leave to file an amicus brief in the above-entitled action is hereby GRANTED.

DATED: September 19, 2007          By: _____
Judge of the United States District Court

