UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al.,<br><br>Plaintiff(s),<br>v.<br>MICHAEL CHERTOFF, Secretary of Homeland Security, et al.,<br><br>Defendant(s). | CASE NO. 07-04472(CRB)<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Leon Dayan , an active member in good standing of the bar of California (inactive) and the District of Columbia, whose business address and telephone number (particular court to which applicant is admitted) is

BREDHOFF & KAISER PLLC
805 Fifteenth Street NW, Tenth Floor
Washington, DC 20005    Telephone: (202) 842-2600

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff-Intervenors UFCW et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Sept. 19, 2007

_____
United States District Judge