UNITED STATES DISTRICT COURT

Northern District of California

AMERICAN FEDERATION OF LABOR
AND CONGRESS OF INDUSTRIAL
ORGANIZATIONS, et al.,

Plaintiff(s),

v.

MICHAEL CHERTOFF, Secretary of
Homeland Security, et al.,

Defendant(s).
_____/

CASE NO. 07-04472(CRB)

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Robert M. Weinberg ☒ , an active member in good standing of the bar of the District of Columbia ☒ whose business address and telephone number (particular court to which applicant is admitted) is

BREDHOFF & KAISER PLLC
805 Fifteenth Street NW, Tenth Floor
Washington, DC 20005     Telephone: (202) 842-2600

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff-Intervenors UFCW et al. ☒ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Sept. 19, 2007

_____
United States District    Judge