1  Linda Claxton (SBN 125729)
   linda.claxton@ogletreedeakins.com
2  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
3  633 West Fifth Street, 53rd Floor
   Los Angeles, California 90071
4  Telephone:    (213) 239-9800
   Facsimile:    (213) 239-9045
5
   Attorneys for Amicus Curiae
6  THE NATIONAL FEDERATION OF
   INDEPENDENT BUSINESS LEGAL FOUNDATION
7

8  Karen R. Harned
   Elizabeth Gaudio
9  NFIB Legal Foundation
   1201 F Street, N.W.
10 Suite 200
   Washington D.C., 20004
11 Telephone:    (202) 406-4443
   Facsimile:    (202) 479-9059
12
13 Of Counsel

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; AND CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL | Case No. 07-04472(CRB)<br><br>**DECLARATION OF LINDA CLAXTON IN SUPPORT OF FILING OF CORRECTED AMICUS BRIEF** |

CASE NO. 07-04472(CRB)
DECLARATION OF LINDA CLAXTON IN SUPPORT OF FILING OF CORRECTED AMICUS BRIEF

5212554_1

| | |
|---|---|
| 1 | ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION, |
| 2 | |
| 3 | Defendants. |
| 4 | |
| 5 | |
| 6 | SAN FRANCISCO CHAMBER OF COMMERCE, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, GOLDEN GATE RESTAURANT ASSOCIATION, NATIONAL ROOFING CONTRACTORS ASSOCIATION, AMERICAN NURSERY & LANDSCAPE ASSOCIATION, INTERNATIONAL FRANCHISE ASSOCIATION, and UNITED FRESH PRODUCE ASSOCIATION |
| 13 | Plaintiff-Intervenors, |
| 14 | v. |
| 15 | MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION, |
| 21 | Defendants. |

**Ogletree Deakins**

5212554_1

CASE NO. 07-04472(CRB)
DECLARATION OF LINDA CLAXTON IN SUPPORT OF FILING OF CORRECTED AMICUS BRIEF

Linda Claxton declares:

1. I am an attorney licensed to practice before the courts of the State of California and am admitted to practice before this court. I am a shareholder with Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel for Amicus Curiae National Federation of Independent Business Legal Foundation. The following facts are within my personal knowledge and if called as a witness I could and would competently testify thereto.

2. When formatting the original amicus brief, certain lines of text at pages 7-8 were inadvertently omitted. The corrected Amicus Brief filed today contains those lines. A corrected version of the brief was sent to Daniel Bensing, prior to filing with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 20th day of September, 2007 at Los Angeles, California.

By: /s/ Linda Claxton
Linda Claxton