1  CYNTHIA L. RICE SBN 87630
   crice@crla.org
2  CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
   631 Howard Street, Suite 300
3  San Francisco, CA 94105
   Telephone: 415 777-2752
4  Facsimile:  415 543-2752

5  Attorneys for Amicus Curiae
   California Rural Legal Assistance, Inc.
6

7               UNITED STATE DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
8

9

10 AMERICAN FEDERATION OF LABOR    )   CASE NO. 07-04472(CRB)
   AND CONGRESS OF INDUSTRIAL      )
11 ORGANIZATIONS; SAN FRANCISCO    )
   LABOR COUNCIL; SAN FRANCISCO    )   EX PARTE APPLICATION OF
12 BUILDING AND CONSTRUCTION       )   CALIFORNIA RURAL LEGAL
   TRADES COUNCIL; AND CENTRAL     )   ASSISTANCE, INC. FOR LEAVE TO
13 LABOR COUNCIL OF ALAMEDA        )   SUBMIT AMICUS CURIAE
   COUNTY,                         )   MEMORANDUM IN SUPPORT
14                Plaintiffs,      )   PLAINTIFF/INTERVENORS' MOTION
        v.                         )   FOR PRELIMINARY INJUNCTION
15                                 )
   MICHAEL CHERTOFF, Secretary of  )
16 Homeland Security; DEPARTMENT OF)
   HOMELAND SECURITY; JULIE MYERS,)    Date: October 1, 2007
17 Assistant Secretary of Homeland Security; ) Time: 10:00 am
   U.S. IMMIGRATION AND CUSTOMS    )   Judge: Hon. Charles R. Breyer
18 ENFORCEMENT; MICHAEL ASTRUE,    )   Courtroom: 8
   Commissioner of Social Security; and )
19 SOCIAL SECURITY ADMINISTRATION, )
                                   )
20 Defendants.                     )
   _____)
21 SAN FRANCISCO CHAMBER OF        )
   COMMERCE, CHAMBER OF            )
22 COMMERCE OF THE UNITED STATES   )
   OF AMERICA, GOLDEN GATE         )
23 RESTAURANT ASSOCIATION,         )
   NATIONAL ROOFING CONTRACTORS    )
24 ASSOCIATION, AMERICAN NURSERY   )
   & LANDSCAPE ASSOCIATION,        )
25 INTERNATIONAL FRANCHISE         )
   ASSOCIATION, and UNITED FRESH   )
26 PRODUCE ASSOCIATION             )
                                   )
27 Plaintiff-Intervenors,           )

28 Ex Parte App by CRLA for Leave to File Amicus Curiae Memo of Ps&As   CASE NO. 07-04472(CRB)    1

|   |   |
|---|---|
| v. | ) |
| MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION, Defendants. | ) ) ) ) ) ) ) ) ) ) ) |

By this Ex Parte Application, California Rural Legal Assistance, Inc.(CRLA) seeks leave to file the accompanying Memorandum of Points and Authorities by Amicus Curiae California Rural Legal Assistance, Inc. In Support of Plaintiffs'/Intervenors' Motion for Preliminary Injunction.

CRLA. is a non-profit legal services organization funded in part by the Legal Services Corporation. CRLA has provided representation to low income persons in the rural areas of California for more the 40 years. CRLA has 20 offices located throughout California that provide direct legal services to farm workers and other low wage workers on a variety of issues including labor and employment and public benefits. CRLA has represented thousands of individuals in proceedings before the Social Security Administration (SSA). We have also represented workers in low wage industries throughout rural California including agriculture, landscaping, housekeeping, car wash, janitorial services and construction. We have helped workers correct SSA records which were incomplete or inaccurate due to error or employer fraud.

As a result of our history CRLA is in a unique position to provide information regarding the impact of the Final Rule that is the subject of this litigation. Counsel for CRLA, Cynthia L. Rice, has advocated on behalf of low wage workers since 1979. She has represented hundreds of immigrant and non-English speaking workers in individual and representative actions against their employers. She has provided training at national and state workers' rights conferences on employer record keeping, wage and hour rights and retaliation. She has also represented

individuals in administrative proceedings before the SSA and various state agencies including the California Employment Development Department.

CRLA seeks leave to submit the memorandum accompanying this application, in support of the position of Plaintiffs/Intervenors, which will provide information to the court about 1) common reasons for errors in the information collected and maintained by the SSA; 2) the problems encountered by workers when California agencies rely upon SSA information to verify identity; and 3) the vulnerability of immigrant and non-English speaking workers.

Dated: September 23, 2007    CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

_____
Cynthia L. Rice
Attorneys for Amicus Curiae California Rural Legal Assistance, Inc.