1    CYNTHIA L. RICE SBN 87630
     crice@crla.org
2    CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
     631 Howard Street, Suite 300
3    San Francisco, CA 94105
     Telephone: 415 777-2752
4    Facsimile:  415 543-2752

5    Attorneys for Amicus Curiae
     California Rural Legal Assistance, Inc.
6

7               UNITED STATE DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
8

9

10   AMERICAN FEDERATION OF LABOR   )    CASE NO. 07-04472(CRB)
     AND CONGRESS OF INDUSTRIAL      )
     ORGANIZATIONS; SAN FRANCISCO  )
11   LABOR COUNCIL; SAN FRANCISCO   )    [PROPOSED] ORDER GRANTING
     BUILDING AND CONSTRUCTION       )      CALIFORNIA RURAL LEGAL
12   TRADES COUNCIL; AND CENTRAL     )    ASSISTANCE, INC.  LEAVE TO
     LABOR COUNCIL OF ALAMEDA       )    SUBMIT AMICUS CURIAE
13   COUNTY,                             )    MEMORANDUM  IN SUPPORT
                   Plaintiffs,    )    PLAINTIFFS'/INTERVENORS' MOTION
14      v.                               )    FOR PRELIMINARY INJUNCTION
                              )
15   MICHAEL CHERTOFF, Secretary of     )
     Homeland Security; DEPARTMENT OF  )
16   HOMELAND SECURITY; JULIE MYERS,)
     Assistant Secretary of Homeland Security;  )   Date:  October 1, 2007
17   U.S. IMMIGRATION AND CUSTOMS    )   Time:  10:00 am
     ENFORCEMENT; MICHAEL ASTRUE,   )   Judge:  Hon. Charles R. Breyer
18   Commissioner of Social Security; and    )   Courtroom: 8
     SOCIAL SECURITY ADMINISTRATION, )
19                               )
     Defendants.                         )
20   _____)
     SAN FRANCISCO CHAMBER OF       )
21   COMMERCE, CHAMBER OF            )
     COMMERCE OF THE UNITED STATES   )
22   OF AMERICA, GOLDEN GATE          )
     RESTAURANT ASSOCIATION,         )
23   NATIONAL ROOFING CONTRACTORS  )
     ASSOCIATION, AMERICAN NURSERY  )
24   & LANDSCAPE ASSOCIATION,        )
     INTERNATIONAL FRANCHISE         )
25   ASSOCIATION, and UNITED FRESH    )
     PRODUCE ASSOCIATION            )
26                               )
     Plaintiff-Intervenors,             )
27                               )
                v.             )
28   MICHAEL CHERTOFF, Secretary of     )

1 | Homeland Security; DEPARTMENT OF        )
HOMELAND SECURITY; JULIE MYERS,)
2 | Assistant Secretary of Homeland Security;  )
U.S. IMMIGRATION AND CUSTOMS        )
3 | ENFORCEMENT; MICHAEL ASTRUE,        )
Commissioner of Social Security; and         )
4 | SOCIAL SECURITY ADMINISTRATION, )
Defendants.                                                  )
5 | _____)

6          Good Cause Showing,

7          IT IS HEREBY ORDERED THAT:

8          The application of California Rural Legal Assistance, Inc, for leave to file the

9 Memorandum of Points and Authorities by Amicus Curiae California Rural Legal Assistance,

10 Inc. in Support of  Plaintiffs'/Intervenors' Motion for Preliminary Injunction is hereby

11 GRANTED.

12          Dated: _____        _____
                                          Hon. Charles R. Breyer
13                                        United States District Court

28 | **ORDER Granting Leave to CRLA to File Amicus Curiae Memo of Ps&As  .  CASE NO. 07-04472(CRB)**