Matthew Ross (SBN 084703)
Philip Monrad (SBN 151073)
Leonard, Carder, LLP
1330 Broadway, Suite 1430
Oakland, CA 94612
Telephone:   (510) 272-0169
Facsimile:    (510) 272-0174
Email:         MRoss@leonardcarder.com; PMonrad@leonardcarder.com

Robert M. Weinberg
Leon Dayan
Jennifer L. Hunter
BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW, Tenth Floor
Washington, D.C. 20008
Telephone:   (202) 842-2600
Facsimile:    (202) 842-1888
Email:         LDayan@bredhoff.com; JHunter@bredhoff.com

Attorneys for Plaintiff-Intervenors

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., | Case No. C07 04472 CRB |
| Plaintiffs, | **PROOF OF SERVICE** |
| SAN FRANCISCO CHAMBER OF COMMERCE, et al., | |
| Plaintiffs-Intervenors, | |
| and | |
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al., | |
| Plaintiffs-Intervenors, | |
| v. | |
| MICHAEL CHERTOFF, Secretary of Homeland Security, et al., | |
| Defendants. | |

**PROOF OF SERVICE**

I hereby certify that on September 12, 2007, I electronically filed the foregoing

**1.   DECLARATION OF MICHAEL CASEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**2.   REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION OF PLAINTIFF-INTERVENORS UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, UNITED FOOD AND COMMERCIAL WORKERS LOCAL 5, UNITE HERE, and UNITE HERE LOCAL 2**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

| | |
|---|---|
| Ana L. Avendano<br>AFL-CIO<br>**aavendan@aflcio.org** | Danielle Evelyn Leonard<br>Altshuler Berzon LLP<br>**dleonard@altshulerberzon.com** |
| James B. Coppess<br>AFL-CIO<br>**jcoppell@aflcio.org** | Jonathan David Weissglass<br>Altshuler Berzon LLP<br>**jweissglass@altshulerberzon.com** |
| Linda Lye<br>Altshuler Berzon LLP<br>**llye@altshulerberzon.com** | Scott Alan Kronland<br>Altshuler Berzon LLP<br>**skronland@altshulerberzon.com** |
| Stephen P. Berzon<br>Altshuler Berzon LLP<br>**sberzon@altshulerberzon.com** | David Albert Rosenfeld<br>Manjari Chawla<br>Weinberg Roger & Rosenfeld<br>**courtnotices@unioncounsel.net** |
| Alan Lawrence Schlosser<br>ACLU Foundation of Northern California<br>**aschlosser@aclunc.org** | Jennifer C. Chang<br>ACLU Immigrants' Rights Project<br>**jchang@aclu.org** |
| Julia Harumi Mass, Esq.<br>American Civil Liberties Union of Northern California<br>**jmass@aclunc.org** | Linton Joaquin<br>National Immigration Law Center<br>**Joaquin@nilc.org** |
| Lucas Guttentag<br>ACLU Immigrants' Rights Project<br>**lguttentag@aclu.org** | Marielena Hincapie<br>National Immigration Law Center<br>**mhincapie@nilc.org** |

| | |
|---|---|
| Monica Teresa Guizar<br>National Immigration Law Center<br>**guizar@nilc.org** | Monica Maria Ramirez<br>ACLU Immigrants' Rights Project<br>**mramirez@aclu.org** |
| Omar C. Jadwat<br>ACLU Immigrants' Rights Project<br>**ojadwat@aclu.org** | Daniel Benzing<br>U.S. Dept. of Justice<br>**Daniel.Bensing@USDOJ.gov** |
| Jonathan Unruh Lee<br>U.S. Attorneys Office<br>**Jonathan.lee@usdoj.gov** | Robert P. Charrow<br>Greenberg Traurig LLP<br>**charrowr@gtlaw.com** |
| Laura M. Klaus<br>Greenberg Traurig, LLP<br>**klausl@gtlaw.com** | William J. Goines<br>Greenberg Traurig, LLP<br>**goinesw@gtlaw.com** |
| Karen Rosenthal<br>Greenberg Traurig, LLP<br>**rosenthalk@gtlaw.com** | Cindy Hamilton<br>Greenberg Traurig, LLP<br>**hamiltonc@gtlaw.com** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on September 12, 2007.


　　　　　　　　　　　　　　　　　　　/s/ Kris Paschall
　　　　　　　　　　　　　　　　　　　Kris Paschall
　　　　　　　　　　　　　　　　　　　Legal Secretary