1  Robert P. Charrow (CA SBN 44962)
2  Laura M. Klaus (DC SBN 294272) (*Pro Hac Pending*)
   GREENBERG TRAURIG, LLP
3  800 Connecticut Avenue, N.W., Suite 500
   Washington, D.C. 20006
4  Telephone: (202) 533-2396
   Facsimile: (202) 261-0164
5  Email: charrowr@gtlaw.com; klausl@gtlaw.com

6  William J. Goines (CA SBN 061290)
7  Karen Rosenthal (CA SBN 209419)
   GREENBERG TRAURIG, LLP
8  1900 University Ave., 5th Fl.
   East Palo Alto, CA 94303
9  Telephone: (650) 328-8500
   Facsimile: (650) 328-8508
10 Email: goinesw@gtlaw.com; rosenthalk@gtlaw.com

11 Counsel for Plaintiff-Intervenors

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*, | Case No. C07-04472 CRB |
| Plaintiffs, | |
| and | |
| SAN FRANCISCO CHAMBER OF COMMERCE, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, GOLDEN GATE RESTAURANT ASSOCIATION, NATIONAL ROOFING CONTRACTORS ASSOCIATION, AMERICAN NURSERY & LANDSCAPE ASSOCIATION, INTERNATIONAL FRANCHISE ASSOCIATION, and UNITED FRESH PRODUCE ASSOCIATION, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ROBIN S. CONRAD *PRO HAC VICE* |
| Plaintiff-Intervenors | |
| v. | |
| MICHAEL CHERTOFF, *et al.*, | |
| Defendants | |

[PROPOSED] ORDER GRANTING
CONRAD'S APPLICATION FOR ADMISSION PRO HAC VICE
C07-04472 CRB

SV 346219094v1

1  Robin S. Conrad, an active member in good standing of the bars of the District of Columbia,
2  whose business address and telephone number is National Chamber Litigation Center, Inc., 1615 H
3  Street, N.W., Washington, D.C. 20062; Telephone: (202) 463-5337, having applied in the above-
4  entitled action for admission to practice in the Northern District of California, on a *pro hac vice*
5  basis, representing Defendants San Francisco Chamber of Commerce, Chamber of Commerce of the
6  United States of America, Golden Gate Restaurant Association, National Roofing Contractors
7  Association, American Nursery & Landscape Association, International Franchise Association, and
8  United Fresh Produce Association,

9  IT IS HEREBY ORDERED that the application is granted, subject to the terms and
10 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearing *pro hac vice*.
11 Service of papers upon and communication with co-counsel designated in the application will
12 constitute notice to the party. All future filings in this action are subject to the requirements
13 contained in General Order No. 45, *Electronic Case Filing*.

Dated: 09/21/07



Judge, United States District Court

[PROPOSED] ORDER GRANTING
CONRAD'S APPLICATION FOR ADMISSION PRO HAC VICE
C07-04472 CRB

*SV 346219094v1*