1  Robert P. Charrow (CA SBN 44962)
2  Laura M. Klaus (DC SBN 294272) (*Pro Hac to be filed*)
   GREENBERG TRAURIG, LLP
3  800 Connecticut Avenue, N.W., Suite 500
   Washington, D.C. 20006
4  Telephone:  (202) 533-2396
   Facsimile:  (202) 261-0164
5  Email: charrowr@gtlaw.com; klausl@gtlaw.com

6  William J. Goines (CA SBN 061290)
7  Karen Rosenthal (CA SBN 209419)
   GREENBERG TRAURIG, LLP
8  1900 University Ave., 5th Fl.
   East Palo Alto, CA  94303
9  Telephone:  (650) 328-8500
   Facsimile:  (650) 328-8508
10 Email:   goinesw@gtlaw.com; rosenthalk@gtlaw.com

11 Counsel for Plaintiff-Intervenors

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*, | Case No. C07-04472 CRB |
| Plaintiffs, | |
| and | |
| SAN FRANCISCO CHAMBER OF COMMERCE, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, GOLDEN GATE RESTAURANT ASSOCIATION, NATIONAL ROOFING CONTRACTORS ASSOCIATION, AMERICAN NURSERY & LANDSCAPE ASSOCIATION, INTERNATIONAL FRANCHISE ASSOCIATION, and UNITED FRESH PRODUCE ASSOCIATION, | [~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY LAURA KLAUS** *PRO HAC VICE* |
| Plaintiff-Intervenors | |
| v. | |
| MICHAEL CHERTOFF, *et al.*, | |
| Defendants | |

[PROPOSED] ORDER GRANTING
KLAUS' APPLICATION FOR ADMISSION PRO HAC VICE
C07-04472 CRB

SV 346219089v1

Laura Klaus, an active member in good standing of the bars of the District of Columbia, whose business address and telephone number is Greenberg Traurig, LLP, 800 Connecticut Avenue, N.W., Suite 500, Washington, D.C. 20006; Telephone: (202) 533-2396, having applied in the above-entitled action for admission to practice in the Northern District of California, on a *pro hac vice* basis, representing Defendants San Francisco Chamber of Commerce, Chamber of Commerce of the United States of America, Golden Gate Restaurant Association, National Roofing Contractors Association, American Nursery & Landscape Association, International Franchise Association, and United Fresh Produce Association,

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearing *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 09/21/07



_____
Judge, United States District Court

[PROPOSED] ORDER GRANTING
KLAUS' APPLICATION FOR ADMISSION PRO HAC VICE
C07-04472 CRB

SV 346219089v1