Robert P. Charrow (CA SBN 44962)
Laura M. Klaus (DC SBN 294272) (*Pro Hac to be filed*)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 533-2396
Facsimile: (202) 261-0164
Email: charrowr@gtlaw.com; klausl@gtlaw.com

William J. Goines (CA SBN 061290)
Karen Rosenthal (CA SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Ave., 5th Fl.
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:   goinesw@gtlaw.com; rosenthalk@gtlaw.com

Counsel for Plaintiff-Intervenors

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*, <br><br>                Plaintiffs, <br><br>          and <br><br> SAN FRANCISCO CHAMBER OF COMMERCE, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, GOLDEN GATE RESTAURANT ASSOCIATION, NATIONAL ROOFING CONTRACTORS ASSOCIATION, AMERICAN NURSERY & LANDSCAPE ASSOCIATION, INTERNATIONAL FRANCHISE ASSOCIATION, and UNITED FRESH PRODUCE ASSOCIATION, <br><br>                Plaintiff-Intervenors <br><br>      v. <br><br> MICHAEL CHERTOFF, *et al.*, <br><br>                Defendants | Case No. C07-04472 CRB <br><br><br><br><br> [~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY LAURA FOOTE REIFF** *PRO HAC VICE* |

[PROPOSED] ORDER GRANTING
REIFF'S APPLICATION FOR ADMISSION PRO HAC VICE
C07-04472 CRB

SV 346219088v1

1   Laura Foote Reiff, an active member in good standing of the bar of the District of Columbia,
2   whose business address and telephone number is Greenberg Traurig, LLP, 1750 Tysons Boulevard
3   12th Fl., McLean, VA 22102 ; Telephone: 703-749-1300, having applied in the above-entitled action
4   for admission to practice in the Northern District of California, on a *pro hac vice* basis, representing
5   Defendants San Francisco Chamber of Commerce, Chamber of Commerce of the United States of
6   America, Golden Gate Restaurant Association, National Roofing Contractors Association, American
7   Nursery & Landscape Association, International Franchise Association, and United Fresh Produce
8   Association,

9   IT IS HEREBY ORDERED that the application is granted, subject to the terms and
10  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearing *pro hac vice*.
11  Service of papers upon and communication with co-counsel designated in the application will
12  constitute notice to the party.  All future filings in this action are subject to the requirements
13  contained in General Order No. 45, *Electronic Case Filing*.

Dated: 09/21/07



Judge, United States District Court

[PROPOSED] ORDER GRANTING
REIFF'S APPLICATION FOR ADMISSION PRO HAC VICE
C07-04472 CRB

SV 346219088v1