1  Stephen P. Berzon (SBN 46540)
   Scott A. Kronland (SBN 171693)
2  Jonathan Weissglass (SBN 185008)
   Linda Lye (SBN 215584)
3  Danielle E. Leonard (SBN 218201)
   ALTSHULER BERZON LLP
4  177 Post Street, Suite 300
   San Francisco, CA 94108
5  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
6  Email: skronland@altshulerberzon.com
   Email: llye@altshulerberzon.com
7  Email: dleonard@altshulerberzon.com

8  *Attorneys for Plaintiffs*

9  Jonathan P. Hiatt (SBN 63533) (Admitted *Pro Hac Vice*)
   James B. Coppess
10 Ana L. Avendaño (SBN 160676)
   AFL-CIO
11 815 Sixteenth Street, N.W.
   Washington, D.C. 20006
12 Telephone: (202) 637-5053
   Facsimile: (202) 637-5323
13 Email: aavendan@aflcio.org

14 *Attorneys for Plaintiff AFL-CIO*

15 (Counsel list continued on next page)

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; 19  SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION 20  TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY, 21         Plaintiffs, 22    v. 23  MICHAEL CHERTOFF, Secretary of Homeland Security; 24  DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland 25  Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner 26  of Social Security; and SOCIAL SECURITY ADMINISTRATION, 27         Defendants. | Case No. C07-4472 CRB  **PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS RE: REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

(Counsel list continued from first page)

Linton Joaquin (SBN 73547)
Marielena Hincapié (SBN 188199)
Monica T. Guizar (SBN 202480)
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010
Telephone: (213) 674-2850
Facsimile: (213) 639-3911
Email: guizar@nilc.org

Lucas Guttentag (SBN 90208)
Jennifer C. Chang (SBN 233033)
Mónica M. Ramírez (SBN 234893)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (415) 395-0950
E-mail: jchang@aclu.org

Omar C. Jadwat (Admitted *Pro Hac Vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2620
Facsimile: (212)-549-2654
Email: ojadwat@aclu.org

Alan L. Schlosser (SBN 49957)
Julia Harumi Mass (SBN 189649)
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478
E-mail: aschlosser@aclu.org

*Attorneys for Plaintiff Central Labor Council of Alameda County*

David A. Rosenfeld (SBN 58163)
Manjari Chawla (SBN 218556)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
Email: drosenfeld@unioncounsel.net

*Attorneys for Plaintiffs San Francisco Labor Council,
San Francisco Building and Construction Trades Council,
and Central Labor Council of Alameda County*

PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS, Case No. C07-4472 CRB

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS**

Pursuant to Local Rule 7-11, Plaintiffs seek an order permitting them to file the accompanying Reply Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction even though it exceeds the 15-page limit set forth in Local Rule 7-3(c) and Judge Charles Breyer's Standing Order.  Plaintiffs attempted to obtain a stipulation from Defendants, but Defendants declined to stipulate that Plaintiffs could file a memorandum in excess of 18 pages. Kronland Decl. at ¶5.  The accompanying Memorandum is approximately 23 pages (exclusive of summary of argument, index, tables, etc.).

Local Rule 7-3(c)) provides that reply memoranda in support of motions shall not exceed 15 pages, and Judge Charles Breyer's Standing Order provides that briefs shall not exceed 15 pages, but these limitations may be enlarged at the Court's discretion.  *See* Local Rule 7-11.  Plaintiffs respectfully request that they be excused from Local 7-3(c)'s and the Standing Order's page limitation.

As the Court is aware, this action challenges a new Department of Homeland Security ("DHS") regulation as contrary to the governing statute and arbitrary and capricious, and the plan to implement that regulation as in excess of the statutory authority of DHS and the Social Security Administration ("SSA").  In its 55-page opposition to Plaintiffs' motion for preliminary injunction, in addition to discussing the merits of these challenges, Defendants spent a considerable number of pages raising the additional defenses of standing and ripeness.  In order to fully respond to all arguments set forth in Defendants' 55-page brief, Plaintiffs require more than 15 pages.

Plaintiffs' counsel attempted to, but were unable to reach a stipulation with Defendants' counsel regarding this motion.  Kronland Decl. at ¶5. When Defendants' counsel requested a stipulation from Plaintiffs' to file a 55 to 60 page opposition memorandum, Plaintiffs were willing to stipulate to Defendants' brief, as long as Defendants also agreed that Plaintiffs could file an over-sized reply.  *Id*.  Defendants were unwilling to agree to a reply brief of more than 18 pages. Plaintiffs were not willing to agree to limiting its reply to a 55 to 60 brief to 18 pages, so the parties were unable to reach a stipulation.  *Id*.

Plaintiffs counsel believe that a reply memorandum of 23 pages is necessary to provide sufficient background regarding the no-match process and the DHS Final Rule being challenged and to adequately address all the legal issues that will be before the Court at the hearing on October 1, 2007. Accordingly, Plaintiffs respectfully request that the Court grant their motion to exceed the page limit.

Dated: September 25, 2007          Respectfully submitted

Stephen P. Berzon
Scott A. Kronland
Jonathan Weissglass
Linda Lye
Danielle E. Leonard
ALTSHULER BERZON LLP

Jonathan P. Hiatt
James B. Coppess
Ana Avendaño
AFL-CIO

Linton Joaquin
Marielena Hincapié
Monica T. Guizar
NATIONAL IMMIGRATION LAW CENTER

Lucas Guttentag
Jennifer C. Chang
Mónica M. Ramírez
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Omar C. Jadwat
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Alan L. Schlosser
Julia Harumi Mass
ACLU FOUNDATION OF NORTHERN CALIFORNIA

David A. Rosenfeld
Manjari Chawla
WEINBERG, ROGER & ROSENFELD


by:  /s/ Scott A. Kronland
         Scott A. Kronland

Attorneys for Plaintiffs