1  Stephen P. Berzon (SBN 46540)
   Scott A. Kronland (SBN 171693)
2  Jonathan Weissglass (SBN 185008)
   Linda Lye (SBN 215584)
3  Danielle E. Leonard (SBN 218201)
   ALTSHULER BERZON LLP
4  177 Post Street, Suite 300
   San Francisco, CA 94108
5  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
6  Email: skronland@altshulerberzon.com
   Email: llye@altshulerberzon.com
7  Email: dleonard@altshulerberzon.com

8  *Attorneys for Plaintiffs*

9  Jonathan P. Hiatt (SBN 63533) (Admitted *Pro Hac Vice*)
   James B. Coppess
10 Ana L. Avendaño (SBN 160676)
   AFL-CIO
11 815 Sixteenth Street, N.W.
   Washington, D.C. 20006
12 Telephone: (202) 637-5053
   Facsimile: (202) 637-5323
13 Email: aavendan@aflcio.org

14 *Attorneys for Plaintiff AFL-CIO*

15 (Counsel list continued on next page)

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18 AMERICAN FEDERATION OF LABOR AND ) Case No. C07-4472 CRB
   CONGRESS OF INDUSTRIAL ORGANIZATIONS; )
19 SAN FRANCISCO LABOR COUNCIL; SAN )
   FRANCISCO BUILDING AND CONSTRUCTION ) **DECLARATION OF SCOTT**
20 TRADES COUNCIL; and CENTRAL LABOR ) **KRONLAND IN SUPPORT OF**
   COUNCIL OF ALAMEDA COUNTY, ) **PLAINTIFFS' MOTION TO**
21                                               ) **EXCEED PAGE LIMITATIONS**
             Plaintiffs, ) **FOR REPLY MEMORANDUM IN**
22                                               ) **SUPPORT OF MOTION FOR A**
       v. ) **PRELIMINARY INJUNCTION**
23                                               )
   MICHAEL CHERTOFF, Secretary of Homeland Security; )
24 DEPARTMENT OF HOMELAND SECURITY; )
   JULIE MYERS, Assistant Secretary of Homeland )
25 Security; U.S. IMMIGRATION AND CUSTOMS )
   ENFORCEMENT; MICHAEL ASTRUE, Commissioner )
26 of Social Security; and SOCIAL SECURITY )
   ADMINISTRATION, )
27                                               )
             Defendants. )
28 _____)

DECL. OF KRONLAND ISO PS' MOTION TO EXCEED PAGE LIMITATIONS, Case No. C07-4472 CRB

(Counsel list continued from first page)

Linton Joaquin (SBN 73547)
Marielena Hincapié (SBN 188199)
Monica T. Guizar (SBN 202480)
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010
Telephone: (213) 674-2850
Facsimile: (213) 639-3911
Email: guizar@nilc.org

Lucas Guttentag (SBN 90208)
Jennifer C. Chang (SBN 233033)
Mónica M. Ramírez (SBN 234893)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (415) 395-0950
E-mail: jchang@aclu.org

Omar C. Jadwat (Admitted *Pro Hac Vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2620
Facsimile: (212)-549-2654
Email: ojadwat@aclu.org

Alan L. Schlosser (SBN 49957)
Julia Harumi Mass (SBN 189649)
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478
E-mail: aschlosser@aclu.org

*Attorneys for Plaintiff Central Labor Council of Alameda County*

David A. Rosenfeld (SBN 58163)
Manjari Chawla (SBN 218556)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
Email: drosenfeld@unioncounsel.net

*Attorneys for Plaintiffs San Francisco Labor Council,
San Francisco Building and Construction Trades Council,
and Central Labor Council of Alameda County*

DECL. OF KRONLAND ISO PS' MOTION TO EXCEED PAGE LIMITATIONS, Case No. C07-4472 CRB

Scott A. Kronland declares as follows:

1. I am a member of the bar of this Court and counsel for Plaintiffs in this action.

2. Pursuant to the briefing schedule set by the Court in the Temporary Restraining Order issued on August 31, 2007, Plaintiffs are filing a reply memorandum in support of their motion for a preliminary injunction. The reply memorandum of points and authorities in support of Plaintiffs' motion for a preliminary injunction exceeds the 15-page limit contained in Local Rule 7-3(c) and the 15-page limit contained in the Court's Standing Order. The memorandum is approximately 23 pages, excluding the index, tables and summary of argument.

3. Defendants filed a 55-page opposition brief. That brief raised two new defenses, standing and ripeness, as well as discussed the merits of Plaintiffs' challenges to the agency action as contrary to law, arbitrary and capricious, and beyond authority. Plaintiffs believe that a memorandum of 23 pages is necessary to adequately address all of the legal issues that will be before this Court at the preliminary injunction hearing on October 1, 2007.

4. Plaintiffs attempted to obtain a stipulation from Defendants to allow the filing of the oversize reply memorandum of points and authorities but were unable to do so. On September 18, 2007, I spoke with Daniel Bensing, attorney for government defendants about such a stipulation.

5. Mr. Bensing requested that Plaintiffs stipulate to the government's filing of a 55 to 60 page opposition brief. I responded that Plaintiffs would be happy to so stipulate if the government agree to Plaintiffs' filing an oversized reply brief. Mr. Bensing responded that he was authorized to agree only to an 18 page reply. Because 18 pages would be inadequate to respond to a 55 to 60 page opposition brief, Plaintiffs declined to agree to such a stipulation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 25, 2007 at San Francisco, California.

                                        /s/ Scott A. Kronland
                                        Scott A. Kronland