Stephen P. Berzon (SBN 46540)
Scott A. Kronland (SBN 171693)
Jonathan Weissglass (SBN 185008)
Linda Lye (SBN 215584)
Danielle E. Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: skronland@altshulerberzon.com
Email: llye@altshulerberzon.com
Email: dleonard@altshulerberzon.com

*Attorneys for Plaintiffs*

Jonathan P. Hiatt (SBN 63533) (Admitted *Pro Hac Vice*)
James B. Coppess
Ana L. Avendaño (SBN 160676)
AFL-CIO
815 Sixteenth Street, N.W.
Washington, D.C. 20006
Telephone: (202) 637-5053
Facsimile: (202) 637-5323
Email: aavendan@aflcio.org

*Attorneys for Plaintiff AFL-CIO*

(Counsel list continued on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION,<br><br>Defendants. | Case No. C07-4472 CRB<br><br>**PLAINTIFFS' SECOND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RESTRAINING ORDER AND PRELIMINARY INJUNCTION; DECLARATION IN SUPPORT** |

(Counsel list continued from first page)

Linton Joaquin (SBN 73547)
Marielena Hincapié (SBN 188199)
Monica T. Guizar (SBN 202480)
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010
Telephone: (213) 674-2850
Facsimile: (213) 639-3911
Email: guizar@nilc.org

Lucas Guttentag (SBN 90208)
Jennifer C. Chang (SBN 233033)
Mónica M. Ramírez (SBN 234893)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (415) 395-0950
E-mail: jchang@aclu.org

Omar C. Jadwat (Admitted *Pro Hac Vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2620
Facsimile: (212)-549-2654
Email: ojadwat@aclu.org

Alan L. Schlosser (SBN 49957)
Julia Harumi Mass (SBN 189649)
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478
E-mail: aschlosser@aclu.org

*Attorneys for Plaintiff Central Labor Council of Alameda County*

David A. Rosenfeld (SBN 58163)
Manjari Chawla (SBN 218556)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
Email: drosenfeld@unioncounsel.net

*Attorneys for Plaintiffs San Francisco Labor Council,
San Francisco Building and Construction Trades Council,
and Central Labor Council of Alameda County*

PLFS' SECOND REQUEST FOR JUDICIAL NOTICE AND DECL. IN SUPPORT, Case No. C07-4472 CRB

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiffs respectfully request that the Court take judicial notice of the following documents, all of which are documents created by federal government agencies and "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned," and are attached as Exhibits hereto:

Exhibit A:   Criminal Complaint and Affidavit of U.S. Immigration and Customs Enforcement Special Agent in Support Thereof, in *United States v. Robert Belvin*, Case No. 06-M-106, (N.D.N.Y), filed April 14, 2006

Exhibit B:   Plea and Cooperation Agreement of Robert Belvin, in *United States v. Robert Belvin*, Case No. 06-M-106 (N.D.N.Y), filed March 7, 2007

Exhibit C:   December 15, 2006 U.S. Immigration and Customs Enforcement Press Release, "Corporate Executives Plead Guilty to Illegal Hiring Practices," available at http://www.ice.gov/pi/news/newsreleases/articles/061215sandiego.htm

Exhibit D:   Transcript, U.S. Secretary of Homeland Security Michael Chertoff, U.S. Secretary of Commerce Carlos M. Gutierrez, Immigration Reform Press Conference, August 10, 2007, available at http://www.commerce.gov/NewsRoom/SecretarySpeeches/PROD01_003257

Dated: September 25, 2007          Respectfully submitted

Stephen P. Berzon
Scott A. Kronland
Jonathan Weissglass
Linda Lye
Danielle E. Leonard
ALTSHULER BERZON LLP

Jonathan P. Hiatt
James B. Coppess
Ana Avendaño
AFL-CIO

Linton Joaquin
Marielena Hincapié
Monica T. Guizar
NATIONAL IMMIGRATION LAW CENTER

Lucas Guttentag
Jennifer C. Chang
Mónica M. Ramírez
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Omar C. Jadwat
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Alan L. Schlosser
Julia Harumi Mass
ACLU FOUNDATION OF NORTHERN CALIFORNIA

David A. Rosenfeld

1  
2  Manjari Chawla
   WEINBERG, ROGER & ROSENFELD
3  
   by: /s/ Scott A. Kronland
4       Scott A. Kronland

   Attorneys for Plaintiffs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF DANIELLE LEONARD IN SUPPORT OF JUDICIAL NOTICE**

I, Danielle Leonard, declare as follows:

1. I am a member of the bar of this Court and an attorney for Plaintiffs in the above-captioned action.

2. True and correct copies of each of the documents from federal government agencies that are listed in the attached Request for Judicial Notice are attached hereto as Exhibits A - D.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 25, 2007 in San Francisco, California

_____
Danielle Leonard