PETER D. KEISLER
Assistant Attorney General
THOMAS H. DUPREE JR. (D.C. Bar No. 467195)
Deputy Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C. 20001
Telephone: (202) 305-0693
Facsimile: (202) 616-8460
Daniel.Bensing@USDOJ.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br>Plaintiffs,<br><br>SAN FRANCISCO CHAMBER OF COMMERCE, et al.,<br><br>Plaintiffs-Intervenors,<br><br>and<br><br>UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al.,<br><br>Plaintiffs-Intervenors<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, et al.,<br><br>Defendants. | Case No. 07-4472 CRB<br><br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Thomas H. Dupree, Jr., Deputy Assistant Attorney General in the Civil Division of the Department of Justice, has entered an appearance for the defendants.

DATED: September 27, 2007        Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
THOMAS H. DUPREE JR. (D.C. Bar No. 467195)
Deputy Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C. 20001
Telephone: (202) 305-0693
Facsimile: (202) 616-8460
E-mail: Daniel.Bensing@USDOJ.gov

Certificate of Service

I hereby certify that on September 27, 2007, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

| | |
|---|---|
| Scott A. Kronland<br>Altshuler Berzon LLP<br>skronland@altshulerberzon.com | Robert Charrow<br>Greenberg Traurig, LLP<br>charrowr@gtlaw.com |
| Ana L. Avendano<br>AFL-CIO<br>aavendan@aflcio.org | David Albert Rosenfeld<br>Manjari Chawla<br>Weinberg Roger & Rosenfeld<br>courtnotices@unioncounsel.net |
| James B. Coppess<br>AFL-CIO<br>jcoppell@aflcio.org | Jennifer C. Chang<br>ACLU Immigrants' Rights Project<br>jchang@aclu.org |
| Linda Claxton<br>Ogletree, Deakins, Nash, Smoak &<br> Stewart P.C.<br>linda.claxton@ogletreedeakins.com | Linton Joaquin<br>National Immigration Law Center<br>joaquin@nilc.org |
| Alan Lawrence Schlosser<br>ACLU Foundation of Northern California<br>aschlosser@aclunc.org | Marielena Hincapie<br>National Immigration Law Center<br>hincapie@nilc.org |
| Julia Harumi Mass, Esq.<br>American Civil Liberties Union of<br>Northern California<br>jmass@aclunc.org | Monica Maria Ramirez<br>ACLU Immigrants Right Project<br>mramirez@aclu.org |
| Lucas Guttentag<br>ACLU Immigrants' Rights Project<br>lguttentag@aclu.org | Leon Dayan<br>Bredhoff & Kaiser<br>LDayan@Bredhoff.com |
| Monica Teresa Guizar<br>National Immigration Law Center<br>guizar@nilc.org | Omar C. Jadwat<br>ACLU Immigrants Rights Project<br>ojadwat@aclu.org |

/s/
_____
Daniel Bensing