PETER D. KEISLER
Assistant Attorney General
THOMAS H. DUPREE JR. (D.C. Bar No. 467195)
Deputy Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C. 20001
Telephone: (202) 305-0693
Facsimile: (202) 616-8460
Daniel.Bensing@USDOJ.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., | Case No. 07-4472 CRB |
| Plaintiffs, | |
| SAN FRANCISCO CHAMBER OF COMMERCE, et al., | |
| Plaintiffs-Intervenors, | |
| and | |
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al., | **DEFENDANTS' MOTION FOR LEAVE TO FILE A NOTICE OF** |
| Plaintiffs-Intervenors | **SUPPLEMENTAL AUTHORITY** |
| v. | |
| MICHAEL CHERTOFF, Secretary of Homeland Security, et al., | |
| Defendants. | |

Pursuant to Local Rule 7-3(d), defendants move the Court for leave to file the attached Notice of Supplemental Authority. After defendants filed their Opposition to plaintiffs' Motions for Preliminary Injunction, defendants identified a Ninth Circuit decision, Mountain High Knitting v. Reno, 51 F.3d 216 (9th Cir. 1995), directly relevant to numerous issues in this case. Therefore, defendants request leave to file the attached Notice of Supplemental Authority.

Defendants also request that plaintiffs and plaintiffs-intervenors be allowed to file a responsive memorandum, on the Mountain High case, of no more than two pages, by October 1, 2007.

Counsel for plaintiffs (AFL-CIO, et al.) and the and union plaintiffs-intervenors (UNITE HERE, et al.) informed defendants' counsel that they do not oppose this motion. Counsel for the business plaintiffs-intervenors (San Francisco Chamber of Commerce, et al.) informed defendants' counsel that they do not oppose this motion so long as they have until October 3,

2007 to file a responsive memorandum. A Proposed Order is attached.

DATED: September 28, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
THOMAS H. DUPREE JR. (D.C. Bar No. 467195)
Deputy Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

/s/

SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C. 20001
Telephone: (202) 305-0693
Facsimile: (202) 616-8460
E-mail: Daniel.Bensing@USDOJ.gov

PETER D. KEISLER
Assistant Attorney General
THOMAS H. DUPREE JR. (D.C. Bar No. 467195)
Deputy Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C.  20001
Telephone:  (202) 305-0693
Facsimile:  (202) 616-8460
Daniel.Bensing@USDOJ.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br> Plaintiffs, <br><br> SAN FRANCISCO CHAMBER OF COMMERCE, et al., <br><br> Plaintiffs-Intervenors, <br><br> and <br><br> UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al., <br><br> Plaintiffs-Intervenors <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of Homeland Security, et al., <br><br> Defendants. | Case No. 07-4472 CRB <br><br><br><br><br><br><br><br><br><br><br> **[PROPOSED] ORDER** |

1  Good cause having been shown, the Court grants defendants leave to file the Notice of
2  Supplemental Authority, attached to defendants' Motion. The Clerk's Office shall cause that
3  Notice of Supplemental Authority to be filed on the docket of the Court.
4  
5  Plaintiffs and plaintiffs-intervenors may file a responsive memorandum, of no more than
6  two pages in length, addressing Mountain High Knitting v. Reno, 51 F.3d 216 (9th Cir. 1995), by
7  October 1, 2007.
8  
9  
10 SO ORDERED
11 
12 
13 Date: _____     _____
14                           UNITED STATES DISTRICT JUDGE

Certificate of Service

I hereby certify that on September 28, 2007, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

Scott A. Kronland
Altshuler Berzon LLP
skronland@altshulerberzon.com

Ana L. Avendano
AFL-CIO
aavendan@aflcio.org

James B. Coppess
AFL-CIO
jcoppell@aflcio.org

Linda Claxton
Ogletree, Deakins, Nash, Smoak &
 Stewart P.C.
linda.claxton@ogletreedeakins.com

Alan Lawrence Schlosser
ACLU Foundation of Northern California
aschlosser@aclunc.org

Julia Harumi Mass, Esq.
American Civil Liberties Union of
Northern California
jmass@aclunc.org

Lucas Guttentag
ACLU Immigrants' Rights Project
lguttentag@aclu.org

Monica Teresa Guizar
National Immigration Law Center
guizar@nilc.org

Robert Charrow
Greenberg Traurig, LLP
charrowr@gtlaw.com

David Albert Rosenfeld
Manjari Chawla
Weinberg Roger & Rosenfeld
courtnotices@unioncounsel.net

Jennifer C. Chang
ACLU Immigrants' Rights Project
jchang@aclu.org

Linton Joaquin
National Immigration Law Center
joaquin@nilc.org

Marielena Hincapie
National Immigration Law Center
hincapie@nilc.org

Monica Maria Ramirez
ACLU Immigrants Right Project
mramirez@aclu.org

Leon Dayan
Bredhoff & Kaiser
LDayan@Bredhoff.com

Omar C. Jadwat
ACLU Immigrants Rights Project
ojadwat@aclu.org

/s/
_____
Daniel Bensing