Matthew Ross (SBN 084703)
Philip Monrad (SBN 151073)
LEONARD, CARDER, LLP
1330 Broadway, Suite 1430
Oakland, CA 94612
Telephone:	(510) 272-0169
Facsimile:	(510) 272-0174
Email:	MRoss@leonardcarder.com; PMonrad@leonardcarder.com

Robert M. Weinberg   (D.C. Bar No. 085530; admitted *pro hac vice*)
Leon Dayan   (D.C. Bar No. 444144; admitted *pro hac vice*)
Jennifer L. Hunter   (D.C. Bar No. 495827; admitted *pro hac vice*)
BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW, Tenth Floor
Washington, D.C. 20008
Telephone:	(202) 842-2600
Facsimile:	(202) 842-1888
Email:	LDayan@bredhoff.com; JHunter@bredhoff.com

*Attorneys for Plaintiff-Intervenors UFCW et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION,<br><br>Defendants. | Case No.: 07-04472(CRB)<br><br>**RESPONSE BY UNION INTERVENORS TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date:	October 1, 2007<br>Time:	2:30 pm.<br>Place:	Courtroom 8, 19th Floor |

Response to Defendants' Notice of Supplemental Authority, Case No. 3:07-cv-04472(CRB)

| | |
|---|---|
| 1 | SAN FRANCISCO CHAMBER OF COMMERCE, |
| 2 | CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, GOLDEN GATE RESTAURANT ASSOCIATION, |
| 3 | NATIONAL ROOFING CONTRACTORS ASSOCIATION, AMERICAN NURSERY & |
| 4 | LANDSCAPE ASSOCIATION, INTERNATIONAL FRANCHISE |
| 5 | ASSOCIATION, and UNITED FRESH PRODUCE ASSOCIATION, |
| 6 | Plaintiff-Intervenors, |
| 7 | v. |
| 8 | MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; |
| 9 | JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION |
| 10 | AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social |
| 11 | Security; and SOCIAL SECURITY ADMINISTRATION, |
| 12 | Defendants. |
| 13 | |
| 14 | UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION; UNITED FOOD AND COMMERCIAL |
| 15 | WORKERS LOCAL 5; UNITE HERE; UNITE HERE LOCAL 2; and CHANGE TO |
| 16 | WIN, |
| 17 | Plaintiff-Intervenors, |
| 18 | v. |
| 19 | MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, |
| 20 | Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS |
| 21 | ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and SOCIAL SECURITY ADMINISTRATION, |
| 22 | Defendants. |
| 23 | |
| 24 | Response to Defendants' Notice of Supplemental Authority, Case No. 3:07-cv-04472(CRB) |

1. Intervenors Change to Win, UNITE HERE International Union, UNITE HERE Local 2, United Food and Commercial Workers (UFCW) International Union, and UFCW Local 5 hereby join and adopt as their own the response of original Plaintiffs AFL-CIO et al. to the Notice of Supplemental Authority Filed by Defendants Chertoff et al. on September 28, 2007.

Respectfully submitted,

_____/s/_____
Matthew Ross (SBN 084703)
Philip Monrad (SBN 151073)
LEONARD, CARDER, LLP
1330 Broadway, Suite 1430
Oakland, CA 94612
Telephone:    (510) 272-0169
Facsimile:    (510) 272-0174
Email:    MRoss@leonardcarder.com;
            PMonrad@leonardcarder.com

Robert M. Weinberg
Leon Dayan
Jennifer L. Hunter
BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW, Tenth Floor
Washington, D.C. 20008
Telephone:    (202) 842-2600
Facsimile:    (202) 842-1888
Email:    LDayan@bredhoff.com;
            JHunter@bredhoff.com

*Attorneys for Plaintiff-Intervenors UFCW et al.*

Dated: September 28, 2007

Response to Defendant's Notice of Supplemental Authority, Case No. 3:07-cv-04772(CRB)          1

1 **PROOF OF SERVICE**

2 I hereby certify that on September 28, 2007, I electronically filed the foregoing

3 **RESPONSE BY UNION INTERVENORS TO
DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

4 with the Clerk of the Court using the CM/ECF system which will send notification of such filing
to the e-mail addresses denoted below:

5

6 Ana L. Avendano	Danielle Evelyn Leonard
AFL-CIO	Altshuler Berzon LLP
7 aavendan@aflcio.org	dleonard@altshulerberzon.com

8 James B. Coppess	Jonathan David Weissglass
AFL-CIO	Altshuler Berzon LLP
9 jcoppell@aflcio.org	jweissglass@altshulerberzon.com

10 Linda Lye	Scott Alan Kronland
Altshuler Berzon LLP	Altshuler Berzon LLP
11 llye@altshulerberzon.com	skronland@altshulerberzon.com

12 Stephen P. Berzon	David Albert Rosenfeld
Altshuler Berzon LLP	Manjari Chawla
13 sberzon@altshulerberzon.com	Weinberg Roger & Rosenfeld
courtnotices@unioncounsel.net

14

15 Alan Lawrence Schlosser	Jennifer C. Chang
ACLU Foundation of Northern California	ACLU Immigrants= Rights Project
aschlosser@aclunc.org	jchang@aclu.org
16

17 Julia Harumi Mass, Esq.	Linton Joaquin
American Civil Liberties Union of	National Immigration Law Center
Northern California	Joaquin@nilc.org
18 jmass@aclunc.org

19 Lucas Guttentag	Marielena Hincapie
ACLU Immigrants= Rights Project	National Immigration Law Center
20 lguttentag@aclu.org	mhincapie@nilc.org

21

22

23

24

Response to Defendant's Notice of Supplemental Authority, Case No. 3:07-cv-04772(CRB)    2

| | | |
|---|---|---|
| 1 | Monica Teresa Guizar<br>National Immigration Law Center<br>guizar@nilc.org | Monica Maria Ramirez<br>ACLU Immigrants= Rights Project<br>mramirez@aclu.org |
| 3 | Omar C. Jadwat<br>ACLU Immigrants' Rights Project<br>ojadwat@aclu.org | Daniel Benzing<br>U.S. Dept. of Justice<br>Daniel.Bensing@USDOJ.gov |
| 5 | Jonathan Unruh Lee<br>U.S. Attorneys Office<br>Jonathan.lee@usdoj.gov | Robert P. Charrow<br>Greenberg Traurig LLP<br>charrowr@gtlaw.com |
| 7 | Laura M. Klaus<br>Greenberg Traurig, LLP<br>klausl@gtlaw.com | William J. Goines<br>Greenberg Traurig, LLP<br>goinesw@gtlaw.com |
| 9 | Karen Rosenthal<br>Greenberg Traurig, LLP<br>rosenthalk@gtlaw.com | Cindy Hamilton<br>Greenberg Traurig, LLP<br>hamiltonc@gtlaw.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on September 28, 2007.

                                                 /s/                        .
                                                 Kris Paschall