1   Robert P. Charrow (CA SBN 44962)
    Laura M. Klaus (DC SBN 294272) (*Admitted Pro Hac*)
2   Laura Foote Reiff (DC SBN 424579) (*Admitted Pro Hac*)
    GREENBERG TRAURIG, LLP
3   800 Connecticut Avenue, N.W., Suite 500
    Washington, D.C. 20006
4   Telephone:  (202) 533-2396
    Facsimile:  (202) 261-0164
5   Email: charrowr@gtlaw.com; klausl@gtlaw.com

6   William J. Goines (CA SBN 061290)
    Karen Rosenthal (CA SBN 209419)
7   GREENBERG TRAURIG, LLP
    1900 University Ave., 5th Fl.
8   East Palo Alto, CA  94303
    Telephone:  (650) 328-8500
9   Facsimile:  (650) 328-8508
    Email:   goinesw@gtlaw.com; rosenthalk@gtlaw.com
10

11  Counsel for Plaintiff-Intervenors

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*, | |
| Plaintiffs, | CASE NO. C07-cv-04472-CRB |
| and | **PLAINTIFF-INTERVENORS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
| SAN FRANCISCO CHAMBER OF COMMERCE, *et al.*, | |
| Plaintiff-Intervenors | |
| and | |
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al., | |
| Plaintiffs-Intervenors | |
| v. | |
| MICHAEL CHERTOFF, *et al.*, | |
| Defendants. | |

GREENBERG TRAURIG LLP

1    Plaintiff-Intervenors San Francisco Chamber of Commerce, Chamber of Commerce of the

2   United States of America *et al.*, through their undersigned counsel, hereby adopt the plaintiffs'

3   Response to Defendants' Notice of Supplemental Authority, both of which were filed this date.

4   Moreover, defendants' supplemental authority, *Mountain High Knitting v. Reno*, 51 F.3d 216 (9th

5   Cir. 1995), is not relevant to Plaintiff-Intervenors' statutory standing which is based on the

6   Administrative Procedure Act, 5 U.S.C. § 551 *et seq.*, and the Regulatory Flexibility Act, 5 U.S.C. §

7

8   611.  *See, e.g., Massachusetts v. Environmental Protection Agency*, 549 U.S.___, No. 05-1120, slip

9   op. at 13-14 (April 2, 2007).

10

11                                    Respectfully submitted,

12                                    /s/  Robert P. Charrow
                                      Robert P. Charrow (CA SBN 44962)
13                                    Laura Klaus (DC SBN 294272) (*Admitted Pro Hac*)
                                      Laura Reiff (DC SBN 424579) (*Admitted Pro Hac*)
14                                    GREENBERG TRAURIG, LLP
                                      800 Connecticut Avenue, N.W., Suite 500
15                                    Washington, D.C. 20006
                                      Telephone:  (202) 533-2396
16                                    Facsimile:  (202) 261-0164
                                      Email: charrowr@gtlaw.com; klausl@gtlaw.com and
17                                    reiffl@gtlaw.com

18                                    William J. Goines (CA SBN 061290)
                                      Karen Rosenthal (CA SBN 209419)
19                                    GREENBERG TRAURIG, LLP
                                      1900 University Ave., 5th Fl.
20                                    East Palo Alto, CA  94303
                                      Telephone:  (650) 328-8500
21                                    Facsimile:  (650) 328-8508
                                      Email:  goinesw@gtlaw.com; rosenthalk@gtlaw.com

22                                    Robin S. Conrad (DC SBN 342774) (*Pro Hac Pending*)
                                      Shane Brennan (DC SBN 456402) (*Pro Hac Pending*)
23                                    National Chamber
                                          Litigation Center, Inc.
24                                    1615 H Street, N.W.
                                      Washington, D.C. 20062
25                                    Telephone: (202) 463-5337
                                      Facsimile: (202) 463-5346
26                                    Email: RConrad@uschamber.com

27                                    Counsel for Plaintiff-Intervenors

28
                                    - 2 -                    C:07-cv-04472-CRB

GREENBERG TRAURIG LLP

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

Ana L. Avendano
AFL-CIO
aavendan@aflcio.org

James B. Coppess
AFL-CIO
jcoppell@aflcio.org

Linda Claxton
Ogletree, Deakins, Nash, Smoak &
  Stewart P.C.
linda.claxton@ogletreedeakins.com

Alan Lawrence Schlosser
ACLU Foundation of Northern California
aschlosser@aclunc.org

Julia Harumi Mass, Esq.
American Civil Liberties Union of
Northern California
jmass@aclunc.org

Lucas Guttentag
ACLU Immigrants' Rights Project
lguttentag@aclu.org

Monica Teresa Guizar
National Immigration Law Center
guizar@nilc.org

Omar C. Jadwat
ACLU Immigrants Rights Project
ojadwat@aclu.org

Jonathan Unruh Lee
U.S. Attorneys Office
jonathan.lee@usdoj.gov

Scott Alan Kronland
Altshuler Berzon LLP
skronland@altshulerberzon.com

Leon Dayan
Bredhoff & Kaiser
LDayan@Bredhoff.com

David Albert Rosenfeld
Manjari Chawla
Weinberg Roger & Rosenfeld
courtnotices@unioncounsel.net

Jennifer C. Chang
ACLU Immigrants' Rights Project
jchang@aclu.org

Linton Joaquin
National Immigration Law Center
joaquin@nilc.org

Marielena Hincapie
National Immigration Law Center
hincapie@nilc.org

Monica Maria Ramirez
ACLU Immigrants RightsProject
mramirez@aclu.org

Daniel Bensing
U.S. Dept. of Justice
Daniel.Bensing@USDOJ.gov

  /s/ Cindy Hamilton                    
Cindy Hamilton

GREENBERG TRAURIG LLP

C:07-cv-04472-CRB

PLAINTIFF-INTERVENORS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY