PETER D. KEISLER
Assistant Attorney General
THOMAS H. DUPREE JR. (D.C. Bar No. 467195)
Deputy Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C. 20001
Telephone: (202) 305-0693
Facsimile: (202) 616-8460
Daniel.Bensing@USDOJ.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., | Case No. 07-4472 CRB |
| Plaintiffs, | |
| SAN FRANCISCO CHAMBER OF COMMERCE, et al., | |
| Plaintiffs-Intervenors, | |
| and | |
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al., | **FIRST NOTICE OF FILING OF ADMINISTRATIVE RECORD** |
| Plaintiffs-Intervenors | |
| v. | |
| MICHAEL CHERTOFF, Secretary of Homeland Security, et al., | |
| Defendants. | |

Defendant Department of Homeland Security (DHS) hereby files the administrative record relied upon by DHS in adopting the final rule "Safe-Harbor Procedures for Employers Who Receive a No-Match Letter." See 72 Fed. Reg. 45611 (August 15, 2007). This record, consisting of a Certification, an Index[1]/ and the record itself, divided into fifteen (15) separate parts, is being submitted as two separate filings. The First Notice of Filing includes the Certification, Index and parts 1-6. The Second Notice of Filing includes parts 7-15.

DATED: October 1, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
THOMAS H. DUPREE JR. (D.C. Bar No. 467195)
Deputy Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

/s/
SANDRA SCHRAIBMAN
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C. 20001
Telephone: (202) 305-0693
Facsimile: (202) 616-8460
E-mail: Daniel.Bensing@USDOJ.gov

---

[1]/ This version of the Index does not include page numbers for the public comments included in the record. An amended Index, containing page numbers for all documents in the record, will be filed shortly.

Certificate of Service

I hereby certify that on October 1, 2007, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

Scott A. Kronland
Altshuler Berzon LLP
skronland@altshulerberzon.com

Ana L. Avendano
AFL-CIO
aavendan@aflcio.org

James B. Coppess
AFL-CIO
jcoppell@aflcio.org

Linda Claxton
Ogletree, Deakins, Nash, Smoak & Stewart P.C.
linda.claxton@ogletreedeakins.com

Alan Lawrence Schlosser
ACLU Foundation of Northern California
aschlosser@aclunc.org

Julia Harumi Mass, Esq.
American Civil Liberties Union of Northern California
jmass@aclunc.org

Lucas Guttentag
ACLU Immigrants' Rights Project
lguttentag@aclu.org

Monica Teresa Guizar
National Immigration Law Center
guizar@nilc.org

Robert Charrow
Greenberg Traurig, LLP
charrowr@gtlaw.com

David Albert Rosenfeld
Manjari Chawla
Weinberg Roger & Rosenfeld
courtnotices@unioncounsel.net

Jennifer C. Chang
ACLU Immigrants' Rights Project
jchang@aclu.org

Linton Joaquin
National Immigration Law Center
joaquin@nilc.org

Marielena Hincapie
National Immigration Law Center
hincapie@nilc.org

Monica Maria Ramirez
ACLU Immigrants Right Project
mramirez@aclu.org

Leon Dayan
Bredhoff & Kaiser
LDayan@Bredhoff.com

Omar C. Jadwat
ACLU Immigrants Rights Project
ojadwat@aclu.org

/s/

Daniel Bensing