PETER D. KEISLER
Assistant Attorney General
THOMAS H. DUPREE JR.
Deputy Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C. 20001
Telephone: (202) 305-0693
Facsimile: (202) 616-8460
Daniel.Bensing@USDOJ.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br> Plaintiffs, <br><br> SAN FRANCISCO CHAMBER OF COMMERCE, et al., <br><br> Plaintiffs-Intervenors, <br><br> and <br><br> UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al., <br><br> Plaintiffs-Intervenors <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of Homeland Security, et al., <br><br> Defendants. | Case No. 07-4472 CRB <br><br><br><br><br><br><br><br><br><br><br><br>**CERTIFICATION OF ADMINISTRATIVE RECORD** |

1  _____)

2

3   I, __Roderick H. O'Connor__, in my capacity as _Management and Program

4   Analyst of the Department of Homeland Security, hereby certify, to the best of my

5   knowledge and belief, that the documents annexed hereto constitute a true and correct

6   copy of the administrative record relied upon by the Department of Homeland Security

7   in adopting the final rule, "Safe-Harbor Procedures for Employers Who Receive a No-

8   Match Letter. See 72 Fed. Reg. 45611 (August 15, 2007). Privileged documents,

9

10  including those reflecting internal agency deliberations, are not part of this

11  administrative record. See Portland Audubon Society v. The Endangered Species

12  Committee, 984 F.2d 1534, 1549 (9th Cir. 1993); Arizona Rehabilitation Hospital v.

13  Shalala, 185 F.R.D. 263, 266-68 (D.Ariz. 1998); Maritel, Inc. v. Collins, 422 F.Supp. 2d

14  188, 196-97 (D.D.C. 2006).

15

16  An index to the administrative record is attached.

17

18  Dated: September _28, 2007                    _____

19

20

21

22

23

24

25

26

27

28