UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF LABOR AND
  CONGRESS OF INDUSTRIAL
  ORGANIZATIONS, <u>et al</u>.,

               Plaintiffs,

SAN FRANCISCO CHAMBER
  OF COMMERCE, <u>et al</u>.,

           Plaintiffs-Intervenors,

              and

UNITED FOOD AND COMMERCIAL
  WORKERS INTERNATIONAL UNION, <u>et al</u>.,

           Plaintiffs-Intervenors

     v.

MICHAEL CHERTOFF, Secretary of Homeland
  Security, <u>et al</u>.,

              Defendants.

Case No. 07-4472 CRB

**Index to Administrative Record**

**Safe-Harbor Procedures for Employers Who Receive a No-Match Letter**
**RIN 1653-AA50**
**ICE 2377-06**
**DHS Docket No. ICEB-2006-0004**

Page

**Guidance Correspondence**

**1**    Letter to Dea Carpenter, Associate General Counsel, Immigration and
       Naturalization Service, from Littler Mendelson, July 18, 1997.

Page

1    **3**    Letter to Littler Mendelson, from David A. Martin, General Counsel, Immigration and Naturalization Service, December 23, 1997.

2

3    **6**    Letter to Alston & Bird, LLP, from Dea D. Carpenter, Chief, Employer Sanctions and Civil Document Fraud Division, Office of the General Counsel, Immigration and Naturalization Service.

4

5    **9**    Letter to California Farm Bureau Federation, from Paul W. Virtue, Acting General Counsel, Immigration and Naturalization Service, February 17, [illegible].

6

7    **11**    Letter to Hon. Robert F Smith, United States House of Representatives, from Paul W. Virtue, General Counsel, Immigration and Naturalization Service, Nov. 19, 1998.

8

9    **13**    Letter to AFL-CIO from Sarah DeCosse, Department of Justice Civil Rights Division, April 1, 2004.

10

11    **15**    Letter from Paul W. Virtue, General Counsel, Immigration and Naturalization Service, April 12, 1999.

12

13    **19**    Letter to Hon. John H. Hostettler, United States House of Representatives, from Hon. Pamela J. Turner, Assistant Secretary for Legislative Affairs, Department of Homeland Security, August 9, 2004.

14

15    **21**    Letter to Hon. Tom Ridge, Secretary, Department of Homeland Security, from Tyson Foods, Inc., December 30, 2004.

16

17    **23**    Letter to Tyson Foods, Inc. from Daniel Brown, Deputy Associate General Counsel, Department of Homeland Security, March 16, 2005.

18

19    **25**    Letter from DHS, Office of the General Counsel, to W.E. Welch & Associates, Inc., March 30, 2005.

20    **28**    Letter to Hon. William J. Sanchez, Special Counsel for Immigration Related Unfair Employment Practices, Civil Rights Division, Department of Justice, from Schulte Roth & Zabel, LLP, June 10, 2005.

21

22    **30**    Letter to Hon. William J. Sanchez, Special Counsel for Immigration Related Unfair Employment Practices, Civil Rights Division, Department of Justice, and Robert C. Divine, Chief Counsel, United States Citizenship and Immigration Services, Department of Homeland Security, from Schulte Roth & Zabel, LLP, November 28, 2005.

23

24

25

26

27

28

Page

**32**   Letter to Schulte Roth & Zabel, LLP, from Hon. William J. Sanchez, Special Counsel for Immigration Related Unfair Employment Practices, Civil Rights Division, Department of Justice, September 16, 2005.

**Congressional Hearing**

**35**   Hearing before the Subcommittees on Social Security and Oversight of the House Committee on Ways and Means, February 16, 2006

**Public Reports and Testimony**

**139**   Excerpt from U.S. Commission on Immigration Reform 1997 Recommendations, pp.113-121.

**148**   GAO Report No. 99-33: Report to Congressional Committees, "Illegal Aliens: Significant Obstacles to Reducing Unauthorized Alien Employment Exist" (April 1999).

**200**   GAO Report No. 99-175: Testimony, "Illegal Aliens: Fraudulent Documents Undermining the Effectiveness of the Employment Verification System" (July 1999).

**211**   Office of the Inspector General, Social Security Administration, Management Advisory Report No. A-08-02-22077, "Social Security Number Integrity: An Important Link in Homeland Security" (May 2002).

