```
 1  PETER D. KEISLER
    Assistant Attorney General
 2  THOMAS H. DUPREE JR. (D.C. Bar No. 467195)
    Deputy Assistant Attorney General
 3  SCOTT N. SCHOOLS
 4  United States Attorney
    SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
 5  DANIEL E. BENSING (D.C. Bar No. 334268)
    Attorneys, U.S. Department of Justice
 6  Civil Division, Federal Programs Branch
 7  20 Massachusetts Ave., N.W., Room 6114
    Washington, D.C. 20001
 8  Telephone: (202) 305-0693
    Facsimile: (202) 616-8460
 9  Daniel.Bensing@USDOJ.gov
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br> Plaintiffs, <br><br> SAN FRANCISCO CHAMBER OF COMMERCE, et al., <br><br> Plaintiffs-Intervenors, <br><br> and <br><br> UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al., <br><br> Plaintiffs-Intervenors <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of Homeland Security, et al., <br><br> Defendants. | Case No. 07-4472 CRB <br><br><br><br><br><br><br><br><br><br><br><br><br><br> **SECOND NOTICE OF FILING OF ADMINISTRATIVE RECORD** |

Defendant Department of Homeland Security (DHS) hereby files the administrative record relied upon by DHS in adopting the final rule "Safe-Harbor Procedures for Employers Who Receive a No-Match Letter." See 72 Fed. Reg. 45611 (August 15, 2007). This record, consisting of a Certification, an Index[1]/ and the record itself, divided into fifteen (15) separate parts, is being submitted as two separate filings. The First Notice of Filing includes the Certification, Index and parts 1-6. The Second Notice of Filing includes parts 7-15.

DATED: October 1, 2007					Respectfully submitted,

							PETER D. KEISLER
							Assistant Attorney General
							THOMAS H. DUPREE JR. (D.C. Bar No. 467195)
							Deputy Assistant Attorney General

							SCOTT N. SCHOOLS
							United States Attorney


							_____/s/_____
							SANDRA SCHRAIBMAN
							DANIEL E. BENSING (D.C. Bar No. 334268)
							Attorneys, U.S. Department of Justice
							Civil Division, Federal Programs Branch
							20 Massachusetts Ave., N.W., Room 6114
							Washington, D.C. 20001
							Telephone: (202) 305-0693
							Facsimile: (202) 616-8460
							E-mail: Daniel.Bensing@USDOJ.gov

---

[1]/   This version of the Index does not include page numbers for the public comments included in the record. An amended Index, containing page numbers for all documents in the record, will be filed shortly.

Certificate of Service

I hereby certify that on October 1, 2007, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

| | |
|---|---|
| Scott A. Kronland<br>Altshuler Berzon LLP<br>skronland@altshulerberzon.com | Robert Charrow<br>Greenberg Traurig, LLP<br>charrowr@gtlaw.com |
| Ana L. Avendano<br>AFL-CIO<br>aavendan@aflcio.org | David Albert Rosenfeld<br>Manjari Chawla<br>Weinberg Roger & Rosenfeld<br>courtnotices@unioncounsel.net |
| James B. Coppess<br>AFL-CIO<br>jcoppell@aflcio.org | Jennifer C. Chang<br>ACLU Immigrants' Rights Project<br>jchang@aclu.org |
| Linda Claxton<br>Ogletree, Deakins, Nash, Smoak &<br> Stewart P.C.<br>linda.claxton@ogletreedeakins.com | Linton Joaquin<br>National Immigration Law Center<br>joaquin@nilc.org |
| Alan Lawrence Schlosser<br>ACLU Foundation of Northern California<br>aschlosser@aclunc.org | Marielena Hincapie<br>National Immigration Law Center<br>hincapie@nilc.org |
| Julia Harumi Mass, Esq.<br>American Civil Liberties Union of<br>Northern California<br>jmass@aclunc.org | Monica Maria Ramirez<br>ACLU Immigrants Right Project<br>mramirez@aclu.org |
| Lucas Guttentag<br>ACLU Immigrants' Rights Project<br>lguttentag@aclu.org | Leon Dayan<br>Bredhoff & Kaiser<br>LDayan@Bredhoff.com |
| Monica Teresa Guizar<br>National Immigration Law Center<br>guizar@nilc.org | Omar C. Jadwat<br>ACLU Immigrants Rights Project<br>ojadwat@aclu.org |

/s/
_____
Daniel Bensing

- 3 -