1 | CYNTHIA L. RICE SBN 87630
crice@crla.org
2 | CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
631 Howard Street, Suite 300
3 | San Francisco, CA 94105
Telephone: 415 777-2752
4 | Facsimile:  415 543-2752

5 | Attorneys for Amicus Curiae
California Rural Legal Assistance, Inc.
6

7 | UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
8

9

10 | AMERICAN FEDERATION OF LABOR    )    CASE NO. 07-04472(CRB)
AND CONGRESS OF INDUSTRIAL    )
ORGANIZATIONS; SAN FRANCISCO    )
11 | LABOR COUNCIL; SAN FRANCISCO    )    ~~[PROPOSED]~~ ORDER GRANTING
BUILDING AND CONSTRUCTION    )    CALIFORNIA RURAL LEGAL
12 | TRADES COUNCIL; AND CENTRAL    )    ASSISTANCE, INC.  LEAVE TO
LABOR COUNCIL OF ALAMEDA    )    SUBMIT AMICUS CURIAE
13 | COUNTY,    )    MEMORANDUM  IN SUPPORT
    Plaintiffs,    )    PLAINTIFFS'/INTERVENORS' MOTION
14 |     v.    )    FOR PRELIMINARY INJUNCTION
    )
15 | MICHAEL CHERTOFF, Secretary of    )
Homeland Security; DEPARTMENT OF    )
16 | HOMELAND SECURITY; JULIE MYERS,)    Date:  October 1, 2007
Assistant Secretary of Homeland Security;  )    Time:  10:00 am
17 | U.S. IMMIGRATION AND CUSTOMS    )    Judge:  Hon. Charles R. Breyer
ENFORCEMENT; MICHAEL ASTRUE,    )    Courtroom: 8
18 | Commissioner of Social Security; and    )
SOCIAL SECURITY ADMINISTRATION, )
19 |     )
Defendants.    )
20 |     )
SAN FRANCISCO CHAMBER OF    )
21 | COMMERCE, CHAMBER OF    )
COMMERCE OF THE UNITED STATES  )
22 | OF AMERICA, GOLDEN GATE    )
RESTAURANT ASSOCIATION,    )
23 | NATIONAL ROOFING CONTRACTORS  )
ASSOCIATION, AMERICAN NURSERY  )
24 | & LANDSCAPE ASSOCIATION,    )
INTERNATIONAL FRANCHISE    )
25 | ASSOCIATION, and UNITED FRESH    )
PRODUCE ASSOCIATION    )
26 |     )
Plaintiff-Intervenors,    )
27 |     )
    v.    )
28 | MICHAEL CHERTOFF, Secretary of    )

1 | Homeland Security; DEPARTMENT OF )
HOMELAND SECURITY; JULIE MYERS,)
2 | Assistant Secretary of Homeland Security; )
U.S. IMMIGRATION AND CUSTOMS )
3 | ENFORCEMENT; MICHAEL ASTRUE, )
Commissioner of Social Security; and )
4 | SOCIAL SECURITY ADMINISTRATION, )
Defendants. )
5 | _____ )

6      Good Cause Showing,

7      IT IS HEREBY ORDERED THAT:

8      The application of California Rural Legal Assistance, Inc, for leave to file the

9 Memorandum of Points and Authorities by Amicus Curiae California Rural Legal Assistance,

10 Inc. in Support of Plaintiffs'/Intervenors' Motion for Preliminary Injunction is hereby

11 GRANTED.

12      Dated: 10/01/07

13                       Hon. Charles R. Breyer
United States District Court



28 | **ORDER Granting Leave to CRLA to File Amicus Curiae Memo of Ps&As . CASE NO. 07-04472(CRB)**