**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **October 1, 2007**

**C-07-04472** CRB

**AMERICAN FEDERATION OF LABOR v. MICHAEL CHERTOFF**

Attorneys:   Thomas Dupree, Robert Charrow, Scott Kronland,
Daniel Bensing, Jonathan Lee, Lucas Guttentag, Matthew Ross, Marielena Hincapia,
Laura Klaus, Laura Reiff, Leon Dayan, Alan Schlosser, Julia Mass, Monica Ramirez,
Jennifer Chang, Stephen Berzon, Danielle Leonard, David Rosenfeld

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Sahar McVickar**

**PROCEEDINGS:**                                                                                       **RULING:**

1. Motion for Preliminary Injunction                                                          Submitted

2.

3.

**ORDERED AFTER HEARING:**

TRO is extended for 10 days.

( ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____

( ) Referred to Magistrate Judge For:

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____                    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____        Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____   Set for ____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: