```
 1  PETER D. KEISLER
    Assistant Attorney General
 2  THOMAS H. DUPREE JR. (D.C. Bar No. 467195)
    Deputy Assistant Attorney General
 3  SCOTT N. SCHOOLS
 4  United States Attorney
    SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
 5  DANIEL E. BENSING (D.C. Bar No. 334268)
 6  Attorneys, U.S. Department of Justice
    Civil Division, Federal Programs Branch
 7  20 Massachusetts Ave., N.W., Room 6114
    Washington, D.C.  20001
 8  Telephone:  (202) 305-0693
 9  Facsimile:  (202) 616-8460
    Daniel.Bensing@USDOJ.gov
10
                      UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12

13
    AMERICAN FEDERATION OF LABOR AND   )
14    CONGRESS OF INDUSTRIAL           )   Case No. 07-4472 CRB
      ORGANIZATIONS, et al.,           )
15                                     )
                                       )
16           Plaintiffs,               )
                                       )
17  SAN FRANCISCO CHAMBER              )
      OF COMMERCE, et al.,             )
18                                     )
                                       )
19           Plaintiffs-Intervenors,   )
                                       )
20           and                       )
                                       )
21  UNITED FOOD AND COMMERCIAL         )
22    WORKERS INTERNATIONAL UNION, et al., )
                                       )
23           Plaintiffs-Intervenors    )   [PROPOSED] ORDER
                                       )
24       v.                            )
                                       )
25                                     )
    MICHAEL CHERTOFF, Secretary of Homeland )
26    Security, et al.,                 )
                                       )
27           Defendants.                )
                                       )
28  _____)
```

1  Good cause having been shown, the Court grants defendants leave to file the Notice of
2  Supplemental Authority, attached to defendants' Motion.  The Clerk's Office shall cause that
3  Notice of Supplemental Authority to be filed on the docket of the Court.
4
5  Plaintiffs and plaintiffs-intervenors may file a responsive memorandum, of no more than
6  two pages in length, addressing Mountain High Knitting v. Reno, 51 F.3d 216 (9th Cir. 1995), by
7  October 1, 2007.
8
9
10 SO ORDERED
11
12
13 Date:  Oct. 2, 2007
14            UNITED STATES 
15
16
17
18
19
20
21
22
23
24
25
26
27
28