1  Stephen P. Berzon (SBN 46540)
   Scott A. Kronland (SBN 171693)
2  Jonathan Weissglass (SBN 185008)
   Linda Lye (SBN 215584)
3  Danielle E. Leonard (SBN 218201)
   ALTSHULER BERZON LLP
4  177 Post Street, Suite 300
   San Francisco, CA 94108
5  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
6  Email: skronland@altshulerberzon.com
   Email: llye@altshulerberzon.com
7  Email: dleonard@altshulerberzon.com

8  *Attorneys for Plaintiffs*

9  Jonathan P. Hiatt (SBN 63533) (Admitted *Pro Hac Vice*)
   James B. Coppess
10 Ana L. Avendaño (SBN 160676)
   AFL-CIO
11 815 Sixteenth Street, N.W.
   Washington, D.C. 20006
12 Telephone: (202) 637-5053
   Facsimile: (202) 637-5323
13 Email: aavendan@aflcio.org

14 *Attorneys for Plaintiff AFL-CIO*

15 (Counsel list continued on next page)

16
                    UNITED STATES DISTRICT COURT
17                  NORTHERN DISTRICT OF CALIFORNIA

18

19 AMERICAN FEDERATION OF LABOR AND        ) Case No. C07-4472 CRB
   CONGRESS OF INDUSTRIAL ORGANIZATIONS;  )
20 SAN FRANCISCO LABOR COUNCIL; SAN       )
   FRANCISCO BUILDING AND CONSTRUCTION    ) **NOTICE OF SUBMISSION OF**
21 TRADES COUNCIL; and CENTRAL LABOR      ) **PROPOSED PRELIMINARY**
   COUNCIL OF ALAMEDA COUNTY,             ) **INJUNCTION**
22                                        )
              Plaintiffs,                 )
23                                        )
        v.                                )
24                                        )
   MICHAEL CHERTOFF, Secretary of Homeland Security; )
25 DEPARTMENT OF HOMELAND SECURITY;       )
   JULIE MYERS, Assistant Secretary of Homeland )
26 Security; U.S. IMMIGRATION AND CUSTOMS )
   ENFORCEMENT; MICHAEL ASTRUE, Commissioner )
27 of Social Security; and SOCIAL SECURITY )
   ADMINISTRATION,                        )
28                                        )
              Defendants.                 )
   _____)

NOTICE OF SUBMISSION OF PROPOSED PRELIMINARY INJUNCTION, Case No. C07-4472 CRB          1

(Counsel list continued from first page)

Linton Joaquin (SBN 73547)
Marielena Hincapié (SBN 188199)
Monica T. Guizar (SBN 202480)
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010
Telephone: (213) 674-2850
Facsimile: (213) 639-3911
Email: guizar@nilc.org

Lucas Guttentag (SBN 90208)
Jennifer C. Chang (SBN 233033)
Mónica M. Ramírez (SBN 234893)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (415) 395-0950
E-mail: jchang@aclu.org

Omar C. Jadwat (Admitted *Pro Hac Vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2620
Facsimile: (212)-549-2654
Email: ojadwat@aclu.org

Alan L. Schlosser (SBN 49957)
Julia Harumi Mass (SBN 189649)
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-1478
E-mail: aschlosser@aclu.org

*Attorneys for Plaintiff Central Labor Council of Alameda County*

David A. Rosenfeld (SBN 58163)
Manjari Chawla (SBN 218556)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
Email: drosenfeld@unioncounsel.net

*Attorneys for Plaintiffs San Francisco Labor Council,
San Francisco Building and Construction Trades Council,
and Central Labor Council of Alameda County*

NOTICE OF SUBMISSION OF PROPOSED PRELIMINARY INJUNCTION, Case No. C07-4472 CRB    2

The Court's Order Granting Motion for Preliminary Injunction (Docket No. 135) directed the parties to meet and confer on the form of a preliminary injunction. An order that has been agreed to by the parties as to form is attached at Exhibit A and also will be submitted to the Court via e-mail. Defendants have reviewed and approved this order as to form only and do not consent to the entry of the preliminary injunction.

Dated: October 12, 2007

    Respectfully submitted,

Stephen P. Berzon
Scott A. Kronland
Jonathan Weissglass
Linda Lye
Danielle E. Leonard
ALTSHULER BERZON LLP

Jonathan P. Hiatt
James B. Coppess
Ana Avendaño
AFL-CIO

Linton Joaquin
Marielena Hincapié
Monica T. Guizar
NATIONAL IMMIGRATION LAW CENTER

Lucas Guttentag
Jennifer C. Chang
Mónica M. Ramírez
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Omar C. Jadwat
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Alan L. Schlosser
Julia Harumi Mass
ACLU FOUNDATION OF NORTHERN CALIFORNIA

David A. Rosenfeld
Manjari Chawla
WEINBERG, ROGER & ROSENFELD

by:  /s/Scott A. Kronland
       Scott A. Kronland

Attorneys for Plaintiffs