

1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

11 AMERICAN FEDERATION OF LABOR AND ) Case No. C07-4472 CRB
CONGRESS OF INDUSTRIAL ORGANIZATIONS, )
12 *et al.*, )
) **[PROPOSED] PRELIMINARY**
13 Plaintiffs, ) **INJUNCTION**
)
14 v. )
)
15 MICHAEL CHERTOFF, *et al.*, )
)
16 Defendants. )
_____)
17

18      On October 10, 2007, the Court issued an Order Granting Motion for Preliminary Injunction

19 (Docket No. 135).  For the reasons stated in that Order, IT IS HEREBY ORDERED that, pending a

20 final judgment on the merits of this action, or further order of this Court, Defendants MICHAEL

21 CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY;

22 JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND

23 CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and

24 SOCIAL SECURITY ADMINISTRATION, and their officers, agents, servants, employees, and

25 attorneys, and those persons in active concert or participation with them, are HEREBY ENJOINED

26 AND RESTRAINED from giving any effect to or otherwise taking any action to implement or

27 enforce the Final Rule adopted by the Department of Homeland Security entitled "Safe-Harbor

28 Procedures for Employers Who Receive a No-Match Letter," 77 Fed. Reg. 45611 (Aug. 15, 2007),

1  including by mailing or otherwise causing to be sent to employers Social Security Administration

2  no-match letter packets that include or reference the Department of Homeland Security guidance

3  letter concerning the Final Rule.

4        SO ORDERED.

5

6  Dated: _____                    _____

                                              UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28