1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                           NORTHERN DISTRICT OF CALIFORNIA

10

11   AMERICAN FEDERATION OF LABOR AND          )   Case No. C07-4472 CRB
     CONGRESS OF INDUSTRIAL ORGANIZATIONS,     )
12   CHAMBER OF COMMERCE OF THE UNITED         )
     STATES OF AMERICA, *et al.*,              )   **PRELIMINARY INJUNCTION**
13                                             )
                    Plaintiffs,                )
14                                             )
            v.                                 )
15                                             )
     MICHAEL CHERTOFF, *et al.*,               )
16                                             )
                    Defendants.                )
17   _____

18

19          On October 10, 2007, the Court issued an Order Granting Motion for Preliminary Injunction

20   (Docket No. 135).  For the reasons stated in that Order, IT IS HEREBY ORDERED that, pending a

21   final judgment on the merits of this action, or further order of this Court, Defendants MICHAEL

22   CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY;

23   JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND

24   CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; and

25   SOCIAL SECURITY ADMINISTRATION, and their officers, agents, servants, employees, and

26   attorneys, and those persons in active concert or participation with them, are HEREBY ENJOINED

27   AND RESTRAINED from giving any effect to or otherwise taking any action to implement or

28   enforce the Final Rule adopted by the Department of Homeland Security entitled "Safe-Harbor

1  Procedures for Employers Who Receive a No-Match Letter," 77 Fed. Reg. 45611 (Aug. 15, 2007),

2  including by mailing or otherwise causing to be sent to employers Social Security Administration

3  no-match letter packets that include or reference the Department of Homeland Security guidance

4  letter concerning the Final Rule.

5        **SO ORDERED.**

6
   Dated: October 15, 2007

7                                                        UNITED STATES DISTRICT JUDGE