JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
THOMAS H. DUPREE JR.
Deputy Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C.  20001
Telephone:  (202) 305-0693
Facsimile:  (202) 616-8460
Email: Daniel.Bensing@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al.,<br><br>　　　　　Plaintiffs,<br><br>SAN FRANCISCO CHAMBER OF COMMERCE, et al.,<br><br>　　　　　Plaintiffs-Intervenors,<br><br>　　　　　and<br><br>UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al.,<br><br>　　　　　Plaintiffs-Intervenors,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, et al.,<br><br>　　　　　Defendants. | Case No. 07-4472 CRB<br><br>**MOTION TO STAY PROCEEDINGS PENDING NEW RULEMAKING**<br><br>Date:  December 28, 2007<br>Time:  10:00 a.m.<br>Place: Courtroom 8, 19th Floor<br>　　　　Hon. Charles Breyer |

Motion to Stay Proceedings Pending New Rulemaking

# MOTION TO STAY PROCEEDINGS PENDING NEW RULEMAKING

Defendants respectfully move the Court to stay proceedings in this action while the Department of Homeland Security (DHS) conducts additional rulemaking proceedings on the Safe Harbor rule, 72 Fed. Reg. 45611 (August 15, 2007). Counsel for Plaintiffs have been contacted and state that Plaintiffs do not consent to this motion, however the parties continue to discuss this matter. A proposed order has also been filed.

1. On October 10, 2007, this Court entered a preliminary injunction barring Defendants from implementing or enforcing the Safe Harbor rule. The Court found that Plaintiffs had raised "serious questions on the merits" as to several aspects of the rule.

2. DHS intends to conduct additional rulemaking proceedings to address the issues raised by the Court. This will include preparing a Regulatory Flexibility Act analysis. Defendants hope and anticipate that the amended rule will fully address the Court's concerns. When an amended final rule is issued, Defendants intend to move this Court to vacate the preliminary injunction.

3. DHS expects it will be able to complete the contemplated rulemaking proceedings by March of 2008. Accordingly, Defendants request that this Court stay proceedings until March 24, 2008 or until an amended final rule is issued, whichever occurs first. Defendants will provide Plaintiffs and the Court with monthly status reports.

4. A stay will prevent the waste of judicial resources in litigating over a rule that is in the process of being revised. "The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." Clinton v. Jones, 520 U.S. 680, 706 (1997). In particular, district courts have authority under Federal Rule of Civil Procedure 16(a)(3) to schedule proceedings in a case to "discourag[e] wasteful pretrial activities." As the Ninth Circuit has noted, "[a] trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter

a stay of an action before it, pending resolution of independent proceedings which bear upon the case," including proceedings in an administrative forum. Lockyer v. Mirant Corp., 398 F.3d 1098, 1111 (9th Cir. 2005), quoting Leyva v. Certified Grocers of Calif., 593 F.2d 857, 863-64 (9th Cir. 1997). See also Ethicon, Inc. v. Quigg, 849 F.2d 1422, 1426-27 (Fed. Cir. 1988) (reasonable to stay proceedings pending a Patent and Trademark Office reexamination of a patent).

    5. Plaintiffs will not be harmed by a stay, as the preliminary injunction barring implementation or enforcement of the Safe Harbor rule will remain in effect.

DATED: November 23, 2007                Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
THOMAS H. DUPREE JR. (D.C. Bar No. 467195)
Deputy Assistant Attorney General


SCOTT N. SCHOOLS
United States Attorney


                /s/
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C. 20001
Telephone: (202) 305-0693
Facsimile: (202) 616-8460
E-mail: Daniel.Bensing@USDOJ.gov

Certificate of Service

I hereby certify that on November 23, 2007, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

Scott A. Kronland
Altshuler Berzon LLP
skronland@altshulerberzon.com

Ana L. Avendano
AFL-CIO
aavendan@aflcio.org

James B. Coppess
AFL-CIO
jcoppell@aflcio.org

Linda Claxton
Ogletree, Deakins, Nash, Smoak &
 Stewart P.C.
linda.claxton@ogletreedeakins.com

Alan Lawrence Schlosser
ACLU Foundation of Northern California
aschlosser@aclunc.org

Julia Harumi Mass, Esq.
American Civil Liberties Union of
Northern California
jmass@aclunc.org

Lucas Guttentag
ACLU Immigrants' Rights Project
lguttentag@aclu.org

Monica Teresa Guizar
National Immigration Law Center
guizar@nilc.org

Robert Charrow
Greenberg Traurig, LLP
charrowr@gtlaw.com

David Albert Rosenfeld
Manjari Chawla
Weinberg Roger & Rosenfeld
courtnotices@unioncounsel.net

Jennifer C. Chang
ACLU Immigrants' Rights Project
jchang@aclu.org

Linton Joaquin
National Immigration Law Center
joaquin@nilc.org

Marielena Hincapie
National Immigration Law Center
hincapie@nilc.org

Monica Maria Ramirez
ACLU Immigrants Right Project
mramirez@aclu.org

Leon Dayan
Bredhoff & Kaiser
LDayan@Bredhoff.com

Omar C. Jadwat
ACLU Immigrants Rights Project
ojadwat@aclu.org

/s/
_____
Daniel Bensing

Motion to Stay Proceedings Pending New Rulemaking                4