JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
THOMAS H. DUPREE, JR.
Deputy Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C. 20001
Telephone: (202) 305-0693
Facsimile: (202) 616-8460
Email: Daniel.Bensing@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br> Plaintiffs, <br><br> SAN FRANCISCO CHAMBER OF COMMERCE, et al., <br><br> Plaintiffs-Interveners, <br><br> and <br><br> UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al., <br><br> Plaintiffs-Interveners, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of Homeland Security, et al., <br><br> Defendants. | Case No. 07-4472 CRB <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING NEW RULEMAKING** |

Proposed Order Granting Defendants' Motion to Stay

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY

UPON CONSIDERATION of defendants' Motion to Stay Proceedings Pending New Rulemaking, any Opposition thereto and the whole record herein and after due deliberation, it is

HEREBY ORDERED defendants' Motion to Stay Proceedings Pending New Rulemaking is GRANTED; and it is

FURTHER ORDERED that all proceedings in this action shall be stayed until March 24, 2008; and it is

FURTHER ORDERED that the Preliminary Injunction entered on October 10, 2007 shall remain in effect; and it is

FURTHER ORDERED that defendants shall file monthly reports to the Court on the first day of each month from the date of this Order through March 1, 2008 updating the Court on the status of the additional rulemaking proceedings on the Safe Harbor rule, 72 Fed. Reg. 45611 (August 15, 2007); and it is

FURTHER ORDERED that the Initial Case Management Conference set for December 7, 2007 at 8:30 a.m. is hereby vacated and rescheduled for April __, 2008 at 8:30 a.m. in Ctrm. 8, 19th Floor; and it is

FURTHER ORDERED that the parties shall file the Case Management Statement on March 27, 2008.

DATED: _____

UNITED STATES DISTRICT JUDGE