1  Stephen P. Berzon (SBN 46540)
   Scott A. Kronland (SBN 171693)
2  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
3  San Francisco, CA 94108
   Telephone: (415) 421-7151; Facsimile: (415) 362-8064
4  Email: skronland@altshulerberzon.com

5  Attorneys for *Plaintiffs*

6  Robert P. Charrow (CA SBN 44962)
   Laura M. Klaus (DC SBN 294272 (Admitted *Pro Hac Vice*)
7  Laura Foote Reiff (DC SBN 424579 (Admitted *Pro Hac Vice*)
   GREENBERG TRAURIG, LLP
8  2101 L Street, N.W., Suite 1000
   Washington, D.C. 20037.
9  Telephone: (202) 533-2396; Facsimile: (202) 261-0164
   Email: charrowr@gtlaw.com; klausl@gtlaw.com
10

   *Attorneys for Plaintiff-Intervenors San Francisco Chamber of*
11 *Commerce, et al.*

12 Robert M. Weinberg (*Pro Hac Vice*)
   Leon Dayan (*Pro Hac Vice*)
13 Jennifer L. Hunger (*Pro Hac Vice*)
   BREDHOFF & KAISER, PLLC
14 805 Fifteenth Street, N.W., Tenth Floor
   Washington, D.C. 20008
15 Tel: (202) 842-2600: Fax: (202) 842-1888
   Email: LDayan@bredhoff.com:
16         JHunter@bredhoff.com

17 *Attorneys for Plaintiff-Intervenors UFCW et al.*

18 (See signature page for list of additional counsel for parties)

19
                        UNITED STATES DISTRICT COURT
20
                       NORTHERN DISTRICT OF CALIFORNIA
21

| 22 | AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; et al, | Case No. C07-04472 CRB |
|----|---|---|
| 23 |  | **NON-OPPOSITION OF PLAINTIFF AND PLAINTIFF-INTERVENORS TO DEFENDANTS' MOTION TO STAY PROCEEDING PENDING NEW RULEMAKING** |
| 24 | Plaintiffs, |  |
| 25 | and |  |
| 26 | SAN FRANCISCO CHAMBER OF COMMERCE, et al., |  |
| 27 | Plaintiff-Intervenors, |  |

28

| | |
|---|---|
| 1 | and |
| 2 | UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al., |
| 3 | |
| 4 | Plaintiffs-Intervenors, |
| 5 | v. |
| 6 | MICHAEL CHERTOFF, Secretary of Homeland Security, et al., |
| 7 | Defendants. |

On November 23, 2007, the Government Defendants in the above-captioned matter filed a Motion to Stay Proceedings Pending New Rulemaking (Doc. 142). The Plaintiffs and Plaintiff-Intervenors do not object to Defendants' Motion to Stay.

Dated: November 27, 2007           ALTSHULER BERZON LLP

By: /s/ Scott A. Kronland
    Stephen P. Berzon
    Scott A. Kronland

Attorneys for Plaintiffs

Dated: November 27, 2007           GREENBERG TRAURIG, LLP

By: /s/ Robert P. Charrow
    Robert P. Charrow
    William J. Goines
    Cindy Hamilton

Attorneys for Plaintiff-Intervenors
*San Francisco Chamber of Commerce, et al*

Dated: November 27, 2007           BREDHOFF & KAISER, PLLC

By: /s/ Leon Dayan
    Robert M. Weinberg (*Pro Hac Vice*)
    Leon Dayan (*Pro Hac Vice*)
    Jennifer L. Hunger (*Pro Hac Vice*)

Attorneys for Plaintiff-Intervenors
*UFCW et al.*

**ADDITIONAL COUNSEL FOR PARTIES:**

**Additional Counsel for Plaintiffs:**
Jonathan P. Hiatt (SBN 63533) (*Pro Hac Vice*)
James B. Coppess
Ana L. Avendano (SBN 160676)
AFL-CIO
815 Sixteenth Street, N.W.
Washington, D.C. 20006
Telephone: (202) 637-5053
Facsimile: (202) 637-5323
Email: aavendan@aflcio.org
*(see attached page for additional counsel for Plaintiffs)*

**Additional Counsel for Plaintiff-Intervenors San Francisco Chamber of Commerce, et al.:**
William J. Goines (SBN 61290)
Karen Rosenthal (SBN 209419)
Cindy Hamilton (SBN 217951)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com
         rosenthalk@gtlaw.com

Of Counsel:
Robin S. Conrad (DC SBN 342774)
    (Appearing *Pro Hac Vice*)
Shane Brennan (DC SBN 456402)
    (Appearing *Pro Hac Vice*)
National Chamber
    Litigation Center, Inc.
1615 H Street, N.W.
Washington, D.C. 20062
Telephone: (202) 463-5337
Facsimile: (202) 463-5346
Email: RConrad@uschamber.com

