IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>  Defendants. | No. C 07-04472 CRB<br><br>**SCHEDULING ORDER** |

The hearing on defendants' motion to stay currently scheduled for December 28, 2007 is rescheduled for December 14, 2007 at 10:00a.m. Parties who prefer to appear by phone will be permitted to do so.

The initial case management conference scheduled for December 7, 2007 is VACATED.

**IT IS SO ORDERED.**

Dated: November 28, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE