JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
THOMAS H. DUPREE JR.
Deputy Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C.  20001
Telephone:  (202) 305-0693
Facsimile:  (202) 616-8460
Email: Daniel.Bensing@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br> Plaintiffs, <br><br> SAN FRANCISCO CHAMBER OF COMMERCE, et al., <br><br> Plaintiffs-Intervenors, <br><br> and <br><br> UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al., <br><br> Plaintiffs-Intervenors, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of Homeland Security, et al., <br><br> Defendants. | Case No. 07-4472 CRB <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> **NOTICE OF FILING OF AMENDED INDEX TO ADMINISTRATIVE RECORD** |

Notice of Filing of Amended Index to Administrative Record  (No. C 07-4472 CRB)

# NOTICE OF FILING OF AMENDED INDEX
# TO ADMINISTRATIVE RECORD

Defendants hereby file the attached Amended Index to the Administrative Record of the Safe Harbor rule, 72 Fed. Reg. 45611 (August 15, 2007). The Administrative Record of the rule was filed with the Court on October 1, 2007.

DATED: December 4, 2007           Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
THOMAS H. DUPREE JR. (D.C. Bar No. 467195)
Deputy Assistant Attorney General


SCOTT N. SCHOOLS
United States Attorney


          /s/
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C. 20001
Telephone: (202) 305-0693
Facsimile: (202) 616-8460
E-mail: Daniel.Bensing@USDOJ.gov

Certificate of Service

I hereby certify that on December 4, 2007, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

Scott A. Kronland
Altshuler Berzon LLP
skronland@altshulerberzon.com

Ana L. Avendano
AFL-CIO
aavendan@aflcio.org

James B. Coppess
AFL-CIO
jcoppell@aflcio.org

Linda Claxton
Ogletree, Deakins, Nash, Smoak &
 Stewart P.C.
linda.claxton@ogletreedeakins.com

Alan Lawrence Schlosser
ACLU Foundation of Northern California
aschlosser@aclunc.org

Julia Harumi Mass, Esq.
American Civil Liberties Union of
Northern California
jmass@aclunc.org

Lucas Guttentag
ACLU Immigrants' Rights Project
lguttentag@aclu.org

Monica Teresa Guizar
National Immigration Law Center
guizar@nilc.org

Robert Charrow
Greenberg Traurig, LLP
charrowr@gtlaw.com

David Albert Rosenfeld
Manjari Chawla
Weinberg Roger & Rosenfeld
courtnotices@unioncounsel.net

Jennifer C. Chang
ACLU Immigrants' Rights Project
jchang@aclu.org

Linton Joaquin
National Immigration Law Center
joaquin@nilc.org

Marielena Hincapie
National Immigration Law Center
hincapie@nilc.org

Monica Maria Ramirez
ACLU Immigrants Right Project
mramirez@aclu.org

Leon Dayan
Bredhoff & Kaiser
LDayan@Bredhoff.com

Omar C. Jadwat
ACLU Immigrants Rights Project
ojadwat@aclu.org

/s/
_____
Daniel Bensing