UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, <u>et al</u>., | ) ) ) Case No. 07-4472 CRB ) |
| Plaintiffs, | ) ) |
| SAN FRANCISCO CHAMBER OF COMMERCE, <u>et al</u>., | ) ) ) |
| Plaintiffs-Intervenors, | ) ) |
| and | ) ) |
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, <u>et al</u>., | ) ) ) |
| Plaintiffs-Intervenors | ) ) |
| v. | ) ) |
| MICHAEL CHERTOFF, Secretary of Homeland Security, <u>et al</u>., | ) ) ) |
| Defendants. | ) ) |

**Amended Index to Administrative Record**

**Safe-Harbor Procedures for Employers Who Receive a No-Match Letter**
**RIN 1653-AA50**
**ICE 2377-06**
**DHS Docket No. ICEB-2006-0004**

Page

**Guidance Correspondence**

**1**    Letter to Dea Carpenter, Associate General Counsel, Immigration and Naturalization Service, from Littler Mendelson, July 18, 1997.

Page

1

2       **3**     Letter to Littler Mendelson, from David A. Martin, General Counsel,
                  Immigration and Naturalization Service, December 23, 1997.

3       **6**     Letter to Alston & Bird, LLP, from Dea D. Carpenter, Chief, Employer
                  Sanctions and Civil Document Fraud Division, Office of the General
4                 Counsel, Immigration and Naturalization Service.

5       **9**     Letter to California Farm Bureau Federation, from Paul W. Virtue, Acting
                  General Counsel, Immigration and Naturalization Service, February 17,
6                 [illegible].

7       **11**    Letter to Hon. Robert F Smith, United States House of Representatives,
                  from Paul W. Virtue, General Counsel, Immigration and Naturalization
8                 Service, Nov. 19, 1998.

9       **13**    Letter to the American Federation of Labor and Congress of Industrial
                  Organizations from Sarah DeCosse, Department of Justice Civil Rights
10                Division, April 1, 2004.

11      **15**    Letter from Paul W. Virtue, General Counsel, Immigration and
                  Naturalization Service, April 12, 1999.
12

13      **19**    Letter to Hon. John H. Hostettler, United States House of Representatives,
                  from Hon. Pamela J. Turner, Assistant Secretary for Legislative Affairs,
14                Department of Homeland Security, August 9, 2004.

15      **21**    Letter to Hon. Tom Ridge, Secretary, Department of Homeland Security,
                  from Tyson Foods, Inc., December 30, 2004.
16

17      **23**    Letter to Tyson Foods, Inc. from Daniel Brown, Deputy Associate General
                  Counsel, Department of Homeland Security, March 16, 2005.
18

19      **25**    Letter from DHS, Office of the General Counsel, to W.E. Welch &
                  Associates, Inc., March 30, 2005.
20

21      **28**    Letter to Hon. William J. Sanchez, Special Counsel for Immigration Related
                  Unfair Employment Practices, Civil Rights Division, Department of Justice,
22                from Schulte Roth & Zabel, LLP, June 10, 2005.

23      **30**    Letter to Hon. William J. Sanchez, Special Counsel for Immigration Related
                  Unfair Employment Practices, Civil Rights Division, Department of Justice,
24                and Robert C. Divine, Chief Counsel, United States Citizenship and
                  Immigration Services, Department of Homeland Security, from Schulte
25                Roth & Zabel, LLP, November 28, 2005.

26

27
                                                                              – 2 –
28

Page

1

2

**32**    Letter to Schulte Roth & Zabel, LLP, from Hon. William J. Sanchez, Special Counsel for Immigration Related Unfair Employment Practices, Civil Rights Division, Department of Justice, September 16, 2005.

3

**Congressional Hearing**

4

5

**35**    Hearing before the Subcommittees on Social Security and Oversight of the House Committee on Ways and Means, February 16, 2006

6

**Public Reports and Testimony**

7

8

**139**    Excerpt from U.S. Commission on Immigration Reform 1997 Recommendations, pp.113-121.

**148**    GAO Report No. 99-33: Report to Congressional Committees, "Illegal Aliens: Significant Obstacles to Reducing Unauthorized Alien Employment Exist" (April 1999).

9

10

11

**200**    GAO Report No. 99-175: Testimony, "Illegal Aliens: Fraudulent Documents Undermining the Effectiveness of the Employment Verification System" (July 1999).

12

13

**211**    Office of the Inspector General, Social Security Administration, Management Advisory Report No. A-08-02-22077, "Social Security Number Integrity: An Important Link in Homeland Security" (May 2002).

14

15

16

**233**    GAO Report No. 02-861T: Testimony, "Immigration Enforcement: Challenges to Implementing the INS Interior Enforcement Strategy" (July 2002).

17

18

**243**    Testimony of the Hon. James G. Huse, Jr., Inspector General, Social Security Administration, before the House Ways and Means Committee, Hearing on "Preserving the Integrity of Social Security Numbers and Preventing Their Misuse by Terrorists and Identity Thieves," (September 19, 2002)

19

20

21

**251**    Office of the Inspector General, Social Security Administration, Congressional Response Report No. A-03-03-24048, "Use and Misuse of the Social Security Number" (August 2003).

22

23

**274**    Office of the Inspector General, Social Security Administration, Audit Report No. A-03-03-13026, "Follow-Up Review of Employers With the Most Suspended Wage Items" (October 2003).

