JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
THOMAS H. DUPREE JR.
Deputy Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C. 20001
Telephone: (202) 305-0693
Facsimile: (202) 616-8460
Email: Daniel.Bensing@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br> Plaintiffs, <br><br> SAN FRANCISCO CHAMBER OF COMMERCE, et al., <br><br> Plaintiffs-Intervenors, <br><br> and <br><br> UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al., <br><br> Plaintiffs-Intervenors, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of Homeland Security, et al., <br><br> Defendants. | Case No. 07-4472 CRB <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> **NOTICE OF APPEAL** |

Notice of Appeal (No. C 07-4472 CRB)

# NOTICE OF APPEAL

Please take notice that defendants, Michael Chertoff, Secretary of Homeland Security, the Department of Homeland Security, Julie Myers, Assistant Secretary of Homeland Security, U.S. Immigration and Customs Enforcement, Michael Astrue, Commissioner of Social Security and the Social Security Administration, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the following orders of the District Court: (1) the Order granting plaintiffs' Motion for Preliminary Injunction entered on October 10, 2007 (D.E. 135); and (2) the Preliminary Injunction entered on October 15, 2007 (D.E. 137).

DATED: December 4, 2007                Respectfully submitted,


                                       JEFFREY S. BUCHOLTZ
                                       Acting Assistant Attorney General
                                       THOMAS H. DUPREE JR. (D.C. Bar No. 467195)
                                       Deputy Assistant Attorney General


                                       SCOTT N. SCHOOLS
                                       United States Attorney



                                             /s/
                                       _____
                                       SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
                                       DANIEL E. BENSING (D.C. Bar No. 334268)
                                       Attorneys, U.S. Department of Justice
                                       Civil Division, Federal Programs Branch
                                       20 Massachusetts Ave., N.W., Room 6114
                                       Washington, D.C. 20001
                                       Telephone: (202) 305-0693
                                       Facsimile: (202) 616-8460
                                       E-mail: Daniel.Bensing@USDOJ.gov

<u>Certificate of Service</u>

I hereby certify that on December 4, 2007, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

| | |
|---|---|
| Scott A. Kronland<br>Altshuler Berzon LLP<br>skronland@altshulerberzon.com | Robert Charrow<br>Greenberg Traurig, LLP<br>charrowr@gtlaw.com |
| Ana L. Avendano<br>AFL-CIO<br>aavendan@aflcio.org | David Albert Rosenfeld<br>Manjari Chawla<br>Weinberg Roger & Rosenfeld<br>courtnotices@unioncounsel.net |
| James B. Coppess<br>AFL-CIO<br>jcoppell@aflcio.org | Jennifer C. Chang<br>ACLU Immigrants' Rights Project<br>jchang@aclu.org |
| Linda Claxton<br>Ogletree, Deakins, Nash, Smoak &<br> Stewart P.C.<br>linda.claxton@ogletreedeakins.com | Linton Joaquin<br>National Immigration Law Center<br>joaquin@nilc.org |
| Alan Lawrence Schlosser<br>ACLU Foundation of Northern California<br>aschlosser@aclunc.org | Marielena Hincapie<br>National Immigration Law Center<br>hincapie@nilc.org |
| Julia Harumi Mass, Esq.<br>American Civil Liberties Union of<br>Northern California<br>jmass@aclunc.org | Monica Maria Ramirez<br>ACLU Immigrants Right Project<br>mramirez@aclu.org |
| Lucas Guttentag<br>ACLU Immigrants' Rights Project<br>lguttentag@aclu.org | Leon Dayan<br>Bredhoff & Kaiser<br>LDayan@Bredhoff.com |
| Monica Teresa Guizar<br>National Immigration Law Center<br>guizar@nilc.org | Omar C. Jadwat<br>ACLU Immigrants Rights Project<br>ojadwat@aclu.org |

/s/
_____
Daniel Bensing