**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **December 14, 2007**

**3-07-4472**

## AMERICAN FEDERATION v. MICHAEL CHERTOFF

Attorneys:   Scott Kronland and Stephen Berzon  present

  Monica Guizer,  Robert Charrow and Michael Dupree appeared  telephonically

Deputy Clerk: **Frank Justiliano**          Reporter:   **Joan Columbini**

**PROCEEDINGS:**                                              **RULING:**

1.  D's Motion to Stay Proceeding Pending New Rule Making                GRANTED

2.  

3.  

4.  
     ( ) Status Conference      ( ) P/T Conference        ( )Case Management Conference

**ORDERED AFTER HEARING:**



( ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____

( ) Referred to Magistrate Judge For:  ____
       ( )By Court        ( )Parties to approach Chief Magistrate in future

( x ) CASE CONTINUED TO  March 28, 2008 at 8:30 a.m.     for   Status Conference

Discovery Cut-Off ____                    Expert Discovery Cut-Off ____

Plntf to Name Experts by ____            Deft to Name Experts by ____

P/T Conference Date ____      Trial Date ____      Set for ____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes:    Counsel able to appear by telephone