1  Stephen P. Berzon (SBN 46540)
   Scott A. Kronland (SBN 171693)
2  Jonathan Weissglass (SBN 185008)
   Linda Lye (SBN 215584)
3  Danielle E. Leonard (SBN 218201)
   ALTSHULER BERZON LLP
4  177 Post Street, Suite 300
   San Francisco, CA 94108
5  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
6  Email: skronland@altshulerberzon.com
   Email: llye@altshulerberzon.com
7  Email: dleonard@altshulerberzon.com

8  *Attorneys for Plaintiffs*

9  Jonathan P. Hiatt (SBN 63533) (Admitted *Pro Hac Vice*)
   James B. Coppess
10 AFL-CIO
   815 Sixteenth Street, N.W.
11 Washington, D.C. 20006
   Telephone: (202) 637-5053
12 Facsimile: (202) 637-5323
   Email: aavendan@aflcio.org
13
   *Attorneys for Plaintiff AFL-CIO*
14
   (Counsel list continued on next page)
15

16                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
17

18 AMERICAN FEDERATION OF LABOR AND              ) Case No. C07-4472 CRB
   CONGRESS OF INDUSTRIAL ORGANIZATIONS;         )
19 SAN FRANCISCO LABOR COUNCIL; SAN              )
   FRANCISCO BUILDING AND CONSTRUCTION           ) **NOTICE OF CHANGE IN**
20 TRADES COUNCIL; and CENTRAL LABOR             ) **COUNSEL**
   COUNCIL OF ALAMEDA COUNTY,                    )
21                                               )
              Plaintiffs,                        )
22                                               )
         v.                                      )
23                                               )
   MICHAEL CHERTOFF, Secretary of Homeland Security; )
24 DEPARTMENT OF HOMELAND SECURITY;              )
   JULIE MYERS, Assistant Secretary of Homeland  )
25 Security; U.S. IMMIGRATION AND CUSTOMS        )
   ENFORCEMENT; MICHAEL ASTRUE, Commissioner     )
26 of Social Security; and SOCIAL SECURITY       )
   ADMINISTRATION,                               )
27                                               )
              Defendants.                        )
28 _____ )

NOTICE OF CHANGE IN COUNSEL, Case No. C07-4472 CRB

1  (Counsel list continued from first page)

2  Linton Joaquin (SBN 73547)
   Marielena Hincapié (SBN 188199)
3  Monica T. Guizar (SBN 202480)
   NATIONAL IMMIGRATION LAW CENTER
4  3435 Wilshire Blvd., Suite 2850
   Los Angeles, CA 90010
5  Telephone: (213) 674-2850
   Facsimile: (213) 639-3911
6  Email: guizar@nilc.org

7  Lucas Guttentag (SBN 90208)
   Jennifer C. Chang (SBN 233033)
8  Mónica M. Ramírez (SBN 234893)
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
9  Immigrants' Rights Project
   39 Drumm Street
10 San Francisco, CA 94111
   Telephone: (415) 343-0770
11 Facsimile: (415) 395-0950
   E-mail: jchang@aclu.org
12
   Omar C. Jadwat (Admitted *Pro Hac Vice*)
13 AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   Immigrants' Rights Project
14 125 Broad Street, 18th Floor
   New York, NY 10004
15 Telephone: (212) 549-2620
   Facsimile: (212)-549-2654
16 Email: ojadwat@aclu.org

17 Alan L. Schlosser (SBN 49957)
   Julia Harumi Mass (SBN 189649)
18 ACLU FOUNDATION OF NORTHERN CALIFORNIA
   39 Drumm Street
19 San Francisco, CA 94111
   Telephone: (415) 621-2493
20 Facsimile: (415) 255-1478
   E-mail: aschlosser@aclu.org
21
   *Attorneys for Plaintiff Central Labor Council of Alameda County*
22
   David A. Rosenfeld (SBN 58163)
23 Manjari Chawla (SBN 218556)
   WEINBERG, ROGER & ROSENFELD
24 A Professional Corporation
   1001 Marina Village Parkway, Suite 200
25 Alameda, California 94501-1091
   Telephone: (510) 337-1001
26 Facsimile: (510) 337-1023
   Email: drosenfeld@unioncounsel.net
27
   *Attorneys for Plaintiffs San Francisco Labor Council,*
28 *San Francisco Building and Construction Trades Council,*
   *and Central Labor Council of Alameda County*

NOTICE OF CHANGE IN COUNSEL, Case No. C07-4472 CRB                               1

**NOTICE OF CHANGE IN COUNSEL**

Please take notice that Ana Avendaño, listed as one of the counsel for plaintiff American Federation of Labor and Congress of Industrial Organizations in this action, is no longer serving as one of the counsel in this action.

Dated: February 5, 2008        Respectfully submitted,

Stephen P. Berzon
Scott A. Kronland
Jonathan Weissglass
Linda Lye
Danielle E. Leonard
ALTSHULER BERZON LLP

Jonathan P. Hiatt
James B. Coppess
AFL-CIO

Linton Joaquin
Marielena Hincapié
Monica T. Guizar
NATIONAL IMMIGRATION LAW CENTER

Lucas Guttentag
Jennifer C. Chang
Mónica M. Ramírez
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Omar C. Jadwat
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Alan L. Schlosser
Julia Harumi Mass
ACLU FOUNDATION OF NORTHERN CALIFORNIA

David A. Rosenfeld
Manjari Chawla
WEINBERG, ROGER & ROSENFELD

by:  /s/Scott A. Kronland
        Scott A. Kronland

Attorneys for Plaintiffs