1   JEFFREY S. BUCHOLTZ
    Acting Assistant Attorney General
2   THOMAS H. DUPREE JR.
    Deputy Assistant Attorney General
3   JOSEPH P. RUSSONIELLO
    United States Attorney
4   SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
5   DANIEL E. BENSING (D.C. Bar No. 334268)
    ERIC J. BEANE (Ariz. Bar No. 023092)
6   Attorneys, U.S. Department of Justice
    Civil Division, Federal Programs Branch
7   20 Massachusetts Ave., N.W., Room 7124
8   Washington, D.C.  20001
    Telephone:  (202) 616-2035
9   Facsimile:  (202) 616-8460
    Email: eric.beane@usdoj.gov
10

11                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
12

13

    AMERICAN FEDERATION OF LABOR AND            )
14    CONGRESS OF INDUSTRIAL                     ) Case No. 07-4472 CRB
      ORGANIZATIONS, et al.,                     )
15                                               )      **NOTICE OF APPEARANCE**
                                                 )
16                    Plaintiffs,                )
                                                 )
17   SAN FRANCISCO CHAMBER                       )
       OF COMMERCE, et al.,                      )
18                                               )
                  Plaintiffs-Intervenors,        )
19                                               )
                         and                     )
20                                               )
21   UNITED FOOD AND COMMERCIAL                  )
       WORKERS INTERNATIONAL UNION, et al.,      )
22                                               )
                  Plaintiffs-Intervenors         )
23                                               )
24          v.                                   )
                                                 )
25   MICHAEL CHERTOFF, Secretary of Homeland     )
       Security, et al.,                         )
26                                               )
                                                 )
27                    Defendants.                )
    ─────────────────────────────────────────────)
28

    NOTICE OF APPEARANCE, Case No. 07-4472 CRB

1    Please enter the appearance of Eric J. Beane as counsel for defendants.  Please note the

2  following contact information for Mr. Beane:

3  Address for U.S. Mail                          Address for Overnight Mail and Hand Delivery

4
   Eric J. Beane                                  Eric J. Beane
5  U.S. Department of Justice                     U.S. Department of Justice
   Civil Division, Federal Programs Branch        Civil Division, Federal Programs Branch
6  P.O. Box 883, Room 7124                        20 Massachusetts Avenue, N.W., Room 7124
7  Washington, D.C.  20044                        Washington, D.C.  20001

8  Tel:    (202) 616-2035
   Fax:    (202) 616-8470
9  E-Mail: eric.beane@usdoj.gov

10
   DATED:  March 21, 2008                         Respectfully submitted,
11
                                                  JEFFREY S. BUCHOLTZ
12                                                 Acting Assistant Attorney General
                                                  THOMAS H. DUPREE JR.
13                                                 Deputy Assistant Attorney General

14
                                                  JOSEPH P. RUSSONIELLO
15                                                 United States Attorney

16                                                    /s/ Eric J. Beane
17                                                 SANDRA SCHRAIBMAN
                                                  DANIEL E. BENSING
18                                                 ERIC J. BEANE (Ariz. Bar No. 023092)
                                                  Attorneys, U.S. Department of Justice
19                                                 Civil Division, Federal Programs Branch
                                                  20 Massachusetts Ave., N.W., Room 7124
20                                                 Washington, D.C.  20001
                                                  Telephone:  (202) 616-2035
21                                                 Facsimile:  (202) 616-8460
                                                  E-mail: eric.beane@usdoj.gov
22

23

24

25

26

27

28

1

2

Certificate of Service

3
　　　I hereby certify that on this 21st day of March 2008, I caused to be served by the electronic

4
case filing system a copy of Defendants' Notice of Appearance upon the following counsel:

5
　　　　　Scott A. Kronland
　　　　　Altshuler Berzon LLP

6
　　　　　177 Post St.
　　　　　San Francisco, California 94108

7
　　　　　skronland@altshulerberzon.com

8
　　　　　Counsel for AFL-CIO, et al.

9

10
　　　　　Robert Charrow
　　　　　Greenberg Traurig, LLP

11
　　　　　800 Connecticut Avenue, N.W. Ste. 500
　　　　　Washington D.C. 20006

12
　　　　　charrowr@gtlaw.com

13
　　　　　Counsel for San Francisco Chamber of Commerce, et al.

14

15
　　　　　Leon Dayan
　　　　　Bredhoff & Kaiser

16
　　　　　805 Fifteenth St., N.W. Tenth Floor
　　　　　Washington, D.C. 20008

17
　　　　　LDayan@Bredhoff.com

18
　　　　　Counsel for UNITE HERE, et al.

19

20
　　　　　　　　　　　　　　　　　　　/s/ Eric J. Beane

21
　　　　　　　　　　　　　　　　　Eric J. Beane

22

23

24

25

26

27

28

NOTICE OF APPEARANCE, Case No. 07-4472 CRB　　　　　　　　　　　　　　　　　　3