JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
THOMAS H. DUPREE JR.
Deputy Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL E. BENSING (D.C. Bar No. 334268)
ERIC J. BEANE (Ariz. Bar No. 023092)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7124
Washington, D.C.  20001
Telephone:  (202) 616-2035
Facsimile:  (202) 616-8460
Email: eric.beane@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br> Plaintiffs, <br><br> SAN FRANCISCO CHAMBER OF COMMERCE, et al., <br><br> Plaintiffs-Intervenors, <br><br> and <br><br> UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al., <br><br> Plaintiffs-Intervenors <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of Homeland Security, et al., <br><br> Defendants. | Case No. 07-4472 CRB <br><br> **UNOPPOSED MOTION TO VACATE STATUS CONFERENCE** |

UNOPPOSED MOTION TO VACATE STATUS CONFERENCE, Case No. 07-4472 CRB

On October 15, 2007, this Court entered a Preliminary Injunction against Defendants. Doc. #137. On November 23, 2007, Defendants filed a Motion to Stay Proceedings Pending New Rulemaking in light of its decision "to conduct additional rulemaking proceedings to address the issues raised by the Court." Doc. #142. Plaintiffs did not oppose the motion. Doc. #144 (Nov. 27, 2007). On December 14, 2007, this Court granted Defendants' Motion to Stay Proceedings Pending New Rulemaking and scheduled a status conference for March 28, 2008 at 8:30 a.m. Doc. #149. On March 21, 2008, the U.S. Department of Homeland Security released a Supplemental Proposed Rulemaking for the No-Match Rule. See Ex. 1, available at http://www.dhs.gov/xnews/releases/pr_1206124972832.shtm. After a 30-day period for public comment, Defendants expect that they will require approximately 60 days to evaluate the comments and finalize this supplemental rulemaking. Counsel for Defendants contacted counsel for all the Plaintiffs, and they do not oppose this request to vacate the status conference scheduled for March 28, 2008 and reschedule it for a later date. Accordingly, Defendants respectfully request that the Court vacate the status conference scheduled for March 28, 2008 and reschedule it for June 20, 2008, or some time thereafter.

DATED: March 25, 2008              Respectfully submitted,

                                   JEFFREY S. BUCHOLTZ
                                   Acting Assistant Attorney General
                                   THOMAS H. DUPREE JR.
                                   Deputy Assistant Attorney General

                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney

                                      /s/ Eric J. Beane
                                   SANDRA SCHRAIBMAN
                                   DANIEL E. BENSING
                                   ERIC J. BEANE (Ariz. Bar No. 023092)
                                   Attorneys, U.S. Department of Justice
                                   Civil Division, Federal Programs Branch
                                   20 Massachusetts Ave., N.W., Room 7124

1
2
3
                                                    Washington, D.C.  20001
                                                    Telephone:  (202) 616-2035
                                                    Facsimile:  (202) 616-8460
                                                    E-mail: eric.beane@usdoj.gov

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNOPPOSED MOTION TO VACATE STATUS CONFERENCE, Case No. 07-4472 CRB       3

## Certificate of Service

I hereby certify that on this 25th day of March 2008, I caused to be served by the electronic case filing system a copy of Defendants' Unopposed Motion to Vacate Status Conference upon the following counsel:

Scott A. Kronland
Altshuler Berzon LLP
177 Post St.
San Francisco, California 94108
skronland@altshulerberzon.com

Counsel for AFL-CIO, et al.


Robert Charrow
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W. Ste. 500
Washington D.C. 20006
charrowr@gtlaw.com

Counsel for San Francisco Chamber of Commerce, et al.


Leon Dayan
Bredhoff & Kaiser
805 Fifteenth St., N.W. Tenth Floor
Washington, D.C. 20008
LDayan@Bredhoff.com

Counsel for UNITE HERE, et al.

    /s/ Eric J. Beane
    Eric J. Beane