1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  THOMAS H. DUPREE JR.
   Deputy Assistant Attorney General
3  JOSEPH P. RUSSONIELLO
4  United States Attorney
   SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
5  DANIEL E. BENSING (D.C. Bar No. 334268)
   ERIC J. BEANE (Ariz. Bar No. 023092)
6  Attorneys, U.S. Department of Justice
7  Civil Division, Federal Programs Branch
   20 Massachusetts Ave., N.W., Room 7124
8  Washington, D.C. 20001
   Telephone: (202) 616-2035
9  Facsimile: (202) 616-8460
10 Email: eric.beane@usdoj.gov

11                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
12

13

14 AMERICAN FEDERATION OF LABOR AND           )
     CONGRESS OF INDUSTRIAL                   ) Case No. 07-4472 CRB
     ORGANIZATIONS, et al.,                   )
15                                            )
                                              ) **[PROPOSED] ORDER**
16              Plaintiffs,                   ) **GRANTING DEFENDANTS'**
                                              ) **UNOPPOSED MOTION TO**
17 SAN FRANCISCO CHAMBER                      ) **VACATE STATUS CONFERENCE**
     OF COMMERCE, et al.,                     )
18                                            )
                                              )
19              Plaintiffs-Intervenors,       )
                                              )
20              and                           )
                                              )
21 UNITED FOOD AND COMMERCIAL                 )
     WORKERS INTERNATIONAL UNION, et al.,     )
22                                            )
                                              )
23              Plaintiffs-Intervenors        )
                                              )
24      v.                                    )
                                              )
25 MICHAEL CHERTOFF, Secretary of Homeland    )
     Security, et al.,                        )
26                                            )
                                              )
27              Defendants.                   )
   _____)
28

Proposed Order Granting Defendants' Unopposed Motion to Vacate Status Conference, Case No. 07-4472 CRB

# [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO VACATE STATUS CONFERENCE

UPON CONSIDERATION of Defendants' Unopposed Motion to Vacate Status Conference, and for good cause shown, it is

HEREBY ORDERED that Defendants' Unopposed Motion to Vacate Status Conference is GRANTED; and it is

FURTHER ORDERED that the Status Conference scheduled for March 28, 2008 at 8:30 a.m. is hereby vacated and rescheduled for June __, 2008 at 8:30 a.m. in Courtroom 8, 19th Floor.

DATED: _____        _____
                                UNITED STATES DISTRICT JUDGE