GREGORY G. KATSAS
Acting Assistant Attorney General
THOMAS H. DUPREE JR.
Deputy Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL E. BENSING (D.C. Bar No. 334268)
ERIC J. BEANE (Ariz. Bar No. 023092)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7124
Washington, D.C.  20001
Telephone:  (202) 616-2035
Facsimile:  (202) 616-8460
Email: eric.beane@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., | Case No. 07-4472 CRB |
| Plaintiffs, | **UNOPPOSED MOTION TO VACATE STATUS CONFERENCE** |
| SAN FRANCISCO CHAMBER OF COMMERCE, et al., | |
| Plaintiffs-Intervenors, | |
| and | |
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al., | |
| Plaintiffs-Intervenors | |
| v. | |
| MICHAEL CHERTOFF, Secretary of Homeland Security, et al., | |
| Defendants. | |

UNOPPOSED MOTION TO VACATE STATUS CONFERENCE, Case No. 07-4472 CRB

On October 15, 2007, this Court entered a Preliminary Injunction against Defendants. Doc. #137. On November 23, 2007, Defendants filed a Motion to Stay Proceedings Pending New Rulemaking in light of its decision "to conduct additional rulemaking proceedings to address the issues raised by the Court." Doc. #142. Plaintiffs did not oppose the motion. Doc. #144 (Nov. 27, 2007). On December 14, 2007, this Court granted Defendants' Motion to Stay Proceedings Pending New Rulemaking and scheduled a status conference for March 28, 2008 at 8:30 a.m. Doc. #149. On March 21, 2008, the U.S. Department of Homeland Security released a Supplemental Proposed Rulemaking for the No-Match Rule. On March 26, 2008, this Court vacated the status conference scheduled for March 28, 2008 and scheduled a status conference for June 20, 2008. Doc. #153. The period for public comment has closed, and Defendants are in the process of evaluating the comments and finalizing this supplemental rulemaking. Counsel for Plaintiffs contacted counsel for Defendants on June 6, 2008 to request rescheduling of the status conference. Counsel for the parties conferred and have agreed to vacate the status conference scheduled for June 20, 2008 and to reschedule it for a later date. Accordingly, Defendants respectfully request that the Court vacate the status conference scheduled for June 20, 2008 and reschedule it for July 18, 2008, or some time thereafter.

DATED: June 12, 2008                      Respectfully submitted,

                                        GREGORY G. KATSAS
                                      Acting Assistant Attorney General
                                      THOMAS H. DUPREE JR.
                                      Deputy Assistant Attorney General

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                         /s/ Eric J. Beane
                                      SANDRA SCHRAIBMAN
                                      DANIEL E. BENSING
                                      ERIC J. BEANE (Ariz. Bar No. 023092)
                                      Attorneys, U.S. Department of Justice

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | Civil Division, Federal Programs Branch                         |
| 2   | 20 Massachusetts Ave., N.W., Room 7124                          |
|     | Washington, D.C.  20001                                         |
| 3   | Telephone:  (202) 616-2035                                      |
|     | Facsimile:  (202) 616-8470                                      |
| 4   | E-mail: eric.beane@usdoj.gov                                    |

<u>Certificate of Service</u>

    I hereby certify that on this 12th day of June 2008, I caused to be served by the electronic case filing system a copy of Defendants' Unopposed Motion to Vacate Status Conference upon the following counsel:

    Scott A. Kronland
    Altshuler Berzon LLP
    177 Post St.
    San Francisco, California 94108
    skronland@altshulerberzon.com

    Counsel for AFL-CIO, et al.

    Robert Charrow
    Greenberg Traurig, LLP
    800 Connecticut Avenue, N.W. Ste. 500
    Washington D.C. 20006
    charrowr@gtlaw.com

    Counsel for San Francisco Chamber of Commerce, et al.

    Leon Dayan
    Bredhoff & Kaiser
    805 Fifteenth St., N.W. Tenth Floor
    Washington, D.C. 20008
    LDayan@Bredhoff.com

    Counsel for UNITE HERE, et al.

                         /s/ Eric J. Beane
                           Eric J. Beane