1  GREGORY G. KATSAS
   Acting Assistant Attorney General
2  THOMAS H. DUPREE JR.
   Deputy Assistant Attorney General
3  JOSEPH P. RUSSONIELLO
4  United States Attorney
   SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
5  DANIEL E. BENSING (D.C. Bar No. 334268)
   ERIC J. BEANE (Ariz. Bar No. 023092)
6  Attorneys, U.S. Department of Justice
7  Civil Division, Federal Programs Branch
   20 Massachusetts Ave., N.W., Room 7124
8  Washington, D.C. 20001
   Telephone: (202) 616-2035
9  Facsimile: (202) 616-8460
10 Email: eric.beane@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br> Plaintiffs, <br><br> SAN FRANCISCO CHAMBER OF COMMERCE, et al., <br><br> Plaintiffs-Intervenors, <br><br> and <br><br> UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al., <br><br> Plaintiffs-Intervenors <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of Homeland Security, et al., <br><br> Defendants. | Case No. 07-4472 CRB <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO VACATE STATUS CONFERENCE** |

Proposed Order Granting Defendants' Unopposed Motion to Vacate Status Conference, Case No. 07-4472 CRB

# [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO VACATE STATUS CONFERENCE

UPON CONSIDERATION of Defendants' Unopposed Motion to Vacate Status Conference, and for good cause shown, it is

HEREBY ORDERED that Defendants' Unopposed Motion to Vacate Status Conference is GRANTED; and it is

FURTHER ORDERED that the Status Conference scheduled for June 20, 2008 at 8:30 a.m. is hereby vacated and rescheduled for August 1, 2008 at 8:30 a.m. in Courtroom 8, 19th Floor.

DATED: __June 13, 2008_____   _____
UNITED STATES DISTRICT JUDGE

