1  GREGORY G. KATSAS
   Assistant Attorney General
2  THOMAS H. DUPREE JR.
3  Deputy Assistant Attorney General
   JOSEPH P. RUSSONIELLO
4  United States Attorney
   SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
5  DANIEL E. BENSING (D.C. Bar No. 334268)
6  ERIC J. BEANE (Ariz. Bar No. 023092)
   Attorneys, U.S. Department of Justice
7  Civil Division, Federal Programs Branch
   20 Massachusetts Ave., N.W., Room 7124
8  Washington, D.C. 20001
   Telephone: (202) 616-2035
9  Facsimile: (202) 616-8460
10 Email: eric.beane@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br> Plaintiffs, <br><br> SAN FRANCISCO CHAMBER OF COMMERCE, et al., <br><br> Plaintiffs-Intervenors, <br><br> and <br><br> UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al., <br><br> Plaintiffs-Intervenors <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of Homeland Security, et al., <br><br> Defendants. | Case No. 07-4472 CRB <br><br> **UNOPPOSED MOTION TO VACATE STATUS CONFERENCE** |

UNOPPOSED MOTION TO VACATE STATUS CONFERENCE, Case No. 07-4472 CRB

On October 15, 2007, this Court entered a Preliminary Injunction against Defendants. Doc. #137. On November 23, 2007, Defendants filed a Motion to Stay Proceedings Pending New Rulemaking in light of its decision "to conduct additional rulemaking proceedings to address the issues raised by the Court." Doc. #142. Plaintiffs did not oppose the motion. Doc. #144 (Nov. 27, 2007). On December 14, 2007, this Court granted Defendants' Motion to Stay Proceedings Pending New Rulemaking and scheduled a status conference for March 28, 2008 at 8:30 a.m. Doc. #149. On March 21, 2008, the U.S. Department of Homeland Security released a Supplemental Proposed Rulemaking for the No-Match Rule. The period for public comment has closed, and Defendants are in the process of evaluating the comments and finalizing this supplemental rulemaking. Counsel for Defendants contacted counsel for Plaintiffs, who do not oppose this request to vacate the status conference scheduled for August 1, 2008 and to reschedule it for a later date. Accordingly, Defendants respectfully request that the Court vacate the status conference scheduled for August 1, 2008 and reschedule it for September 12, 2008, or some time thereafter.

DATED: July 23, 2008         Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General
THOMAS H. DUPREE JR.
Deputy Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

   /s/ Eric J. Beane
SANDRA SCHRAIBMAN
DANIEL E. BENSING
ERIC J. BEANE (Ariz. Bar No. 023092)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7124
Washington, D.C. 20001
Telephone: (202) 616-2035

1
2
                       Facsimile: (202) 616-8470
                       E-mail: eric.beane@usdoj.gov

<u>Certificate of Service</u>

  I hereby certify that on this 23rd day of July 2008, I caused to be served by the electronic case filing system a copy of Defendants' Unopposed Motion to Vacate Status Conference upon the following counsel:

>Scott A. Kronland
>Altshuler Berzon LLP
>177 Post St.
>San Francisco, California 94108
>skronland@altshulerberzon.com
>
>Counsel for AFL-CIO, et al.
>
>
>Robert Charrow
>Greenberg Traurig, LLP
>800 Connecticut Avenue, N.W. Ste. 500
>Washington D.C. 20006
>charrowr@gtlaw.com
>
>Counsel for San Francisco Chamber of Commerce, et al.
>
>
>Leon Dayan
>Bredhoff & Kaiser
>805 Fifteenth St., N.W. Tenth Floor
>Washington, D.C. 20008
>LDayan@Bredhoff.com
>
>Counsel for UNITE HERE, et al.

               /s/ Eric J. Beane
               Eric J. Beane

UNOPPOSED MOTION TO VACATE STATUS CONFERENCE, Case No. 07-4472 CRB    4