GREGORY G. KATSAS
Assistant Attorney General
THOMAS H. DUPREE JR.
Deputy Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL E. BENSING (D.C. Bar No. 334268)
ERIC J. BEANE (Ariz. Bar No. 023092)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7124
Washington, D.C.  20001
Telephone:  (202) 616-2035
Facsimile:  (202) 616-8460
Email: eric.beane@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br>  Plaintiffs, <br><br> SAN FRANCISCO CHAMBER OF COMMERCE, et al., <br><br>  Plaintiffs-Intervenors, <br><br>  and <br><br> UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, et al., <br><br>  Plaintiffs-Intervenors <br><br>  v. <br><br> MICHAEL CHERTOFF, Secretary of Homeland Security, et al., <br><br>  Defendants. | Case No. 07-4472 CRB <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO VACATE STATUS CONFERENCE** |

# [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO VACATE STATUS CONFERENCE

UPON CONSIDERATION of Defendants' Unopposed Motion to Vacate Status Conference, and for good cause shown, it is

HEREBY ORDERED that Defendants' Unopposed Motion to Vacate Status Conference is GRANTED; and it is

FURTHER ORDERED that the Status Conference scheduled for September 12, 2008 at 8:30 a.m. is hereby vacated and rescheduled for October 31, 2008 at 8:30 a.m. in Courtroom 8, 19th Floor.

DATED: _____          _____
                                UNITED STATES DISTRICT JUDGE