1  GREGORY G. KATSAS
   Assistant Attorney General
2  THOMAS H. DUPREE JR.
3  Deputy Assistant Attorney General
   JOSEPH P. RUSSONIELLO
4  United States Attorney
   SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
5  DANIEL E. BENSING (D.C. Bar No. 334268)
6  ERIC J. BEANE (Ariz. Bar No. 023092)
   Attorneys, U.S. Department of Justice
7  Civil Division, Federal Programs Branch
   20 Massachusetts Ave., N.W., Room 7124
8  Washington, D.C. 20001
9  Telephone: (202) 616-2035
   Facsimile: (202) 616-8460
10 Email: eric.beane@usdoj.gov

11              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
12

13 AMERICAN FEDERATION OF LABOR AND       )
     CONGRESS OF INDUSTRIAL               ) Case No. 07-4472 CRB
14   ORGANIZATIONS, et al.,               )
                                          )
15                                        ) [PROPOSED] ORDER
              Plaintiffs,                 ) GRANTING DEFENDANTS'
16                                        ) UNOPPOSED MOTION TO
   SAN FRANCISCO CHAMBER                  ) VACATE STATUS CONFERENCE
17   OF COMMERCE, et al.,                 )
                                          )
18                                        )
              Plaintiffs-Intervenors,     )
19                                        )
              and                         )
20                                        )
   UNITED FOOD AND COMMERCIAL             )
21   WORKERS INTERNATIONAL UNION, et al., )
                                          )
22                                        )
              Plaintiffs-Intervenors      )
23                                        )
                                          )
24       v.                               )
                                          )
25 MICHAEL CHERTOFF, Secretary of Homeland )
     Security, et al.,                    )
26                                        )
                                          )
27            Defendants.                 )
   _____)
28

Proposed Order Granting Defendants' Unopposed Motion to Vacate Status Conference, Case No. 07-4472 CRB

**[PROPOSED] ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION TO VACATE STATUS CONFERENCE**

UPON CONSIDERATION of Defendants' Unopposed Motion to Vacate Status Conference, and for good cause shown, it is

HEREBY ORDERED that Defendants' Unopposed Motion to Vacate Status Conference is GRANTED; and it is

FURTHER ORDERED that the Status Conference scheduled for September 12, 2008 at 8:30 a.m. is hereby vacated and rescheduled for October 31, 2008 at 8:30 a.m. in Courtroom 8, 19th Floor.

DATED: _Sept. 10, 2008___       _____
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Charles R. Breyer