IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL CHERTOFF,<br><br>    Defendant. | No. C 07-04472 CRB<br><br>**ORDER** |

A status conference is currently scheduled for November 21, 2008. I am unavailable at that time, as I will be sitting by designation with the Ninth Circuit Court of Appeals. The parties are ordered to meet and confer to select another mutually agreeable date for a status conference. Please inform the court clerk of the date selected.

**IT IS SO ORDERED.**

Dated: November 10, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4472\Scheduling Order 2.wpd