**FILED**

UNITED STATES COURT OF APPEALS

NOV 12 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; et al.,<br><br>         Plaintiffs - Appellees,<br>   v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; et al.,<br><br>         Defendants - Appellants,<br>   v.<br><br>SAN FRANCISCO CHAMBER OF COMMERCE; et al.,<br><br>         Plaintiff-Intervenors - Appellees. | No. 07-17241<br><br>D.C. No. CV-07-04472-CRB<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Appellants' motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

The conference call scheduled for November 17, 2008, is canceled.

FOR THE COURT

By: Margaret A. Corrigan
Circuit Mediator

MAC/mediation