1
2
3
4
5                    **IN THE UNITED STATES DISTRICT COURT**
6                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
7
8
| | |
|---|---|
| AMERICAN FEREDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS; SAN FRANCISCO LABOR COUNCIL; SAN FRANCISCO BUILDING AND CONSTRUCTION TRADES COUNCIL; and CENTRAL LABOR COUNCIL OF ALAMEDA COUNTY,<br><br>                    Plaintiffs,<br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; JULIE MYERS, Assistant Secretary of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MICHAEL ASTRUE, Commissioner of Social Security; SOCIAL SECURITY ADMINISTRATION,<br><br>                    Defendants, | Case No. C07-4472-CRB<br><br>[~~PROPOSED~~] **ORDER RE: NOTICE OF WITHDRAWAL OF COUNSEL** |

Pursuant to the Notice of Withdrawal of Counsel,

IT IS HEREBY ORDERED that Mónica M. Ramírez is withdrawn as counsel for the Plaintiff Central Labor Council of Alameda County in this action.

IT IS FURTHER ORDERED that all further pleadings, notices, correspondence, and other papers should continue to be served on Jennifer Chang Newell and Lucas Guttentag of the

American Civil Liberties Union Foundation Immigrants' Rights Project, who remain as counsel for Plaintiff Central Labor Council of Alameda County.

SO ORDERED.

Dated: July _09_, 2009

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

-2-