**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br><br>MICHAEL CHERTOFF, *et al.*<br><br>Defendants. | Case No.: 07-04472(CRB)<br><br><br><br>[~~PROPOSED~~] ORDER RE: PLAINTIFF-INTERVENOR UNITE HERE LOCAL 2'S NOTICE OF WITHDRAWAL OF COUNSEL |

Pursuant to the Notice of Withdrawal of Counsel,

IT IS HEREBY ORDERED that Leon Dayan, Jennifer Hunter, and Robert Weinberg are withdrawn as counsel for the Plaintiff-Intervenor UNITE HERE Local 2 in this action, and that Matthew Ross and Philip Monrad will remain as counsel for UNITE HERE Local 2.

IT IS FURTHER ORDERED that Leon Dayan, Jennifer Hunter, Robert Weinberg, Matthew Ross, and Philip Monrad will remain as counsel for Plaintiffs-Intervenors United Food and Commercial Workers International Union (UFCW), UFCW Local 5, UNITE HERE, and Change to Win.

IT IS FURTHER ORDERED that all pleadings, notices, correspondence, and other papers should continue to be served on Leon Dayan, Jennifer Hunter, Robert Weinberg, Matthew Ross, and Philip Monrad.

1  SO ORDERED:

2  Dated: August _28_, 2009



HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[Proposed] Order re:  Plaintiff-Intervenor UNITE HERE LOCAL 2'S Notice of Withdrawal of Counsel, CASE NO. 07-04472(CRB)