Stephen P. Berzon (SBN 46540)
Scott A. Kronland (SBN 171693)
Danielle E. Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151; Facsimile: (415) 362-8064
skronland@altshulerberzon.com

*Attorneys for Plaintiffs AFL-CIO et al.*

Robert P. Charrow (CA SBN 44962)
Laura M. Klaus (admitted pro hac vice)
Laura Foote Rieff (admitted pro hac vice)
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 533-2396; Facsimile: (202) 261-0164
charrowr@gtlaw.com

*Attorneys for Plaintiff-Intervenors San Francisco Chamber of Commerce, et al.*

Matthew Ross (SBN 084703)
Philip Monrad (SBN 151073)
LEONARD, CARDER, LLP
1330 Broadway, Suite 1430
Oakland, CA 94612
Telephone: (510) 272-0169; Facsimile: (510) 272-0174
PMonrad@leonardcarder.com

*Attorneys for Plaintiff-Intervenors UFCW et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL CHERTOFF, *et al.*<br><br>　　　　Defendants. | Case No. C07-4472 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION AS MOOT**<br><br>Place:　Courtroom 8, 19th Floor<br>　　　　The Hon. Charles R. Breyer |

STIPULATION AND ORDER DISMISSING ACTION AS MOOT, Case No. C07-4472 CRB

1   WHEREAS, this action challenged the legality of the Final Rule issued by the Department of Homeland Security entitled "Safe-Harbor Procedures for Employers who Receive a No-Match Letter," 77 Fed. Reg. 45611 (Aug. 15, 2007) ("Safe Harbor Rule");

WHEREAS, the Safe Harbor Rule was rescinded during the pendency of this action and all parties agree that the action is now moot;

IT IS HEREBY STIPULATED by all parties that the Preliminary Injunction issued on October 15, 2007 should be vacated and that this action should be dismissed as moot.

Dated:  November 17, 2009          ALTSHULER BERZON LLP

                                   by:  /s/Scott A. Kronland
                                        Scott A. Kronland

                                   *Attorneys for Plaintiffs AFL-CIO et al.*

Dated:  November 17, 2009          GREENBERG TRAURIG, LLP

                                   by:  /s/Robert P. Charrow
                                        Robert P. Charrow

                                   *Attorneys for Plaintiffs-Intervenors San Francisco Chamber of Commerce et al.*

Dated:  November 17, 2009          LEONARD, CARDER, LLP

                                   by:  /s/Philip Monrad
                                        Philip Monrad

                                   *Attorneys for Plaintiff-Intervenors UFCW et al.*

Dated:   November 17, 2009         TONY WEST
                                   Assistant Attorney General
                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney
                                   SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
                                   DANIEL E. BENSING (D.C. Bar No. 334268)
                                   Attorneys, U.S. Department of Justice
                                   Civil Division, Federal Programs Branch
                                   20 Massachusetts Ave., N.W., Room 6114
                                   Washington, D.C.  20001

Telephone: (202) 305-0693
Facsimile: (202) 616-8460
Email: Daniel.Bensing@USDOJ.gov

by: /s/Daniel Bensing
  Daniel Bensing

*Attorneys for Defendants*

## [PROPOSED] ORDER

Good cause shown and pursuant to the parties' stipulation, the Preliminary Injunction issued on October 15, 2007 is hereby vacated and this action is hereby dismissed as moot.

SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

**ECF CERTIFICATION**

I, Scott A. Kronland, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION AS MOOT**. In compliance with General Order 45.X.B., I hereby attest that Robert P. Charrow, Philip Monrad, and Daniel Bensing, have concurred in this filing.

Dated: November 17, 2009                    /s/   Scott A. Kronland
                                                                Scott A. Kronland