**233**   GAO Report No. 02-861T: Testimony, "Immigration Enforcement: Challenges to Implementing the INS Interior Enforcement Strategy" (July 2002).

**243**   Testimony of the Hon. James G. Huse, Jr., Inspector General, Social Security Administration, before the House Ways and Means Committee, Hearing on "Preserving the Integrity of Social Security Numbers and Preventing Their Misuse by Terrorists and Identity Thieves," (September 19, 2002)

**251**   Office of the Inspector General, Social Security Administration, Congressional Response Report No. A-03-03-24048, "Use and Misuse of the Social Security Number" (August 2003).

**274**   Office of the Inspector General, Social Security Administration, Audit Report No. A-03-03-13026, "Follow-Up Review of Employers With the Most Suspended Wage Items" (October 2003).

Page

**309**    Chirag Mehta, Nik Theodore, and Marielena Hincapie, Social Security Administration's No-Match Letter Program: Implications for Immigration Enforcement and Workers' Rights (Center for Urban Economic Development, University of Illinois at Chicago 2003).

**367**    Office of the Inspector General, Social Security Administration, Audit Report No. A-03-03-13048, "Employers With The Most Suspended Wage Items In The 5-Year Period 1997 Through 2001" (October 2004).

**400**    GAO Report No. 05-154: Report to Congressional Committees, "Social Security: Better Coordination among Federal Agencies Could Reduce Unidentified Earnings Reports" (February 2005).

**453**    Office of the Inspector General, Social Security Administration, Audit Report No. A-08-05-25023, "Social Security Number Misuse in the Service, Restaurant, and Agriculture Industries" (April 2005).

**478**    CRS Report for Congress, "Social Security Benefits for Noncitizens: Current Policy and Legislation" (May 11, 2005).

**506**    GAO Report No. 05-8 13: Report to Congressional Requesters, "Immigration Enforcement: Weaknesses Hinder Employment Verification and Worksite Enforcement Efforts" (August 2005).

**570**    Office of the Inspector General, Social Security Administration, Audit Report No. A-03-05-25007, "Usefulness of Decentralized Correspondence in Focusing Employer-Assistance Activities" (September 2005).

**603**    GAO Report No. 06-458T: Testimony of Barbara Bovbjerg, Director of Education, Workforce, and Income Security Issues, before the House of Representatives Subcommittees on Social Security and on Oversight of the Committee on Ways and Means, "Social Security Numbers: Coordinated Approach to SSN Data Could Reduce Unauthorized Work-" (February 16, 2006)

**619**    GAO Report No. 06-895T: Testimony of Richard M. Stana, Director of Homeland Security and Justice, Before the Subcommittee on Immigration, Border Security and Citizenship, of the United States Senate Committee on the Judiciary, "Immigration Enforcement: Weaknesses Hinder Employment Verification and Worksite Enforcement Efforts" (June 19, 2006).

**646**    GAO Report No. 06-814R: Briefing for Congressional Staff, "*Immigration Enforcement: Benefits and Limitations to Using Earnings Data to Identify Unauthorized Work*" (July 11, 2006).

Page

**Other Background Materials**

**662**   DHS Form I-9, with DHS Guidance

**680**   Social Security Employer No-Match Letter for Tax Year 2005

**688**   Social Security Individual Employee No-Match Letter

**692**   Social Security Letter to Employer Regarding Individual Employee's Record

**695**   Legacy INS Notice of Suspect Documents Letter

**697**   INS Handbook for Employers: Instructions for Completing Form I-9

**734**   Social Security Online: "Employer Reporting Instructions & Information" (Undated printout from SSA website)

**739**   Interpreter Release, "INS General Counsel Discusses Important Social Security Compliance Issues for I-9 Purposes" (February 9, 1998).

**742**   Center for Immigration Studies Backgrounder, "America's Identity Crisis: Document Fraud Is Pervasive and Pernicious" (April 2002).

**754**   Center for Immigration Studies Backgrounder, "Giving Cover to Illegal Aliens: IRS Tax ID Numbers Subvert Immigration Law" (November 2002).