**Additional Counsel for Plaintiff-Intervenors UFCW, et al.:**

Matthew Ross (SBN 084703)
Philip Monrad (SBN 151073)
LEONARD CARDER, LLP
1330 Broadway, Suite 1430
Oakland, CA 94612
Tel: (510) 272-0169; Fax: (510) 272-0174
Email: MRoss@leonardcarder.com;
PMonrad@leonardcarder.com

1  (Counsel list continued (additional Plaintiffs' counsel)

2  Linton Joaquin (SBN 73547)
   Marielena Hincapié (SBN 188199)
3  Monica T. Guizar (SBN 202480)
   NATIONAL IMMIGRATION LAW CENTER
4  3435 Wilshire Blvd., Suite 2850
   Los Angeles, CA 90010
5  Telephone: (213) 674-2850
   Facsimile: (213) 639-3911
6  Email: guizar@nilc.org

7  Lucas Guttentag (SBN 90208)
   Jennifer C. Chang (SBN 233033)
8  Mónica M. Ramírez (SBN 234893)
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
9  Immigrants' Rights Project
   39 Drumm Street
10 San Francisco, CA 94111
   Telephone: (415) 343-0770
11 Facsimile: (415) 395-0950
   E-mail: jchang@aclu.org
12
   Omar C. Jadwat (Admitted *Pro Hac Vice*)
13 AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   Immigrants' Rights Project
14 125 Broad Street, 18th Floor
   New York, NY 10004
15 Telephone: (212) 549-2620
   Facsimile: (212)-549-2654
16 Email: ojadwat@aclu.org

17 Alan L. Schlosser (SBN 49957)
   Julia Harumi Mass (SBN 189649)
18 ACLU FOUNDATION OF NORTHERN CALIFORNIA
   39 Drumm Street
19 San Francisco, CA 94111
   Telephone: (415) 621-2493
20 Facsimile: (415) 255-1478
   E-mail: aschlosser@aclu.org
21
   *Attorneys for Plaintiff Central Labor Council of Alameda County*
22
   David A. Rosenfeld (SBN 58163)
23 Manjari Chawla (SBN 218556)
   WEINBERG, ROGER & ROSENFELD
24 A Professional Corporation
   1001 Marina Village Parkway, Suite 200
25 Alameda, California 94501-1091
   Telephone: (510) 337-1001
26 Facsimile: (510) 337-1023
   Email: drosenfeld@unioncounsel.net
27
   *Attorneys for Plaintiffs San Francisco Labor Council,*
28 *San Francisco Building and Construction Trades Council,*
   *and Central Labor Council of Alameda County*

## ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this **NON-OPPOSITION TO MOTION TO STAY PROCEEDINGS.**

In compliance with General Order 45, X.B., I hereby attest that Robert P. Charrow, Scott A. Kronland and Leon Dayan have concurred in this filing.

Date: November 27, 2007            GREENBERG TRAURIG LLP


                                   By: /s/ *William J. Goines*
                                       William J. Goines

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2007, I electronically filed the foregoing NON-OPPOSITION TO MOTION TO STAY PROCEEDINGS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

Ana L. Avendano
AFL-CIO
aavendan@aflcio.org

James B. Coppess
AFL-CIO
jcoppell@aflcio.org

Linda Lye
Altshuler Berzon LLP
llye@altshulerberzon.com

Stephen P. Berzon
Altshuler Berzon LLP
sberzon@altshulerberzon.com

Alan Lawrence Schlosser
ACLU Foundation of Northern California
aschlosser@aclunc.org

Julia Harumi Mass, Esq.
American Civil Liberties Union of Northern California
jmass@aclunc.org

Lucas Guttentag
ACLU Immigrants' Rights Project
lguttentag@aclu.org

Monica Teresa Guizar
National Immigration Law Center
guizar@nilc.org

Omar C. Jadwat
ACLU Immigrants Rights Project
ojadwat@aclu.org

Jonathan Unruh Lee
U.S. Attorneys Office
jonathan.lee@usdoj.gov

Danielle Evelyn Leonard
Altshuler Berzon LLP
dleonard@altshulerberzon.com

Jonathan David Weissglass
Altshuler Berzon, LLP
jweissglass@altshulerberzon.com

Scott Alan Kronland
Altshuler Berzon LLP
skronland@altshulerberzon.com

David Albert Rosenfeld
Manjari Chawla
Weinberg Roger & rosenfeld
courtnotices@unioncounsel.net

Jennifer C. Chang
ACLU Immigrants' Rights Project
jchang@aclu.org

Linton Joaquin
National Immigration law Center
joaquin@nilc.org

Marielena Hincapie
National Immigration Law Center
hincapie@nilc.org

Monica Maria Ramirez
ACLU Immigrants RightsProject
mramirez@aclu.org

Daniel Bensing
U.S. Dept. of Justice
Daniel.Bensing@USDOJ.gov

Leon Dayan
Bredhoff & Kaiser
ldayan@bredhoff.com

By: /s/ *William J. Goines*
William J. Goines