24

25

26

27

28

Page

**309**  Chirag Mehta, Nik Theodore, and Marielena Hincapie, Social Security Administration's No-Match Letter Program: Implications for Immigration Enforcement and Workers' Rights (Center for Urban Economic Development, University of Illinois at Chicago 2003).

**367**  Office of the Inspector General, Social Security Administration, Audit Report No. A-03-03-13048, "Employers With The Most Suspended Wage Items In The 5-Year Period 1997 Through 2001" (October 2004).

**400**  GAO Report No. 05-154: Report to Congressional Committees, "Social Security: Better Coordination among Federal Agencies Could Reduce Unidentified Earnings Reports" (February 2005).

**453**  Office of the Inspector General, Social Security Administration, Audit Report No. A-08-05-25023, "Social Security Number Misuse in the Service, Restaurant, and Agriculture Industries" (April 2005).

**478**  CRS Report for Congress, "Social Security Benefits for Noncitizens: Current Policy and Legislation" (May 11, 2005).

**506**  GAO Report No. 05-8 13: Report to Congressional Requesters, "Immigration Enforcement: Weaknesses Hinder Employment Verification and Worksite Enforcement Efforts" (August 2005).

**570**  Office of the Inspector General, Social Security Administration, Audit Report No. A-03-05-25007, "Usefulness of Decentralized Correspondence in Focusing Employer-Assistance Activities" (September 2005).

**603**  GAO Report No. 06-458T: Testimony of Barbara Bovbjerg, Director of Education, Workforce, and Income Security Issues, before the House of Representatives Subcommittees on Social Security and on Oversight of the Committee on Ways and Means, "Social Security Numbers: Coordinated Approach to SSN Data Could Reduce Unauthorized Work-" (February 16, 2006)

**619**  GAO Report No. 06-895T: Testimony of Richard M. Stana, Director of Homeland Security and Justice, Before the Subcommittee on Immigration, Border Security and Citizenship, of the United States Senate Committee on the Judiciary, "Immigration Enforcement: Weaknesses Hinder Employment Verification and Worksite Enforcement Efforts" (June 19, 2006).

**646**  GAO Report No. 06-814R: Briefing for Congressional Staff, *Immigration Enforcement: Benefits and Limitations to Using Earnings Data to Identify Unauthorized Work*" (July 11, 2006).

Page

**Other Background Materials**

662    DHS Form I-9, with DHS Guidance

680    Social Security Employer No-Match Letter for Tax Year 2005

688    Social Security Individual Employee No-Match Letter

692    Social Security Letter to Employer Regarding Individual Employee's
        Record

695    Legacy INS Notice of Suspect Documents Letter

697    INS Handbook for Employers: Instructions for Completing Form I-9

734    Social Security Online: "Employer Reporting Instructions &
        Information" (Undated printout from SSA website)

739    Interpreter Release, "INS General Counsel Discusses Important Social
        Security Compliance Issues for I-9 Purposes" (February 9, 1998).

742    Center for Immigration Studies Backgrounder, "America's Identity
        Crisis: Document Fraud Is Pervasive and Pernicious" (April 2002).

754    Center for Immigration Studies Backgrounder, "Giving Cover to
        Illegal Aliens: IRS Tax ID Numbers Subvert Immigration Law"
        (November 2002).

762    Austin T. Fragomen, Jr., "Revisions to SSA 'No-Match' Letter
        Program and Impact on Employers," Immigration Business News and
        Comment (April 1, 2003).

767    Paul R. Penny, "Fire First and Ask Questions Later: What Is the Effect
        of the Social Security Administration's 'Mismatch Letters?'" 5
        Scholar 355 (Spring 2003).

790    Social Security Administration, Employee Verification Service:
        Employer and Third-Party Submitter Instructions (2004 Revision).

810    Austin T. Fragomen, Jr., "Strategies When an Employer Receives
        Social Security Administration "No-Match" Letter," Immigr. Empl.
        Compliance Handbook § 3:12 (August 2004).

Page

1    **815**    Austin T. Fragomen, Jr., "SSA 'No-Match' Letters and Presentation of
2             New Social Security Numbers," Immigr. Empl. Compliance
              Handbook § 6:53 (August 2004).

3    **820**    John K. Webb, "Use of the Social Security Fraud Statute in the Battle
4             Against Terrorism" (Undated)

5    **834**    Austin T. Fragomen, Jr., "Constructive Knowledge Examples in
              Employer Sanction Rules and Relationship to Document Abuse
6             Prevension--SSA 'No-Match' Letters and Presentation of New Social
              Security Numbers," Immigr. Empl. Compliance Handbook § 6:53
7             (January 2006).

8
     **841**    Overview of Department of Homeland Security ("DHS") Proposed
9             Regulations on Safe-Harbor Procedures for Employers who Receive a No-
              Match Letter, Essential Worker Immigration Coalition (June 12, 2006).
10

11                          **Proposed Rule**

12   **844**    Department of Homeland Security, Proposed Rule: "Safe-Harbor Procedures
              for Employers Who Receive a No-Match Letter," 71 Fed. Reg. 34281 (June 1
13            2006)

14
                          **Public Comments**
15
                          **Non-Form Letters**
16

17        **(Listed in order by submitter name, entity name or email address)**

18   **849**    Dan Danner, National Federation of Independent Business

19   **853**    Cheryl Hall, Western Growers

20   **854**    Jasper E. Hampel, Western Growers (Attachment)