**762**   Austin T. Fragomen, Jr., "Revisions to SSA 'No-Match' Letter Program and Impact on Employers," Immigration Business News and Comment (April 1, 2003).

**767**   Paul R. Penny, "Fire First and Ask Questions Later: What Is the Effect of the Social Security Administration's 'Mismatch Letters?'" 5 Scholar 355 (Spring 2003).

**790**   Social Security Administration, Employee Verification Service: Employer and Third-Party Submitter Instructions (2004 Revision).

**810**   Austin T. Fragomen, Jr., "Strategies When an Employer Receives Social Security Administration "No-Match" Letter," Immigr. Empl. Compliance Handbook § 3:12 (August 2004).

Page

815    Austin T. Fragomen, Jr., "SSA 'No-Match' Letters and Presentation of New Social Security Numbers," Immigr. Empl. Compliance Handbook § 6:53 (August 2004).

820    John K. Webb, "Use of the Social Security Fraud Statute in the Battle Against Terrorism" (Undated)

834    Austin T. Fragomen, Jr., "Constructive Knowledge Examples in Employer Sanction Rules and Relationship to Document Abuse Prevension--SSA 'No-Match' Letters and Presentation of New Social Security Numbers," Immigr. Empl. Compliance Handbook § 6:53 (January 2006).

841    Overview of Department of Homeland Security ("DHS") Proposed Regulations on Safe-Harbor Procedures for Employers who Receive a No-Match Letter, Essential Worker Immigration Coalition (June 12, 2006).

**Proposed Rule**

844    Department of Homeland Security, Proposed Rule: "Safe-Harbor Procedures for Employers Who Receive a No-Match Letter," 71 Fed. Reg. 34281 (June 14, 2006)

**Public Comments**

**Non-Form Letters**

**(Listed in order by submitter name, entity name or email address)**

849 – 2417    Dan Danner, NFIB The Voice of Small Business

Jasper E. Hampel, Western Growers

Randel Johnson, Chamber of Commerce

Laura Foote Reiff, Co-Chair, EWIC

Robert Deasy, American Immigrant Lawyers Association

Robert Deasy, American Immigrant Lawyers Association (Attachment)

Fred Tsao, Illinois Coalition for Immigrant and Refugee Rights

Andrew S. Fortin, Vice-President, Legal/Government Relations

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page

1   Andrew S. Fortin, Vice-President, Legal/Government Relations
    (Attachment)

2   Christine Ortiz, Voces de la Frontera

3
    John Peek
4
    Kristen Paulson Gibbons, Gibbons Law Firm
5
    Bruce Goldstein, Farmworker Justice
6
    Bruce Goldstein, Farmworker Justice
7
    Eric Gutierrez, Mexican American Legal Defense & Educational Fund
8
    Eric Gutierrez, Mexican American Legal Defense & Educational Fund
9   (Attachment)
10
    Ana Avendano, Associate General Council and Director
11
    Marielena Hincapié, Esq., Director
12
    Peter Rachelson
13
    Anonymous
14
    Melissa Milligan
15
    Sean Yolish
16
    Tony Schaffer
17
    M.S. Vinson, V.P., National Council of Chain Restaurants
18
    M.S. Vinson, V.P., National Council of Chain Restaurants
19
    Malcom Sweeden
20
    L.F. Reiff, Essential Worker Immigration Coalition
21
    L.F. Reiff, Essential Worker Immigration Coalition
22
    Anonymous
23
    S.W.Hippert
24
    W.E.Mc Clure
25