21
     **861**    Randel Johnson, United States Chamber of Commerce
22
     **869**    Laura Foote Reiff, Co-Chair, Essential Worker Immigration Coalition
23
     **876**    Robert Deasy, American Immigrant Lawyers Association
24
     **877**    Robert Deasy, American Immigrant Lawyers Association (Attachment)
25
     **892**    Fred Tsao, Illinois Coalition for Immigrant and Refugee Rights
26

27
28

Page

| | | |
|---|---|---|
| 1 | **894** | Andrew S. Fortin, Vice-President, Legal/Government Relations, National Club Association |
| 2 3 | **895** | Andrew S. Fortin, Vice-President, Legal/Government Relations, National Club Association (Attachment) |
| 4 | **899** | Christine Ortiz, Voces de la Frontera |
| 5 | **901** | John Peek |
| 6 | **905** | Kristen Paulson Gibbons, The Gibbons Law Firm |
| 7 | **909** | Adrienne DerVartanian, Farmworker Justice |
| 8 | **910** | Bruce Goldstein, Farmworker Justice (Attachment) |
| 9 10 | **915** | Eric Gutierrez, Mexican American Legal Defense & Educational Fund |
| 11 | **916** | Shaheena Ahmad Simmons, Mexican American Legal Defense & Educational Fund (Attachment) |
| 12 | **918** | Charles Baesler, Stoll Keenon Ogden PLLC |
| 13 14 | **921** | Ana Avendano, Associate General Council and Director, American Federation of Labor and Congress of Industrial Organizations |
| 15 16 | **925** | Marielena Hincapié, Esq., Director, Low-Wage Immigrant Worker Coalition |
| 17 | **949** | Peter Rachelson |
| 18 | **950** | Anonymous |
| 19 | **951** | Melissa Milligan |
| 20 | **952** | Sean Yolish |
| 21 | **954** | Tony Schaffer |
| 22 | **955** | M.Scott Vinson, V.P., National Council of Chain Restaurants |
| 23 | **956** | M.Scott Vinson, V.P., National Council of Chain Restaurants (Attachment) |
| 24 | **958** | Malcom Sweeden |
| 25 26 | **959** | Laura Foote Reiff, Essential Worker Immigration Coalition |
| 27 | | |
| 28 | | |

Page

960   Laura Foote Reiff, Essential Worker Immigration Coalition (Attachment)

962   Anonymous

963   S.W. Hippert

964   W.E. McClure

965   V. Rutland

966   C. Loomis

967   K. Schatz

968   Carla J. Hoglund

969   J.A. Kafura

970   Arlene Frelk

971   F. Brian Graham

974   Robert. J. Calabro, CPA, Ranstad USA

975   Carl Irma Hayes

976   Thomas Delaney, Professional Landscape Network

977   B.D.Hogg

978   Essential Worker Immigration Coalition

980   Rebecca Hicks

981   Theresa Thomas

982   Denise Venezuela, Croce & Company

983   Alan J. Kraemer

984   Daniel V. Yager, HR Policy Association

985   Lisa Parmelee, Executive Assistant, Construction Laborers Trust Funds for Southern California

986   Marielena Hincapie, Esq., Low-Wage Worker Immigration Coalition

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page

1    **990**    Kristy Blackman, HR Manager, Private Employer

2    **991**    Timothy Keaty, SPHR

3    **993**    Nancy Powers

4    **994**    Cynthia Mark

5    **995**    Angela Stuesse

6    **996**    Margarita Martin

7    **997**    Gail Ryall

8    **998**    Kevin Hefty

9
     **999**    Maile Broccoli-Hickey
10
     **1000**   Sheryl Munoz-Bergman
11
     **1001**   Patricia Hatch
12
13   **1004**   Bob Sichta

14   **1005**   Elvira Alexander

15   **1006**   Elvira Alexander (Attachment)

16   **1008**   George Rinaldi

17   **1009**   Tim Brown

18   **1011**   Tracy Tenwalde

19   **1015**   Comments made on June 20, 2006 at meeting with Essential Worker
                 Immigration Coalition (EWIC)
20

21   **1021**   Hillary Ronen

22   **1023**   Tovah Flygare

23   **1025**   Henry Norr

24   **1027**   Rachel Dornhelm

25   **1028**   Cat Le

26

27

28

Page

1    **1029**    David Loeb

2    **1030**    Elizabeth Wu

3    **1031**    Eloisa Hernandez-Ramos

4    **1033**    Susan Guare

5    **1034**    Herbert Engman

6    **1036**    Jocelyn Sherman

7    **1037**    Shoba Sivaprasad Wadhia, Esq., National Immigration Forum

8    **1038**    Shoba Sivaprasad Wadhia, Esq, National Immigration Forum (Attachment)