26

27

28

Page

1        V. Rutland

2        C. Loomis

3        K. Schatz

4        Carla J. Hoglund

5        J.A. Kafura

6        Arlene Frelk

7        F. Brian Graham

8        Robert. J. Calabro, CPA

9        Carl Irma Hayes

10       Thomas Delaney

11       B.D.Hogg

12       EWIC

13       Peter and Rebecca

14       Theresa Thomas

15       Denise Venezuela

16       Alan J. Kraemer

17       Erik Dunbar

18       Lisa Parmelee, Executive Assistant

19       Marielena Hincapie, Esq.

20       Kristy Blackman

21       Timothy Keaty, SPHR

22       Nancy Powers

23       Charles R. Baesler Jr

24       Cynthia Mark

25

26

27                                                    – 8 –

28

Page

1   Angela Stuesse

2   Margarita Martin, Reject Proposed Worksite Enforcement Regulations

3   Gail Ryall, Reject Proposed Worksite Enforcement Regulations

4   Mass Mail Campaign: Reject Proposed Worksite Enforcement Regulations-
    Count as of 11/17 (545)

5

6   Maile Broccoli-Hickey

7   Sheryl Munoz-Bergman

8   Patricia Hatch

9   Bob Sichta

10   George Rinaldi

11   Tim Brown

12   Tracy Tenwalde

13
    Comments made on June 20, 2006 at meeting with Essential Worker
14   Immigration Coalition (EWIC)

15   Hillary Ronen

16   Tovah Flygare

17   Henry Norr

18   Rachel Dornhelm

19   Cat Le

20   David Loeb

21   Elizabeth Wu

22   Eloisa Hernandez-Ramos

23   Susan Guare

24   Herbert Engman

25   Jocelyn Sherman

26

27

28

Page

1      Shoba Sivaprasad Wadhia Esq

2      Shoba Sivaprasad Wadhia Esq (Attachment), National Immigration Forum

3      J.Doug Ohmans

4      Jim Ludwick

5      Lynda Winslow

6      William Peltz

7      Rolando Palacios

8      Onofre Antonio Abarca

9      Virginia Johnson

10

11     Debbie Anderson Reject New Bush Administration Immigration Regulations

12     Mary Nella Gonzales Reject Bush Administration Immigration Regulations

13     Mass Mail Campaign: Reject New Bush Administration Immigration

14     Regulations- Count as of 11/17 (989)

15     Nancy Dahlberg

16     Corey Olsen

17     Deborah Brooks

18     Lawrence Smith, BA

19     Marien Levy

20     Beth Stickney, Immigrant Legal Advocacy Project

21     Beth Stickney, Immigrant Legal Advocacy Project (Attachment)

22     Charles Barragan

23     Gail Duke, CPM

24     Gail Duke, CPM (Attachment)

25     Molly Graver, Attorney

26

27

28

Page

1    Molly Graver, Attorney (Attachment)

2    Donald Pottieger, Sr., CBSE

3    Donald Pottieger, Sr., CBSE (Attachment)

4    Elvira Alexander

5    Marlene Colucci, Executive VP, American Hotel & Lodging Association

6    Marlene Colucci, Executive VP, American Hotel & Lodging Association
7    (Attachment)

8    Peggy Mastroianni, Associate Legal Counsel

9    Peggy Mastroianni, Associate Legal Counsel (Attachment)

10   Manuel Cunha Jr, President

11   Alexia Kulwiee, Chief Counsel

12   Alexia Kulwiee, Chief Counsel (Attachment)

13   Charles Breiterman

14
     Lauralee Markus, Director, Chamber of Commerce
15
     Fragomen,Del Ray, Bernsen & Loewy, LLP
16
     Mara Keisling, Executive Director, National Center for Transgender
17   Equality