9    **1041**    J.Doug Ohmans

10   **1042**    Jim Ludwick

11   **1043**    Lynda Winslow

12   **1045**    William Peltz

13   **1046**    Rolando Palacios

14   **1047**    Onofre Antonio Abarca

15   **1049**    Virginia Johnson

16   **1051**    Debbie Anderson

17   **1053**    Mary Nella Gonzales

18   **1055**    Veronica Villasenor

19   **1057**    Nancy Dahlberg

20   **1059**    Corey Olsen

21   **1060**    Deborah Brooks

22   **1061**    Lawrence Smith, BA

23   **1063**    Marien Levy

24   **1064**    LeeAnn Hall, Northwest Federation of Community Organizations

25

26

27

28

Page

**1068**  Beth Stickney, Immigrant Legal Advocacy Project

**1069**  Beth Stickney, Immigrant Legal Advocacy Project (Attachment)

**1073**  Charles Barragan

**1074**  Anonymous

**1075**  Gail Duke, CPM, Institute of Real Estate Management

**1077**  Legal Aid Services of Oregon

**1078**  Molly Graver, Attorney  Legal Aid Services of Oregon (Attachment)

**1082**  Michael Zolandz, Building Service Contractors Association International

**1083**  Donald Pottieger, Sr., Building Service Contractors Association International (Attachment)

**1085**  Elvira Alexander

**1087**  Marlene Colucci, Executive VP, American Hotel & Lodging Association

**1090**  Marlene Colucci, Executive VP, American Hotel & Lodging Association (Attachment)

**1093**  Peggy Mastroianni, Associate Legal Counsel, United States Equal Employment Opportunity Commission

**1094**  Peggy Mastroianni, Associate Legal Counsel, United States Equal Employment Opportunity Commission (Attachment)

**1098**  Manuel Cunha Jr, President, Nisei Farmers League

**1100**  Alexia Kulwiee, Chief Counsel, SEIU Local 1

**1102**  Alexia Kulwiee, Chief Counsel, SEIU Local 1 (Attachment)

**1111**  Charles Breiterman

**1112**  Lauralee Markus, San Francisco Chamber of Commerce

**1113**  Fragomen, Del Ray, Bernsen & Loewy, LLP

**1116**  Mara Keisling, Executive Director, National Center for Transgender Equality

Page

**1120**     Mara Keisling, Executive Director, National Center for Transgender Equality (Attachment)

**1124**     Aeryca Steinbauer, CAUSA, Oregons Immigrant Rights Coalition

**1128**     Ali Noorani, Massachusetts Immigrant & Refugee Advocacy Coalition

**1131**     Ana Avendano, American Federation of Labor and Congress of Industrial Organizations

**1135**     Cynthia L. Rice, California Rural Legal Assistance Inc

**1139**     Dennis Sadowski

**1140**     Fionna McKinnon, National Immigration Project of the National Lawyers Guild

**1145**     Gavin Newsome, Office of The Mayor, San Francisco

**1147**     George R.Green, Food Marketing Institute

**1151**     Janet Murguia, National Council of La Raza

**1155**     Jasper E. Hempel, Western Growers

**1156**     Jasper E. Hempel, Western Growers (Attachment)

**1162**     Jennifer Lai, National Immigration Law Center

**1187**     Joseph Young, New England Apple Council Inc.

**1189**     Kenya Wiley, Society for Human Resources Management (SHRM)

**1190**     Michael P. Aitken, SHRM Governmental Affairs (Attachment)

**1196**     David Rugendorf, Michell Silberberg & Knupp, LLP

**1199**     Pat Sullivan

**1200**     Terence M. O'Sullivan, Laborers International Union of North America

**1205**     Thomas V. DeBruin, Service Employees International Union, District 1199P

**1206**     Vic Rosenthal, Jewish Community Action

**1209**     Rachel Dornhelm

Page

1

**1210**    Charles Barragan

2

**1211**    Khalid Butt, Secretary, Government of Pakistan, Central Board of Film
            Censors

3

**1213**    Marielena Hincapie, Low-Wage Immigrant Worker Coalition

4

**1237**    Karen Narasaki, President and Executive Director, Asian American Justice
            Center

5

6

**1241**    Michael Aitken, Director, Society for Human Resource Management

7

**1247**    Judith Scott, General Counsel, Service Employees International Union

8

**1276**    City of Santa Fe Immigration Committee

9

**1278**    Janet Murguia, National Council of La Raza

10

**1282**    Jeff Stone, Oregon Association of Nurseries

11

**1285**    Michael Monroe, International Union of Painters and Allied Trades,
12          American Federation of Labor and Congress of Industrial Organizations,
13          CLC

14    **1291**    Kristin L. Martin, UNITEHERE!

15    **1295**    Sharon Hughes, National Council of Agricultural Employers

16    **1309**    Peter A. Schey, President, Center for Human Rights and Constitutional Law

17    **1313**    LeeAnn Hall, Idaho Community Action Network

18    **1317**    Joseph Young, Executive Director, New England Apple Council Inc.

19
      **1319**    Kenneth Barger, Farm Labor Organizing Committee, American Federation
20              of Labor and Congress of Industrial Organizations

21    **1324**    Mike Stollenwerk, Fairfax County Privacy Council

22    **1328**    Kathy Barrett, Cayuga Marketing LLC

23    **1330**    Lynn Shotwell, American Council on International Personnel

24    **1338**    Mark Maslyn, Executive Director, American Farm Bureau Federation