18   Mara Keisling, Executive Director, National Center for Transgender
19   Equality (Attachment1)

20   Marielena Hincapie

21   Aeryca Steinbauer, CAUSA

22   Ali Noorani, Massachusetts Immigrant & Refugee Advocacy Coalition

23   Ana Avendano, American Federation of Labor and Congress of Industrial
24   Organizations

25   Cynthia L. Rice, California Rural Legl Assistance Inc

26   D Sadowski

27

28

Page

1    Fionna McKinnon, National Immigration Project

2    Gavin Newsome, Office of The Mayor of San Francisco

3    George R. Green, Food Market Institute

4    Janet Murguia, National Council of Laraza

5    Jennifer Lai, National Immigration Law Center

6    Joseph Young, New England Apple Council Inc

7    Kenya Wiley

8    Michell Silberberg & Knupp llp

9    P Sullivan

10    Terence M. O'Sullivan, Laborers International Union of North America

11    Thomas V. DeBruin, Pennsylvannia's Health Care Union

12    Vic Rosenthal, Jewish Community Action

13    Rachel Dornhelm-duplicate submission

14    Charles Barragan-duplicate submission

15    Khalid Butt, Secretary, Government of Pakistan

16    Karen Narasaki, President and Executive Director

17    Michael Aitken, Director

18    Orrin Baird, SEIU

19    City of Santa Fe Immigration Committee

20    Keely Sewell, Director

21    Michele Waslin, Ph.D, The National Council of La Raza (NCLR)

22    Jeff Stone

23    Michael Monroe, International Union of Painters and Allied Trades, AFL-CIO, CLC

24

25

26

27

28

Page

1    Kristin L. Martin, UNITE HERE!

2    Sharon Hughes, National Council of Agricultural Employers

3    Peter A. Schey, President, Center for Human Rights and Constitutional Law

4    LeeAnn Hall

5    Joseph Young, Executive Director, New England Apple Council Inc.

6    Kenneth Barger, Farm Labor Organizing Committee, AFL-CIO

7    Mike Stollenwerk, Fairfax County Privacy Council

8    Kathy Barrett, Cayuga Marketing LLC

9    Lynn Shotwell, ACIP

10    Mark Maslyn, Executive Director, American Farm Bureau Federation

11    Donald Kerwin

12    William C. Balek, ISSA

13    Joan Suarez, Convenor, Immigrant Rights Action Task Force

14    Julia Malette & Minsu Longiaru, Washtenaw County Workers' Center

15    Bill Isokair, American Subconstractor Association , INC.

16    James Hickey, Jr, American Horse Council

17    Miss Billie

18    John Farner, American Nursery and Landscape Association

19    John Farner, American Nursery and Landscape Association (Attachment1)

20    John Farner on behalf of Agriculture Coalitioon for Immigration Reform
21    (Attachment2)

22    Alexia Kulwiec, Chief Counsel, Service Employees International Union

23    Angelica Salas, Coalition for Humane Immigrant Rights of Los Angeles-
24    CHIRLA

25    Anita Drummond, Esq. on behalf of Construction Emploers

26

27

28

Page

1          Anita Drummond, Esq. on behalf of Construction Emploers

2          Anita Drummond, Esq., Associated Builder and Contractors

3          Anita Drummond, Esq., Associated Builder and Contractors

4          Art Read, Friends of Farmworkers, Inc.

5          Art Read, Friends of Farmworkers, Inc.

6          Austin Perez on behalf of The American Farm Bureau Federation (AFBF)

7          Austin Perez on behalf of The American Farm Bureau Federation (AFBF)

8          Barry Bedwell, California Grape & Tree Fruit League

9          Cheryl Hall, Western Growers

10         Cheryl Hall, Western Growers

11         Bob Bacon, TAS COmmercial Concrete Construction, L.P.

12

13         Claire Syrett, Organizer, Eugene-Springfield Solidarity Network

14         Claire Syrett, Organizer, Eugene-Springfield Solidarity Network
           (Attachment)

15         Carole Angel, Legal Momentum

16         Carole Angel, Legal Momentum

17         Craig Silvertooth, National Roofing Contractors Association

18         Craig Silvertooth, National Roofing Contractors Association (Attachment)

19

20         Elizabeth McDonough

21         Guadalupe Palma, Esq. Latina Lawyers Bar Association

22         James Coleman on behalf of the National Council of Chain Restaurants

23         James Coleman on behalf of the National Council of Chain Restaurants
           (Attachment)

24

25         Fiona McKinnon, National Immigration Project

26         Fiona McKinnon, National Immigration Project (Attachment)

27

28

Page

1    James Foreman

2    Jane Fast