25    **1345**    Donald Kerwin, Catholic Legal Immigration Network

26

27

28

Page

1348    William C. Balek, ISSA, The Experts on Cleaning and Maintenance

1353    Joan Suarez, Immigrant Rights Action Task Force

1355    Julia Malette & Minsu Longiaru, Washtenaw County Workers' Center

1359    Bill Isokair, American Subconstractor Association, INC.

1362    James Hickey, Jr, American Horse Council

1364    John Farner, American Nursery and Landscape Association

1365    Robert Dolibois, American Nursery and Landscape Association (Attachment1)

1371    John Farner,Agriculture Coalition for Immigration Reform (Attachment2)

1385    Alexia Kulwiec, Chief Counsel, Service Employees International Union

1394    Angelica Salas, Coalition for Humane Immigrant Rights of Los Angeles-CHIRLA

1398    Anita Drummond, Esq. on behalf of Construction Employers

1399    Arthur Reed, Friends of Farmworkers

1400    Arthur Reed, Friends of Farmworkers (Attachment)

1404    Austin Perez,The American Farm Bureau Federation

1405    Mark Maslyn, The American Farm Bureau Federation (Attachment)

1412    Barry Bedwell, California Grape & Tree Fruit League

1413    Bob Bacon, TAS Commercial Concrete Construction, L.P.

1415    Claire Syrett, Organizer, Eugene-Springfield Solidarity Network

1416    Claire Syrett, Organizer, Eugene-Springfield Solidarity Network (Attachment)

1420    Carole Angel, Legal Momentum

1421    Leslye Orloff, Legal Momentum (Attachment)

1424    Craig Silvertooth, National Roofing Contractors Association

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page

1425  Craig Silvertooth, National Roofing Contractors Association (Attachment)

1433  Elizabeth McDonough

1434  Guadalupe Palma, Esq. Latina Lawyers Bar Association

1438  James Coleman, National Council of Chain Restaurants

1439  James Coleman, National Council of Chain Restaurants (Attachment)

1444  Fiona McKinnon, National Immigration Project

1445  Fiona McKinnon, National Immigration Project (Attachment)

1451  James Foreman

1452  Jane Fast

1453  Jim Kyger, Printing Industries of America-Washington Office

1454  Jim Kyger, Printing Industries of America-Washington Office (Attachment)

1465  Gail Inzero, National Turkey Federation/National Chicken Council

1466  Alice Johnson, National Turkey Federation/National Chicken Council (Attachment)

1470  John Lincoln, New York Farm Bureau

1473  Karen Cone, TOC Management Services

1474  Joseph Brislin, TOC Management Services

1477  Raquel Gonzalez

1478  Rebeca Gamez, New Immigrant Community Empowerment

1482  Regan Cooper, PA Immigration and Citizenship Coalition

1483  Regan Cooper, PA Immigration and Citizenship Coalition (Attachment)

1487  David Seldon, Stinson Morrison Hecker LLP

1488  David Seldon, Stinson Morrison Hecker LLP (Attachment)

1502  Socorro Rios, Somos Un Pueblo Unido

Page

1503    Rich Hudgins, California Canning Peach Association

1504    Rich Hudgins, California Canning Peach Association (Attachment)

1505    Sherwin Siy, Electronic Privacy Information Center

1506    Sherwin Siy, Electronic Privacy Information Center (Attachment)

1522    Sonia Marquez, Greater Boston Legal Services

1523    Tobi Hill-Meyer

1524    Ricardo Flores, Public Justice Center

1525    Ricardo Flores, Public Justice Center (Attachment)

1528    Rob Roy

1529    Robin Stone-May, Forgemaster Iron

1531    Ruth Clark, Tindall & Foster, P.C.

1532    Charles Foster, Tindall & Foster, P.C. (Attachment)

1534    Sheila Gleason, Coalition of Irish Immigration Centers

1536    Sheila Griffen, Rosemary Empen

1537    Terri Ivey, United Food and Commercial Workers

1538    Joseph Hansen, United Food and Commercial Workers (Attachment)

1543    Toby Malara, Esq., American Staffing Association

1544    Joseph Hansen, Esq., American Staffing Association (Attachment)

1548    Chang M.

1550    Christopher Punongbayan, Filipinos for Affirmative Action

1551    Kerry Korpi, American Federation of State, County, and Municipal Employees, AFL-CIO

1555    Monte Byers, United Brotherhood of Carpenters & Joiners America

1560    David S. Rugendorf, Mitchell Silverberg and Kunpp LLP

Page

1   **1563**   Dennis Sadowski

2   **1564**   Richard A. Hayden, Secretary Treasure, Indiana Horticultural Society

3   **1565**   Thomas Roney, Indiana Horticultural Society (Attachment)

4   **1567**   Carolina Ramon, Women's Economic Development Agency

5   **1571**   Leland Y. Yee, PH.D, Speaker Pro Tempore, California State Assembly

6   **1572**   William Shuey, International Institute of Rhode Island

7   **1576**   Thomas Roney, Indiana Horticultural Society

8   **1578**   Jennifer Lai

9   **1580**   Marielena Hincapie, Low-Wage Immigration Worker Coalition

10  **1604**   Vincent A. Eng, Asian American Justice Center

11  **1605**   Karen Narasaki, Asian American Justice Center (Attachment)

12  **1609**   Marielena Hincapie, Low-Wage Immigration Worker Coalition

13  **1610**   Marielena Hincapie, Low-Wage Immigration Worker Coalition (Attachment)

14  **1634**   Peter Schey, Center for Human Rights and Constitutional Law

15  **1635**   Peter Schey, Center for Human Rights and Constitutional Law (Attachments)

16  **1639**   David Seldon, Stinson Morrison Hecker LLP

17  **1640**   Julie A. Pace, Stinson Morrison Hecker LLP

18  **1654**   Kristen Paulson Gibbons, The Gibbons Law Firm

19  **1659**   Kristen Paulson Gibbons, The Gibbons Law Firm (Attachment)

20  **1663**   Anita Drummond, Associated Builders and Contractors, Inc.