3    Jim Kyger, Printing Industries of America-Washington Office

4    Jim Kyger, Printing Industries of America-Washington Office (Attachment)

5    Gail Inzero on behalf of National Turkey Federation/National Chicken
6    Council

7    Gail Inzero on behalf of National Turkey Federation/National Chicken
     Council (Attachment)

8

9    John Lincoln, New York Farm Bureau

10   Karen Cone on behalf of TOC Management Services

11   Karen Cone on behalf of TOC Management Services

12   Raquel Gonzalez

13   Rebeca Gamez, NICE- New Immigrant Community Empowerment

14   Regan Cooper, PA Immigration and Citizenship Coalition

15   Regan Cooper, PA Immigration and Citizenship Coalition (Attachment)

16   David Seldon, Stinson Morrison Hecker LLP

17   David Seldon, Stinson Morrison Hecker LLP (Attachment)

18   Socorro Rios, Somos Un Pueblo Unido

19   Rich Hudgins, California Canning Peach Association

20   Rich Hudgins, California Canning Peach Association

21

22   Sherwin Siy, Electronic Privacy Information Center

23   Sherwin Siy, Electronic Privacy Information Center (Attachment)

24   Sonia Marquez, Greater Boston Legal Servies

25   Sonia Marquez, Greater Boston Legal Servies (Attachment)

26   Tobi Hill-Meyer

27

28
                                                                    – 15 –

Page

1     Ricardo Flores, Public Justice Center

2     Ricardo Flores, Public Justice Center

3     Rob Roy

4     Robin Stone-May, Forgemaster Iron

5     Ruth Clark, Tindall & Foster, P.C.

6     Ruth Clark, Tindall & Foster, P.C. (Attachment)

7     Sheila Gleason, Coalition of Irish Immigration Centers

8     Sheila Griffen, Rosemary Empen

9
      Terri Ivey, UFCW- Voice for Working America
10
      Terri Ivey, UFCW- Voice for Working America
11
      Toby Malara, Esq., American Staffing Association
12
      Toby Malara, Esq., American Staffing Association
13
      Chang M.
14
      Christopher Punongbayan, Filipinos for Affirmative Action
15
      Kerry Korpi
16
      Monte Byers
17
      David S. Rugendorf of Mitchell Silverberg and Kunpp LLP
18
      Dennis Sadowski
19
      Richard A. Hayden, Secretary Treasure
20
      Carolina Ramon
21
      Leland Y. Yee, PH.D
22
      William Shuey
23
      Thomas Roney
24
      Jennifer Lai
25

26

27

28

Page

1        Vincent A. Eng

2        Marielena Hincapie

3        Peter Schey

4        Selden, David

5        Kristen Paulson Gibbons

6        Anita Drummond

7        Marielena Hincapie

8        Alexia

9

10        Julie Suarez

11       Wiley, Kenya

12       Fatima Carroll

13       Anita Drummond

14       Autumn Veazey

15       R. Craig Silvertooth

16       Austin  Perez

17       Inzero, Gail V. (SC)

18       Lauren Airey

19       Carole Angel

20       Orrin Baird

21       NCAE: Michael Kerr

22       Marquez, Sonia

23       Therressa Ivey

24       Bill Balek

25       Eric Gutierrez

26

27

28

Page

1    Arevalo, Luz

2    Regan Cooper

3    Smith, Robert (CoBank)

4    schmidta@gtlaw.com

5    Robert Deasy

6    Mike Gempler

7    Mirna Torres

8    Keely Sewell

9    Dendas, Michael

10    Dendas, Michael

11    MMonroe@iupat.org

12    MMonroe@iupat.org

13    Lydia Tamez (LCA)

14    Kevin McColaugh

15    Leslie Miller

16    John Farner

17    Art Read

18    Jeff Stone

19    Toby Malara

20    Jim Kyger

21    Osinski, Ruth

22    NEAC1@aol.com

23    Bill Isokait

24    suarez.joan@att.net

25

26

27

28

Page

1    Hispacol2@aol.com

2    Adrienne DerVartanian

3    Cheryl Hall

4    Ruth Clark

5    Sheila Gleeson

6    Fiona McKinnon

7    Rich A Hudgins

8    Reiko Ross

9    Sherwin Siy

10   Rachel_Cox@ACIP.com

11   Eugene-Springfield Solidarity Network

12   Cynthia Rice

13   Coleman, Jim

14   Marisol Jimenez-McGee

15   Michele Waslin

16   Ricardo Flores

17   Mirna Torres

18   Ramona Gomez

19   Karen Cone

20   Carrie Tracy

21   Alicia Hedges

22   Greg Simons

23   Forest Wilson (the669watchdog@aol.com)

24   Edie Foreman

25

26

27

28

Page

1     Douglas Holman

2     Nicholas Occhipinti

3     City of Santa Fe immigration Committee

4     James Foreman (AxDeath@hotmail.com)

5     Kristin Koptiuch

6     Jesse Davis

7     Tobi Hill-Meyer

8     Lois Bernbeck

9
      Miles Vincent Rodriguez
10
      Kelli Larsen
11
      Thomas Herring
12
      missbillie5441@yahoo.com
13
      Jeanne Geraci
14
15    Fairfax County Privacy Council