21  **1664**   Anita Drummond, Associated Builders and Contractors, Inc. (Attachment)

22  **1673**   Marielena Hincapie, Low-Wage Immigration Worker Coalition

Page

1674   Marielena Hincapie, Low-Wage Immigration Worker Coalition (Attachment)

1698   Alexia Kulwiec, Services Employees International Union

1699   Alexia Kulwiec, Services Employees International Union (Attachment)

1708   Julie Suarez, New York Farm Bureau

1709   John W. Lincoln, New York Farm Bureau (Attachment)

1712   Kenya Wiley, Society for Human Resources Management

1713   Michael D. Aitken, Society for Human Resources Management (Attachment)

1719   Fatima Carroll, United Food and Commercial Workers International Union

1720   Joseph Hansen, United Food and Commercial Workers International Union

1725   Anita Drummond, Association of Builders and Contractors

1726   Association of Builders and Contractors (Attachments)

1728   Autumn Veazey, United Fresh Fruit

1729   R. Craig Silvertooth, National Roofing Contractors Association

1730   R. Craig Silvertooth, National Roofing Contractors Association (Attachment)

1738   Robert Guenther, United Fresh Fruit and Vegetable Association

1739   Austin Perez, American Farm Bureau Federation

1740   Mark Maslyn, American Farm Bureau Federation (Attachment)

1747   Gail V. Inzero, National Turkey Federation

1748   Alice Johnson, National Turkey Federation (Attachment)

1752   Lauren Airey, American Farm Bureau Federation

1753   Mark Maslyn, American Farm Bureau Federation (Attachment)

1760   Carole Angel, Legal Momentum

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page

1    **1761**    Leslye Orloff, Legal Momentum (Attachment)

2    **1764**    Orrin Baird, Service Employees International Union

3    **1765**    Orrin Baird, Service Employees International Union (Attached)

4    **1494**    Michael Kerr, National Council of Agricultural Employers

5    **1495**    Sharon Hughes, National Council of Agricultural Employers

6    **1809**    Sonia Marquez, Greater Boston Legal Services

7    **1810**    Sonia Marquez, Greater Boston Legal Services (Attached)

8    **1811**    Therressa Ivey, United Food and Commercial Workers International Union

9
10   **1812**    Joseph Hansen, United Food and Commercial Workers International Union (Attachment)

11   **1817**    Bill Balek, ISSA, The Experts on Cleaning and Maintenance

12   **1818**    Bill Balek, ISSA, The Experts on Cleaning and Maintenance (Attachment)

13   **1823**    Eric Gutierrez, Mexican American Legal Defense and Educational Fund

14
15   **1824**    Shaheena Ahmad Simons, Mexican American Legal Defense and Educational Fund (Attachment)

16   **1826**    Luz Arevalo, Greater Boston Legal Services

17   **1827**    Luz Arevalo, Greater Boston Legal Services (Attachment)

18   **1836**    Regan Cooper, Pennsylvania Immigration and Citizenship Coalition

19
20   **1837**    Regan Cooper, Pennsylvania Immigration and Citizenship Coalition (Attached)

21   **1841**    Robert Smith, CoBank

22   **1842**    Robert Smith, CoBank (Attachment)

23   **1844**    Laura Foote Reiff, Essential Workers Immigration Coalition

24   **1845**    Laura Foote Reiff, Essential Workers Immigration Coalition (Attachment)

25   **1852**    Robert Deasy, American Immigration Lawyers Association

26

27

28

Page

1   **1853**   Robert Deasy, American Immigration Lawyers Association (Attachments)

2   **1868**   Mike Gempler, Washington Growers League

3   **1870**   Mike Gempler, Washington Growers League (Attachment)

4   **1872**   Mirna Torres, Catholic Legal Immigration Network

5   **1875**   Donald Kerwin, Catholic Legal Immigration Network (Attachment)

6   **1878**   Keely Sewell, Mackenzie Law Firm

7   **1879**   Keely Sewell, Mackenzie Law Firm (Attachment)

8   **1880**   Michael Dendas, US Chamber of Commerce

9   **1881**   Randel Johnson, US Chamber of Commerce (Attachment)

10   **1889**   Michael Dendas, US Chamber of Commerce

11   **1890**   Randel Johnson, US Chamber of Commerce (Attachment)

12   **1898**   Michael Monroe, International Union of Painters and Allied Trades

13   **1899**   Michael Monroe, International Union of Painters and Allied Trades (Attachment)

14   **1905**   Michael Monroe, International Union of Painters and Allied Trades

15   **1906**   Michael Monroe, International Union of Painters and Allied Trades (Attachment)

16   **1912**   Lydia Tamez, Microsoft Corporation

17   **1913**   Lydia Tamez, Microsoft Corporation (Attachment)

18   **1924**   Kevin McColaugh, American Horse Council

19   **1925**   James Hickey, American Horse Council (Attachment)

20   **1927**   Leslie Miller, Forgemaster Iron, Inc.