16    Charles Breiterman

17    Latina Lawyers Bar Association

18    Orrin Baird

19    Rob Roy

20    Fred Tsao

21
      Barry Bedwell
22
      Kathy Barrett
23
      Minsu Longiaru
24
25    Bob Bacon

26    Rebeca Gamez

27

28

Page

1     John Peek

2     Sheila Griffin and Rosemary Empen

3     Jane H. Fast

4     Ken Barger

5     Tom Granado

6     Carrie Tracy

7     Shoba Sivaprasad Wadhia

8     Alexander, Elvira

9     Scott Vinson

10    Essential Worker Immigration Coalition

11    Khalid Ali Butt

12    Jennifer Lai

13    Tom Delaney

14    Marielena Hincapie

15    Arlene Kelly

16    Caroline Domingo

17    Craig Waldron

18    Celia Becerril

19    Gloria Soria

20    Jonathan Harris

21    Melodie Paulsen

22    Beth Masck

23    Probyn Gregory

24    Carl Irma Hayes

25

26

27

28

Page

1      Bob Sichta

2      Nancy Powers

3      Karen Schatz

4      Alan Kraemer

5      Blackman, Kristy

6      Charles Baesler

7      Graham, Brian

8      Lisa Parmelee

9
       Peter & Rebecca [mailto:cmelody2@verizon.net]
10
       Arlene Frelk
11
       Robert J. Calabro
12
       Claudia Loomis
13
       Theresa thomas
14
       Maile Broccoli-Hickey
15
16     David Loeb

17     Rachel Dornhelm

18     Jim Ludwick

19     Charles Barragan
20
       Nancy Dahlberg
21
       National Council of Chain Restaurants
22
       United Brotherhood of Carpenters & Joineer of America
23
       WEIC Essential Workers Immigration Coalition
24
25     John Peek

26     International Institute Rhode Island

27

28

Page

1    California Canning Peach Association

2    Assembly California Legislature Speaker pro Tempore California State Assembly

3

4    Women's Economic Development Agency (WEDA)

     Indiana Horticultural Society, Inc.

5

6    Immigrant Legal Advocacy Project (ILAP)

7    Filipinoas for Affirmative Action (FAA)

8    Dennis Sadowski

9    Massachusetts Immigrant & Refugee Advocacy Coalition (MIRA)

10    National Immigration Project of the National Lawyers Guild, Inc.

11    CAUSA

12    Jewish Community Action (JCA)

13    1199P-SEIU

14    Pat Sullivan

15    Elvira Alexander

16

17    Mitchell Silberg & Knupp LLP

18    AFL-CIO

19    Office of Mayor City & County of San Francisco CA

20    Food Marketing Institute (FMI)

21    California Rural Legal Assistance

22    American Federation of State, County & Municipal Employees

23    New England Apple Council Inc.

24    Michael P. Aitken for Society for Human Resource Management

25    Indiana Horticultural Society, Inc.

26

27

28

Page

1    Laborers International Union of North America

2    National Immigration Law Center.

3    Low-Wage Immigrant Worker Coalition

4    National Council of La Raza

5    LA Raza Centro Legal, Inc.

6    National Restaurant Association

7    Stinson Morrison Hecker, LLP

8    M. Cheng

9    CASA of Maryland, Inc.

10   Seminarians for Worker Justice At the Graduate Theological Union

11   Edie Foreman

12

13

14    **Sample Form Letter and Form Email Public Comments**

15    *These comments are samples of each mass-mailing received from members of the*
      *public. The full set of all such comments (form letters and emails totaling 5,025) is on*
16    *file with the Department of Homeland Security and is available for inspection upon*
      *request.*
17    *A list of the senders of each such form letter comment is attached.*

18    **2418**    Richard Wagner

19    **2419**    Rozlyn Koenigseker

20    **2421**    Joseph Drake

21
22    **2422**    Victor Chavez

23    **Final Rule**

24    **2423**    Department of Homeland Security, Final Rule: "Safe-Harbor Procedures for
             Employers Who Receive a No-Match Letter," 72 Fed. Reg. 45611
25           (August 15, 2006)

26

27
28