21   **1928**   Robin Stone, Forgemaster Iron, Inc. (Attachment)

22   **1930**   John Farner, American Nursery and Landscape Association

23

24

25

26

27

28

Page

**1931**    Robert Dolibois, American Nursery and Landscape Association (Attachment)

**1951**    Art Read, Friends of Farm Workers

**1952**    Art Read, Friends of Farm Workers (Attachment)

**1956**    Jeff Stone, Oregon Association of Nurseries

**1957**    Jeff Stone, Oregon Association of Nurseries (Attachment)

**1961**    Toby Malara, American Staffing Association

**1962**    Edward Lenz, American Staffing Association (Attachment)

**1966**    Jim Kyger, Printing Industries of America

**1967**    Jim Kyger, Printing Industries of America (Attachment)

**1978**    Ruth Osisnski, National Federation of Independent Businesses

**1979**    Dan Danner, National Federation of Independent Businesses (Attachment)

**1983**    Joseph Young, New England Apple Council

**1984**    Joseph Young, New England Apple Council (Attachment)

**1986**    Bill Isokait, American Subcontractors Association

**1987**    Bill Isokait, American Subcontractors Association (Attachment)

**1990**    Joan Suarez, Immigration Rights Action Task Force

**1991**    Joan Suarez, Immigration Rights Action Task Force (Attachment)

**1993**    Rosa Kasse, Hispanic Coalition

**1997**    Adrienne DerVartanian, Farm Worker Justice

**1998**    Bruce Goldstein, Farm Worker Justice (Attachment)

**2003**    Cheryl Hall, Western Growers

**2004**    Jasper Hempel, Western Growers (Attachment)

**2011**    Ruth Clark, Tindall & Foster

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page

**2012**   Charles C. Foster, Tindall & Foster (Attachment)

**2014**   Sheila Gleeson, Coalition of Irish Immigration Centers

**2016**   Sheila Gleeson, Coalition of Irish Immigration Centers (Attachment)

**2018**   Fiona McKinnon, National Immigration Project

**2019**   Fiona McKinnon, National Immigration Project (Attachment)

**2025**   Rich A Hudgins, California Canning Peach Association

**2026**   Rich A Hudgins, California Canning Peach Association (Attachment)

**2027**   Kristen L. Martin, UNITEHERE!

**2028**   Kristen L. Martin, UNITEHERE! (Attachment)

**2032**   Sherwin Siy, Electronic Privacy Info Center

**2033**   Sherwin Siy, Electronic Privacy Info Center (Attachment)

**2049**   Rachel Cox, ACIP

**2050**   Lynn Shotwell, ACIP

**2058**   Eugene-Springfield Solidarity Network

**2059**   Claire Syrett, Eugene-Springfield Solidarity Network (Attachment)

**2063**   Cynthia Rice, Advocating and Training California Rural Legal Assistance

**2064**   Cynthia Rice, Advocating and Training California Rural Legal Assistance

**2068**   James Coleman, National Council of Chain Restaurants

**2069**   James Coleman, National Council of Chain Restaurants (Attachment)

**2074**   Marisol Jimenez-McGee, El Pueblo, Inc.

**2078**   Marisol Jimenez-McGee, El Pueblo, Inc. (Attachment)

**2081**   Michele Waslin, National Council of La Raza

**2082**   Janet Murguia, National Council of La Raza (Attachment)

**2086**   Ricardo Flores, Public Justice Center

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page

1   **2087**   Ricardo Flores, Public Justice Center (Attachment)

2   **2090**   Mirna Torres, Catholic Legal Immigration Network

3   **2093**   Donald Kerwin, Catholic Legal Immigration Network (Attachment)

4   **2096**   Sandra Sanchez, American Friends Service Committee

5   **2097**   Sandra Sanchez, American Friends Service Committee (Attachment)

6   **2100**   Karen Cone, TOC Management Services

7   **2101**   Joseph Brislin, TOC Management Services (Attachment)

8   **2113**   Carrie Tracy, Idaho Community Action Network

9
    **2117**   LeAnne Hall, Idaho Community Action Network (Attachment)

10
    **2121**   Alicia Hedges, Azarmehr & Associates

11
    **2122**   Angelica Salas, Coalition for Humane Immigration Rights of Los Angeles

12
    **2125**   Forest Wilson

13

14  **2126**   Edie Foreman

15  **2127**   Douglas Holman

16  **2128**   Nicholas Occhipinti

17  **2129**   Maria Cristina Lopez, City of Santa Fe immigration Committee

18  **2131**   Kristin Koptiuch

19  **2132**   Jesse Davis

20
    **2133**   Tobi Hill-Meyer

21
    **2134**   Lois Bernbeck

22
    **2135**   Miles Vincent Rodriguez

23
    **2136**   Kelli Larsen

24
    **2137**   Thomas Herring

25

26  **2138**   missbillie5441@yahoo.com

27

28

Page

1  **2139**   Christine Neumann Ortiz, Voces de la Frontera

2  **2141**   Mike Stollenwerk, Fairfax County Privacy Council

3  **2145**   Charles Breiterman

4  **2146**   Guadalupe Palma, Latina Lawyers Bar Association

5  **2150**   Orrin Baird, Service Employees International Union

6  **2151**   Robert Roy, Ventura County Agricultural Association

7  **2152**   Fred Tsao, Illinois Coalition for Immigrant and Refugee Rights

8  **2154**   Barry Bedwell, California Grape and Tree Fruit League

9  **2155**   Kathy Barrett, Cayuga Marketing LLC

10 **2157**   Julia Malette and Minsu Longiaru, Washtenaw County Workers Center

11 **2161**   Bob Bacon, TAS Commercial Concrete Construction

12 **2163**   Rebeca Gamez, New Immigration Community Empowerment

13 **2167**   John Peek

14 **2171**   Sheila Griffin and Rosemary Empen

15 **2172**   Jane H. Fast

16 **2173**   Ken Barger, Farm Labor Organizing Committee

17 **2177**   Tom Granado, Association of Builders and Contractors

18 **2178**   LeAnne Hall, Northwest Federation of Community Organizations

19 **2182**   Shoba Sivaprasad Wadhia, National Immigration Forum

20 **2186**   Elvira Alexander

21 **2187**   Elvira Alexander (Attachment)

22 **2189**   Laura Foote Reiff, Essential Worker Immigration Coalition

23 **2191**   Essential Worker Immigration Coalition (Attachment)

24 **2193**   Khalid Ali Butt, Government of Pakistan, Central Border of Film Censors

Page

1    **2195**    Jennifer Lai, Employment Policy Attorney

2    **2197**    Marielena Hincapie, National Immigration Law Center

3    **2201**    Thomas Delaney, Professional Landcare Network

4    **2203**    Thomas Delaney, Professional Landcare Network (Attachment)

5    **2204**    Marielena Hincapie, Low-Wage Immigration Worker Coalition

6    **2205**    Marielena Hincapie, Low-Wage Immigration Worker Coalition
7             (Attachment)

8    **2229**    Caroline Domingo

9    **2230**    Craig Waldron

10   **2231**    Celia Becerril

11   **2233**    Gloria Soria

12   **2234**    Jonathan Harris

13   **2236**    Melodie Paulsen

14   **2237**    Beth Masck

15   **2238**    Probyn Gregory

16   **2239**    Carl Irma Hayes

17   **2241**    Bob Sichta

18   **2242**    Nancy Powers

19   **2243**    Karen Schatz

20   **2244**    Alan Kraemer

21   **2246**    Kristy Blackman

22   **2248**    Charles Baesler

23   **2251**    Brian Graham

24   **2254**    Lisa Parmelee, Construction Laborers Trust Funds for Southern California

Page

**2256**   Rebecca Hicks

**2258**   Arlene Frelk

**2259**   Robert J. Calabro

**2260**   Claudia Loomis

**2262**   Maile Broccoli-Hickey

**2264**   David Loeb

**2266**   Rachel Dornhelm

**2267**   Jim Ludwick

**2269**   Charles Barragan

**2270**   Nancy Dahlberg

**2272**   M. Scott Vinson, National Council of Chain Restaurants

**2274**   Monte Byers, United Brotherhood of Carpenters & Joiners of America

**2279**   Essential Workers Immigration Coalition

**2281**   John Peek

**2284**   William Shuey, International Institute Rhode Island

**2288**   Rich Hudgins, California Canning Peach Association

**2289**   Leland Y. Yee, Speaker pro Tempore California State Assembly

**2290**   Carolina Ramon, Women's Economic Development Agency (WEDA)

**2294**   Richard Hayden, Indiana Horticultural Society, Inc.

**2295**   Beth Stickney, Immigrant Legal Advocacy Project (ILAP)

**2299**   Christopher Punongbayan, Filipinos for Affirmative Action (FAA)

**2300**   Dennis Sadowski

**2301**   Ali Noorani, Massachusetts Immigrant & Refugee Advocacy Coalition (MIRA)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page

1    **2304**    Fiona McKinnon, National Immigration Project of the National Lawyers
              Guild, Inc.

2    **2309**    Aeryca Steinbaurer, CAUSA, Oregon's Immigration Rights Coalition

3
     **2313**    Vic Rosenthal, Jewish Community Action (JCA)
4
     **2316**    Thomas DeBruin, Pennsylvania's Health Care Union
5
6    **2317**    Pat Sullivan

7    **2318**    Elvira Alexander

8    **2320**    David Rugendorf, Mitchell Silberg & Knupp LLP

9    **2323**    Ana Avendano, American Federation of Labor and Congress of Industrial
              Organizations
10
11   **2327**    Gavin Newson, Office of Mayor, City & County of San Francisco CA

12   **2329**    George Green, Food Marketing Institute (FMI)

13   **2333**    Cynthia Rice, California Rural Legal Assistance

14   **2337**    Kerry Korpi, American Federation of State, County & Municipal
              Employees
15
     **2341**    Joseph Young, New England Apple Council Inc.
16
17   **2343**    Michael P. Aitken, Society for Human Resource Management

18   **2349**    Thomas E, Roney, Indiana Horticultural Society, Inc.

19   **2351**    Terence O'Sullivan, Laborers International Union of North America

20   **2356**    Jennifer Lai, National Immigration Law Center.

21   **2357**    Marielena Hincape, Low-Wage Immigrant Worker Coalition

22   **2358**    Marielena Hincape, Low-Wage Immigrant Worker Coalition (Attachment)

23   **2381**    Janet Murguia, National Council of La Raza

24
     **2385**    Hillary Ronan, La Raza Centro Legal, Inc.
25
     **2389**    Steven C. Anderson, National Restaurant Association
26

27
                                                                              – 27 –
28

Page

**2394**    Julie A. Pace, Stinson Morrison Hecker, LLP

**2408**    M. Cheng

**2409**    Jessica Salsbury, CASA of Maryland, Inc.

**2413**    Mike Beckman, Seminarians for Worker Justice

**2417**    Edie Foreman

### Sample Form Letter and Form Email Public Comments

*These comments are samples of each mass-mailing received from members of the public. The full set of all such comments (form letters and emails totaling 5,025) is on file with the Department of Homeland Security and is available for inspection upon request.*
*A list of the senders of each such form letter comment is attached.*

**2418**    Richard Wagner

**2419**    Rozlyn Koenigseker

**2421**    Joseph Drake

**2422**    Victor Chavez

### Final Rule

**2423**    Department of Homeland Security, Final Rule: "Safe-Harbor Procedures for Employers Who Receive a No-Match Letter," 72 Fed. Reg. 45611 (August 15, 2006)